OSEN LLC
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601    1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400   F. 201.265.0303                       T. 212.354.0111

January 31, 2018

Office of the Clerk
Attn: Angela D. Caesar
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    **Re:**     *Schertzman v. Islamic Republic or Iran,* **No. 17-cv-1214-JEB**
           **Request for Service of Process on Defendants, the Islamic Republic of Iran and the Islamic Revolutionary Guard Corps**

Dear Ms. Caesar:

    We write in connection with the above captioned case to respectfully request that you take all necessary steps, pursuant to 28 U.S.C. § 1608(a)(4), to effect service in this matter on the Defendants, the Islamic Republic of Iran and the Islamic Revolutionary Guard Corps ("Defendants").

    Service on Defendants under 28 U.S.C. § 1608(a)(4) is warranted here. Defendants and the United States do not have any special arrangement for service of process pursuant to 28 U.S.C. § 1608(a)(1), nor is service permitted by any applicable international convention on service of documents pursuant to 28 U.S.C. § 1608(a)(2). Moreover, Plaintiffs has attempted to serve the summons and complaint pursuant to 28 U.S.C. § 1608(a)(3) via DHL on Defendants (*see* ECF Nos. 6-8), but Defendants refused to accept service (*see* ECF Nos. 10-11).

    In accordance with 28 U.S.C. § 1608(a)(4), I have enclosed for each Defendant: 1) two copies of the Complaint with a certified translation into Farsi (four total); 2) two copies of the summons with a certified translation into Farsi (four total); 3) two copies of the Notice of Suit with a certified translation into Farsi (four total); and 4) two copies of the Foreign Sovereign Immunities Act (four total). Please take the necessary steps to dispatch these materials to effect service on Defendants pursuant to 28 U.S.C. § 1608(a)(4). The below address should be used to dispatch the above documents to the Director of Special Consular Services:

U.S. Department of State
ATTN: Jared Hess
CA/OCS/L, SA-17, 10th Floor
2200 C Street N.W.
Washington, DC 20522-1710

Once the Court has completed processing the documents, we request that the documents be sent to the above address via FEDEX. We have enclosed a pre-addressed FEDEX Waybill, a cover letter addressed to the State Department, and cashier's checks to cover the State Department fees.

If you have any questions or require anything further, please do not hesitate to contact me at (201) 265-6400. Thank you very much for your assistance in this matter.

Respectfully submitted,

Aaron Schlanger

Encls.