```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------x
ILANA SCHERTZMAN COHEN, et al.      :
                                    :      Case No. 1:17-cv-01214-JEB
                        Plaintiffs, :
                                    :
         -against-                  :
                                    :
ISLAMIC REPUBLIC OF IRAN, et al.    :
                                    :
                        Defendants. :
-------------------------------------------------------x
```

## DECLARATION OF HAREL CHOREV, PH.D.

I, Harel Chorev, declare pursuant to 28 U.S.C. § 1746 subject to penalties of perjury, as follows:

1. My name is Dr. Harel Chorev.

2. I am 47 years old and an Israeli citizen and resident.

3. I make this declaration in support of Plaintiff's motion for a judgment by default and to provide the Court with facts and evidence attributing the November 4, 2001 terrorist attack in the French Hill neighborhood of Jerusalem (the "Attack") to the Palestinian terrorist group Palestinian Islamic Jihad ("PIJ," sometimes just "Islamic Jihad").

4. I am being compensated $300 per hour for the time I spend working on this declaration. I confirm that I do not have any connections or relationships – whether professional or personal – with any of the parties or the witnesses in this case that are likely to prevent me from giving an impartial opinion.

**I.      Professional background and training**

5.      I am a senior faculty member and the head of the Middle Eastern Network Analysis Desk in the Moshe Dayan Center for Middle Eastern and African Studies ("MDC") at Tel Aviv University.

6.      The MDC is a non-partisan, interdisciplinary research center which in its original form was founded (1959) as an "Israeli Chatham House" to bridge the gap between the Israeli governmental apparatus and academia, so as to provide independent research perspectives to contemporary issues. While the affiliation with governmental bodies ended in 1973, the MDC continues to play an important academic role in safeguarding Israel's future. I am also currently a visiting professor at Yeshiva University and New York University, both in New York City.

7.      I began my studies and academic carrier in 1997 and acquired expertise in Lebanese affairs and the Lebanese Shiites in particular. I received my and Bachelors degree in 2000 and my Masters degree (2004) degrees from Tel Aviv University, both *magna cum laude*.

8.      However, fifteen years ago I began to focus on Palestinian affairs, with emphasis on the exploration of informal networks and organizations in Palestinian society. I am particularly interested in exploring the interface between such informal networks and other social and political structures, for example the one that often takes place between family-based networks and terrorist organizations.

9.      I received my Ph.D. from Tel Aviv University in 2011. My dissertation focused on the sociopolitical roles of prominent Palestinian families and was titled, "Changes in the Status of Elite Palestinian Families: The Networks of the al-Ja'abari Family and the al-Masri Family, 1924-1978"; my upcoming book is titled "Networks of Power in Palestine: Family, Society and Politics Since the Nineteenth Century." (I.B. Tauris). That research included a comparative analysis of family networks in Nablus and Hebron, the hometown of the al-Shweiki family (the al-Shweiki

family was a close sociopolitical ally of the Ja'abari Family, on which my research focused)—two of whom are alleged to have roles in committing the Attack. I completed a postdoctoral program at Science Po University in Paris and Menton and at the Center for International Studies and Research Institution (CERI) in Paris in 2016.

10. I also teach courses in Israel, France and the United States on this subject that combine Network Theory with classic study of Palestinian society and politics.

11. My expertise in Palestinian terror, especially Islamic organizations such as Hamas and PIJ, is a product of my interest in Palestinians and informal networks. I frequently lecture on these issues in professional forums, both in academia and in the Israeli security establishment. I have written numerous articles for various academic and public platforms in Israel and the United States, such as the Huffington Post and the magazine of the Hoover Institution at Stanford University. In the wake of the wave of "lone-wolf" terrorist attacks in Israel during the 2015-2016 period, I conducted a comprehensive study, which was the first article to be published on the subject, in the journal *Terrorism and Political Violence*—considered by many to be the leading professional journal on terrorism. Another professional article on Palestinian terrorism is in the advanced stages of acceptance in the *International Journal of Communication*.

12. In addition to my research and academic activities, I have been serving (on reserve status) in the Israel Defense Forces ("IDF") as a senior advisor on Arab affairs since 2003. In the last four years I have also expanded my private activities as an expert on terror. My research team and I regularly perform studies for legal purposes in Israel and the United States in which we identify and map members and other factors in terrorist networks in the West Bank, the Gaza Strip and beyond. The research methods we use combine tools and principles of Network Analysis alongside classic social, cultural and political research methods, which are based on the close

reading of documents, Internet content, "big data" analysis of Internet connections, and the use of economic and criminal databases.

13.     A list of my publications and speaking engagements is included in my CV, attached hereto as <u>Exhibit 1</u>.

## II.    Summary of My Expert Opinion

14.     After reviewing and assessing the credibility of the available evidence, I conclude with a high degree of confidence that the Attack is attributable to PIJ, and that PIJ dispatched one of its operatives, Hatem Yaqin 'Ayash al-Shweiki, to commit it.

## III.   Methods for Attributing Attacks to Terrorist Groups

15.     The methodology that I have employed to attribute the Attack to PIJ comprises several components, which I developed as part of my education and professional training, including: (1) reviewing and assessing the credibility of claims of responsibility made by terrorist groups; (2) cross-referencing these claims with official reports from the Israeli government; and (3) examining family- and clan-based relationships between the alleged terrorist and Palestinian terrorist groups. These are discussed briefly below.

16.     By checking pieces of evidence against each other, I can increase my confidence in the accuracy of the evidentiary materials, and my conclusion that PIJ committed the Attack.

### A.     Claims of Responsibility

17.     Like other major Palestinian terrorist organizations, PIJ generally takes responsibility for attacks that it commits. PIJ and similar groups consider and promote these attacks as heroic acts of Jihad and resistance, not terrorist or criminal acts, and the responsibility they take for the attacks is used as a key means of political mobilization and recruitment. As shown below, these groups call perpetrators "martyrs," "heroes" or "warriors/Jihadists," who sacrifice their "pure blood" and march one after another to form the "convoy of martyrs" (*qafilat al-shuhada*), a

longstanding Jihadi notion that new martyrs join their forerunners to move towards a shared goal. The PIJ's goals often reflect a combination of national and religious causes, such as the liberation and "purification" (of Jews) of Palestine, al-Quds (Jerusalem), the al-Aqsa (Temple Mount), the Ibrahimi (The Cave of Patriarchs), Mosques, and so on. The "military wing" of PIJ, the "Jerusalem Brigades," styles itself as a militia, and its website shows members dressed in military clothing. *See* sayara.ps. Meanwhile, PIJ calls their civilian victims "Zionists," or "settlers" (*mustawtanin*), whether they live inside or outside the 1948 armistices lines (i.e., the "Green Line"), implying that each Jewish civilian of Israel is illegitimate and personally responsible for displacing Palestinians, and therefore a legitimate target for violent attack.

18. Moreover, Palestinian terrorist groups, including PIJ, compete for certain scarce resources, such as membership, prestige, and funding from local and foreign donors. For instance, Iran has funded PIJ and Hamas, but will redirect or diminish its support away from a group that it sees as ineffectual, inconsistent or operating contrary to Iran's goals. Thus, improving a reputation for committing attacks is important to these groups, and claims of responsibility are often made within minutes or hours of an attack. To maintain credibility, major Palestinian terrorist groups will generally not officially claim responsibility for attacks committed by other groups.

19. Unofficial claims are more likely to be inaccurate, and sometimes propagate immediately after an attack, often because of the non-hierarchal, informal structure that occasionally characterizes the field-levels of terrorist organizations. Inaccurate claims are generally not pursued after the genuine, official claims arise.

20. These groups make claims through several means. Among the most credible claims are communiqués posted on a group's official website or newspaper, as opposed to the unofficial websites that are known to be affiliated with those groups. As relevant here, during the relevant

period, the Jerusalem Brigades ran official websites including sayara.ps and sarayaalquds.org, and PIJ published official newspapers called Al Istiqlal ("Independence") and al-Mujahid (the Warrior/the Jihadist). Groups also make claims by calling press outlets—as shown below, PIJ claimed responsibility for the attack at issue by contacting Palestinian and foreign newspapers. Essentially, such claims of responsibility are reliable if the source for the information is a PIJ one and not, for example, an anonymous source. Other terror organization frequently used that practice too.

### B. Israeli Investigations

21. Israel also attempts to determine which group, and which operatives of that group, is responsible.

22. Israel then may attempt to arrest and prosecute suspected terrorists, including those responsible for dispatching terrorists. When Israel assesses that a terrorist, especially a senior one, is particularly imminently dangerous to civilians and arrest is not practicable, Israel may target him for assassination.

### C. Family Networks

23. In the Palestinian Territories, affiliation with political parties or terrorist groups frequently runs along extended family lines (namely, a clan or lineage within a clan, depending on how big the clan is) and networks. In Palestinian society, like other Middle Eastern societies, is still quite collectivist – a typical political identification is often part of the collective familial identity and socialization. This very common characteristic appears in diverse arenas, ranging from a unified decision to elect specific family-backed political candidates to a family-based involvement in terrorism. Family members are generally trusted more than other social ties and particularly in matters that require secrecy and a high commitment. We can compare that principle to the way organized crime organizations adopt invented family narratives for themselves to

consolidate the commitment of their members to the "family"/organization. Therefore, evidence that family members of a terrorist are operatives of, or even more so, have significant roles in a particular group, strongly indicates that the terrorist is also affiliated with that group. This context is essential to the understanding of the identification of the Shweiki clan, or at least of significant parts of it, with the PIJ. Such identification can also be mapped in terms of operational and other connections between family members and the PIJ (see below).

**IV.    Summary of the attack**

24.    On November 4, 2001, shortly before 4:00 pm, a Palestinian gunman armed with an M-16 automatic assault rifle opened fire on Egged bus No. 25.[1] The bus was traveling from the Neve Yaakov neighborhood in northern Jerusalem toward the center of the city. The Attack occurred as the bus approached a major junction in the French Hill neighborhood of Jerusalem. The terrorist approached the bus on foot, and emptied a full magazine at the side of the bus before being killed by two police officers who were on routine duty across the street. As a result of the attack, two civilians – Menashe (Meni) Regev, 14 years old, and Shoshana Ben Yishai, 16 years old – were fatally shot and 45 other passengers were injured. *See* Exhibit 2. Those injured also included Plaintiffs Ilana Schertzman Cohen, Myriam Miller, Chana Aidel Schertzman Miller, and Tova Miller.

25.    PIJ (which has been a designated Foreign Terrorist Organization since 1997), made official claims of responsibility for the Attack. Specifically, PIJ claimed, as corroborated by Israeli investigations, that the Attack was planned by PIJ's Hebron commander at the time, Mohammad Sidr, and that Hatem Yaqin 'Ayash al-Shweiki was dispatched by Sidr's deputy commander and Hatem's relative, Dhiyab Abdul Rahim Abdul Rahman al Shweiki. In two separate 2003 events,

---

[1]    Egged Israel Transport Cooperative Society, Ltd., is an Israeli bus company.

7

Sidr and Dhiyab were killed by the Israel Defense Forces ("IDF") for their responsibility for the French Hill attack and other attacks. In an official statement on August 14, 2003 about the killing of Sidr, Israel explained that he was responsible for numerous terror attacks that cost the lives of 19 Israelis and wounding 82. He was killed during in attempt to arrest him (*see* Exhibit 8, *infra*).

## V.     Evidence for legal attribution

### D.     PIJ's Claims of Responsibility

26.     The Jerusalem Brigade's official website, saraya.ps, posted several claims for responsibility for the Attack. On the day of the Attack, the site published a communiqué titled **"The French Hill Martyrdom Attack,"** accompanied by a picture of Hatem al-Shweiki. *See* Exhibit 3. After extolling the virtues of "martyrdom," the communiqué read:

> On November 4, 2001, Hatem had a meeting with heaven that Allah promised to the Islamic Nation's martyrs. The Martyr while defying all the Zionist security measures advanced with his M16 weapon drawn and arrived in Jerusalem to the French Hill area and saturated her pure soil with his pure blood. This, after he approached a bus that carried tens of Zionists and flooded them with intensive fire that resulted in two of them dead and tens of them injured according to the Occupation's confessions. Hatem ascended to the merciful's throne as a martyr together with the truth speakers and the martyrs after one of the settlers that was in the scene shot him with hostile bullets. Those are the heroes… passing through hardships and routes filled with dangers… and they keep on going on the road of liberation for a day in which the sun of freedom and independence will shine….And in this way Hatem traveled to the skies as a martyr as he had hoped throughout his life to meet Allah pure and to be in the same line with the immortals that enter heaven in peace as ordered by their God. . . .
>
> Yesterday, [PIJ martyrs included] Fathi al-Shiqaqi [The founder of PIJ who was probably assassinated by Israeli agents in Malta in 1995] and Hani Abed [one of PIJ's military commanders who was also assassinated by Israel] and today, the brave martyr, Hatem al-Shweiki left the heart of the battleground which embraced nobody but them. . . .
>
> The Martyr Hatem carried in his heart the idea of The Islamic Movement and the ways of the Islamic Jihad movement [i.e., PIJ] in particular. He was one of the prominent supporters of the movement. In the second decade of his life, the martyr joined the ranks of the Islamic Jihad and became with time one of the prominent operatives who were influenced by the ideology of the resisting Jihadi movement.

8

27. A very similar text (including similar goals, justifications, and use of terminology) – though not totally identical – text appeared on the official website of the Jerusalem Brigades on December 4, 2011, *see* Exhibit 4, and a report about the Attack including a claim of responsibility appeared on one of Jerusalem Brigades' other official websites on November 5, 2007.

28. On November 8, 2001, PIJ's official weekly newspaper, Al Istiqlal, published two relevant articles. The first article was titled: "One week after a similar operation in Hadera – The Jerusalem Brigades strikes in Jerusalem, kill two and injures dozens." *See* Exhibit 5.[2] The article reported that one of "the warriors of the Jerusalem Brigades" opened fire on a bus in the French Hill area, killing two "Zionists" (i.e., Israelis) and injured more than 40 others. The article also quoted a PIJ communiqué verbatim: "The operations carried out by the Jerusalem Brigades come as a retaliation for the crimes committed by the Zionist enemy against our people in Hebron and in all of the cities, villages and refugee camps in Palestine and as a retaliation for all the assassinations against the heroic warriors and cadres of the Intifada from all factions of our people. . . . The flow of blood will continue until our homeland Palestine is liberated." The second article was titled "As Europe and the US impose political pressure, the Palestinian Authority returned to the policy of persecution and arrests." *See* Exhibit 6. The article criticized Palestinian Authority arrests of suspected terrorists and attached a picture of Hatem al-Shweiki.

29. Another Jerusalem Brigades website featured al-Shweiki in a section called "nujum fawqa al jabin," which translates literally to "stars above the forehead"—a phrase referring to "martyrs." The section presented the biographies and "accomplishments" of each Jerusalem Brigades martyr in alphabetical order. The section included a page for Hatem Yaqin 'Ayash al

---

[2] The "similar operation" refers to an October 27, 2001 shooting spree in Hadera, Israel, also claimed by PIJ. *See, e.g.*, Suzanne Goldenberg, Palestinian gunman kill four in street, The Guardian (Oct. 28, 2001), *available at* https://www.theguardian.com/world/2001/oct/29/israel.

Shweiki. *See* Exhibit 7. The page provided the following information, along with a picture of al-Shweiki wearing a yellow bandana typical of the Jerusalem Brigades with "Saraya al-Quds" (Jerusalem Brigades in Arabic) written on it:

> **The hero martyr**: Hatem Yaqin 'Ayash al Shweiki
> **Name**: Hatem Yaqin al Shweiki
> **Age:** 24 years old
> **Residence**: The city of Hebron
> **Marital Status**: Single
> **Date of Martyrdom**: 4 November 2001
> **Nature of Martyrdom**: Self-Sacrifice Attack (the French Hill)
> Self-Sacrifice attack on a Zionist bus at the French Hill Area. The attack resulted in the death and injury of dozens of Zionists



**E.    Israeli Attributions**

30.    Based on government intelligence, the Israeli government also determined that the Attack was committed by PIJ. As noted, the Israeli government cited the Attack as one of the reasons to pursue Sidr and Dhiyab.

31.    On August 14, 2003, Israel's Ministry of Foreign Affairs transmitted a press release from the Israel Defense Forces' spokesperson announcing that Mohammad Sidr was killed during an attempt to arrest him. *See* Exhibit 8.

32.    As the IDF explained, Sidr was "Head of the Islamic Jihad in Hebron," and was "responsible for the killing of 19 Israelis and the wounding of 82 others as well as the killing of two [Temporary International Presence in Hebron] observers and the wounding of a third observer." *Id.*

33.    According to the IDF, among the acts of terrorism carried out "under Sidr's guidance" was the Attack at issue: "November 4, 2001 - an attack on a no. 25 bus at the French Hill junction in Jerusalem killing two teenagers and wounding 48." *Id.*

34.    Israel's decision to pursue Dhiyab al-Shweiki was described in a 2009 decision in a personal injury suit brought in Haifa, Israel relating to a (failed) Israeli attempt to assassinate Dhiyab al-Shweiki. The court's decision, in setting out the background, noted:

> On April 5, 2002, the IDF launched a military operation in Hebron in order to attack Dhiyab 'Arahim al-Shweiki, a senior operative in the military wing of the Islamic Jihad terrorist organization in Hebron. . . . [Dhiyab] is a well-known harm, [whose work] includ[ed] recruitment, training and dispatch of terrorists who carried out attacks in Israel, including the attack on bus No. 25 at French Hill in Jerusalem on 4 November 2001.

Exhibit 9.

11

### F. Hatem al-Shweiki's Family ties to PIJ

35. As explained above, in the Palestinian Territories, affiliation with political parties or terrorist groups often runs along family lines. Therefore, evidence that family members of a terrorist are operatives of, or even more so, have significant roles in a particular group, strongly indicates that the terrorist is affiliated with that group. The al-Shweiki family includes brothers Dhiyab Abdul Rahim Abdul Rahman al-Shweiki, Azzam Abdul Rahim Abdul Rahman al-Shweiki and Osama Abdul Rahim Abdul Rahman al-Shweiki. Dhiyab and Azzam held prominent positions in PIJ—as shown below, Dhiyab played a role in dispatching Hatem to commit the Attack. Osama al-Shweiki is a PIJ activist who was placed in administrative arrest by Israel several times.

36. Dhiyab al-Shweiki was commander of PIJ in Hebron when he was killed by Israeli forces on September 25, 2003. He was deputy commander to PIJ's previous Hebron commander, Mohammed al-Sidr, until the latter's death.. In both roles, he was involved in dispatching PIJ terrorists, including Hatem al-Shweiki. For instance, a May 18, 2006 posting on PIJ-affiliated and openly pro-Iranian website Voice of Jerusalem Network published an article on Dhiyab al-Shweiki's life, and mentioned that he was the planner and the mastermind of many PIJ operations including the "French Hill Operation." *See* Exhibit 10.

37. Azzam Shweiki is a prominent PIJ leader in Hebron. On September 26, 2012, Azzam posted an article on an official Jerusalem Brigades website honoring the ninth anniversary of his brother Dhiyab's death and confirming the fact that as the commander of PIJ in Hebron he was responsible for dispatching the French Hill attack and other attacks:

> Welcome to the 25th of this month and as time passes, welcome to the anniversary of [the death of] **Dhiyab**. […] From here came the commander [Dhiyab] and from here came the martyr and the martyrs which are still leaving side by side with their creator. From these honorable stones the commander has engineered and created the glory of the nation. He was surrounded by young men ready and enthusiastic to carry out the plan. **The French Hill witnessed the martyr Hatem al Shweiki shooting his rifle and so was the case in other place like the**

12

> **Porcelain** ["Porcelain Hill" in Hebron] [...] you witnessed that your soldiers were the winners and that your path is the correct one and the fastest one to get rid of the enemy, even though it was difficult."

Exhibit 11 (emphasis added).

## VI. Conclusion

38.     For the reasons set forth above, I conclude with a high degree of confidence that PIJ is responsible for the Attack.

Dated: February 28, 2019

/s/ Harel Chorev, Ph.D.