# Exhibit 1

# Harel Chorev-Halewa

*Curriculum Vitae*
harel.chorev@gmail.com

## Fields of Interest

I am a historian focusing on Middle Eastern networks and their analysis with tools combining empirical historical study and Network Theory. I am particularly interested in the role of informal networks in relations between social structures and political systems, as well as their part in social-legal, social-economic, geopolitics and additional spheres of interaction. In the past twelve years of academic work, I have incorporated this into another key interest of mine, Palestinian sociopolitical history from the 19th century to the present. I have a secondary interest in the impact of new media on the region, as well as in the history of Lebanon.

## Education

June 2015-May 2016: Postdoctoral, Science Po University in Paris & Menton and at the Center for International Studies and Research Institution (CERI), Paris.

2006-Aug 2011: Ph.D., Tel Aviv University

Dissertation: "Changes in the Status of Elite Palestinian Families: The Networks of the al-Ja'abari Family and the al-Masri Family, 1924-1978"
Supervisor: Professor Meir Litvak.

2001-2004:  M.A., Tel Aviv University (Magna cum laude)
Thesis: "Power, Tradition and Challenge: The Shi'ite *Zu'ama* Notable Families in Lebanon 1960-2004."
Supervisor: Professor Eyal Zisser.

1997-2000:  B.A., Middle Eastern History, Tel Aviv University (Magna cum laude)

## Experience

2018 -      Visiting Faculty, Yeshiva University

2016 –      Faculty member, The MDC, Tel Aviv University.

2013 –      Founder and head of the Middle Eastern Network Analysis Desk/ Laboratory consisting of 10 researchers at the MDC, Tel Aviv University.

2012-2016  Deputy Director of M.A. Program, Dept. of Middle Eastern & African

1

      History, Tel Aviv University.

**Teaching**

2014 –   Elective - "The Palestinian Century".
Undergraduates, Israelis and Over-Seas students, Tel Aviv University.

2013 –   Seminar - "Middle Eastern Networks: Society, Elites and Movements"
M.A. Program, Tel Aviv University and International B.A program at Science Po University in Menton France.

2011 –   "The Middle East Workshop"
M.A. Program, Tel Aviv University.

2011-2014: "Introduction to Modern Middle Eastern History", Tel Aviv University.

2011 –   "Academic Writing", Tel Aviv University.

## Awards and Grants

2019:   Tel Aviv University Provost Teaching Prize for 2017-2018.

2018    Israel Science Foundation's grant for the years of 2019-2021.

2018:   The Israel Institute Visiting Faculty Fellowship for 2018-2019.

2018:   Tel Aviv University Provost Teaching Prize for 2016-2017.

2017:   The Israel Institute Teaching Fellowship

2016:   The Israel Institute Postdoctoral Fellowship.

2011:   Prof. Uriel Dan Award.

2008-2009:  History School Scholarship, Tel Aviv University.

2007:   Dayan Scholarship: The Dayan Center for Middle Eastern Studies.

2006:   Dayan Scholarship: The Dayan Center for Middle Eastern Studies.

## Active Participation in Scientific Meetings

(Invited) "Collectivindualism: the Palestinian Generation Z between Individuality and Collective Commitments," Conference on *Individu, individuation au Maghreb et au*

2

*Moyen-Orient*, CESSMA, Institute National des Langues et Civilisation Oriental, Paris, March 2018.

(Invited) "Palestinian Social Media & Lone Wolf Attacks," Texas University in Austin, Austin, November 2017.

(Organizer and speaker) A Workshop on Network Theory implementation in Middle Eastern History and Contemporary Research, The Doron Halpern Middle Eastern Network Analysis Desk, The Moshe Dayan Center, Tel Aviv University, July 2017.

(Invited) "Palestinian Society and 1967: from Generation X to Generation Z," Fifty Years to the Six Day War, Jezreel Valley College, June 2017.

"Between a Palestinian Integration and Disintegration: The Case of the Hebron Alliance," The Annual Meeting of the Middle Eastern Studies Association, Boston, November 2016.

"Between the Network and the Street: the Young Palestinian Generation," Annual Meeting of the Israel Political Science Association, Jerusalem, May 2016.

(Invited) "Network Analysis Implementation in Historical Studies: The Case of Elite Networks," LabSem Seminar Series, Sciences Po Graduate School, Paris, February 2016.
"Family Organizations," The Annual Meeting of the Association of the Study of the Middle East and Africa, Washington, October 2015.

(Invited) "Half of Jihad is Media: Social Media and the Making of ISIS' Imagined Community," the Jihad and Territory Conference, the Center for International Studies, Sciences Po, Paris, October 13th 2015.

(Invited) "The Reconstruction of Gaza as a Mirror of the Geostrategic Relations in the Middle East," Korea-EU 1st International Conference on Middle Eastern and North African Affairs, Seoul, March 2015.

"Re-Networking Palestine: Disintegration and Integration of British Mandatory Palestinian Society," The Annual Meeting of the Middle Eastern Studies Association, Washington, November 2014.

(Invited) "Palestinians in the Gaza Strip and the West Bank: Geopolitical Dilemmas and Internal Challenges," in "Rethinking West Asia: Moving Beyond the Revolutions" Maulana Abul Kalam Azad Institute of Asian Studies, Kolkata, March 2014.

"Networking Organization: A New Approach to Elite Families in the Middle East," The Annual Meeting of the Middle Eastern Studies Association, New Orleans, October 2013.

"The Revolutionary Effect of Social Media on the Arab Spring: a Cause or an Instrument? " in Dayan Center Research Forum, Tel Aviv University, December 2011.

"Changes in the Status of Palestinian Elite Families," The Annual Meeting of the Middle Eastern Studies Association, Washington D.C., December 2011.

Co-Organizer, "Revolutions at the Dawn of a 'New Order,'" in The Dayan Center Annual Conference, Tel Aviv University, 27-28 March 2011.

"The Palestinian Elite and the Education," Yad Ben Zvi Institute Seminar on Education, Jerusalem, February 2011.

"The Rise and Fall of Sheikh Muhammad 'Ali al-Ja'abari: a View from Mount Hebron on the Changes in the West Bank," The Annual Conference of Middle East & Islam Studies Association of Israel, Ben Gurion University, May 2010.

"The Network of the al-Masri Family," The Annual Conference of Middle East & Islam, Studies Association of Israel, The Hebrew University, May 2009.

# Publications

**Books**
*Networks of Power in Palestine: Family, Society and Politics since the Nineteenth Century* (London: I. B. Tauris, forthcoming).

(With Michael Milshtein), *Palestinian Personalities since the Nineteenth Century* (MDC, forthcoming).

**Peer Reviewed Articles**

"Changes in the Status of the Palestinian Elite Families: the Al-Jaʿbarī and the Al-Maṣrī Organizations," *Die Welt des Islams* 58 (2018), pp. 1-22.

"Palestinian Social Media and Lone-Wolf Attacks: Subculture, Legitimization and Epidemic," *Terrorism and Political Violence*, forthcoming on print, Published online 17 July 2017, 1-23.

"The Road to Operation Protective Edge: Gaps in Strategic Perceptions", *Israel Journal of Foreign Affairs*, Vol. 8, No. 3 (2014), pp. 9-24.

4

"Power, Tradition and Challenge: the Resilience of the Elite Shi'ite Families of Lebanon", *British Journal of Middle Eastern Studies*, Vol. 40, No. 3 (July 2013), pp. 305-323. [Impact factor of 0.459 in 2013]

"The Spring of the Networked Nation: Social Media and the Arab Spring", *The Levantine Review*, Vol. 1, No. 2 (December 2012), pp. 120-139.

**Chapters in Books**

"The Arab Spring and the Palestinians: between the War in Syria and Operation Protective Edge" in Priya Singh (ed.) *Re-envisaging West Asia: Moving beyond the Arab Spring* (New Delhi: Shipra Publishers, 2016).

**Reviews**

A Review on Nir Hasson's *Urshalim* (Tel Aviv: Aliyat Gag, 2017), *Hamizrach Hahadash* forthcoming in 2018.

A Review on Moshe Elad's *Im Tirtsu – Zo Hagada* (Haifa: Pardes, 2015), *Hamizrach Hahadash* 46 (2017).