# Exhibit 2



**Menashe -Meni- Regev**
**4 Nov 2001**

# *Menashe (Meni) Regev*

 

**Nov 4, 2001 - Menashe (Meni) Regev, 14, of Jerusalem was killed when a Palestinian terrorist opened fire with a sub-machine gun shortly before 16:00 at a No. 25 Egged bus at the French Hill junction in northern Jerusalem.**

A Palestinian gunman armed with an M-16 rifle opened fire on Egged bus No. 25 traveling from the Neve Ya'akov neighborhood in northern Jerusalem towards the center of the city. He emptied a full magazine before being killed by a border policeman and policewoman who were on routine duty across the street. Menashe Regev and Shoshana Ben-Yishai were fatally shot; 45 others were injured. Both Hamas and Islmaic Jihad claimed responsibility for the attack.

Meni Regev, an 8th grade student at the Brand School in Neve Ya'akov, was returning from school to his home in Jerusalem's Ramot neighborhood. Hit by a bullet in the cheek, the doctors efforts to save him proved futile, and his parents were asked to identify the body in the evening.

Meni, the youngest in his family, was a very friendly boy, who loved riding his bike, playing soccer, and computers. "Meni loved his school and didn't mind traveling by bus to Neve Ya'akov, because there he was supported and loved," said his sister. "Now the terrorism has hit us."

Menashe Regev was laid to rest in the Givat Shaul cemetery in Jerusalem. He is survived by his parents, Gideon and Shoshana, his sister Liat (24), and two brothers - Shalom (21) and Rami (18).