ILANA SCHERTZMAN COHEN, et al.,

VS.

ISLAMIC REPUBLIC OF IRAN, et al.

Civil No. 17-cv-1214 (JEB)

Government ☐
Plaintiff ☐
Defendant ■
Joint ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-1 | **U.S. State Department Designation of Iran as State Sponsor of Terrorism**, current: State Department list of four designated State Sponsors of Terrorism, including Iran, as of January 19, 1984. | | Preadmitted 5/14/2019 | | |
| PX-2 | **U.S. State Department Notification**, current: State Department list of Foreign Terrorist Organizations, including Palestinian Islamic Jihad ("PIJ") as of October 8, 1997 and the Islamic Revolutionary Guard Corps ("IRGC") as of April 15, 2019. | | Preadmitted 5/14/2019 | | |
| PX-3 | **U.S. Treasury Department Press Notification**, dated May 15, 2018: Press notification of the designation by the Treasury Department of Muhammad Qasir and others for involvement in Iran's and the IRGC's material support for terrorism. | | Preadmitted 5/14/2019 | | |
| PX-4 | **U.S. Treasury Department Press Notification**, dated July 24, 2007: Press notification of the designation by the Treasury Department of components of Iran's terrorism support network, which supported PIJ. | | Preadmitted 5/14/2019 | | |
| PX-5 | **U.S. Treasury Department Press Notification**, dated November 2, 2001: Notification of designation of PIJ as a Specially Designated Global Terrorist ("SDGT"). | | Preadmitted 5/14/2019 | | |

Case 1:17-cv-01214-JEB   Document 36   Filed 05/31/19   Page 2 of 5

ILANA SCHERTZMAN COHEN, et al.,

VS.

ISLAMIC REPUBLIC OF IRAN, et al.

Civil No. 17-cv-1214 (JEB)

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-6 | **U.S. Treasury Department Press Notification,** dated October 25, 2007: Notification of designation by the State Department of the IRGC and other components of Iran's proliferation and terrorist apparatuses. | | Preadmitted 5/14/2019 | | |
| PX-7 | **U.S. Treasury Department Press Notification,** dated October 13, 2017: Notification of designation of the IRGC as an SDGT for providing support to the Islamic Revolutionary Guard Corps – Qods Force ("IRGC-QF"). | | Preadmitted 5/14/2019 | | |
| PX-8 | **U.S. Treasury Department Press Notification,** dated September 16, 2008: Press notification of the designation by the Treasury Department of components of Iran's terror apparatus, which supported PIJ. | | Preadmitted 5/14/2019 | | |
| PX-9 | **U.S. Treasury Department Press Notification,** dated August 3, 2010: Press notification of the designation by the Treasury Department of components of Iran's terror apparatus, which supported PIJ. | | Preadmitted 5/14/2019 | | |
| PX-10 | **Executive Order 12947,** dated January 25, 1995: Executive Order including an annex designating PIJ as a Specially Designated Terrorist. | | Preadmitted 5/14/2019 | | |

Government ☐
Plaintiff ☐
Defendant ☒
Joint ☐

ILANA SCHERTZMAN COHEN, et al.,

VS.

ISLAMIC REPUBLIC OF IRAN, et al.

Civil No. 17-cv-1214 (JEB)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-11 | **State Department - Country Reports on Terrorism for the years 2006 through 2012:** Reports describing Iran's support for terrorist groups including PIJ; also notes PIJ's claim of responsibility for the November 4, 2001 attack at issue. | | Preadmitted 5/14/2019 | | |
| PX-12 | **U.S. Department of Defense Briefing,** dated April 2010: Briefing on Iran's provision of material support to PIJ and other terrorist groups. | | Preadmitted 5/14/2019 | | |
| PX-13 | **Israel Defense Forces ("IDF") Intelligence Report,** dated September 30, 2002: IDF intelligence report, distributed by Israel's Ministry of Foreign Affairs, on Iran's support for PIJ and other groups. | | Preadmitted 5/14/2019 | | |
| PX-14 | **Expert report of Patrick L. Clawson, Ph.D.,** dated February 28, 2019: Expert report on Iran's and IRGC's support for PIJ. | | 6-4-19 ✓ | | |
| PX-15 | **Al-Istiqlal Articles,** dated November 8, 2001: Articles describing the November 4, 2001 attack at issue and PIJ's claim of responsibility for it, along with a certified translation. | | 6-4-19 ✓ | | |
| PX-16 | **Website capture from saraya.ps,** dated November 4, 2015: Official PIJ statement claiming responsibility for the November 4, 2011 attack. | | ✓ 6-4-19 | | |

3

Case 1:17-cv-01214-JEB   Document 36   Filed 05/31/19   Page 4 of 5

ILANA SCHERTZMAN COHEN, et al.,

VS.

ISLAMIC REPUBLIC OF IRAN, et al.

Civil No. 17-cv-1214 (JEB)

Government ☐
Plaintiff ☐
Defendant ■
Joint ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-17 | **Website capture from saraya.ps, dated December 4, 2011:** Official PIJ statement claiming responsibility for the November 4, 2011 attack, along with a certified translation. | | ✓ 6-4-19 | | |
| PX-18 | **Website capture from sarayaalquds.org, dated February 2, 2007:** Memorial page for alleged attacker Hatem Yaqin al-Shweiki, along with a certified translation. | | ✓ 6-4-19 | | |
| PX-19 | **Israeli Ministry of Foreign Affairs Communique,** dated August 14, 2003: Publication of an IDF communique announcing the death of PIJ commander Mohammed Sidr. | | ✓ 6-4-19 | | |
| PX-20 | **Website capture from saraya.ps, dated September 26, 2012:** Article by PIJ official Azzam al-Shweiki about deceased PIJ official Dhiyab al-Shweiki, along with a certified translation. | | ✓ 6-4-19 | | |
| PX-21 | **Website capture from saraya.ps, dated September 5, 2007:** PIJ article describing and claiming responsibility for the November 4, 2001 attack, along with a certified translation. | | ✓ 6-4-19 | | |

ILANA SCHERTZMAN COHEN, et al.,

VS.

ISLAMIC REPUBLIC OF IRAN, et al.

Civil No. 17-cv-1214 (JEB)

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| PX-22 | **Website capture from sarayaalquds.org,** dated August 18, 2003: Memorial page for PIJ commander Mohammad Sidr, along with a certified translation. | | ✓ | | |
| PX-23 | **Expert report of Harel Chorey, Ph.D.** Expert report attributing the November 4, 2001 attack to PIJ. | | ✓ | | |

5