## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ILANA SCHERTZMAN COHEN**, *et al.*,

    **Plaintiffs,**

       v.

**ISLAMIC REPUBLIC OF IRAN**, *et al.*,

    **Defendants.**

**Civil Action No. 17-1214 (JEB)**

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court

ORDERS that:

1. Plaintiffs' Motion for Default Judgment is GRANTED; and

2. Judgment is entered in favor of Plaintiffs and against Defendants in the amount of
   $10,050,000.

IT IS SO ORDERED.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  July 11, 2019