UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
----------------------------X

ILANA SCHERTZMAN COHEN, et al.,

                    Plaintiffs

   v.                              Civil Action 17-1214

ISLAMIC REPUBLIC OF IRAN, et al.,

                    Defendants

----------------------------X

                    Washington, D.C.
                              Tuesday, June 4, 2019
                              10:00 A.M.

              TRANSCRIPT OF EVIDENTIARY HEARING
           BEFORE THE HONORABLE JAMES. E. BOASBERG
                UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs: Michael J. Radine, Esq.
                    Ari Ungar, Esq.
                    OSEN LLC
                    2 University Plaza, Suite 402
                    Hackensack, NJ 07601
                    (201) 265-6400




Court Reporter:          Lisa Walker Griffith, RPR
                    U.S. District Courthouse, Room 6507
                    Washington, D.C.  20001
                    (202) 354-3247

C O N T E N T S

WITNESS:                                        Page:

**P R O C E E D I N G S**

1

2          THE DEPUTY CLERK:  This is Civil Action 17-1214.

3    Ilana Schertzman Cohen et.al versus Islamic Republic of Iran

4    et.al.

5          Counsel, please approach the podium and identify

6    yourselves for the record.

7          MR. RADINE:  Good morning, Your Honor.  Michael

8    Radine for the plaintiffs. This is my colleague, Ari Ungar,

9    also for the plaintiffs.

10         THE COURT:  Good morning to you.

11         What is your schedule in terms of order of

12    witnesses, Mr. Radine?

13         MR. RADINE:  Sure.  Our plan was to go through the

14    plaintiffs first given the time difference in Israel.  Then

15    that will be the end of the video portion.  And then we have

16    two live expert witnesses that will come in, in the afternoon

17    to give their testimony.

18         THE COURT:  Okay.  Sounds fine.  Then maybe once

19    we're done with the video witnesses we'll probably move back

20    to my courtroom for the live witnesses.

21         MR. RADINE:  Okay, yeah.

22         THE COURT:  Then we have to take a break about

23    every hour and 15 minutes for the court reporter.

24         First of all, I appreciate, I think materials have

25    been clearly organized.  Certainly, the binder was very

1   helpful to me in the sense that everything was in one place.

2   I think you've made the pleadings, both the facts and the law

3   clear and well established.  I'm interested in hearing from

4   the individual plaintiffs, and then the experts as well.  But

5   certainly I appreciate the way you've set all of this out

6   which made it much simpler for me.

7          MR. RADINE:  Absolutely, Your Honor.  I appreciate

8   you taking time for us to present this today.  Of course, we

9   have a lot of witnesses.  We'll try to go through it as

10  quickly and efficiently as possible.  To save some time, I

11  have provided names and spellings to the reporter already.

12         I would only ask, so we stay on track, if Your

13  Honor has a hard stop at the end of the day that you would

14  like us to be cognizant of.

15         THE COURT:  5:00.  Again, for the experts, I don't

16  really see us needing more than, much more than an hour or so

17  apiece.  So I don't see that we're going to have a problem.

18         MR. RADINE:  That will be no problem, Your Honor.

19         THE COURT:  I think that probably referring to

20  people by their first name will be easier just because there

21  are so many common last names.  And I certainly mean no

22  disrespect to any individual.  I know you won't.  But I think

23  that for simplicity that might be easier.

24         MR. RADINE:  Okay.

25         THE COURT:  I've read all the materials.  I don't

1   want everything repeated.  But I think that, for the

2   individuals, how they've been -- what their harms have been,

3   how they continue to be harmed and -- but I certainly don't

4   want to be to make Myriam Miller or Ilana Schertzman to have

5   to recall everything they went through, since it was

6   obviously traumatic, I understand that.  I'm more interested

7   in hearing about their injuries than I am about the -- I

8   don't require them to explain all that.

9           MR. RADINE:  Okay.  We will try to focus on that,

10  except to the extent, Your Honor, that describing the event

11  itself describes the injuries.

12          THE COURT:  That's fine.  I just don't, I certainly

13  don't want to make it more painful for them than necessary.

14          MR. RADINE:  I appreciate that, Your Honor.

15          THE COURT:  So anything else preliminary that you

16  want to raise this morning?

17          MR. RADINE:  No, I think that's fine, Your Honor.

18  We'll be heading to experts this afternoon, we have a binder

19  of exhibits for the Court that we'll provide you.  But for

20  now, we're ready to go ahead.

21          THE COURT:  Okay.

22          MR. RADINE:  Plaintiffs call Ilana Schertzman

23  Cohen.

24          (Ilana Schertzman Cohen, a plaintiff, affirmed)

25                      DIRECT EXAMINATION

```
 1  BY MR. RADINE
 2       Q.    Good morning.  Thank you for joining us by video.
 3  Please tell us your name for the record.
 4       A.    Ilana Schertzman Cohen.
 5       Q.    Are you an American citizen?
 6       A.    Yes.
 7       Q.    Do you have a family of your own?
 8       A.    Yes.
 9       Q.    Are you married?
10       A.    Yes.
11       Q.    Do you have children?
12       A.    I have five.
13       Q.    We are here to talk, of course, about the November
14  4, 2001 attack.  Just to take us back to that time, how old
15  were you then?
16       A.    15.
17       Q.    What grade were you in?
18       A.    10th.
19       Q.    That was high school then?
20       A.    Excuse me, I was in the 9th.
21       Q.    In the 9th grade.  Was that in high school?
22       A.    In high school, yes.
23       Q.    If you could very briefly tell us a little about
24  what your life was like at that time before the attack?
25       A.    Before the attack I was an ordinary child.  I had a
```

1  lot of social life.  I played around like any other teenage

2  girl.  I just started, I had just gotten to the stage where I

3  was very concerned about my appearance.  And I never did fit

4  in, I never did fit in.

5      Q.   Was one of your school friends Shoshana Ben-Yishai?

6      A.   She wasn't just a school friend.  We lived in the

7  same neighborhood before we met.  And we went to the same

8  high school.

9      Q.   Okay.  Tell us just about your relationship with

10  her, how close you were with her and so on.

11      A.   Well, Shoshi, I met her a few years before.  We

12  were very good friends.  We had a similar background.  She

13  was also an American citizen.  And we had very similar

14  hobbies.  We liked playing soccer, we liked talking about the

15  same subjects.  And Shoshi became kind of like, one of the

16  kids that lived at my house.  She always liked being over at

17  my house.  Our families became very close.  Basically, Shoshi

18  was a family member.

19      Q.   Okay.  Turning to that day, tell me how that day

20  started for you?

21      A.   Well, we went to high school, and at that time,

22  there were many terrorist attacks every single day in

23  Jerusalem, especially during in Jerusalem.  We used to

24  coordinate how we would get on the buses.  And basically that

25  day was an ordinary day for us.  We just went to high school,

 1    we were very happy.  Nothing -- everything appeared like

 2    normal.

 3         Q.   Now that day was a Sunday.  Is Sunday a school day

 4    in Israel?

 5         A.   Yeah.

 6         Q.   Okay.  So the school day ends and then you board

 7    the bus; is that correct?

 8         A.   Yes.

 9         Q.   Tell us the scene on the bus before the attack

10    started.  Was the bus crowded?

11         A.   It was very crowded.  It was packed.

12         Q.   Who was on the bus generally speaking?

13         A.   Mainly students.  But they were civilians.  There

14    were soldiers, little kids.

15         Q.   Where were you seated on the bus?

16         A.   This was a long bus with a connection in the

17    middle.  I was seated after the last door, about four chairs

18    after the last door towards the end of the bus.

19         Q.   Okay.  Were you seated near Shoshana?

20         A.   I was seated right behind Shoshana.  My, I

21    basically, my neck, I basically was like my, what is this

22    called again, not a neck.  I was basically on Shoshi's

23    shoulder, we were talking.

24         Q.   You were talking at her shoulder.  So she was

25    sitting in front of you, is that right?

1    A.    Yeah.

2    Q.    You were leaning your head on her shoulder?

3    A.    Yeah.

4    Q.    Okay. Tell us how the attack started?

5    A.    We were talking and suddenly I started hearing a

6    very loud noise, very, very loud noises.  And at first,  I

7    didn't understand that we were under a terrorist attack, I

8    thought the whole world was under attack.  The next thing I

9    knew is I moved my head back and I saw one bullet going into

10    Shoshi's neck.  And I saw three bullets flying across my

11    eyes.  Then I felt a very strong breeze.  I'm not sure what I

12    felt, but it was like a very strong breeze that pushed me

13    down to the floor.

14    Q.    These bullets that passed in front of you, did they

15    pass where your head was a moment before you lifted it up?

16    A.    Yeah, yeah, if I wouldn't have moved, I would get

17    three bullets in my head.

18    Q.    So you see the bullet hit Shoshana in the neck, is

19    that right?

20    A.    I saw it going right in.

21    Q.    Then you fell to the floor?

22    A.    Yeah.

23    Q.    What happened next?

24    A.    I basically passed out.  I remember, I just

25    remember seeing -- I saw my life flashing across my eyes.  I

1  thought I was dead.  And I saw, it was like I was in a black

2  hole.

3       Q.   Did you recover from that, did you wake up?

4       A.   No.  I recovered -- yes, I got up.  But I didn't

5  get up right away.

6       Q.   What happened next?

7       A.   I looked to my left.  And I saw this boy lying

8  across from me.  He said the terrorist attack is done, now

9  you can get up.  Then I heard someone screaming, yelling.  I

10  looked behind, I was still on the floor at this point.  And I

11  turned my head very carefully a little bit back, like this,

12  kind of like this.  And I saw a very big person,

13  dark-skinned, yelling.

14            At the time of the terrorist attack, I knew the

15  terrorists were getting on buses and walking into stores and

16  checking to see who was alive.  So I thought it was the

17  terrorist.  I thought he got on the bus and I thought he was

18  going to kill me.  And I didn't want to die but I started

19  preparing myself to die.

20       Q.   How did you do that?

21       A.   I know that he was going to come and he was going

22  to check to see if I had a pulse because that's what I heard

23  on the news that other terrorists were doing.  So I decided

24  to stop my pulse, I decided that I want to live.  But I know

25  that he was going check me and I'll get a bullet in my head

1   because it's impossible to stop a pulse.  I knew that I was

2   going to die.  I started praying to God.  And I asked him to

3   just take me with mercy and that it wouldn't be painful.  And

4   I had, I was preparing myself to die.  I knew that this would

5   be the life bullet.

6      Q.   Did someone check your pulse?

7      A.   I started feeling people checking my pulse.  I

8   didn't know it was a few people.  I thought it was him.  And

9   he started checking my neck.  He checked it over here.

10      Q.   And was that person --

11      A.   Eventually it wasn't him but I felt someone

12   pressing my neck.  Then I felt a foot on my -- a foot on me.

13   I was sure that he was going to step on me to torture me.

14   And I decided that, no matter what, I'm not going to scream,

15   I'm not going to beg.  I'm just going to lay down as if I'm

16   dead.  And then I felt another touch on the other side of my

17   shoulder and I felt someone trying to move me like this.

18   Then I heard in perfect Hebrew someone say "we have a

19   victim."  When I heard that Hebrew, I felt someone came to

20   rescue me.

21      Q.   So --

22      A.   It was at that point--

23      Q.   So it was not the terrorist?

24      A.   It wasn't the terrorist.  It was paramedics and

25   soldiers that came on the bus to rescue people.

1    Q.   Okay.  Were you picked up at this point, put on

2  your feet?

3    A.   Yeah, I couldn't get up on my own.  They were

4  actually shocked that I opened my eyes.  One of them just

5  looked at me and said, aren't you supposed to be dead?  He

6  told me that they checked me, a few people checked me and

7  they said they couldn't feel any pulse.

8    Q.   What did you see on the bus when they stood you up?

9    A.   A horror movie.  I saw my friend dead.

10    Q.   You saw Shoshana?

11    A.   Yeah.  Next to Shoshana, there was this guy.  He

12  got a lot of bullets in his back.  And I basically saw him

13  gushing blood through his back and his shirt was moved or

14  torn, I don't know because there was all so bloody and I saw

15  everything inside.  I saw, basically I saw everything he has

16  inside his back.

17         The lady next to me was injured very badly.  She

18  got a lot of bullets.  And the bus, the bus was full of

19  blood.  There was tons of blood on the bus itself, the

20  windows were cracked, everything was destroyed on the bus,

21  everything.  I'm talking about chairs, people.  It was really

22  a sight that a kid shouldn't see, not even a kid, no one

23  should see.

24    Q.   Was there blood on your person as well?

25    A.   There was blood on my clothes.  There was blood

1  coming out of my neck but I was in so much shock that I

2  wasn't even aware.

3      Q.   So you were taken off the bus right after this?

4      A.   Yeah.

5      Q.   And you were taken off the bus, what was the scene

6  outside the bus?

7      A.   It was so scary.  They actually, the minute they

8  took me off the bus, I went wild.  I started screaming.  I

9  told them after seeing Shoshi, I saw her, I saw the way she

10 looked.  I knew, I knew that she was dead.  I started going

11 nuts.  Everything was broken.  There was blood, rivers of

12 blood, just coming out of the bus.  And I started yelling, I

13 started going crazy.  I said I want to go back and save

14 Shoshi.  I just want to save her, just bring her to me.  And

15 they tried, they tried calming me down.  They just couldn't.

16     Q.   Were you taken to the hospital next?

17     A.   I was forced into an ambulance actually.

18     Q.   You were taken to the hospital, were you by

19 yourself?  Was your family with you at this point?

20     A.   No, I was all alone.  They took me into an

21 ambulance with two more of my school friends.

22     Q.   What was the scene at the hospital?

23     A.   The second they opened the ambulance, I had a

24 camera in front of my face.  And that was very, very not

25 nice.

1      Q.   You mean from the media?

2      A.   From the media.  They started taking pictures.

3  There was staff to take us out of the ambulance.  I remember

4  just a very shocking experience with a lot of children that

5  were wounded.  The bus driver was lying in the bed across

6  from me with a bullet in his eye.  It was like, it was a big

7  nightmare.

8      Q.   Were you treated at the hospital?

9      A.   I was treated.

10     Q.   What were you told about your injuries at the

11  hospital?

12     A.   Well, when I got into the hospital, I was in so

13  much shock that I didn't realize they were taking care of me.

14  I didn't know what my situation was.  I was all alone, I was

15  a 15 year old girl.  One of the doctors just took my bed and

16  he put me into this machine.  I didn't know that it was

17  called a CAT scan.  They were checking the entire area of my

18  neck, my head.  And then he took me out and he took me into

19  some other room.  And he just started taking -- he started

20  taking stuff out of my neck.  I didn't know that he was doing

21  it.  He probably had put some numbing stuff on me or

22  something.  While he was doing that, there was a policeman to

23  my left side, asking me a lot about the terrorist attack,

24  taking testimony from me.

25     Q.   Did your parents arrive?

1      A.   Not yet.  My father was in the States.  He wasn't

2   in Israel when it occurred.  And my mother was at home.  And

3   of course, there weren't cell phones like today.  So I

4   actually got her in the hospital.  I called the house through

5   the paramedic's phone.  And he told me what to say on the

6   phone because I couldn't even think.

7           And then the doctor, when the policeman stopped

8   asking me questions, so I see the doctor with this green

9   bowl.  And I asked him what's all that.  He said I took all

10  of this out of your neck.  He said I think you should go in

11  surgery, we need to take care of you.  Now I'm a 15 year old

12  girl.  And I asked him, well, what will happen to me after I

13  come out of the surgery.  So he said, well you'll probably

14  have a scar on your neck and your profile will change a

15  little bit.

16          Now I'm just in the beginning of my -- I'm a little

17  girl and I'm all alone in a hospital.  And the doctor is

18  telling me that I might change, and I might become uglier in

19  my perspective.  So I tell him no, I don't want to go into

20  surgery.  So he basically put some creams on my neck, he did

21  something to me, some bandages.  Then he brought me back to

22  where I was in the beginning in the ER.

23      Q.   Did your mother arrive?

24      A.   Then my mother arrived after, yeah, after I was

25  taken care of and the doctor wasn't even next to me.  He

1    didn't even bother telling my mother about the injury, about,

2    that I should be going, that I should get surgery.  They

3    just, they just left the condition as it is and let me take

4    care of myself.

5        Q.    Were you given an update about Shoshana Ben-Yishai?

6        A.    No.

7        Q.    Did your mother eventually tell you about Shoshana?

8        A.    Yeah.

9        Q.    What did she tell you?

10       A.    What happened was that, we were such good friends.

11   And even in school, I didn't know this until the terrorist

12   attack, I never made the connection but people thought that

13   we were sisters.  They just figured that we had different

14   last names.  They figured maybe our parents were divorced or

15   something.

16            But so, the whole entire staff was told not to tell

17   me that Shoshi was dead.  So, they didn't say anything.  And

18   then when my mother arrived, so they basically told us we

19   have to -- they told her that she should tell me.

20            So they took me into this room with the whole

21   entire staff.  And my mother called the psychologist.  Now we

22   know, she said, I don't know how to tell Ilana.  And they put

23   me in a small room.  And everyone was silent, no one could

24   say a word.  And my mother gives me a prayer book and she

25   said, Ilana, Shoshi need your prayers right now.  And we

1  started praying for her.  And in my heart, I said thank God

2  she is alive.

3      Q.  Let's talk about the rest of the day.  When did you

4  leave the hospital?

5      A.  I ran away from the hospital.

6      Q.  Why is that?

7      A.  After my mother told me that she died, I was very

8  upset.  I started screaming and yelling.  I didn't want to

9  acknowledge it.  So I asked, I said so when is the funeral.

10  They said tonight, because in the Jewish religion, we bury

11  our loved one as fast as possible.  And they said no, you

12  should stay in the hospital, you should get treated, you

13  should take it easy.  This is what the staff were telling me.

14  And I said no, I have to go to Shoshi's funeral.  There is no

15  way I'm staying here.  I was like, I was in so much shock and

16  grief, I couldn't even understand what was going over my own

17  body.

18      Q.  Did you go to the funeral?

19      A.  Yeah.

20      Q.  Did you have chance to change clothes for the

21  funeral?

22      A.  No, no.

23      Q.  Let's talk about your life in the months following

24  the attack.  Tell us a little bit about what your life was

25  like then.

1    A.    I stopped sleeping and I was -- until today

2  actually, I'm very afraid of the dark.  Once I go to sleep, I

3  start having all kinds of nightmares, very bad ones.  I

4  basically see the terrorist in my dreams and I talk to him

5  and he talks to me.  And it's never good.

6         I kind of reverted into a little girl.  I started

7  talking as a little kid.  My social skills were hurt.  My

8  learning skills were hurt.  I started having a lot of pain in

9  my neck.  And as years go by, this pain just becomes stronger

10  and more painful.

11    Q.    You mentioned nightmares a moment ago.  Were you

12  able to sleep alone after the attack?

13    A.    No, no.  I stopped going to school.  I couldn't go

14  to school.  Until today, I can't even go on public

15  transportation.  I can't take a bus.

16    Q.    Were you able to finish high school?

17    A.    No.

18    Q.    Did you eventually finish high school or get an

19  equivalent diploma?

20    A.    I finished high school years later.  I finished

21  high school when I was about 28.  And next year, I'm

22  finishing my degree in English and Communications.

23    Q.    Did you seek mental health treatment?

24    A.    Yeah.

25    Q.    Would you tell us a little about the treatment you

1    underwent?

2        A.    So I went to a psychologist named Vivian Damelin

3    for a while.  The treatments were on and off.  Also because I

4    depended on people to drive me because I didn't use public

5    transportation.  Also for the reason that it is always very

6    hard to talk about what I'm going through.  And getting tools

7    for the treatment are very, very hard on me.

8            In the last past year, I've been taking a treatment

9    called N.L.P.  It's Neuro-Linguistic Programming.  What it

10   does, it's supposed to take the events that occurred and like

11   all the information that we have that we go through.  And the

12   information that we go through, I don't know how to really

13   explain it but basically it's a method that works from the

14   brain on the conscious of the brain and tries to move all the

15   bad memories and bad habits into the, like as a memory.

16       Q.    Do you still receive mental health treatment today?

17       A.    Well, I gave birth five months ago.  I did go for

18   some time when I was pregnant.  But I stopped because I gave

19   birth to a little baby that needed my attention.  And we're

20   still going through treatment with the baby.  Right now, I

21   can't do it.

22       Q.    I understand.  Your child has some medical needs,

23   your most recent child?

24       A.    Yeah.

25       Q.    Do you relate that to the terrorist attack?

1    A.   I definitely do.  I also think my weight issue is

2  because of the terrorist attack because, before the terrorist

3  attack, if I gained weight I would lose it very fast.  It is

4  now a struggle.  I'm actually a very healthy eater and I do

5  sports.  Even so, as much as I work, it's very hard for me

6  and I believe it's part of what I'm going through, the post

7  trauma.

8    Q.   Looking at your life now, how has the attack

9  affected your relationship with your husband and children?

10   A.   Well, thanks to the treatment I do get when I can

11 get it, I have tools to prevent any kind of trauma from my

12 kids, from my husband.  I have a very loving husband that

13 supports me and understands what I'm going through.

14        The psychologist, I spoke to him about what post

15 trauma is and how to face it.  But when I hear about like

16 terrorist attacks on the news or even a car crash, I could go

17 nuts, I could go nuts.  And I learned to just shut myself in

18 the room and count to 10 and calm down so it wouldn't affect

19 the rest of my family.

20   Q.   Do you still relive the attack?

21   A.   A lot, yeah.

22   Q.   Okay.

23        MR. RADINE:  Unless Your Honor has--

24        THE COURT:  Yes, just a few questions.  Can you

25 hear me, Ms. Schertzman Cohen?

```
 1              MR. RADINE:  The judge is going to ask you a few

 2    questions.

 3              THE WITNESS:  Okay.

 4              THE COURT:  All right.  Can you hear me now?

 5              THE WITNESS:  The communication isn't so good.

 6              THE COURT:  Could you hear Mr. Radine fine?

 7              THE WITNESS:  Okay.  I can hear you better now

 8    actually.  When you moved, I could hear--

 9              THE COURT:  If you can't hear what I ask you, just

10    let me know.  All right?

11              THE WITNESS:  Okay.

12              THE COURT:  When did you get married?

13              THE WITNESS:  At age, I was close to age 19.

14              THE COURT:  When would you have your first child?

15              THE WITNESS:  When I was about 22, 23.

16              THE COURT:  You now have five children and do they

17    all live in the home?

18              THE WITNESS:  Yeah.

19              THE COURT:  How are they doing?

20              THE WITNESS:  They're wonderful, they're excellent.

21    They know about my story.  They don't know everything of

22    course.  But they know who Shoshi was.  I showed them

23    pictures.  And they know that sometimes mommy just has to

24    calm down.  And they're not -- they're good kids.

25              THE COURT:  So you live in Beitar Ilit.  Is that
```

```
 1   right?

 2              THE WITNESS:  Yes.

 3              THE COURT:  Where is that?

 4              THE WITNESS:  That is about a 10 minute drive away

 5   from Jerusalem.

 6              THE COURT:  Are there any -- does your family take

 7   any security precautions given the neighborhood in which you

 8   live?

 9              THE WITNESS:  Well, today where we live, the

10   situation isn't that bad at all.  We have a lot of soldiers

11   around.  And Israel put all kinds of bullet proof, I don't

12   know what it's called in English, all kinds of different --

13   how do you say?  All kind of protection around the road so

14   there would be more safety.  And my family, the men, most of

15   them have guns.

16              THE COURT:  Have you been affected by any other

17   terrorist attacks or bombings or rocket attacks in the last

18   18 years?

19              THE WITNESS:  Yeah.

20              THE COURT:  Have you had any friends or family

21   members injured or killed either serving in the defense

22   forces or in any of the attacks?

23              THE WITNESS:  Not a lot.

24              THE COURT:  But some?

25              THE WITNESS:  Well, we live in a small country.  So
```

```
1    we get to know people.  And there are people in all sorts of

2    places in Israel that have lost their loved ones that I have

3    spoken to, that I would just get to know some time.

4              THE COURT:  Anyone close to you has been injured or

5    killed in any of those incidents?

6              THE WITNESS:  Shoshi was the closest.

7              THE COURT:  Right.  Anyone else since?

8              THE WITNESS:  No.

9              THE COURT:  Okay.  All right.  Thank you very much.

10             That's all I have.

11             MR. RADINE:  Thank you, Your Honor.

12             Thank you Ilana.  You can step down.

13             THE WITNESS:  Thank you very much.

14             THE COURT:  All right.  Thank you.

15             (Witness excused)

16             MR. RADINE:  Plaintiffs call Leslie Schertzman.

17             (Leslie Schertzman, a plaintiff, affirmed)

18                        DIRECT EXAMINATION

19   BY MR. RADINE

20       Q.   Good morning here.  Good afternoon, there.  If you

21   could speak up--

22       A.   Good afternoon, Your Honor.

23       Q.   I'm not Your Honor, but the judge may speak to you

24   in a bit.

25             If you could again, just speak up and speak clearly
```

1    that would be helpful.

2         A.    Okay.

3         Q.    Would you tell us your name for the record.

4         A.    Leslie Schertzman.

5         Q.    Thank you.  You also go by Riva in Israel?

6         A.    Yes.

7         Q.    Are you an American citizen?

8         A.    Yes.

9         Q.    Are Ilana, Ariella,  Daniel, Abraham and Yehuda

10   Schertzman your children?

11        A.    Yes.

12        Q.    Do you have any other children?

13        A.    No.

14        Q.    Donald Schertzman is your husband?

15        A.    Yes.

16        Q.    If I may take you back to the November 4, 2001

17   attack, do you remember how that day began for you?

18        A.    Yes, I was in the house.  I got a telephone call

19   from my daughter Ilana.  She sounded very strange on the

20   phone like a little girl.  She said that she was in an

21   ambulance and she was in a terrorist attack and she was okay.

22   And something happened to her friend, something like that she

23   said to me, to the best of my recollection.

24             At that time, I got a tremendous jolt when I heard

25   terrorist attack.  And in an ambulance, I realized it was

1    something serious.  I believe I called my husband quickly who

2    was in America at the time.  And then I asked my son Daniel

3    to come with me to the hospital, more so for moral support.

4        Q.  Can I ask, what did Ilana sound like on the phone

5    to you, how did she sound?

6        A.  She sounded like a little girl.  She really sounded

7    -- "Mommy, I'm okay, I was in a, there was a terrorist."  It

8    was a very strange way she spoke to me.  From that, I

9    realized it was something very bad about it.

10       Q.  So, you took your son Daniel to the hospital with

11   you?

12       A.  Right.  There was also another son Yehuda who

13   happened to walk in from school with a friend.  And I told

14   him to go to his friend's house.  And I probably told him

15   that I'm going to the hospital, that there had been a

16   terrorist attack and his sister is okay.  But that's what I

17   remember happening.

18       Q.  So you took Daniel, do you remember how old he was

19   at the time?

20       A.  17.

21       Q.  17.  Did he drive for you?

22       A.  I don't even remember.  He might have, he might

23   have actually because I remember that I was very shocked.  So

24   it's possible he did drive.

25       Q.  When you got to the hospital, what was the scene

1    there?

2        A.    It was chaotic.  First I couldn't even find my

3    daughter.  There was hysteria, there was a lot of people,

4    there was the press.  There was a doctor who finally took me

5    to the area where the victims of terror were.  I saw that

6    they were screaming, crying, their clothes were full of

7    blood.  There was hysteria, until I found my own daughter in

8    the midst of all this.  I saw her and her clothes covered

9    with blood.  I heard that she got glass fragments.  They had

10   done a CAT scan.  They didn't tell me much because the staff

11   couldn't even handle what was going on.  So I didn't even

12   know that she had shrapnel inside of her.

13       Q.    How was Ilana doing when you saw her?

14       A.    She was also -- she was crying, she was like

15   controlled at that point because she didn't realize that

16   something terrible happened to her friend.  She didn't

17   realize her friend died.  So although she was hysterical, she

18   was somewhat controlled at that point.

19       Q.    How did you hear about Shoshana Ben-Yishai?

20       A.    My son Daniel wandered around the hospital looking

21   around to see what was going on.  He walked into a room and

22   there happened to be her best friend, lying dead.  And he

23   came running out to me to tell me this.  And I didn't even

24   believe it, I couldn't really believe this had really

25   happened.  I wanted confirmation.  It was just something I

1   couldn't accept.

2        Q.   So, did you know Shoshana as well?

3        A.   Shoshana was like a member of the family to us.

4   She came to my house every day.  She was not so happy in her

5   own house and she decided that she was happy in mine.  So we

6   adopted her as a member of the family.  And she would be in

7   my house every single day.  All the kids got to know her.

8   And Ilana was a very happy kid having her as a friend.  They

9   did homework together.  She happened to be very smart and she

10  also helped Ilana to be a smart student as well.  So that's

11  how we are.

12       Q.   Daniel told you that he saw that Shoshana had died.

13  Did you tell Ilana this news?

14       A.   I spoke to the staff after I -- someone else

15  confirmed it.  First, I had to get over it.  I literally, I

16  had to get over it myself before I could say anything to my

17  daughter because I was afraid that this news would kill her.

18  I really didn't know how to tell her.  And I asked the staff

19  psychiatrist if she would tell her.  She said no, this is

20  something you have to do.  We went into a little room.  There

21  were some other therapists around but nobody was going to say

22  it.

23            So it took a very long time for me to break the

24  news.  First I tried hinting and I tried to tell her little

25  religious kinds of things about God's plan in the world,

giving her a preparation for it until I finally told her. And when I did, it was what I thought; she was absolutely hysterical beyond belief.

At that point, I had met a psychiatrist. And I called her down and I told her to please come down and help us with this. So Dr. Vivian Damelin came and she helped us. In fact she, this doctor took us out of the hospital and took us to her house for a while just to calm us down because the two of us were in such shock.

Q. Did you attend the funeral for Shoshana after --

A. Yes, yes, we did.

Q. That was that same evening? Tell me about the weeks following the attack for you.

A. Well, I didn't anticipate when you hear about a terrorist attack, how it affects you personally, the whole family because you see what happened to the person you love and another person we loved as well. So for me, I was definitely in a state of shock, in psychological shock. I walked around in a daze.

And I tried to do what I had to do for my kids. But there was a good likelihood that I wasn't giving them the attention they needed. I was trying to comfort my daughter a lot because she needed a lot of comforting, she couldn't be alone. We had a lot of volunteers coming to the house to just sleep with her and to be with us initially. There was a

1    lot of  -- it was a kind of gloomy environment for a while,

2    grief as well.

3        Q.   How did you see that it affected your other

4    children?

5        A.   Well, first of all, the whole atmosphere was very

6    full of grief and Ilana was hysterical a lot and probably I

7    was upset a lot and Ariella who was also close to Shoshana.

8    I would say that first it made the atmosphere very depressing

9    for quite a while.  And the kids were somewhat neglected

10   initially because of it.

11           And also it just introduced into my home this idea

12   that death is violent, death through terrorism, that it

13   happened to their sister in this case, she was injured.  And

14   it happened to another person that would come into the home

15   every day.  So it took a while for everybody to come calm

16   down from all that.  In fact, I did bring therapists to the

17   home.  I didn't tell my kids but I was bringing some

18   psychologists to the house just to talk to them and talk

19   about the incident.

20       Q.   Did you seek mental health counseling?

21       A.   Yes, I did.

22       Q.   What sort?

23       A.   I did EMDR.  I went to a psychologist who did this

24   thing with de-sensitizing me, which actually helped somewhat.

25   But because there is terrorism that is ongoing in the world,

1   so it would re-trigger me again.  I also at one point, I

2   needed some medicine because I was getting too anxious.

3          So and unfortunately I do suffer from a chronic

4   anxiety after this, which means that it's very difficult for

5   me when I have to go alone in a car or a bus.  I get very

6   anxious for several hours before to actually think about

7   this.  It's just something that is with me.  I tried to

8   ignore it but it's something that is with me.

9   Q.   Do you remember what kind of medication you took?

10  A.   Buspar.

11  Q.   Was it effective for you?

12  A.   It did help, yeah.

13  Q.   Do you remember, how do you observe Daniel reacting

14  after coming to the hospital with you in the weeks following

15  the attack?

16  A.   Well, I noticed that Daniel was a very depressed

17  kid for a long time.  I didn't understand, it didn't even

18  occur to me that, after witnessing a dead girl that he knew,

19  that he probably loved, that it would make him feel terrible

20  for a long time to come and affect him in many ways.

21         In his school work, it was hard for him to function

22  as well.  But he was often very sad.  He was a very sad

23  child.  I noticed different things in my kids.  I didn't

24  think about it, and didn't pinpoint it until someone is

25  asking me this question.

1        But I have one kid, Abraham who became very

2   diligent and was always looking for terrorists, he would be

3   out with binoculars.  He would be hypervigilant.  We had

4   Yehuda who became very angry from it, and he was more angry

5   and it was more difficult to deal with it.  Ariella was also

6   very sad about it, she developed a lot of anxiousness because

7   we felt it.

8        And in the home, Ilana often had unpredictable

9   hysterical reactions.  This was very hard for me as a mother.

10  Especially, I remember we had a Jewish holiday, Purim, a very

11  happy holiday.  I remember at one point, she started to cry

12  hysterically and laid there on the floor, and was there on

13  the floor, crying and crying for hours.  I believe that was

14  two years after the terrorist attack.

15       If anything would happen like stress, there was a

16  little stress in her life, she wouldn't act like a normal

17  person.  She may be upset, be a little angry.  She would

18  actually start crying.  And she continued to do this, even in

19  her marriage.

20       So she lives close by.  And she would call me at

21  any hour of the day if she had a situation like that, I would

22  come and help her because she would be crying hysterically

23  for at least a half hour.  And I would have to calm her down.

24       Fortunately now, recently when she went for

25  intensive therapy, she is getting better with that.  But this

1    is something I realize that started from that time.  And of

2    course, it affected everyone in the family because she gets

3    hysterical, the other kids get crazy and there is this domino

4    effect.

5        Q.   You mentioned that in the weeks following the

6    attack, you thought your children may have been neglected

7    somewhat.  Did you feel that you were unable to provide them

8    the care that they needed in the weeks following the attack?

9        A.   I think it's more like I was in a fog.  I was

10   absolutely in a fog.  I just didn't know what to think.  It's

11   like a person who is going through grief.  It's just, I just

12   didn't know, it was very difficult for me to think about what

13   I had to do.  I probably did what I had to do but I was

14   definitely on another planet when I did it.

15       Q.   Does the attack still affect you today?

16       A.   When I think about it, yes, it does.

17            MR. RADINE:  That's it for me, yes, Your Honor.

18            THE COURT:  Can you hear me, Mrs. Schertzman?  This

19   is Judge Boasberg.

20            THE WITNESS:  Yes, Your Honor.

21            THE COURT:  Good morning, at least here on the east

22   coast.  I have a few quick questions for you.

23            Do you think that the family was more affected by

24   the death of Shoshana or the fact that Ilana had been injured

25   in the attack?  If you can segregate those.

1          THE WITNESS:  Well, both are very significant for

2     them because you think something can't touch your family and

3     it did.  So, certainly because of the way Ilana acted, so it

4     affected everyone.  And also to see her, to see how she

5     looked after the whole thing, the look on her clothes full of

6     blood and just the look of her face and how she was, was very

7     traumatic for all of us.  But I will certainly say that

8     losing this person in the house as well was also a great

9     source of grief for us and trauma.

10          THE COURT:  So she then was -- she got married then

11     just a few years later, four years later I guess?

12          THE WITNESS:  I think Ilana was trying to run away

13     and got married very early.  I didn't want her to get

14     married.  I tried to dissuade her from getting married so

15     young.  But I think she was trying to change, hoping that

16     something would get her away from the whole way she felt

17     about it.  That's just as a mother.

18          But I wanted her to have a normal, stable life.  It

19     took me a few years for me to see evidence that things were

20     going to be normal because, in the beginning, she stopped

21     being able to learn in school.

22          The first thing that happened was I was getting

23     calls from her school.  She was a good student.  Suddenly,

24     they said your daughter can't learn.  She just cannot do the

25     test.  She can't do anything.  And I didn't know what to say

1    to them.  I told them, no, she can't function, I'm lucky to

2    have a daughter.

3              THE COURT:  How is her family now?  She has five

4    kids?

5              THE WITNESS:  They're very cute.  Well, I would say

6    that this is why I made sure that Ilana was like around the

7    corner from me so I could keep an eye on her and help her.

8    And I do help her quite a bit because I know that she has a

9    little bit of emotional handicap.  She is certainly improving

10   with how she handles her kids.  And they're doing well, thank

11   God.

12             THE COURT:  Thank you so much for testifying today.

13             THE WITNESS:  Thank you very much, Your Honor.

14             (Witness excused)

15             MR. RADINE:  Plaintiffs call Donald Schertzman.

16             (Donald Schertzman, a plaintiff, affirmed)

17                        DIRECT EXAMINATION

18   BY MR. RADINE:

19        Q.   Good afternoon over in Israel, Donald.  If you

20   could just speak loudly and clearly for us, that would be

21   great.  Please state your name for the record.

22        A.   Donald Schertzman.

23        Q.   Are you an American citizen?

24        A.   Yes.

25        Q.   What do you do for a living?

1       A.    I'm a physician, anesthesiologist.

2       Q.    Just to cover our bases, of course Leslie

3  Schertzman is your wife and the remaining Schertzman

4  plaintiffs are your children.

5       A.    That's correct.

6       Q.    Going back to the November 4, 2001 attack, where

7  were you that day?

8       A.    I was in, working on an assignment in Ohio.  I was

9  filling a vacant position in a hospital which basically was

10  my work during that period of time.

11      Q.    As in you regularly acted as a doctor in the United

12  States?

13      A.    That's correct.  I would work on assignments for

14  about several weeks to about a month and go back to Israel.

15  Then repeat it several times during the year.

16      Q.    Why act as a doctor in the United States versus in

17  Israel at that time?

18      A.    Well actually I also worked in Israel.  The problem

19  was, the main problem was that the pay level was extremely

20  low in Israel.  And I couldn't support a family on what I was

21  providing there alone.  That was the first.  The second

22  reason was, at the time my parents were living in the U.S.

23  and I wanted to visit them periodically.  So I would fly in,

24  visit them, then often proceed to my assignment.

25      Q.    The day of the attack, November 4, 2001.  Do you

1  remember how that day started for you?

2      A.   Well, it started off as basically a routine day.  I

3  don't believe I was working on that day, I wasn't.  And then

4  I would normally get phone calls from the family.  And I

5  received to the best of my recollection two phone calls from

6  my wife.  And she told me about the terrorist action.  Then

7  she called me back with more details about it.  Then after

8  that, I was in basically in a state of shock.  That's about

9  the best that I can remember.

10     Q.   What do you remember her telling you about Ilana's

11 condition?

12     A.   Well, at first I was told that, I believe that it

13 was either Ilana or Shoshi was killed.  And then it was

14 clarified that Ilana was wounded and Shoshi was killed on the

15 second telephone call.

16     Q.   And initially you didn't know if it was your

17 daughter that had been killed or Shoshana?

18     A.   Yes, that's the best of my understanding or

19 recollection.

20     Q.   I take it, this is what triggered the shock that

21 you mentioned before.

22     A.   Basically the idea that there was an attack, my

23 kids were involved.  And the whole nature of the attack,

24 basically everything together, you know, that they were just

25 functioning, having a routine day going to school.  And there

 1   was an attack of this nature and they were on the bus.  And

 2   they were shot.  And as I heard more details, it just made

 3   the trauma much worse.

 4        Q.   Did you know Shoshana Ben-Yishai?

 5        A.   I think I knew her very well.  Shoshana was

 6   considered to be a member of our family basically.

 7        Q.   When was the last time you spoke to Shoshana?

 8        A.   I spoke to Shoshana as I was leaving for the

 9   airport on this particular assignment.  She was walking out

10   the door.  She turned to me, she left first.  And she said

11   that I should be safe.  So it was the day that I left for the

12   U.S.

13        Q.   What effect, if any, did it have on you being out

14   of the country when the attack happened?

15        A.   I felt, first off I felt devastated.  In general, I

16   have a very strong sense of responsibility towards the

17   family.  And that the idea that I wasn't there for this whole

18   event until today affects me negatively.

19        Q.   Did you return to Israel soon after hearing about

20   the attack?

21        A.   No, I had a problem that I had a contract and here

22   I am working in a relatively isolated area in Ohio.  And

23   there really wasn't anyone to relieve me.  So had I left,

24   there wouldn't have been anyone to cover this hospital area.

25        Q.   So you were not able to see your family for a

1  period after the attack?

2      A.    That is correct.

3      Q.    When you returned, what effect did you see in the

4  months after the attack on yourself and your family?

5      A.    Well, I think that the family was, we actually have

6  a close relationship between all of us but it seemed that

7  everyone suffered from some kind of, they all suffered from

8  trauma.  Then there was a family dynamic that one affected

9  the other.  Then it was almost like, it was like an

10  uncontrollable situation because of the aftermath I think of

11  -- the whole situation was completely different than before I

12  left.

13      Q.    How was Ilana's behavior affected by the attack in

14  that period?

15      A.    I'm sorry, I didn't hear.

16      Q.    How did you see Ilana's behavior change after the

17  attack?

18      A.    Ilana was in a state of, basically being like

19  uncontrollable like a post trauma.  In other words, she was

20  acting out.  I think among the things that I saw mostly was

21  that, before that, she was basically an average to good

22  student.  But after that, she didn't have the ability to

23  concentrate and learn.  That, from my estimation, given that

24  she was in school and she had aspirations that, to me, this

25  was very devastating, the idea that suddenly I have a

1  daughter that can barely concentrate and do any kind of

2  school work.

3      Q.   Did you continue working in the United States after

4  this attack?

5      A.   Well, I continued but I had had plans to go into

6  maybe have some kind of academic relationship with a

7  university program where, before I went to Israel, I was

8  involved -- I was at the Harvard Medical School and also in

9  Downstate in Brooklyn.  My goal was to somehow get a part

10  time position and be with academic and clinical medicine.

11          After this happened, I realized that I really had

12  to be with the family.  And basically I did two things.  One

13  was that -- I couldn't stop working completely, but I was

14  gradually minimizing the time that I was in the U.S. and

15  taking up more and more work in Israel, even though there was

16  a big difference in not only the pay but also the quality of

17  the work, like on a basic level that I was used to doing.

18          Second was that, my parents were living in New

19  York.  And I encouraged them to come to Israel to be close to

20  us.  And a lot of this I think was basically a response to

21  basically keeping the family secure.  I felt very strongly

22  about that.

23      Q.   So, after the attack, you felt the need to be

24  around your family more than you had before?

25      A.   That's correct.  And as far as my career is

1   concerned, I basically abandoned the first idea of an

2   academic relationship.  And I just took what work I could get

3   in Israel, which basically, if I described to you the kind of

4   work it would be in the U.S., it would be similar to being

5   almost like a resident as opposed to a senior

6   anesthesiologist.

7        Q.   So in sum, the attack in some sense ruined your

8   career plans that you had and the method of support you had

9   for your family?

10       A.   That's correct.

11       Q.   Since the attack, do you keep a gun?

12       A.   I keep a gun with me almost all the time.  I have a

13  gun with me or immediately available.

14       Q.   Why is that?

15       A.   Because the nature of attacks in our area could be

16  sudden and it could come from any direction.  Just like this,

17  in this case, this was a bus traveling almost in the middle

18  of the city.  And this is what happened.  And the truth is

19  that it could happen almost anywhere.  So basically I have

20  always been protective.  But I basically took it up to a much

21  higher level than before.

22       Q.   Do you still think about the attack today?

23       A.   Every day.

24       Q.   Okay.

25            MR. RADINE:  That's it for me, Your Honor.

1          THE COURT:  All right.

2          Mr. Schertzman, this is Judge Boasberg.  Can you

3     hear me?

4          THE WITNESS:  Yes.

5          THE COURT:  I guess it is afternoon in Israel.

6     Thank you so much for being here.  I just have a couple of

7     questions for you.

8          You mentioned that the gun that you carry and the

9     fact that attacks can happen anywhere.  Are you aware of any

10    other rocket attacks or terrorist attacks that have occurred

11    anywhere in your vicinity over the years?

12         THE WITNESS:  Yes, we've had two intifadas, which

13    basically, it was many terrorist attacks and also missile

14    attacks.  And I was working in Tel Aviv during the last Gaza

15    war and there were several attacks, not one.

16         THE COURT:  Have you had any friends or colleagues

17    who have been injured or killed in any of these or as members

18    of the IDF?

19         THE WITNESS:  I've had several friends killed.  I

20    want to just remark that this particular attack that happened

21    with my daughter and with Shoshi somehow it seems like I

22    reacted to this much, much more, like on a deeper level, even

23    though we've been in the past, we've had attacks and there

24    have been attacks around.

25         This somehow, you know, given the fact that I'm an

1  anesthesiologist and involved with trauma, that I actually

2  surprised myself that I felt so strongly about this.

3          THE COURT:  Have you done any U.S. work since you

4  got back from Ohio that time?

5          THE WITNESS:  What happened was that I continued to

6  work periodic work.  And I took work in Israel, full time

7  work.  And what I found was that, if I work 60 to 70 hours a

8  week, I could cover my expenses, my basic house expenses.  So

9  this was a process but I basically stopped it completely

10  several years after this assignment.  And I haven't been back

11  since.

12          THE COURT:  Okay.  Thanks so much.  Thank you again

13  for making yourself available.  I appreciate it.

14          THE WITNESS:  Thank you, Your Honor.

15          (Witness excused)

16          THE COURT:  Let take a 10 minute recess and then

17  we'll resume.

18          (A brief recess was taken.)

19          (Daniel Schertzman, a plaintiff, affirmed)

20                    DIRECT EXAMINATION

21  BY MR. RADINE

22      Q.   Good afternoon in Israel, Daniel.  If you could

23  just speak loudly and clearly for us, that would be

24  wonderful.  Please tell us your name for the record.

25      A.   My name is Daniel Schertzman.

1    Q.   Are you an American citizen?

2    A.   I am an American citizen.

3    Q.   Just to set up a background, Ilana Schertzman is

4    your sister, the other Schertzman plaintiffs are your

5    siblings and parents; is that correct?

6    A.   Yes.

7    Q.   Are you married?

8    A.   I am married, yes.

9    Q.   Do you have children?

10    A.   I have four daughters.

11    Q.   We're here to talk about the attack, of course, of

12    November 4, 2001.  How old were you at that time?

13    A.   I think I was around 17.

14    Q.   What were you up to in life when you were 17?

15    A.   I was in high school, doing what every 17 year old

16    does.

17    Q.   Okay.  Were you close with your sister Ilana?

18    A.   Yeah, you could say so, yeah.

19    Q.   Were you close to Shoshana Ben-Yishai?

20    A.   Yes, I was also.

21    Q.   Turning to the day of the attack, tell me how that

22    day started for you.

23    A.   We liked to play around a lot.  What we were doing

24    in the morning--

25    Q.   Who is we?  Sorry.

1      A.   Myself, Shoshana and Ilana, all three of us.

2  Shoshana just got a cell phone which were new things at the

3  time.  And we would make prank phone calls in the morning.

4  So we did that that morning, too.  When the time came, we all

5  went to school.

6      Q.   You attended a different school than Ilana and

7  Shoshana, correct?

8      A.   Yes.

9      Q.   So that morning, you were making prank phone calls

10  together, and then you went off to your respective schools.

11  How did you hear about the attack?

12      A.   I was on my way back home and my mother called me.

13  And she said something like, there was an attack; Ilana is in

14  the hospital, we have to go.  So I didn't think too much of

15  it other than okay, great, now they both have a fore on me.

16  They're both going to sit around laughing that they were in

17  an attack and I wasn't and so on.  I didn't think much of it.

18          So I got home.  I went with my mother.  I had just

19  gotten  my driver's license.  So I drove with her and went to

20  the hospital.

21      Q.   Did you drive?

22      A.   I drove.

23      Q.   So you were driving with your mother.  Do you

24  remember why you drove?

25      A.   Because I just got my driver's license and I

1    thought it was really cool.

2        Q.   When you get to the hospital, please describe what

3    you saw.

4        A.   I went into the entrance of the hospital.  And it

5    was a mad house.  My mother went to go look for Ilana.  I

6    kind of stood outside of the main area of the hospital.  I

7    was watching how kids were being wheeled in with bullet

8    holes; they were like semi-patched up.

9            I kind of got really scared when I saw that.  And I

10   realized that this isn't a joke, especially when I had this

11   one girl who was lying on a stretcher and her arm was full of

12   bullet holes and she was like looking at me, she was patched

13   up, I think waiting to go into surgery or something.  But I

14   remember seeing the blood on the patches.  And kind of went a

15   little, it started getting a little crazy from there.

16   Meaning, I started realizing that this isn't a joke and

17   people are really hurt.  And it's not something that a

18   teenager should see or anyone should see or experience.

19       Q.   Did you find Ilana?

20       A.   At one point, I found Ilana.  She was with my

21   mother and a social worker.  And they were going to inform

22   her -- I mean, I'm mixing up the story a little bit because

23   in the beginning, I went back home at one point.  I was told

24   that she was killed.  I thought they were making fun of me.

25       Q.   You were told who was killed?

1    A.    I was told that Shoshana was killed in the attack.

2   And I thought they were making fun of me.  So I kind of like

3   laughed and I said, yeah, yeah.  And I went back to the

4   hospital.  And I was waiting in the waiting room and I had

5   the T.V. on.  I saw her picture on the T.V.  And I had a

6   major shock went through my body, kind of like a shock.  I

7   remember how it felt.  I still couldn't believe it.

8         But the place was so wild, I was able to view

9   anything I wanted.  I ended up going down to where she was

10  held for her parents to come identify her.  She was there.

11  And I couldn't really, that kind of broke me.  And I ran away

12  as fast as I can before her parents got there.  And I just

13  went home and went into my room.  And from there on in, I

14  locked everything out.

15    Q.    Did you return to the hospital after that?

16    A.    No, I went one time and I returned.  And this was

17  after that.  I just went home.

18    Q.    Did you go to Shoshana's funeral?

19    A.    No.

20    Q.    Why not?

21    A.    I couldn't.

22    Q.    Tell me about the weeks following the attack?

23    A.    Everything became dark and quiet.  It felt kind of

24  like I lost a little sister and then I lost another sister

25  who kind of never recovered.  I lost a sister and a half that

1    same day.  I became, I don't know, everything, everything

2    just went off from there.

3           I'm trying to think of the correct words to put how

4    what happened.  But I became over protective.  And I kind of

5    stared death in the face and I couldn't cope with it.  So I

6    was over protective.  And I kind of, nothing really had any

7    point anymore or any meaning.  I kind of put everything off.

8           I started failing school and my sister was kind of

9    going haywire.  So my parents got her treatment.  But I

10   couldn't bear to put my parents through another kid who

11   needed the same thing.  So I kind of shut up.  And I ended up

12   not dealing with it until maybe two years ago when I actually

13   started getting help.

14       Q.   So you didn't turn to your parents for support

15   during that time?

16       A.   No, I couldn't do that to them.  They almost had

17   their daughter killed.  And the other girl who used to live

18   in the house, she was buried.  I mean, I couldn't do that to

19   them.

20       Q.   Were your parents, did they offer you the support

21   you needed in that time?

22       A.   They, I don't think they knew or understood.  I

23   shut them out.  I haven't really shared this with anyone.  I

24   knew they couldn't cope with another kid going through this.

25   And I knew I had to be strong.  So I had a lot of problems.

1    I'd say, I would even call it somewhat mental issues if it

2    turned into learning problems and dealing with people and

3    just dealing with life. I mean, I probably should have

4    turned to them. But I didn't know any better so I just

5    looked at what my sister was going through with them and I

6    didn't.

7        Q.    Were you able to finish high school on time?

8        A.    No, nothing after this was on time.

9        Q.    You testified before that you have a wife and

10   children. Has this affected your relationship with them?

11       A.    Yes. I'm overly protective with my kids. And

12   until about two years ago, I had a lot of problems with my

13   wife. It wasn't with her, it was actually with me trying to

14   be normal. And I actually almost got divorced because of it,

15   until I find out where it was coming from, until I started

16   getting treatment.

17       Q.    What kind of treatment did you get?

18       A.    Dealing with these issues, how to cope, what kind

19   of damage did it actually do and how can I get over it.

20       Q.    Do you see a mental health professional?

21       A.    Yeah, yeah.

22       Q.    How has your relationship been with Ilana since the

23   attack?

24       A.    She has never really been the same. She also --

25   you can trip her off very easily. It's hard to be someone's

1    friend when you say one wrong word and all hell breaks loose.

2    It wasn't like that before.

3        Q.   Do you feel that you've been able to recover from

4    the attack?

5        A.   You can never recover from the attack.  It's always

6    there.  You just, you learn to cope with it.

7        Q.   Do you still think about it?

8        A.   I try not to because I can still feel it.

9        Q.   Okay.

10           MR. RADINE:  That's it for plaintiffs, Your Honor.

11           THE COURT:  Okay.  Mr. Schertzman, this is Judge

12    Boasberg.  Good afternoon, thanks very much for being here

13    and testifying.

14           I just want to ask you a couple of questions if I

15    might.  So did you serve in the IDF?

16           THE WITNESS:  Yes, I did.

17           THE COURT:  When was that?

18           THE WITNESS:  What?

19           THE COURT:  When?

20           THE WITNESS:  Between 2003 to 2006.

21           THE COURT:  Can you tell me a little bit about that

22    service, in the sense of were you involved in any operations,

23    what kind of service did you perform?

24           THE WITNESS:  In the beginning, I was put in the

25    combat units.  Again, I have a lot of trouble I think

1   emotionally dealing with a lot of things.  I ended up being

2   transferred out of the combat unit.

3        THE COURT:  Were you in active combat when you were

4   in the combat unit?

5        THE WITNESS:  No.

6        THE COURT:  And then what unit were you transferred

7   to?

8        THE WITNESS:  I was transferred to, well

9   technically it was the same unit.  It was just a base that

10  trains officers.

11       THE COURT:  Did you have any friends or colleagues

12  who were injured or killed during your time with the IDF?

13       THE WITNESS:  No.

14       THE COURT:  How about in the intervening years, any

15  friends or relations who have suffered because of terrorist

16  attacks or rocket attacks in Israel?

17       THE WITNESS:  I actually got hit with rocks a

18  number of times.  I mean, it is a little bit scary.  I

19  haven't been, it hasn't hit serious but I did get my car

20  prepared for it.  I have rock proof windows.  I don't really

21  have any friends who got killed from any kind of terrorist

22  attack ever since then.

23       THE COURT:  Okay.  Thanks so much.  I really

24  appreciate you testifying.

25       THE WITNESS:  Okay. thank you.

```
1                  (Witness excused)

2                  MR. RADINE:  Plaintiffs call Ariella Schertzman

3      Fisher.

4                  (Ariella Schertzman Fisher, a plaintiff, affirmed)

5                         DIRECT EXAMINATION

6      BY MR. RADINE

7           Q.   Good afternoon in Israel.  If you could just make

8      sure that you speak loudly and clearly.

9           A.   Okay.

10          Q.   Please tell us your name for the record.

11          A.   Ariella Fisher Schertzman.

12          Q.   Do you also in Israel go by Arielle with an "E" at

13     the end rather than an "A"?

14          A.   Yes.

15          Q.   Ilana is your sister, correct?

16          A.   Yes.

17          Q.   And the other Schertzmans are your parents and

18     siblings?

19          A.   Yeah.

20          Q.   Are you married?

21          A.   No, I'm divorced.

22          Q.   Do you have children?

23          A.   I have four children.

24          Q.   Are you an American citizen?

25          A.   Yes.
```

1    Q.    We're here to talk about the November 4, 2001

2    attack.  How old were you at the time of the attack?

3    A.    I was 19 year old.

4    Q.    Tell us a little about what your life was like at

5    that time.

6    A.    I was a regular college student.  I went to

7    religious teaching school.  Basically I did, you know, hang

8    out with my friends.  I was studying to be a teacher at the

9    time.  Just a regular life.

10   Q.    Were you close with your sister Ilana?

11   A.    Yes.

12   Q.    Were you close with Shoshana Ben-Yishai?

13   A.    Yeah, yeah.

14   Q.    Did the three of you spend time together?

15   A.    Yeah.  She used to come by our house daily.  I saw

16   her, she was there, she was like part of the family.  She

17   even used to help with our chores.  Yeah, we were, you know,

18   together a lot.

19   Q.    Please tell me about the day of the attack before

20   you heard about it.

21   A.    I was at college that day.  Just a regular typical

22   day.  I went to school and that's where I spent the day.

23   When I was coming home, we were driving home in my friend's

24   car when I was in the back seat.  That's when I got the

25   telephone call.

1    Q.   Do you remember who called you?

2    A.   It's kind of like blacked out.  I just remember

3  getting the telephone call.  And I was like, the rest of the

4  way home, I was like shaking.  And that's what I remember.

5    Q.   Do you remember what you were told in the telephone

6  call?

7    A.   That she was shot, that she was killed, yeah.

8    Q.   That Shoshana had been shot?

9    A.   Yeah.

10    Q.   Did you know what condition your sister was in at

11  the time?

12    A.   No, I knew she was okay but I didn't know exactly

13  what condition she was in.  I just got the phone call and I

14  was like shaking the whole way home.

15    Q.   When did you next see Ilana?

16    A.   I got home, and right away some car service took me

17  to the funeral because in Israel they do the funeral like

18  right after, like the same night, the same evening.  They

19  don't wait.  So everything is very rushed and there is a lot

20  of chaos.

21        So I got home.  They rushed me, I just went, went

22  to the funeral.  I saw my sister there.  She just came from

23  the hospital.  Her clothes were full of blood from Shoshi

24  because when Shoshi was shot, she fell on her and pushed her

25  down.  So my sister was there, really hysterical.

1    I was there holding my sister up, she was leaning

2  on me so I was like giving her the support.  I remember just

3  bloody clothes and a lot of chaos with the body, you know,

4  wrapped in a white sheet there in front of everyone.

5    Q.  Tell me about the next few weeks in your life after

6  the attack?

7    A.  It's all so kind of blurry.  I remember being more

8  introverted, more into myself, kind of not doing much but

9  what I had to.  Just like living, functions, just what I

10  needed to do day-to-day.  But I don't know, I  was just very,

11  I guess I was in some sort of shock.

12    Q.  Did it affect your education?

13    A.  I continued going to school.  I continued daily to

14  go to school.  But everything else, it was just kind of like

15  slowed down a little bit.  I started getting anxiety, which

16  manifested worse after I had kids and from the attack.

17    Q.  Did you seek mental health treatment?

18    A.  At the time, I didn't.  I wasn't like so aware of

19  the things and treatments.  But lately I have started getting

20  professional help.

21    Q.  You mentioned being in a blur and in shock.  Did it

22  affect your career progress?

23    A.  Overall the anxiety did because then shortly -- in

24  our community, we get married pretty early and pretty fast.

25  I got married very early at the age of 19.  Right away, I had

1    a child.  Right after when I had a child, my anxiety was

2    getting worse because I was scared to let me kids out like

3    something would happen to them, like having real panic

4    attacks.  If I was at school, I was at work, so I wouldn't be

5    able to concentrate because I'm always thinking about the

6    welfare of my kids.  So in a lot of places, it was just hard

7    for me to concentrate a lot.

8         Q.   Do you have full time work now?

9         A.   At the moment, I'm not working.  I just started

10   going back to school again.  I'm getting treatment and

11   learning at the moment.  So I'm stabilizing.

12        Q.   You mentioned before that you were divorced with

13   four children.  How do you support your children?

14        A.   I was working part time jobs here and there.  My ex

15   wasn't working so much.  But I was -- I'm getting disability

16   for two of my children who are on the autism spectrum so that

17   helps a lot.

18        Q.   How do you feel the attack has affected your life?

19        A.   It affects me in a way that I don't feel like I'm

20   free.  I always lik have this picture in my mind of my

21   sister, like a guy like actually pointing a gun to her, like

22   wanting to go kill her.  Like I almost lost her.  It's

23   really, really scary.  And I hear Shoshi's voice to the point

24   where it is hard for me to be a very good, effective mother

25   because I always have to watch my kids all the time.  And it

1    is affecting my children because I have to give them more

2    freedom, more independence.  I guess it's that, you know,

3    it's injuring that.  So I'm getting help just to deal with

4    that, just to let go.

5        Q.   How old is your oldest child?

6        A.   She will be 16 in June.

7        Q.   So you are struggling with giving her the

8    independence that you feel that she needs as a teenager?

9        A.   Yeah, yeah.  I even sent her this year to a dorm so

10   she could be far away from me so I'll deal with mine but I

11   wanted her to have more freedom.  So I'm trying to help her.

12   I'm giving her more independence with supervision.  I'm

13   trying to break away gradually.

14       Q.   How is your relationship with Ilana now?

15       A.   We're very close.  Yeah, we speak a lot.

16       Q.   Do you see the affects of the attack on her?  Does

17   that affect your relationship?

18       A.   With Ilana?

19       Q.   Uh-huh.

20       A.   She gets hysterical sometimes over small things

21   like we have to be careful, like walking on egg shells

22   sometimes.  She can get hysterical over little things.  Then

23   we have to calm her down.  So it's something that we deal

24   with, we're used to it.

25       Q.   Just to turn back to your mental health treatment.

1   What treatment did you receive?

2       A.   I go see a specialist and I also take my

3   antidepressants, anxiety pills.

4              MR. RADINE:  That's it for plaintiffs, Your Honor.

5              THE COURT:  Okay.

6              Ms. Schertzman Fisher this is Judge Boasberg.  Can

7   you hear me okay?

8              THE WITNESS:  Yeah.

9              THE COURT:  All right.  Thanks so much for coming

10  in to testify today.  I just have a few quick questions for

11  you.

12             So when you got, from the time you got married, did

13  you work or did you stay home with your kids?  I'm sorry, I

14  should say from the time you had kids.

15             THE WITNESS:  From the time I had kids, I was

16  working on and off.  I always like started work, then I had

17  to stop the work because it was hard for me to sit and

18  concentrate.  So most of the time, I was at home dealing with

19  anxiety.

20             THE COURT:  Were you at home -- but who was taking

21  care of your kids when you were at home?

22             THE WITNESS:  Yeah, yeah.

23             THE COURT:  You were?

24             THE WITNESS:  I was taking care of the kids.

25             THE COURT:  And if it weren't for the kids, would

1    you have been working at that point?

2           THE WITNESS:  I feel that I would have been working

3    more.  I don't know like how the anxiety would be then.  I

4    just know that it got worse with them.  I don't know like how

5    it would have been without them.

6           THE COURT:  So you were working part time off and

7    on while they were, over the last 15 years?

8           THE WITNESS:  Yeah.

9           THE COURT:  What kind of jobs were those?

10          THE WITNESS:  I have worked in a hotel.  I worked

11   in a book store that publishes educational English book.

12   I've taught a bit.

13          THE COURT:  Okay.  And have you had any other

14   friends or colleagues who have been involved in any rocket

15   attacks or terrorist attacks or suffered while serving in the

16   military?

17          THE WITNESS:  Yeah.  Like a year ago, starting with

18   my friend in a car, and while she was driving, she got a

19   phone call that her cousin was shot like a few minutes

20   before.  And we had to stop the car.  And she couldn't stop

21   shaking.

22          And like also like, when I was like a younger kid,

23   we used to get stoned a lot from other cars.  And also once

24   we were driving home, we lived in a settlement in Gush Etzion

25   back then.  I remember the Arabs were shooting at the car and

1   my parents told us all in the back seat to duck.

2           THE COURT:  What was that experience like?

3           THE WITNESS:  It was scary.  Yeah, it was scary.

4           THE COURT:  Have experiences like that affected you

5   and your family in terms of your anxiety or vigilance?

6           THE WITNESS:  Yeah, because all my anxiety is

7   around safety, like, something is going to happen to my kids.

8   Like that's my anxiety, if nothing else.  Like, I'm

9   hysterical about my children.

10          THE COURT:  Join the club.  I think we all

11  certainly feel some anxiety for our children.  But thanks so

12  much.  I really appreciate it.

13          THE WITNESS:  Okay.  Thank you very much.

14          (Witness excused)

15          MR. RADINE:  Plaintiffs call Abraham Schertzman.

16          (Abraham Schertzman, a plaintiff, affirmed)

17                      DIRECT EXAMINATION

18  BY MR. RADINE

19      Q.   Good afternoon in Israel, Abraham.  Make sure you

20  speak loudly and clearly for us.  Please tell us your name

21  for the record.

22      A.   My name is Abraham.  Here at home they call me

23  Avraham Schertzman.

24      Q.   Okay.  Avraham with A-v-r-a--

25      A.   -- a-h-a-m.

1    Q.    Are you an American citizen?

2    A.    Yes.

3    Q.    Ilana is your sister?

4    A.    Yes.

5    Q.    The other Schertzman plaintiffs are your parents

6    and siblings?

7    A.    Yes.

8    Q.    Are you married?

9    A.    Yes, correct.

10    Q.    Do you have children?

11    A.    I have two, two boys.

12    Q.    To take you back to the time of the attack,

13    November 4, 2001, how old were you then?

14    A.    I was 11.  I think I was in the 6th grade.

15    Q.    What was your life like at that time?

16    A.    Until that time, like any other normal kid, had a

17    happy life, had friends, played a lot outside on my bike,

18    ordinary childhood.

19    Q.    Were you close to Ilana?

20    A.    Yes.

21    Q.    Were you close to Shoshana Ben-Yishai?

22    A.    Yes, I was also.

23    Q.    On the day of the attack itself, do you remember

24    how that day started for you?

25    A.    Well, it started off like any other day.  I went to

1    school, everything was normal, regular.  Coming back from

2    school, when I heard about the attack, that's when everything

3    changed.

4        Q.   What did you hear?

5        A.   I heard there was an attack.  At first, I didn't

6    really make any big deal out of it.  I heard some of these

7    things happened before.  But then later on, I heard that

8    Ilana and Shoshana were in the attack.  And that kind of

9    made, suddenly everything changed from that moment.

10       Q.   When you first heard that Ilana and Shoshana were

11   in the attack, did you know what their condition was?

12       A.   No, I did not know for a long time until very late

13   that night.

14       Q.   Was that frightening for you, not knowing the

15   condition of your sister and your friend?

16       A.   Yes, I heard two people got killed in this attack.

17   I didn't know who it was.  It took a long time until I heard

18   that one of them was Shoshi and one was another kid that was

19   on the bus.  But I didn't know at first if it was Ilana and

20   Shoshana because that's the only thing I thought maybe that

21   had happened the whole day.

22       Q.   You spent that day knowing that Ilana and Shoshana

23   were in the attack but not knowing if they had survived it or

24   not?

25       A.   Exactly.

1       Q.    What did you eventually find out?

2       A.    Eventually I found out that Ilana was injured, and

3  I found out later that Shoshi was killed in the attack.  That

4  whole situation, that was tough.  It wasn't easy.  I didn't

5  really know, I didn't know what condition she was in.  I

6  didn't know if she was close to being dead or maybe likely.

7  I didn't know anything.  I just -- I knew injured, that's it.

8       Q.    Tell me about the weeks and months following the

9  attack.

10      A.    It was a very tough few first weeks.  My father was

11  in America.  So my mother was alone.  She didn't know what to

12  do much at that time.  Everybody was in a big shock.  Ilana

13  was crying all the time.  It was, you know, we didn't get any

14  real attention, everything was focused on Ilana, helping her

15  out.  She kept going back and forth to their family.  And it

16  wasn't an easy few weeks.  It was very overwhelming, it

17  wasn't easy.

18      Q.    How did it affect your behavior?

19      A.    First, it takes time until it actually, you

20  actually realize that something happened.  I guess only

21  probably a few days later or maybe a week or two later, I

22  kind of realized Shoshi wasn't there anymore.

23            So at first, it was very, very hard.  I didn't

24  sleep a lot, cried a lot.  It was kind of scary going to

25  school because you get on the bus, you think you might end up

1   like them.  So, it was very hard for me in the first few

2   weeks.

3       Q.   Your mother testified earlier that you became

4   hypervigilant I think is the term she used.  Tell us about

5   that.

6       A.   I became very protective.  I always used to watch

7   out, be on the look-out.  I wouldn't walk around on the

8   street with head phones.  I always wanted to be aware of my

9   surroundings.  I built a guard post in my backyard so I could

10  look out and watch out and see if anybody is coming close to

11  the house.  Made sure the doors are locked.  That never

12  really left me until today.  Maybe just in a different way.

13      Q.   So you are not talking about a tree house.  You had

14  a guard post in your back yard that you built?

15      A.   Yeah, I built it on the roof top.  I took big

16  pieces of wood that I found.  I put them together.  I had, my

17  parent bought me, I asked for --  I wanted a good set of

18  binoculars.  I had a slingshot with me at all times.  I was

19  always on the look-out to make sure nothing was happening.

20      Q.   Did you ever see anything happen?

21      A.   Actually I did.  I saw something that happened.

22  Where we lived, there was actually an Arab village very close

23  by.  And I think it was two terrorists that came close to the

24  fence.  I was actually able to call the police and warn them

25  and they got caught.  They didn't get into -- I remember--

1    Q.   Was this reported in the newspaper at the time?

2    A.   Yeah, this was reported in the newspaper.  I think

3 it was the Jerusalem Post .

4    Q.   To sum up with your duties and the guard post you

5 made, would you say you had a totally normal childhood

6 following the attack?

7    A.   Yeah, before then, everything was normal like,

8 probably like any other kid.  I used to go out a lot, go to

9 my friends a lot.  After this attack, I used to not come --

10 my parents didn't have to tell me don't come home late.  I

11 would do that on my own just to be cautious all the time.

12         A lot of times I wouldn't even go to school on my

13 own.  I would always go with a friend because I had to travel

14 on a bus to get to school.  Before then, I would just get on

15 the bus and go.  I didn't really think too much about it.

16    Q.   Were your parents able to help you cope with what

17 you were experiencing at that time?

18    A.   Not really.  Most of the focus, Ilana took a lot of

19 attention.  She used to cry a lot, scream a lot for no

20 reason.  She had a lot of problems with school.

21         And I had problems as well.  They didn't help me

22 out with any of these things.  The following year, 7th grade,

23 that's the year when you have to get into high school in

24 Israel, which either you go to high school or Yeshiva, which

25 I had to find those schools on my own and get accepted.  And

1    I never made it through high school as a result of probably

2    that.  I needed--

3        Q.   Go ahead.

4        A.   I needed schooling help, I had like dyslexia and a

5    few other things.  I never really got the help I needed.  My

6    parents weren't there.  They sent me to a dorm when I was 14

7    just so it would be easier for them at that time.

8        Q.   To be clarify, you had to arrange your own

9    admission into a high school.  Is that what you're

10   testifying?

11       A.   Yes, from the age of 14, I wasn't living home

12   anymore.

13       Q.   You were living on the campus of a high school?

14       A.   Yeah.

15       Q.   Or essentially a boarding school, as we would say

16   here?

17       A.   Yeah, I used to come home once every two weeks or

18   whenever.

19       Q.   Now that you have a family of your own, does the

20   attack affect the way your relationship is with your family

21   now, your own family?

22       A.   I don't know if it affects them directly but I'm

23   very protective.  I make sure I always lock the doors if

24   everybody is inside or at night.  I have a gun in the house.

25   I always, you know, somebody walks near my apartment or goes

1    on the elevator in the building, I wake up from these things,

2    and I make sure that everything is okay all the time.

3             Every night since the attack, every single night, I

4    wake up at least once a night.  I go out, or not go out, I go

5    to the window, take a look outside.  I never sleep a full

6    night without thinking about these things.  I even joined a

7    first response team which, in case of any emergencies or

8    whatever, I'm always there, I'm always aware of what is

9    happening.  I really have to.

10        Q.  From the time of the attack until now, at any

11   point, did you seek mental health treatment?

12        A.  Yes, my parents bought us a psychiatrist.  She used

13   to come over in a month --  I can't remember how frequently.

14   But she used to come a lot and talked a lot.  I never knew if

15   it really helped us or anything but we had that.

16        Q.  Do you ever travel through the French Hill

17   neighborhood where the attack occurred?

18        A.  Yes, I travel there probably once a week because of

19   my job.  I travel there, I pass by there.  When I pass by

20   there, they have a memorial stone over there with the names

21   on it.  And you know, of what happened in the attack.  So I

22   never really stop there, even though there was a point where

23   I used to have to take buses from there.  But how do I say

24   it, I took different routes in order to get to where I had to

25   get to because I didn't want to be in that place.

1      Q.    Do you still think about the attack?

2      A.    Yeah, I do.  I think about it every time either I

3  pass by or it just comes back to me every once in a while.

4  But we never forget that.

5           MR. RADINE:  That's it for plaintiffs, Your Honor.

6           THE COURT:  Okay.

7           Mr. Schertzman, this is Judge Boasberg.  Can you

8  hear me?

9           THE WITNESS:  Yes, Your Honor.

10           THE COURT:  Great.  Thanks so much for being here

11  and for testifying.  I certainly appreciate it.

12           I just want to ask you a couple of questions.  Did

13  you serve in the IDF yourself?

14           THE WITNESS:  Yes, I did.

15           THE COURT:  What years were they?

16           THE WITNESS:  2008 until 2011.

17           THE COURT:  Can you tell me about your service

18  briefly?

19           THE WITNESS:  I was in a combat unit.  I was a

20  sergeant in the army.

21           THE COURT:  Did your unit see combat?

22           THE WITNESS:  Not much, mostly protesting, stuff

23  like that.  But not anything more than that.

24           THE COURT:  Have you seen any of your friends or

25  colleagues killed or injured either while in the IDF or in

1  other rocket attacks or terrorist acts or otherwise?

2        THE WITNESS:  I saw being attacked by, you know,

3  getting hit with stones, little things, cuts and stuff like

4  that but not anything seriously, Your Honor.

5        THE COURT:  Thank you so much again.  I appreciate

6  it.

7        THE WITNESS:  Thank you very much.

8        (Witness excused)

9        MR. UNGAR:  Good morning, Your Honor.  Ari Ungar

10  for plaintiffs.

11        The plaintiffs call Yehuda Schertzman.

12        (Yehuda Schertzman, a plaintiff, affirmed)

13                    DIRECT EXAMINATION

14  BY MR. UNGAR

15     Q.   Good afternoon, Yehuda.  Could you please state

16  your name for the record.

17     A.   I'm Yehuda Israel Schertzman.

18     Q.   How old are you?

19     A.   26.

20     Q.   Where do you live?

21     A.   In Beitar Ilit.

22     Q.   Are you a United States citizen?

23     A.   Yes.

24     Q.   Are you married?

25     A.   Yes, to Chana Aidel .

1    Q.    Is Chana Aidel also a plaintiff in this case?

2    A.    Yes, she is.

3    Q.    Did you know Chana Aidel at the time of the attack?

4    A.    I did not know her.

5    Q.    Your other family members, your siblings and

6    parents are also plaintiffs in this case; is that right?

7    A.    Yes, they are.

8    Q.    Is it your understanding that we're here to discuss

9    the terrorist attack that occurred in November 2001.

10    A.    Yes.

11    Q.    How old were you at the time of the attack.

12        (There was a pause in the proceedings.)

13 BY MR. UNGAR

14    Q.    How old were you at the time of the attack?

15    A.    I was eight.

16    Q.    As you recall, because you were pretty young, can

17    you tell us briefly what your life was like before the

18    attack?

19    A.    Before the attack, everything was normal, I was

20    going to school as much as I remember.  I don't remember a

21    lot.  But I don't remember anything unusual.

22    Q.    Did you have a close relationship with your sister

23    Ilana before the attack?

24    A.    Yes, she was playing with her friend a lot in our

25    house, Shoshana.  And she was always around while I was

1    there.

2        Q.    So that was Shoshana you are talking about, is that

3    right?

4        A.    Shoshana and Ilana, yeah.

5        Q.    I just want to make sure I was clear.  Did you have

6    a close relationship with your sister Ilana at the time of

7    the attack?

8        A.    Yes, I did.

9        Q.    And with Shoshana as well?

10        A.    Yes, I did.

11        Q.    So I want to direct your attention to the day in

12    question, November 4, 2001.  And I want to ask you first of

13    all, do you remember that day?

14        A.    I remember, yes, I do remember that day.  I was

15    coming from school with my friend, planning to play in my

16    house.  When I was coming in, my mother was panicking,

17    running out of the house.  And she sent me to my friend's

18    house.

19        Q.    At that point, did your mother indicate to you why

20    she was rushing out of the house?

21        A.    I don't remember if I found out there or at my

22    friend's house.  But I found out, I understood what went on,

23    that Ilana was in a terrorist attack.  If it was in their

24    house, I don't remember.

25        Q.    So it sounds like there might have been minimally a

1  period of time after you saw that your mother was panicking,

2  in your words, but you weren't entirely sure what the reason

3  that she was panicking was, is that correct?

4      A.   Yeah, that is correct.

5      Q.   When you learned that there had been a terrorist

6  attack, what did you learn at that time?

7      A.   I learned that Shoshana got killed.  And I heard

8  that Ilana got injured.  That's what I learned.  I learned

9  more by observing after.  But when I got told, that's what I

10  heard.

11      Q.   How did you feel at the moment that you learned

12  both of those things, that your sister Ilana had been

13  seriously injured in a terrorist attack and that your close

14  friend, Shoshana Ben-Yishai, had been killed?

15      A.   I was shocked for Ilana and shocked that Shoshana

16  got killed like I didn't ever think of that thing before,

17  that someone could just like that get killed.  With Ilana, I

18  don't remember how I felt about Ilana.  But afterwards, I

19  remember Ilana panicking and yelling and stuff like that.

20      Q.   What were some of the sort of the emotional effects

21  over time that you would say you experienced as a result of

22  the terrorist attack?

23      A.   I observed that Ilana needed a lot of attention,

24  where she was really dramatic, she was really dramatically.

25  I guess she was hurt but a lot of yelling around the house

1    like for even at that minister, when he came to visit her in

2    the shiva at Shoshana's house, I remember her screaming at

3    him.

4        Q.    Is shiva the period that some observant Jews

5    conduct after the death where people come to the house and

6    express their condolences to the family?

7        A.    Yes, that's a shiva, yeah.

8        Q.    And is it fair to say that Ilana's behavior was

9    substantially different after the attack, than what you were

10    describing, than it was before the attack?

11        A.    Yeah.  She, there was a lot of noise always

12    surrounding her since then.  And until a long time, until

13    almost today.

14        Q.    Was your performance in school affected as a result

15    of the terrorist attack?

16        A.    I think it was.

17        Q.    In what way?

18        A.    I didn't know how to express myself.  Until today,

19    I have problems with that.

20        Q.    Were you able to receive emotional support from

21    your family members, from your parents?  Did you solicit

22    their help?

23        A.    I mostly keep to myself whatever is going on

24    surrounding me.  Also in the family after, I don't share a

25    lot.  I didn't want to involve myself with Ilana too much.  I

1   wanted to keep her -- she has her own problems.  I didn't

2   want to involve them.

3       Q.   But your testimony is that the terrorist attack

4   still continues to have an emotional effect on you through

5   the present; is that correct?

6       A.   Yes, I'm not a friendly person that much.  I have,

7   I keep to myself a lot until today, I can't express myself

8   how you are supposed to.

9       Q.   We've talked briefly about the effects of the

10  terrorist attack on your sister Ilana.  I just want to ask

11  you a question or two sort of in closing about the effect of

12  the terrorist attack on your wife Chana.

13           Again, you testified that you didn't know Chana at

14  the time of the attack but Chana was also injured in this

15  attack; is that right?

16      A.   Yes, that's right.  I met her--

17      Q.   Please, go ahead.

18      A.   I met her when I was 22.  We got married also then

19  22.  She was affected and she, example, every time we go next

20  to Arabs or stuff like that, even if she thinks it is an

21  Arab, if we're in a car, she locks her door.  If we're in a

22  supermarket, she goes to a different aisle.  She was closed

23  out from the house for a long time.  And I think it caused

24  her to be afraid to say her ideas, or like if someone would

25  say something or need to argue, she would be really afraid of

1    that.  That's mostly her -- I see -- oh, that's when our

2    house needs a lot of attention, like everything needs to be

3    exact in case something is going to happen.

4        Q.    Do you observe any effect from Chana's mother's

5    behavior on Chana as a result of the terrorist attack?

6        A.    Yes, her mother got divorced and she moved in with

7    another lady with her two disabled kids.  And that affected

8    Chana Aidel and her sister very much, that all her life

9    surrounded taking care of the kids.  And also it was a lot of

10   attention, don't leave the house and stuff like that, until

11   she was older.  So it was affected a lot.

12       Q.    Did you observe Chana being encouraged not to use

13   public transportation if it was at all possible?

14       A.    She was encouraged.  But I always try to use a car.

15   And she was really glad when we got a car that she doesn't

16   need to use any.  She makes me feel more comfortable when she

17   has a car.  So why I wasn't -- I didn't see a lot of that.

18       Q.    And the fear of the public transportation just sort

19   of stemming from the attack on the bus on the day in

20   question; is that right?

21       A.    Yes.

22            MR. UNGAR:  We have no further questions, Your

23   Honor.

24            THE COURT:  Okay.  Mr. Schertzman, this is Judge

25   Boasberg.  Can you hear me okay?

 1               THE WITNESS:  Yes, Your Honor.

 2               THE COURT:  Thanks for coming down to testify

 3   today.  I just have a couple of quick questions.  Did you

 4   ever seek mental health treatment yourself for the results of

 5   the attack?

 6               THE WITNESS:  No.  I didn't.

 7               THE COURT:  So it was just coincidence that you

 8   married someone else who had been involved in the attack?

 9               THE WITNESS:  Yes.  I married, someone introduced

10   her to me, yeah.

11               THE COURT:  Interesting.  Thank you so much.

12   That's all I have.

13               (Witness excused)

14               MR. UNGAR:  Plaintiffs call Myriam Miller.

15               (Myriam Miller, a plaintiff, affirmed)

16                      DIRECT EXAMINATION

17   BY MR. UNGAR

18        Q.   Good morning, Myriam.  Can you hear me?

19        A.   Yes.

20        Q.   Okay.  Can you please state your name for the

21   record.

22        A.   Myriam Miller.

23        Q.   How old are you?

24        A.   52.

25        Q.   Where do you live?

1    A.   I live in Jerusalem in Israel.

2    Q.   Are you a United States citizen?

3    A.   Yes, I am.

4    Q.   Did you attend university in the United States?

5    A.   Yes, I did.

6    Q.   What kind of schooling?

7    A.   I got a B.A. from Bryn Mawr College and I got a

8 J.D. from the University of Chicago.

9    Q.   Are you married?

10    A.   No, I'm divorced.

11    Q.   Do you have any children?

12    A.   I have two daughters.

13    Q.   Are they plaintiffs in the case, is that Chana and

14 Tova?

15    A.   Yes.

16    Q.   We're here to discuss the terrorist attack in

17 French Hill on November 4, 2001; is that correct?

18    A.   Yes.

19    Q.   I just want to start by asking you just a few brief

20 questions about the time period before the attack.  You

21 mentioned you received a J.D.  So are you an attorney?

22    A.   Yes, I am.

23    Q.   At the time of the attack, what kind of law were

24 you practicing?

25    A.   At the time of the attack I was on extended

 1   maternity leave.  I had just -- before we moved to Israel, I

 2   was an assistant regional counsel with the Social Security

 3   Administration.  And I handled the appellate, the appeals in

 4   circuit court.  At the time of the attack, we moved to

 5   Israel, I had just had Tova before.  So I was taking an

 6   extended maternity leave.

 7       Q.   At the time of the attack, is it right that Chana

 8   was approximately five and Tova two and a half?  Does that

 9   sound right?

10       A.   Yes, that's right.

11       Q.   How would you describe your relationship with the

12   young girls before the attack?

13       A.   It was good.  We had a lot of fun together.  We

14   used to go on trips to the zoo.  I was really enjoying the

15   time with them.  And in the afternoons, there were a lot of

16   young kids in the building, they would come over and we would

17   do activities, arts and crafts.  We were very active and

18   really tried to make a happy, educational atmosphere for

19   them.

20       Q.   So there were no problems outside of just ordinary

21   life problems at that time?

22       A.   No, no, no, actually a good time.

23       Q.   How would you describe yourself before the attack?

24       A.   Well, I used to be a confident person.  I used to

25   do oral arguments in circuit court.  I was confident as a

mother.  I liked to have new experiences.  I would take my

kids out on, you know, day trips and expeditions to learn new

things with them.  I felt like I was a confident, happy

person.

Q.   I want to direct your attention to November 4,

2001, the day of the attack.  Do you remember that day?

A.   I do.

Q.   I apologize in advance because obviously in

preparation we've discussed the attack and this will be the

last time you need to discuss the attack.  And I'm sorry, I

know it's hard, the judge understands it is very difficult to

discuss the attack so I appreciate your doing so.

       Were you and Chana and Tova riding on bus 25 on the

day of the attack?

A.   Yes, we were.

Q.   Where as you recall were you sitting on the bus?

A.   We were in the second row behind the driver but

across the aisle from the driver.  The second row has two

rows of seats that face each other.  So technically we were

on the third row across the aisle from the driver's side

facing forward.  And Tova was sitting next to me, next to the

window, to my right.  And Chana Aidel was sitting on my lap.

She had just given up her seat across from me to someone else

because the bus was very full.  So she was sitting on my lap.

Q.   The bus was full when Chana switched seats?

1      A.   Yes, yes.

2      Q.   What happened next?

3      A.   The bus came to a light at this very large

4  intersection, the light was red.  There was a lot of traffic.

5  The bus was on the lane next to the sidewalk.  And all of a

6  sudden, we heard this popping sound, like pop pop pop at the

7  back of the bus and breaking glass.  I didn't realize

8  immediately what was happening.

9           But in front of us, facing us were two soldiers.

10  And the soldier sitting in front of me just dove for cover

11  and laid down in the aisle, which kind of triggered for me --

12  oh, he was facing the other way.  So, I assume he saw what

13  happened.  And the popping sounds kept coming closer.  And

14  there was glass and people started screaming.

15           So immediately when he went down, I threw Chana

16  Aidel off my lap onto him because I understood there must be

17  shooting.  As I threw her down, the other soldier who had

18  been sitting next to the first soldier also threw herself

19  down and knocked me down on top of Chana Aidel.  And other

20  people kept coming on, people from across the aisle.

21           I was trying to get up to reach my other daughter,

22  Tova, who was just two, she was sitting by the window.  And I

23  couldn't reach her.  And I kept trying to get up and there

24  were like people all over me.  And I kept trying and trying

25  to reach her.  And I know that in the time that I was trying

1  to reach her, that the terrorist walked up the whole side of

2  the bus and back.  And I'm not 100 percent sure about the

3  third time but I believe the third time as well.  And I was

4  trying to get her down until finally I was able to grasp the

5  corner of her coat and I pulled her down.  And then somebody

6  who was further down the aisle, a woman grabbed her and

7  pulled her down.  And so that I was able to, if I could

8  stretch my arm, I could touch her cheek because at that point

9  she was crying.  I just, I just couldn't stand not being able

10  to reach her.

11         The soldier that we were lying on top of, he was

12  shot.  The soldier that was lying on top of me, she was shot.

13  I saw the driver of the bus as I was trying to climb to get

14  up to get Tova, I saw the driver of the bus get shot at least

15  twice.  And then I was trying to tell Chana Aidel to say the

16  prayer that we say before we're going to die.

17         And I don't know how long the shooting went on.  It

18  seemed to go on forever.  People screaming and glass

19  breaking, and then the shooting stopped.  And it was so

20  quiet.  And nobody moved.  And then there was somebody trying

21  to break down the door of the bus.  I didn't know if it was

22  terrorists getting on the bus, if they were going to blow up

23  the bus, who it was.

24         Nobody moved until the people got on the bus.  They

25  were men in uniform.  They started telling everybody who

1    could get out to get out.  And at first when -- at first, I

2    couldn't even get up because there were people on top of us.

3    A lot of those people were wounded so they weren't moving.

4    We couldn't go out the front of the bus because the bus

5    driver was lying there in just this huge pool of blood

6    because he had been shot multiple times in the chest.

7            As we're getting out of the bus, somebody else was

8    holding Tova and I had Chana Aidel.  We had to step over

9    people.  And at the door to the bus, there was just this

10   river of blood going down the steps.  It was like a

11   waterfall.  And we had to like step through it to get off the

12   bus.  So there is this huge puddle on the sidewalk.

13           As we were getting off the bus and walking towards

14   the door, there were people in the aisle who weren't moving

15   and I wasn't sure who was alive or dead.  And there was this

16   young girl sitting in the back of the bus, she was shot in

17   the head.  And it was just -- I'm sorry, I'm sorry.

18           We got off the bus.  And I was shaking and I didn't

19   -- I was standing there.  And this woman came up to us and

20   offered us some water.  And I said, just automatically said

21   the blessing that we say when we take a sip of water.  When I

22   said it, I was looking at the bus.  I just said it

23   automatically.  To this day, every time I say that blessing,

24   every time I take a sip of water, I say the blessing, I see

25   the wounded people being taken off the bus.

1          There was a group of teenaged girls.  The reason

2    that the bus was so packed, it went past the high school and

3    the high school had just let out.  So it was full of

4    teenagers.  There were three teenaged girls standing there

5    and one of them had been wounded in the neck.  And blood was

6    just spraying out of her neck.  I remember she had this blond

7    hair.  And blood just spraying out of her neck, just standing

8    there and screaming.

9          Chana Aidel said something to me and kind of

10   snapped me out of my stupor.  And so I realized like, I

11   can't, I can't leave.  What are my kids looking at?  And I

12   can't have them standing here, seeing this.  So I kind of

13   hurried them across the street.  And that's where they took

14   us to the hospital.

15   Q.    So Myriam, I just want to ask you one question, if

16   I may.  And then you'll pick up when you went to the

17   hospital.

18          So when the gunman started shooting at the bus, is

19   it fair to say that when the shooting began, you weren't

20   immediately sure of what was happening?

21   A.    I wasn't.  I wasn't immediately sure of what was

22   happening.  I heard three or four, like, pop pop pop and

23   breaking glass.  And I was, what was that.  I saw the

24   soldier's reaction, that's when I understood and realized

25   there was shooting on the bus.

1    Q.    As the shooting continued, did you fear that you

2    and your children would be shot and killed in the attack?

3    A.    Yes, yes.  I told Chana Aidel to say the prayer

4    that we say before we die.  And I said it myself.  I was just

5    praying that it would not be painful for my children.

6    Q.    So you were across the street from the bus.  Then

7    there came a time when you went to the hospital.  Is that

8    right?

9    A.    Yes.

10    Q.    What happened at the hospital?

11    A.    First they checked that neither Chana Aidel nor I

12    were wounded because we were covered in blood because of the

13    two soldiers on top and below us.  Then they sent a child

14    psychiatrist down to speak to the children.  Tova had just

15    kind of shut down, during the attack, she was screaming,

16    crying.  And then afterwards, she became very, very quiet,

17    not reacting to anything, very pale, cold and clammy, not

18    reacting to things.  They kept us there for a while until she

19    slowly started reacting.  And eventually they sent us home.

20    Q.    Was that the same day that you were sent home?

21    A.    Yes, yeah, it was night by then.  But yeah.

22    Q.    So I wanted to ask you a more broad question.  And

23    maybe I'll have some follow up questions or the Court will.

24    I want to ask you initially, what are some of the ways that

25    the attack has affected you?

1      A.   I'm not the same person I used to be.  I wish I

2  was.  Initially, I started having nightmares, not

3  surprisingly, and trouble sleeping.  I would wake up in sweat

4  and panicking that I couldn't save my children.  I started

5  having these flashbacks where I will be in the middle of

6  doing something and I don't even know what might be

7  triggering.  I'll have this flashback, reliving the whole

8  thing, like the video runs the whole reel of events through

9  my mind.  I'll be washing dishes, I'll stop there and have a

10  dream of me once when I was crossing the street.  I just

11  stopped in the middle of the street.  I wouldn't even be

12  aware really like how long the whole thing lasts before I

13  can, like, snap myself out of it.

14         Then, about a month or so after the attack, when I

15  was having a lot of these flashbacks, I started having

16  migraines on the heels of the flashbacks.  And they

17  eventually got to the point where I have an average of 12 of

18  them a month.  I can't even work a regular job in an office

19  because I have to work around my migraines -- I'm not talking

20  about headaches really.  When I have migraines, I have severe

21  pain in my ears, in my eyes, I will have vomiting.  I walk

22  around with sunglasses inside of my house, I can't have any

23  noise because it's physically painful.

24         And I tried a lot of different medications, most of

25  them really have bad side effects.  Now with the medication I

1    take to kind of help me deal with the pain, it usually --

2    I'll take the medicine, then an hour and a half afterwards, I

3    have to go to sleep for anywhere between like about two hours

4    or so.

5           So that I have to like, I only take work that I can

6    do that doesn't have short deadlines and that I know I can

7    work at my own pace when I happen to not have a migraine.  I

8    always avoid going out of my house as much as possible.  I

9    would just have panic attacks.  I don't go on public

10   transportation.  I order my groceries so I don't have to go.

11   And if I can't get a ride from a friend somewhere, I just

12   don't go places unless it is really, really unavoidable.  I

13   feel like days will go by where I just don't leave my house.

14        Q.   Did you have migraine headaches before the attack?

15        A.   No, no, I didn't even know what it was the first

16   time, like, what was happening to me.  I don't have as many

17   nightmares as I used to, maybe once a week, I can wake up in

18   a panic.  But with flashbacks and the migraines, not a day

19   goes by that I don't have flashbacks.  I might have 12

20   migraines a month. That usually puts me out of the commission

21   on the day of, and the day after, I will be confused, hard to

22   concentrate until it wears off.

23        Q.   Did you feel reluctant or more than reluctant to

24   use public buses after the attack?

25        A.   Very.  I avoid going on buses like the plague.

1    There is a rare occasion where I had to go on the bus.  I

2    just have panic attacks the whole time.  Sometimes I never

3    made it to my destination.  I would just get off after a bus

4    stop or two.  I feel like I just can't do that.  If I have

5    to go somewhere, I tried to get a ride from somebody or I'll

6    take a taxi.

7         Q.   How, if at all, do you think that your experience

8    in the attack has affected the way you relate to Chana and

9    Tova?  You can take those in turn.

10         A.   I became really, really protective and very

11    anxious.  I used to have all these kids over and I stopped

12    having them over.  I wouldn't let my kids go to most places

13    until they were teenagers, I wouldn't let them go to the mall

14    by themselves, they were the first kids in their class to get

15    a cell phone.  You know, I think it was second grade when

16    Chana got her cell phone.  I think, or maybe even first

17    grade.  To this day, call me when you get on the bus, call me

18    when you get off the bus, call me when you get to school.  I

19    had a constant need to know exactly where they were.  I know

20    that it's a little crazy, even as I was doing this, I realize

21    it's not healthy, it's not good for them but it's like I

22    can't stop myself.  And I'm even just like always nervous

23    about what is going on with them, where they are, especially

24    when they're traveling and out of the house.  I want to know

25    where they are, I want to know when they get there.

1    Q.   And that persists at the present?

2    A.   Yes, I know I really try to work on myself but yes.

3  I know also with Tova, that because I feel so much, so much

4  guilt and terror at not being able to protect her, that as

5  she has grown up, on one hand, I've been really protective.

6  On the other hand, I know that I let her get away with a lot

7  of stuff.

8         Yeah, so, it definitely affected my mothering.  And

9  I think they picked up a lot of my anxiety and it caused a

10 lot of anxiety.  I can't speak for them, but it felt like

11 that.  But they were definitely impacted by my anxiety.

12   Q.   Did you receive mental health treatment as a result

13 of the attack?

14   A.   Yes, I did.

15   Q.   Can you describe to the Court what that treatment

16 consists of?

17   A.   I went to a psychologist who is an expert in trauma

18 and people who had been in terrorist attacks.  Actually I

19 went to him for many years, going first twice a week.  Then I

20 started going once a week.  For the last two years, I've been

21 going about once a month.

22        He said that at some point, he suggests that I go

23 to a psychiatrist for some medication.  But at that point, I

24 was a single mom.  My kids were little.  And I didn't want to

25 take psychiatric medication because I didn't know what it was

1    going to do to me and I had to be there to protect my kids

2    and take care of them because I didn't have anybody else

3    around to help me take care of them.

4        Q.   Did the psychologist diagnose you with any mental

5    or emotional disorder?

6        A.   Yes.  Diagnosed post traumatic stress disorder.

7        Q.   You mentioned before that you divorced some time

8    after the attack.  In your mind, was the terrorist attack,

9    did that have any effect on your marriage that eventually led

10   to a divorce?

11       A.   Yes, I think it had a very big impact.  I wasn't

12   the same person anymore that I used to be.  And I can't blame

13   my ex-husband for his reactions, whatever they were.  But I

14   know that I wasn't the same person I used to be.  And I'm

15   sure it is not a lot of fun to be married to somebody who

16   won't leave the house, and wakes up at night screaming and so

17   hypervigilant all the time and anxious and that never wants

18   to go anywhere or do anything.  So yeah, I would say it

19   definitely impacted our relationship.

20       Q.   Just a couple of more questions from me, Myriam.

21            Did you observe the effects of the attack on Chana?

22       A.   Yes.

23       Q.   What did you observe?

24       A.   Initially she had nightmares.  She became much more

25   -- she used to be like a very carefree child.  And she became

1    a lot more careful.  And she had, in the attack, she really

2    bruised her knee.  It seems that whenever she gets stressed,

3    her knee would cause her pain, even though there was nothing

4    physically wrong with her knee that we would could find.

5         Once she was a teenager, she -- the nightmares

6    eventually subsided.  But when she was a teenager, she went

7    through a period where she started dealing with it and she

8    started having nightmares and a lot more anxiety. She

9    eventually went to therapy also.  I know that when she has

10   been on public transportation or in crowded places, she told

11   me that she has panic attacks.

12        As for Tova, she stopped -- she was two and a half.

13   And she was talking and she just stopped, after the attack

14   she just stopped talking to anyone except her sister or

15   myself.  And just lost it for three years.  But she didn't

16   talk to anyone else.

17        When she was with me or with her sister, she would

18   be just talkative and inquisitive; and with everybody else,

19   not a word.  People thought she didn't know how to speak.

20   And it was only in 2004 that she suddenly started speaking

21   and to other people.

22   Q.  Was that including, did she speak to her father at

23   that time or just to you and Chana?

24   A.  No, just to me and Chana.  She also had nightmares

25   and sleep disturbances at the beginning.  But she was really

1    little so I don't think she was fully comprehending what

2    happened.  But she felt the anxiety and terror that everyone

3    around her was going through.

4            But for not speaking, that went on for until 2004.

5    I remember, it was the first week in February.  Her teacher

6    called me up and all of a sudden said, she's talking.  So,

7    and to this day, I think that she is very, she doesn't like

8    public transportation at all.  She gets nervous.  She is very

9    closed and very tense, tentative with people.

10   Q.   Just to clarify, when you said davening, does that

11   mean praying?

12   A.   I'm sorry?

13   Q.   When you said davening, does that mean praying?

14   A.   Yeah, I wasn't even aware that I said that, but

15   yes.  I'm sorry.

16           MR. UNGAR:  Thank you very much, the plaintiffs

17   have no further questions.

18           THE COURT:  Okay.  Ms. Miller, this is Judge

19   Boasberg.  Thanks so much for being here and testifying.  I

20   just had a couple of questions.  So tell me what triggers the

21   migraine these days.

22           THE WITNESS:  The migraines usually come on the

23   heels of a flashback.  So if I have a particularly bad

24   flashback, then about an hour or two later, I'll start having

25   the start of a migraine.  Or if I'm talking a lot about the

1    attack, then I'm pretty sure I will soon be having a

2    migraine.  And so, I mean, sometimes it will be because of

3    lack of sleep, which feels like I would be having nightmares

4    but it's usually on the heels of a flashback.  I'll have a

5    flashback and pretty soon after there will be --

6              THE COURT:  And that happens 12 times a month?

7              THE WITNESS:  On average, yeah.

8              THE COURT:  So then you are out that day and the

9    next in terms of ability to work; is that correct?

10             THE WITNESS:  Yeah, pretty much.  I try the next

11   day.  But as I always have to go over the work afterwards

12   when I feel better because it's very hard to concentrate.

13   And I know I made mistakes since it's hard to focus.

14             THE COURT:  If that is 12 times two, that's 24 out

15   of 30 or 80 percent of the time, you think you are not able

16   to work?

17             THE WITNESS:  I try to work but I'm very limited in

18   what I can do, which is why I do only freelance work.  And I

19   write briefs for a lawyer.  And I can maybe do two cases a

20   month.  I really don't take more than that.

21             THE COURT:  Okay.  Thanks so much.  I appreciate

22   it.

23             (Witness excused)

24             THE COURT:  Do you want to take a luncheon recess

25   now?

 1          MR. UNGAR:  I think if it was okay with you, I

 2    think the last two witnesses, I don't want to undersell it

 3    but I think it will be less than 45 minutes.  Like about a

 4    half hour.

 5          THE COURT:  All right.  Let's take 10 minutes.

 6    Then we'll do that.

 7          MR. UNGAR:  Give or take around a half hour.

 8          THE COURT:  Okay.

 9          MR. UNGAR:  Thank you.

10          (A brief recess was taken.)

11          MR. UNGAR:  One of our expert witnesses is here.

12    Is it okay if he sits in the back?  He could wait in the

13    cafeteria.

14          THE COURT:  It's okay.  He can come in.

15          MR. UNGAR:  The plaintiffs call Chana Aidel Miller

16    Schertzman.

17          (Chana Aidel Miller Schertzman, a plaintiff,

18    affirmed)

19                      DIRECT EXAMINATION

20    BY MR. UNGAR:

21      Q.   Good afternoon, Chana.  Can you state your name for

22    the record.

23      A.   Chana Aidel Schertzman.

24      Q.   How old are you?

25      A.   23.

1    Q.   Where do you live?

2    A.   In Israel.

3    Q.   Are you a United States citizen?

4    A.   Yeah.

5    Q.   Are you currently in school?

6    A.   Yes, I'm in my last year of college.

7    Q.   What are you studying?

8    A.   Behavioral sciences.

9    Q.   Are you married?

10   A.   Yes.

11   Q.   Whom are you married to?

12   A.   Yehuda Schertzman.

13   Q.   We heard from him earlier.  He is also a plaintiff

14   in the case, right?

15   A.   Yeah.

16   Q.   Your mother and sister, Tova, are also plaintiffs

17   in this case, correct?

18   A.   Yes, they are.

19   Q.   We're here to discuss the November 4, 2001

20   terrorist attack in French Hill, Jerusalem.  Is that your

21   understanding?

22   A.   Yes.

23   Q.   How old were you at the time of the attack?

24   A.   Five years old.

25   Q.   Do you remember the events of that day?

```
 1        A.   Most of them.

 2        Q.   So I'll ask you to testify today about the events

 3   that you recall, okay?

 4        A.   Okay.

 5        Q.   Did the terrorist attack occur on bus 25?

 6        A.   Yes.

 7        Q.   Were you and your mother Myriam, and Tova riding

 8   the bus on that day?

 9        A.   Yes.

10        Q.   If you recall, where were you, your mother and Tova

11   sitting on the bus at the time of the attack?

12        A.   We were sitting on the right side of the bus, on

13   the closer side to the driver.  At first, my sister was

14   sitting by the window.  My mother was sitting next to her and

15   I was sitting across from them.  And a few minutes after we

16   got on the bus, two soldiers got on the bus.  And they didn't

17   have a place to sit.  So I got up and I sat in my mother's

18   lap.

19        Q.   Can you tell the Court what you remember after you

20   switched seats on the bus?

21        A.   I remember the bus not moving and then hearing,

22   probably because there was a traffic light, first there was

23   traffic, then I heard weird noises.  I couldn't understand

24   what those noises were.  But then I remember the two soldiers

25   sitting across from us dropping onto the floor.  And then my
```

1    mother shoving me down to the floor and everybody else on the

2    floor.  I remember the weight of people on me and people

3    yelling and shouting Sh'ma Yisrael, a prayer people say

4    before they die.  The next thing I remember is getting off

5    the bus and seeing a lot of blood.

6         Q.   Chana, could I ask you one question on the bus.  It

7    sounds like when you first heard noises, you didn't know what

8    the noises signified; is that correct?

9         A.   I don't remember understanding what was going on.

10         Q.   Do you remember if you were scared at any point

11    while these events were going on on the bus?

12         A.   I don't remember being scared.  I just remember

13    what happened.

14         Q.   So then you got off the bus and then what happens?

15         A.   I remember seeing a lot of blood.  I remember

16    seeing the soldier who I gave my seat to, they took her off

17    the bus and put her on the sidewalk and she was all covered

18    in blood.  I remember that clearly.

19              And then I remember my mother was hysterical and

20    didn't know what to do with herself and with us.  And the

21    next thing I remember is being in the hospital with my mother

22    and my sister.

23         Q.   What do you remember about the hospital?

24         A.   I remember my mother being wheeled in, in a

25    wheelchair.  And I remember them doing different checkups on

1    her.  And me and my sister, waiting for them to finish.

2        Q.   Let me ask you about some of the ways that you

3    believe the terrorist attack has affected you.  Beginning

4    from your recollection, the earliest moments at the time of

5    the attack and afterwards and taking it all the way through

6    the present.

7        A.   Okay.  So I had, right after the attack for a

8    while, I had strong knee pain on my right knee that wouldn't

9    go away.  We went to several doctors and we couldn't figure

10   out what was going on.  The pain eventually went away but

11   until today, when I'm stressed or I have a lot of pressure,

12   my knee starts hurting very much since that day.  That's like

13   physical.

14        The other thing is that my father was not in the

15   attack, he wasn't involved in the attack.  I don't remember

16   him coming to the hospital.  Eventually that my parents got

17   divorced.  But since then, our relationship with -- my

18   relationship with my father has been very distant since he

19   wasn't part of that event that affected my mother mostly and

20   us so much.  He like disconnected from the family and we

21   weren't able to have a good relationship with him until

22   today.

23        That also I get, I'm very hypervigilant to people

24   and to sounds.  And when I'm in open public places, I'm

25   always looking around and making sure I have a place somehow

1 to protect myself if something happens.  If I feel unsafe for

2 example on a bus, I will get off the bus if I don't feel

3 there is a way I could protect myself.  Also in crowded

4 places, I get panic attacks, I feel tightness on my chest and

5 I'm not able to concentrate on anything or talk normally

6 until after I get out of that place.

7   My parents, after the divorce, after the attack, my

8 parents decided to keep the attack a secret from members of

9 our family, something that also was just weird, created a

10 weird dynamic in our family, which made me and my sister

11 always have to make sure that, up until today, we have to

12 know can we tell this to our grandparents, can we share this.

13 We were asked to lie about different things.

14   Also after the attack, it affected my mother, my

15 parents getting divorced and which caused my mother to have

16 to work for herself, like work more.  But she was too -- she

17 wouldn't -- she wasn't able to leave the house after the

18 attack.  She stopped leaving the house.  She is always inside

19 which caused her to -- she used to have a good job

20 beforehand.  And she wasn't able to go back to that, which

21 affected also financially.  We didn't grow up having a lot of

22 -- she didn't have a lot of money which affected us.  It also

23 affected her in a way that she moved in with a friend at

24 first probably because she needed, it helped her financially.

25 Also she, I guess she felt safe with her.

1        But at a certain point, that relationship turned

2   into a very -- she turned very dependent on her friend which

3   caused us to have to always be around and help her.  My

4   mother after the attack, she was very anxious, which very

5   much affected my social life as a kid and as a teenager.  She

6   wouldn't allow me, because she was scared of me going to any

7   social gathering outside of school until I was an adult,

8   until basically, I was basically 18.

9        Also with all the dynamics in my family, I grew up

10  having a lot of relationship issues.  With the relationship

11  issues and my mother not allowing us to go to different

12  places affected me very much on my social life as a growing

13  kid and teenager.  She calls us, until today, she would call

14  us, like she wants to know where we are and what time, when

15  we get on the bus, when we get off the bus.

16      Q.   Did you experience any nightmares as a result of

17  the terrorist attack?

18      A.   I don't remember having nightmares at first.  But

19  as a teenager, I started having nightmares.

20      Q.   Did you experience any reluctance to ride on buses

21  after the terrorist attack?

22      A.   Yes.  I don't -- like I try not to take buses as

23  much as I can.  When I'm on a bus, like I said, I'm very

24  hypervigilant, I get off the bus a lot of the times in the

25  middle of the ride.

1    Q.   My understanding of the testimony from other

2    members of your family is that your mother was not

3    immediately able to pull Tova to safety.  Have you observed

4    first hand any effects on your mom's treatment of Tova and/or

5    of you?

6    A.   I felt like when we were growing up, she used to

7    try to make sure Tova is always happy and she could get what

8    she wants more easily than I was.  I think she's always

9    trying to make up for it because she felt a lot of guilt, I

10   know she felt very guilty about those few moments that she

11   couldn't reach for her.  And until, like when we were growing

12   up, you could see she always wanted to make sure Tova was

13   happy and not upset with her.  A lot of things that she was

14   hard on me and she was more easy on Tova.

15   Q.   Would you say that it's fair to say that,

16   notwithstanding the passage of the time of the attack, the

17   attack still has a strong effect on you through the present?

18   A.   Yes.

19   Q.   Do you have any children?

20   A.   No.

21   Q.   Did you receive mental health treatment as a result

22   of the attack?

23   A.   I started seeing a school therapist after I started

24   having nightmares when I was in high school.  I saw her for a

25   few months. Then I started going to a psychologist.

1      Q.   How long approximately did you see the

2   psychologist?

3      A.   A year and a half or so.

4      Q.   Did that psychologist diagnose you with any

5   emotional or mental disorder or disorders?

6      A.   She said I have what is mild depression and anxiety

7   and social and relationship difficulties.

8      Q.   I think you have sort of already described the

9   effects that you observed of the attack on your mother.  I

10  just wanted to ask you in closing, if you observed any

11  effects of the attack?  I know your sister Tova was very

12  young.  But if there was any behavior in your sister that you

13  observe that you attribute to the attack?

14     A.   She stopped talking after the attack.  She would

15  only talk to me and my mother.  Eventually she started

16  talking but until today she is a very closed person.  She

17  doesn't, she hardly shares anything about her life.  If she

18  does, it's with me or my mom.  But she has difficulty opening

19  up to different people.  She wouldn't receive any treatment

20  because she was very closed.  She doesn't want, she is not

21  interested at all in dating.

22          MR. UNGAR:  Thank you very much, Chana.  We have no

23  further questions.

24          THE COURT:  I have nothing further.

25          (Witness excused).

1          MR. UNGAR:  The plaintiffs call Tova Miller.

2          (Tova Miller, a plaintiff, affirmed)

3                    DIRECT EXAMINATION

4    BY MR. UNGAR

5      Q.   Good afternoon, Tova, could you please state your

6    name for the record.

7      A.   Tova Miller.

8      Q.   How old are you?

9      A.   19.

10     Q.   Where do you live?

11     A.   Jerusalem, Israel.

12     Q.   Are you a United States citizen?

13     A.   Yes.

14     Q.   Are you in school?

15     A.   College.

16     Q.   What do you study?

17     A.   Industrial engineering.

18     Q.   Are your mother, Myriam, and sister, Chana, also

19   plaintiffs in this case?

20     A.   Yes.

21     Q.   And you understand we're here to discuss the

22   November 4, 2001 terrorist attack in French Hill, right?

23     A.   Yes.

24     Q.   How old were you at the time of the attack?

25     A.   I was two and a half years old.

1    Q.   I want to ask you right at the beginning, do you

2    have any independent recollections of the events of that day?

3    A.   No.

4    Q.   So, because that's the case, I am going to talk to

5    you about after the attack and some other people have

6    described the attack itself.

7         I want to ask you, what are some of the ways that

8    you believe the attack has affected you, having experienced

9    this attack, even though you were very young?

10   A.   So first of all, before the attack, I already had

11   started talking.  And right after of the attack, I stopped

12   talking to anyone but my mother and sister that were with me

13   in the attack.  I even stopped talking to my father, my

14   friends in kindergarten for I think two years, I was told,

15   and then I started talking again.

16        But ever since then, I have totally shut down and

17   feel until this day, I'm a very closed person.  It's hard for

18   me to talk about anything like my emotions, anything serious

19   or things that are happening in my life, even to people who

20   are very close to me.  That's why it's hard for me to connect

21   to people, to make relationships.  To people I'm the closest

22   with and the easiest people to open up to is my sister and my

23   mom.  And even to them, I'm not fully opened up.  So that's

24   for start.  Also I'm extremely sick at the sight of blood.  I

25   faint at almost every blood test I have to take.

1    Also especially I think it affected me how my life

2    turned out since the attack.  So, basically it led to the

3    divorce of my parents.  After then, my mother was still

4    working.  She was working, she had to work late hours from

5    early in the morning.  We would stay at this family for

6    basically the whole day, before school, after school.  So we

7    would barely see my mother.

8    Then eventually we moved in with a friend of hers

9    who had two disabled children.  I feel like my mother felt

10   like she found like a safe place.  And also financially she

11   was having trouble.

12   So ever since then, until this day, we live with

13   her, which also affected my life extremely.  Also my mother,

14   she still works from home.  She feels like she can't really

15   go out and find a good job out of the house because it would

16   mean she would have to work many hours out of the house.  And

17   she feels like she needs her safe place at home, which

18   obviously affects also her financial situation which is not

19   great.

20   Also, most of all, my mother was affected extremely

21   from the attack.  She became very paranoid.  Ever since first

22   grade, we had to take a bus to go to school.  We didn't live

23   right by the school.  So, we got cell phones since I was in

24   first grade.  I had to call my mother.  She would walk us to

25   the bus station.  We had to call her when we got on, when we

1   got off, during sometimes, if it was long.  She would also

2   get extremely upset if we would forget or anything, which

3   obviously caused me to be more aware and paranoid about

4   things.

5           To this day, on public transportation, if I see

6   anyone who looks suspicious, I would just calculate in my

7   head, if he would blow up or stick out a knife or start

8   shooting, where would I run, or how would I get off the bus.

9   A lot of things cross my mind which are not really normal.

10  So that's until this day.

11          Also it affected my social life a lot.  Also she,

12  my mother wouldn't really let us go out of the house on our

13  own and even with friends, it doesn't matter if it was late

14  or early or whatever.  Also bringing friends home was

15  difficult because the situation with the two kids and the

16  disabled children.  So it affected my social life a lot.

17          Also I think my relationship with my father is very

18  distant.  In a way it is close, I go there every other week

19  but I feel like a lot of my life is hard for me to share with

20  him, even major parts of my life, I wouldn't even share with

21  him even though he sees me a lot.  It's just very hard for me

22  to open up to him.  I feel like he wouldn't understand a lot

23  of the things.

24          Also after the attack, my mother, it was kept a

25  secret, the attack, from my grandparents.  So, like even as

 1   kids, like we were told not to talk about it.  And it was

 2   something we knew was a secret and weren't allowed to talk

 3   about.

 4          So I feel like a lot of things I still need

 5   reassurance and I'm not -- I don't feel safe saying like, am

 6   I allowed to say, not allowed to say, even other things that

 7   are not related to the attack.  Also to my grandparents, and

 8   just in general to my father, other people.

 9          So my relationship with my sister, we became very,

10   very close because especially as young girls, we only had

11   each other.  First, we didn't have my mother, she was out

12   working and it was just the two of us.  We became very, very

13   close, a little excessive.  When she got married, it was very

14   hard for me.  I wasn't even happy for her at first.  I took

15   me a long time to adjust.  And I think that's enough.

16     Q.   That's a lot.  Did you find yourself crying at

17   times as you grew older excessively?

18     A.   Yes, even though I'm saying I'm a very closed off

19   person, I'm very sensitive and I cry on a lot of occasions.

20   But usually it's just to myself on my own but I do sometimes

21   just break out to other people.  But it's rare.

22     Q.   Have you observed the effects of the attack on your

23   sister Chana?

24     A.   Yes.  I feel like she is, first of all, she is

25   very, very paranoid.  Everything that is especially unknown

1   scares her a lot, even things she has to do or like the

2   upcoming week or she is not sure how things are going to turn

3   out.  She is very, I can say she is paranoid.  She has low

4   self esteem.  She is not sure of herself in many situations.

5   Also I think she needed my assurance a lot of the times, even

6   though I'm her younger sister.  And she wouldn't do things

7   without asking me before.  She is not sure of herself in many

8   situations.

9       Q.   Did you receive any treatment from a mental health

10  professional at any point as a result of the attack?

11      A.   No.  I was advised to go until -- not recently.  My

12  father suggested a few, my teachers, the principal at my

13  school.  I just feel like it's very hard for me to open up to

14  people in general about my feelings.  It scared me, the

15  thought of just going to someone I don't know and opening up

16  and I didn't think I could do that.

17          So, no, I never went.

18          MR. UNGAR:  Thank you, we have no further

19  questions, Your Honor.

20          THE COURT:  I don't either.

21          All right.  Thank you very much, Ms. Miller.

22          (Witness excused)

23          THE COURT:  Let's take a recess.  Let's say 2:30.

24  Then I don't think I'm going need more than an hour from each

25  expert.

1              MR. UNGAR:  An hour from each expert?

2              THE COURT:  I would expect not to be, I think that

3    would be the far outer limit.

4              MR. UNGAR:  Okay.  Thank you.

5              THE COURT:  We'll be back in my courtroom at 2:30.

6              MR. UNGAR:  Thank you.

7              (A luncheon recess was taken.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|     |                                                                      |
|-----|----------------------------------------------------------------------|
| 1   | AFTERNOON SESSION                                                     |
| 2   | THE COURT:  Okay, Mr. Radine, I didn't mean to                       |
| 3   | imply that I needed an hour for each expert.  My point was,           |
| 4   | since we were worrying about timing on the day, that we              |
| 5   | wouldn't have a problem completing it.                                |
| 6   | MR. RADINE:  Sure.  Whatever the Court needs is                      |
| 7   | certainly fine with us.                                               |
| 8   | We'll bring him up at a moment.  Our plan was to                     |
| 9   | have them adopt their declarations.                                  |
| 10  | THE COURT:  That's fine.                                             |
| 11  | MR. RADINE:  I provided the Court a binder for both                 |
| 12  | witnesses.  The first several were preadmitted by the Court.        |
| 13  | The remaining ones which could benefit from additional               |
| 14  | foundation, we'll move in as we go.                                  |
| 15  | THE COURT:  Sounds good.                                             |
| 16  | MR. RADINE:  That said, plaintiffs call Dr. Harel                   |
| 17  | Chorev.                                                              |
| 18  | (Harel Chorev, witness for plaintiff, sworn)                        |
| 19  | THE COURT:  Good afternoon.                                          |
| 20  | THE WITNESS:  Good afternoon.                                        |
| 21  | DIRECT EXAMINATION                                                   |
| 22  | BY MR. RADINE                                                        |
| 23  | Q.  Dr. Chorev, could you tell us your name and spell               |
| 24  | for if record.                                                       |
| 25  | A.  Harel, H-A-R-E-L.  Chorev,  C-H-O-R-E-V.                         |

1     Q.   Do you have a relationship with any of the

2   plaintiffs or the other testifying expert witness,

3   Dr. Clawson?

4     A.   I don't.

5     Q.   Is there any reason why you can't be impartial

6   giving your evidence today?

7     A.   No.

8     Q.   Where are you currently employed and in what

9   capacity?

10    A.   I am a senior faculty member at Tel Aviv

11  University, currently I'm visiting faculty both in New York

12  University and Yeshiva University.

13    Q.   What are you a professor of?

14    A.   Middle Eastern studies and history.

15    Q.   Do you have a specialization?

16    A.   Specialization in Palestinian history and current

17  affairs and another expertise of mine is terrorism.

18    Q.   And you are here to discuss the attribution of a

19  November 4, 2001 attack on a French Hill neighborhood of

20  Jerusalem; correct?

21    A.   Indeed.

22    Q.   If I could ask you, in your binder, to look at

23  Exhibit 23.   Is this a copy of your sworn expert declaration

24  you submitted in this case?

25    A.   It is indeed.

1      Q.   If you could turn to page 13 in it for me please.

2   Is that your electronic signature?

3      A.   It is.

4      Q.   And do you, sitting here today, adopt the facts and

5   conclusions of this report?

6      A.   I do.

7      Q.   Right behind page 13, is that your C.V.?

8      A.   It is.

9      Q.   Is it accurate?

10      A.   It is accurate with a small update that my book was

11   already published and I won the prize on my research on the

12   lone wolf terrorism.

13          MR. RADINE:  At this point, Your Honor, the

14   plaintiffs would offer what we've marked as P.X. 23 into

15   evidence.

16          THE COURT:  Okay.  Admitted.

17   BY MR. RADINE

18      Q.   The Court has reviewed your qualifications from

19   your declaration along with your C.V.  So we'll be brief but

20   just to touch on a couple of points.  You have professional

21   expertise in Palestinian social networks including

22   Palestinian terrorist organizations, correct?

23      A.   That's correct.

24      Q.   Your research in Palestinian social networks

25   includes research on Palestinian families and clan

1    structures?

2         A.    It is, particularly in the area of Hebron and

3    Nablus.

4         Q.    Did your research independent of this case, your

5    prior research, touch on the al-Shweiki family from Hebron?

6         A.    It did since it was an ally of the Jabari family

7    which I dealt with extensively.

8         Q.    Not to get ahead of ourselves but is it your

9    opinion that the terrorist who committed the attack in

10   question is from the al-Shweiki clan?

11        A.    Yes, absolutely.

12        Q.    Do you also serve as an adviser to the Israeli

13   Government and security services on Palestinian issues?

14        A.    I do.

15        Q.    Including terrorism related issues?

16        A.    Yes, I am.

17        Q.    And finally, do you read Arabic?

18        A.    Yes, I do.

19        Q.    In addition to Hebrew and English?

20        A.    Yes.

21             MR. RADINE:  Your Honor, we respectfully ask the

22   Court to qualify Dr. Harel Corev as an expert on Palestinian

23   terrorist networks.

24             THE COURT:  Okay.  So qualified.

25   BY MR. RADINE

1       Q.   Briefly, what is PIJ?

2       A.   PIJ is terrorist organization formed in,

3   established in October 1981, adopted the terrorism activity

4   after 1982 and basically it's a terror organization pursuing

5   an Islamic radical state, a Palestinian state.

6       Q.   In the territory of Israel and the--

7       A.   Yes,  Israel, both Israel and the so-called green

8   line territories, occupied territories.

9       Q.   What does PIJ stand for?

10      A.   Palestinian Islamic Jihad.

11      Q.   Is it also called just Islamic Jihad?

12      A.   Every now and then.

13      Q.   Does it have a military wing?

14      A.   It does.  The Saraya al-Quds, or in English, the

15  Jerusalem Brigades.

16      Q.   Does it have a significant non-military set of

17  institutions?

18      A.   It does, but I would say that the military activity

19  takes up most of this organization's activity.

20      Q.   Was PIJ actively committing terrorist attacks in

21  the period around the November 4, 2001 attack?

22      A.   Yes, it was.

23      Q.   Was that a significant period in terms of terrorism

24  in Israel?

25      A.   It was.  It was the, during the so-called Second

1  Intifada that took place between October 2000 to 2004- 2005,

2  depends on who's counting.

3      Q.   Did PIJ attacks include suicide bombings?

4      A.   It did.  Suicide bombings as well as other forms of

5  attacks, including using assault rifles as in this case,

6  stabbing and other kind of weapons that were used.

7      Q.   During the relevant period, would PIJ typically

8  claim responsibility for a terror attack that they committed?

9      A.   They did definitely because at that period, we're

10  talking about a very essential, I would say, political

11  capital would be the right term I guess.  This is the way to

12  raise funds to get money from your patron, in this case we're

13  talking about Iran.  It is a way to mobilize the people.  It

14  is a way to compete with the other organizations who are

15  running for the same political capital.

16      Q.   Is it helpful for recruitment?

17      A.   Absolutely.

18      Q.   Would PIJ typically falsely claim responsibility

19  for an attack it did not commit?

20      A.   Generally not.  We may find in certain cases only

21  in the very few hours after the attack that there is some

22  sort of confusion.  And you can see two organizations taking

23  responsibility.  But after a while, it would be usually

24  decided, I would say, or we would stay with only one claim of

25  responsibility because, as I said, it is a very valuable

1    means of achieving political capital and financial capital.

2         Q.    So if a major terrorist group falsely claimed

3    responsibility for an attack committed by another major

4    terrorist group, that second group would be likely to attempt

5    to correct the first one?

6         A.    Absolutely, yeah.

7         Q.    Are some PIJ claims more credible than others?

8         A.    I would say yeah.  Well, I would say that the PIJ

9    has its own known formal platforms both online and offline

10   that are identified with the organization.  In the PIJ case,

11   it's for example, the Saraya al-Quds page or Saraya.ps

12   website, as well as two newspapers, Al-Mujahid and

13   Al-Istiqlal.  These are formal and we should accept them as

14   more genuine if a claim of responsibility appears there.

15        Q.    So, as opposed to a claim that might be found on a

16   third party site, a claim that is on one of the sites

17   controlled by PIJ or one of its newspapers, in your opinion,

18   is more likely to be credible?

19        A.    Yeah.

20        Q.    Would it be, in your opinion, to a high degree of

21   credibility for such a claim?

22        A.    Yes, it will.

23        Q.    Does the Israeli government also investigate

24   responsibility for attacks?

25        A.    Of course, for its own reasons, yeah.

1    Q.    What would those reasons be?

2    A.    The reasons would be to thwart future attacks and,

3    of course, to punish the perpetrators of previous attacks.

4    Q.    Israel attempts to arrest suspected terrorists?

5    A.    Yes, they attempt to arrest mainly for intelligence

6    reasons but very often it's impossible because suspects are

7    not just giving themselves and then the last resort would be

8    to kill them.

9    Q.    So Israel, in some cases, will attempt to

10   assassinate suspected terrorists?

11   A.    Yes.

12   Q.    Have you collected and reviewed evidence from

13   official PIJ and Israeli sources in preparing to provide this

14   testimony?

15   A.    Yes, I did.

16   Q.    Let's walk through the items that you have provided

17   us.    Now, these items are largely the ones in your

18   declaration, correct?

19   A.    Correct.

20   Q.    We've had them translated by a certified

21   translator.    Have you reviewed those translations?

22   A.    I did.

23   Q.    Did you find them accurate?

24   A.    Yes, I did.    All of them are accurate.

25   Q.    Let's start at Exhibit 15.    Now, this corresponds

1  to Exhibit Five in your submitted declaration, correct?

2      A.   That's correct.

3      Q.   Please tell us what this document is.

4      A.   Basically it's a claim of responsibility from

5  November 8, Thursday, just a few days after the attack.

6      Q.   What source is this document from?

7      A.   It's from Al-Istiqlal, one of the formal most, I

8  would say, or conspicuous formal platforms of the PIJ, taking

9  full responsibility for the attack.

10     Q.   So if I could ask you to turn to the next page

11 which has the translation.  If you could just read the main

12 article that's on the right side of the page, the headline

13 for us.

14     A.   The headline is "A week after a similar operation

15 in Hadera Al-Quds Brigade strikes in occupied Jerusalem,

16 Killing Two Zionists and Injuring Dozens."

17     Q.   And then, if you could read the second paragraph

18 for us.

19     A.   Al-Quds Brigades, the military wing of the Islamic

20 Jihad Movement, opened a series of successful operations

21 against the Occupation last Sunday when an istishhadi (a

22 person committing a suicide attack for the sake of Allah) of

23 the Brigades infiltrated the French Hill area in occupied

24 Jerusalem.  He fired at an Israeli bus, killing two Zionists

25 and injuring more than 40, as the enemy admitted.  Three

1    Israeli soldiers, who were at the site, managed to open fire

2    at the istishhadi, which led to his istishhad (death as a

3    martyr) on the spot.

4         Q.   If you could read the next sentence?

5         A.   The next sentence is "The al-Quds Brigades issued a

6    statement, in which they claimed responsibility for the

7    operation, confirming that it was carried out by Hatem Yaqin

8    al-Shweiki,  24, a Hebron resident."

9         Q.   Just as an overall picture here, do you find this

10   is a credible claim of responsibility by PIJ for the attack

11   at issue here?

12        A.   I think it is a very clearcut, a very, by the way,

13   genuine description of what happened.

14        Q.   What is the significance of some of the terms used

15   here?  I'm referring to the terms Zionists, the Occupation

16   and Settlers, I believe was used here.  What is the meaning

17   of using terms like these?

18        A.   That's very typical Islamic terminology used by

19   both Islamic Jihad and the Hamas for example.  But not so

20   much for let's say, Fatah operatives.  Its purpose is to

21   basically de-legitimize any Israeli living in Israel, whether

22   in the West Bank or in Israel, therefore calling them

23   settlers, settlers as un-legitimate settlers in Israel.  It

24   is a form of de-legitimization.  What is more important, that

25   it's indicative who is standing behind such attacks is

1   probably Hamas or the Palestinian Islamic Jihad.

2       Q.   In this case?

3       A.   In this case, definitely the Palestinian Islamic

4   Jihad.

5       Q.   So by de-legitimization, do you mean that it

6   legitimizes attacking civilians, in addition to soldiers?

7       A.   Yes.  Everybody are liable to be under such an

8   attack.

9       Q.   I won't make you read it but in the bottom, left

10  corner, there is a blurb.  Is that also taking responsibility

11  for the attack?

12      A.   Martyrdom operation, yes, indeed.

13      Q.   If you could turn to Exhibit 16.

14          MR. RADINE:  If I haven't offered this, and I don't

15  think I have, Your Honor, we would offer PX15 into evidence.

16          THE COURT:  Okay.  Admitted.

17  BY MR. RADINE

18      Q.   So, if you could look at 16 and 17 together for a

19  moment, these are two different website captures.  But do

20  they contain the same text?

21      A.   Absolutely the same text.  It's really copy/paste.

22      Q.   These correspond to Exhibits 3 and 4 in your

23  declaration, correct?

24      A.   It is.

25      Q.   We've had just Exhibit 17 translated because they

1   have the same text.  But I would like to start at Exhibit 16

2   just to talk about some elements of this page here.  Very

3   briefly, what is this document?

4        A.   This document, it's basically a memorial page at

5   the anniversary of the attack.  In this case, it's one of the

6   anniversaries.  We have a claim of responsibility emphasized

7   through three different ways.

8        Q.   Before you get to the different ways, is this from

9   an official PIJ website?

10       A.   It is.  It is the Saraya.ps, which is an official

11  site of the Jerusalem Brigade.

12       Q.   That's what it says on the very bottom of the page?

13       A.   Yes, that's what it says at the very bottom.

14       Q.   If you could look at the top of the black banner on

15  the top of the page, in upper right corner, what is that

16  design there?

17       A.   The logo is the logo of the Saraya al-Quds Brigade,

18  Jerusalem Brigade, and the title right in the upper side of

19  the banner, it says both in Arabic and in English, al-Quds

20  Brigade, it's an official website.

21       Q.   And then below that, it says the Military Wing of

22  Islamic Jihad Movement in Palestine, correct?

23       A.   Indeed.

24       Q.   You mentioned this is a claim of responsibility.

25  If I could take you to that photo on the page and in fact, if

1   you turn to the end of Exhibit 16, I have a blow-up of this

2   photo.  Who is shown in that photograph?

3       A.    It is Hatem al-Shweiki holding the assault rife,

4   probably the one that he used because it is an M16, holding a

5   Quran in his other hand.  But most importantly wearing the

6   bandanna with the title Saraya al-Quds, which is basically,

7   it is a pattern way, not only by PIJ, but by other

8   organizations as well, by the organization to claim

9   responsibility for the attack.  It says Saraya al-Quds on the

10  bandanna, using the brand colors of the organization which is

11  black against yellow.  But at times it can be yellow against

12  black.

13      Q.    The gentleman in that photo on the left is also

14  wearing a yellow and black bandanna, correct?

15      A.    Yes, indeed, indeed he is.

16      Q.    In the background of that picture is a bus?

17      A.    Yes, it is photoshopped.  We can see that picture

18  of Hatem al-Shweiki with different backgrounds but the same

19  position exactly.

20      Q.    Is this a common sort of photograph taken by

21  terrorist groups before an operation?

22      A.    It is.  By the way, by all Palestinian

23  organizations, and what differs them from one another is the

24  bandanna.  The bandanna is extremely important.  For Hamas,

25  you will see white against green.  For the Popular Front for

1    the Liberation of Palestine, you see white against red and so

2    on and so forth.

3        Q.   If I could turn you to page, Exhibit 17 so we can

4    look at the translation which is the third page.  If you

5    could just briefly read us that paragraph on the bottom of

6    the first page?

7        A.   "On November 4, 2001, Hatem was destined to go to

8    Heaven, which was promised by Allah to the martyrs of the

9    Islamic Nation.  Defying all Zionist security measures, the

10   martyr advanced, carrying his M16 rifle.  He arrived to the

11   French Hill area in Jerusalem and watered its pure earth with

12   his pure blood.  He approached a bus carrying dozens of

13   Zionists and showered them with a hail of bullets, killing

14   two of them and injuring dozens, as the Occupation admitted.

15   Hatem ascended as a martyr to God's throne where righteous

16   people and martyrs dwell, after a settler who was on the

17   scene shot him with bullets of hatred."

18       Q.   Is this another claim of responsibility for the

19   attack at issue?

20       A.   No doubt about it.

21       Q.   Phrases we talked as before, the terms "settlers"

22   here, also the phrase, "watered its pure earth, pure blood."

23   Is that language you associate with groups like PIJ?

24       A.   It is a language associated with such a group,

25   yeah.

1      Q.    If I could take you to the second page, near the

2    bottom, the paragraph beginning with "yesterday."  If you

3    could just read us the first two sentences.

4      A.    "Yesterday it was Dr. Fathi a-Shiqaqi and Hani

5    Abed, and today, the brave martyr Hatem al-Shweiki enters the

6    hearts of the square that embraces nobody but them."

7      Q.    The next sentence too, please.

8      A.    "He leads the rows, waving the flag of glory and

9    dignity and carries his Quran in his right hand and his

10   machine gun is his left hand."

11     Q.    Very briefly, who is Dr. Fathi a-Shaqaqi and Hani

12   Abed?

13     A.    Fathi a-Shaqaqi is the first leader of the

14   Palestinian Islamic Jihad.  He is actually the one to

15   establish the organization.  And he was assassinated by

16   Israel, probably by Israel, though nobody -- there was no

17   formal claim of responsibility, but probably in 1995 in

18   Malta.

19     Q.    What is the significance of associating Hatem

20   al-Shweiki with Fathi a-Shaqaqi?

21     A.    Again, I would say a very typical pattern of

22   Islamic organization by using an Islamic concept that is

23   called in Arabic, or translated from Arabic the convoy of

24   Martyrs or (speaking Arabic) in Arabic, which basically

25   emphasized the values of pursuing, keeping and being

1  consistent of the pursuing your goal, the Shahids' goal.  So

2  the Shahids follow one another and they never let go.  They

3  never surrender and so forth.  It is a very Islamic notion,

4  less I would say common among secular organizations.

5      Q.   Finally just in the next paragraph if you could

6  read the top two sentences?

7      A.   "Martyr Hatem carried in his heart the ideology of

8  the Islamic movement, and the ways of the Islamic Jihad

9  movement."  Very clear, another claim of responsibility.

10      Q.   That's fine, thank you.

11          MR. RADINE:  Your Honor, plaintiffs would offer

12  Exhibits PX 16 and 17 into evidence.

13          THE COURT:  Okay, admitted.

14  BY MR. RADINE

15      Q.   Turn to PX 18 please.  This document, which has a

16  translation behind it, is this from another official PIJ

17  website?

18      A.   It is.  It's from sarayaalquds.org.

19      Q.   This corresponds to, I believe this was Exhibit 7

20  in your declaration.

21      A.   Yes, it is.

22      Q.   Is this the same photograph, it looks like without

23  the bus, of Hatem al-Shweiki?

24      A.   Exactly, just without the photoshop, probably the

25  original one.

1      Q.   What is the significance of this type of website

2  capture we have here?

3      A.   Well, it's a section or a memorial post in a

4  section called Stars Above the Forehead and the name is in

5  Arabic, there it's not, unfortunately it's not translated

6  into English in the blue banner right behind the Saraya

7  al-Qud, it says (speaking Arabic) Stars Above the Forehead.

8  And it's a page dedicated to commemorate Shahids.

9      Q.   Looking at the translation right below the

10  photograph, if you could read that line for us?

11     A.   "The hero martyr, Hatem Yaqin Ayyash al-Shweiki.

12  His name again, age 24 years old.  Place of residence, City

13  of Hebron.  Marital status, single.  Date of martyrdom,

14  November 4, 2001.  Manner of martyrdom, a martyrdom

15  operation, the French Hill."

16     Q.   So this is a typical website you would see as part

17  of the claimed responsibility for an attack?

18     A.   Yes, it is.  They probably took it from Hezbollah,

19  I believe.

20     Q.   The technique of making this web page?

21     A.   Yes.

22          MR. RADINE:  Plaintiffs offer PX18 into evidence.

23          THE COURT:  Admitted.

24  BY MR. RADINE

25     Q.   Please turn to PX19.  So turning to Israeli

1    attributions, can you tell us what is this item?

2        A.    This is a formal page published by the Israel

3    Ministry of Foreign Affairs and referring to the

4    assassination of Mohammed Sidr, head of Islamic Jihad in

5    Hebron, was killed by IDF during an attempt to arrest him in

6    August -- well, the page is from August 14, 2003.

7        Q.    This corresponds to Exhibit 8 in your declaration?

8        A.    It is.

9        Q.    If you could read the first sentence of, not that

10   headline which I think you've communicated, just the first

11   sentence.

12       A.    Sure.    "The head of the Islamic Jihad in Hebron,

13   Mohammed Sidr, was killed this morning during an operation to

14   arrest him in a house where he was hiding in the city."

15       Q.    Turn to the second page please.    If you could, and

16   sorry to make this a very specific reference, but in the

17   second full paragraph, the second sentence beginning with the

18   word "after."

19       A.    "After his release from prison in June 2000, he

20   began to develop a terrorist infrastructure of Islamic Jihad

21   activity in the area of Hebron and neighboring villages which

22   carried out a series of attacks under Sidr's guidance."

23       Q.    And then what follows appears to be a list of

24   attacks.    What is the last one?

25       A.    "November 4, 2001, an attack on number 25 bus at

1    the French Hill junction in Jerusalem killing two teenagers

2    and wounding 48."

3         Q.   That's the attack at issue?

4         A.   It is.

5         Q.   So in your opinion, do you find a report like this

6    from the Israeli military communicated by the Israeli

7    Ministry of Foreign Affairs to be credible?

8         A.   Yes, it is.

9              MR. RADINE:  Your Honor, we would offer Exhibit PX

10   19 into evidence.

11             THE COURT:  All right, admitted.

12   BY MR. RADINE

13        Q.   In particular Exhibit 20 please, which includes the

14   translation.  Before you get into the translation, this item

15   is something you relied on in writing your expert report.

16   But I believe this is Exhibit 11 in your declaration?

17        A.   Yes, it is.

18        Q.   Is this from an official PIJ website?

19        A.   Yes, as you can see, there is the logo there, as

20   well as in Arabic on the top of the page also.  Yeah, at the

21   second page, but it doesn't matter, exclusive by the military

22   media, namely that Saraya al-Quds media.

23        Q.   An exclusive scoop, an exclusive news story.

24        A.   Exclusive scoop, exactly.

25        Q.   If I could take you to the translation, it's a few

1   pages in.  What is the byline, as who is listed as the author

2   of this article?

3       A.   Well, the author is Azzam al-Shweiki, who is both

4   the brother of Dhiyab al-Shweiki, was the deputy of Mohammed

5   Sidr that we just mentioned.  He was also in charge of the

6   operation on the French Hill.  But he is also a relative of

7   the perpetrator of Hatem al-Shweiki.

8       Q.   So to clarify, Dhiyab al-Shweiki you said was the

9   deputy of Mohammed Sidr and also had responsibility for,

10  would it be fair to say, helping dispatch Hatem al-Shweiki to

11   commit the issue?

12      A.   Yes.

13      Q.   Hatem al-Shweiki and Dhiyab al-Shweiki are

14  brothers?

15      A.   Yes, brothers and both members of the PIJ.

16      Q.   They share a familial relationship with Hatem

17  al-Shweiki?

18      A.   They do.  The same clan, the same -- basically the

19  same clan or (Arabic word) in Arabic.

20      Q.   How in your opinion does sharing that family tie

21  relate to your opinion that Hatem al-Shweiki, the alleged

22  perpetrator of this attack, was a member of the PIJ?

23      A.   It is very relevant.  In the Middle East generally,

24  but in the Palestinian context particularly, families, we

25  often see that a political identification, for example, with

1    Hamas or with the PIJ or Fatah or whatever goes along family

2    lines and networks.  It's really, I would say, an important

3    mean to assure confidence and cooperation, especially under

4    terms of need of secrecy underground activity and so on and

5    so forth.

6        Q.   Does it resemble in any way the family structure of

7    the mafia in that sense?

8        A.   Yes, as I mentioned in my report, I think for

9    westerners, it is sometimes hard to understand because we are

10   an individual society.  But in the Middle East, it is a

11   collective society.  And things are still working, my book

12   actually deals with it, going along family networks.  And I

13   think that it's easy to understand it by the way organized

14   crimes are adopting imagined family identity because you

15   don't betray the family.

16       Q.   Looking at that page very briefly, the first

17   sentence of the first paragraph, if you could read that for

18   us?

19       A.   The first paragraph, "We welcome--"?

20       Q.   Yes.

21       A.   "We welcome the anniversary of Dhiyab, the legend."

22       Q.   The first sentence of the next paragraph?

23       A.   The French Hill, then continues, "The French Hill

24   witnessed the commander, martyr Hatem al-Shweiki as he was

25   reciting the Al Anfal with his rifle."  Al Anfal is the Quran

1    chapter, chapter 8.

2         Q.   If you could turn to the next page, looking at that

3    photograph, is that top photo Dhiyab al-Shweiki?

4         A.   Dhiyab al-Shweiki, yes, indeed.

5         Q.   Is that black and yellow flag that PIJ flag?

6         A.   Yes, it is.  Right there above the temple mount or

7    Al-Aqsa Mosque.

8         Q.   Just indicating that black and yellow colored

9    pattern again?

10        A.   Black and yellow again, the brand colors of the

11   Palestinian Islamic Jihad.

12             MR. RADINE:  Your Honor, plaintiffs offer PX 20

13   into evidence.

14             THE COURT:  All right.  Admitted.

15   BY MR. RADINE

16        Q.   Just briefly, I just want to touch on PX 21 and 22.

17   I won't make you read these.  But looking at PX 21, its

18   translation, is this from an official PIJ website?

19        A.   It is.  Again, Saraya.ps.

20        Q.   Does this document describe and take responsibility

21   for the attack at issue?

22        A.   Yes, in quite detail as well.

23        Q.   You find this another credible claim of

24   responsibility?

25        A.   It is credible.  No doubt.

1    Q.   Then looking briefly at PX 22, it appears to be

2    another one of those memorial pages.

3    A.   Yeah, the same section that we saw before.

4    Q.   Who is featured in this one?

5    A.   In this case, it is Mohammed Sidr, the commander of

6    PIJ in Hebron, the one that was assassinated by Israel in

7    2003.

8    Q.   Just turn to the translation, if you could just go

9    to the third page of the translation, there is a paragraph,

10   in the interest of time, I'll just point out what I'm looking

11   for here, under "his struggle," it mentions his

12   responsibility for, "The French Hill operation in which six

13   Zionists were killed and more than 50 wounded."  Is that--

14   A.   I'm sorry.

15   Q.   That's the third page of the translation.

16   A.   Third page.  Yeah.  And?

17   Q.   Do you see where it says "his struggle,"  the first

18   sentence reads, "The Occupation authorities attributed to the

19   martyr Mohammed Sidr responsibility for several operations--"

20   A.   Yes.  "The Occupation authorities attributed to the

21   martyr Mohammed Sider responsibility for several operations,

22   including the Wadi al-Nasara Street operation, in which 14

23   soldiers were killed by the enemy's admission.  They also

24   attributed to him the operation at the Otniel settlement, in

25   which four Zionist soldiers were killed and more than eight

 1  were wounded, the Harsina operation--"  Harsina stands for

 2  porcelain in Hebrew and Arabic.  " -- in which three Zionists

 3  were killed and the French Hill operation in which six

 4  Zionists were killed and more than 50 wounded."

 5      Q.   Does that likely refer to the attack at issue?

 6      A.   Yes, yes, it is, French Hill.

 7      Q.   The number of killed is --

 8      A.   Yes, similar.

 9      Q.   Little larger?

10      A.   Yes.  They exaggerate a little bit, but yeah.

11      Q.   Exhibits 21 and 22 then, in your opinion, are they

12  credible claims of responsibility of the attack at issue?

13      A.   They are.

14           MR. RADINE:  Your Honor, plaintiffs offer PX  21

15  and 22 into evidence.

16           THE COURT:  Admitted.

17  BY MR. RADINE

18      Q.   So to sum up then, in your expert opinion, do you

19  have a high, reasonably high degree of certainty that PIJ is

20  responsible for the attack at issue?

21      A.   I would say that it is a very clear cut case.

22      Q.   Are you aware of any formal claims that lasted

23  beyond the first day of responsibility by other terrorist

24  groups?

25      A.   No, no, only the first day, few hours.  But it is

very regular, it often happens. But after a few hours, the line is straightened and there is only one organization taking responsibility, and this is exactly what happened in this case as well.

MR. RADINE: Those are all my questions Your Honor.

THE COURT: Okay. I just have a few questions for you.

So tell me, that there were other claims in the first few hours. Tell me about that.

THE WITNESS: There was a claim by Hamas. But it didn't last more than a day or few hours. But it was very common in the anarchy that prevailed during this period of the Second Intifada.

THE COURT: So Hamas never made any further claim after the first day?

THE WITNESS: As far as I know, not regarding this attack. Today or for many years already, it's been established that it's the PIJ. I mean established among the organizations of course.

THE COURT: Why wouldn't someone falsely claim credit? Because as you said, claiming credit enables you to build your recruitment, it enables you to get money from your patron. What is the down side of falsely claiming credit?

THE WITNESS: I guess it would be like I would steal something from someone. He has an asset in his hand,

1    an asset that goes to Iran and say look, I'm following the

2    orders, I'm justifying the investment that you made in me.

3    And I'm doing what I'm expected to do.

4           So all of a sudden, if all of a sudden, let's say

5    Hamas is falsely claiming responsibility, that will create a

6    major rift, I would say, between the two organizations which

7    usually works, I would say with a lot of, I would say

8    coordinates, not coordinates in the operative meaning but in

9    the understanding, they're both pursuing the same goal but

10   sometimes in different ways.

11          THE COURT:  So have you had any cases where people

12   have claimed credit falsely in your opinion beyond the first

13   day or two?

14          THE WITNESS:  I would say that it probably happened

15   during the anarchy of that period.  But not, it wouldn't last

16   for long.  It's usually, by the way, the reason for it is

17   because it's coming from the field operatives, the people who

18   are working or actually running the show on the field.  And

19   therefore, they are not necessarily coordinated.  Sometimes

20   it's just bragging of the first hours.  But then something

21   comes from above and claiming that the responsibility as it

22   should be and should be cited to the right or the genuine

23   perpetrators.

24          THE COURT:  Are there cases, are there ever cases

25   where nobody claims responsibility?

1         THE WITNESS:  Not during -- well, never say never.

2    But during that time, it was very rare.  What happens today

3    is a different thing.  I specifically emphasize it because

4    we're in a different stage these days.  But during the period

5    that we're discussing, it's really like to steal something

6    from someone.  It's a very valuable political capital.

7         THE COURT:  And would one group try to punish

8    another group for falsely claiming credit?

9         THE WITNESS:  I'm thinking about a movie that I saw

10   that describes exactly the scene that you are -- it is called

11   Bethlehem, by the way, describing very well that period.  But

12   I would say nothing more than frictions in the place where it

13   was, you know, there were cases of organizations trying to

14   kidnap the body and to bury them under there.  But it's very

15   rare, very unlikely to happen.  But still, we're talking

16   about a period of anarchy.

17         But as far as claim of responsibility, after a few

18   days, certainly after a few weeks, months, years, you can be

19   sure that it's genuine.

20         THE COURT:  You mentioned that it is different

21   today.  Why is it different today?

22         THE WITNESS:  That's a long story.  But it

23   corresponds, I would say, with certain developments that

24   occurred in Palestinian society.  People became less, I would

25   say, connected to the organization or want to be identified

1    with the organization.  A lot of anti-establishment

2    sentiment.

3              Therefore, we see many cases that the organization

4    are trying to play with it.  Sometimes to claim

5    responsibility.  Sometimes just to be satisfied with the fact

6    that the operation was carried out.  We saw that during 2016

7    a lot.

8              THE COURT:  Was that some of the lone wolf

9    practices that you mentioned in the book?

10             THE WITNESS:  Exactly, during the lone wolf period.

11             THE COURT:  Have you testified in other default

12   judgment cases like this in U.S. court?

13             THE WITNESS:  No, I did not.

14             THE COURT:  I think your declaration says you are

15   being paid $300 an hour?

16             THE WITNESS:  It is.

17             THE COURT:  What is your expectation ballpark of

18   the number of hours you will put in for all tasks on this

19   case?

20             THE WITNESS:  I guess around 40, 50, something like

21   that as far as I recall.

22             THE COURT:  All right.  Thank you very much.

23             THE WITNESS:  Thank you, Your Honor.

24             (Witness excused)

25             THE COURT:  Let's take 10 minutes and then we'll do

```
1    your last witness.

2              (A brief recess was taken.)

3              MR. UNGAR:  Your Honor, plaintiffs call Dr. Patrick

4    Clawson.

5              (Patrick Clawson, witness for plaintiff, sworn)

6              THE COURT:  Good afternoon.

7              THE WITNESS:  Good afternoon.

8                        DIRECT EXAMINATION

9    BY MR. UNGAR

10        Q.   Would you please state your name for the record.

11        A.   Patrick Clawson.

12        Q.   Where are you employed and in what capacity?

13        A.   I'm employed at the Washington Institute for Near

14   East policy as the Director of Research.

15        Q.   Were you asked by plaintiffs' counsel to provide

16   expert testimony in this case?

17        A.   Yes.

18        Q.   Did the subjects of your testimony include Iran's

19   role as a State Sponsor of Terrorism?

20        A.   Yes.

21        Q.   Iran's Islamic revolutionary Guard Corps or IRGC?

22        A.   Yes.

23        Q.   The Islamic Revolutionary Guard Corps Qods Force or

24   IRGC-QF?

25        A.   Yes.
```

1    Q.    The designated terrorist organization Palestinian

2  Islamic Jihad or PIJ?

3    A.    Yes.

4    Q.    And Iran and the IRGC's material support of

5  Palestinian Islamic Jihad?

6    A.    Yes.

7    Q.    Did you prepare an expert declaration that

8  discussed those topics and provide it to the Court?

9    A.    Yes.

10    Q.    Does the expert declaration contain your expert

11  opinions on those topics?

12    A.    Yes.

13    Q.    Do you adopt the facts and conclusions set forth in

14  your expert declaration?

15    A.    Yes.

16    Q.    That expert declaration in your binder has been

17  marked as PX 14.  That should be the first document in your

18  binder.

19    A.    The declaration of Patrick Clawson, yes.

20    Q.    You do adopt the facts and conclusions set forth in

21  that document, your expert declaration?

22    A.    Yes.

23        MR. UNGAR:  Your Honor, Plaintiffs offer PX 14 into

24  evidence.

25        THE COURT:  Okay.  Admitted.

1  BY MR. UNGAR

2      Q.    Dr. Clawson, can you very briefly describe your

3  educational background to the Court?

4      A.    I have a bachelor of arts degree from Oberlin,

5  College and a Ph.D. from the New School for Social Research,

6  both from the area of economics.

7      Q.    Can you please briefly describe your professional

8  experience to the Court?

9      A.    I have written or edited 18 books or studies about

10  Iran.  I was previously employed at the International

11  Monetary Fund, the World Bank, the Foreign Policy Research

12  Institute, the Department of Defense's National Defense

13  University as well as the Washington Institute for Near East

14  Policy.

15      Q.    What is your chief responsibility or

16  responsibilities at the Washington Institute?

17      A.    I direct a staff of approximately 25 full time

18  researchers.  I also run our Iran Studies Program.

19      Q.    How would you describe the Washington Institute?

20      A.    The Washington institute is a 501(c)3 charitable

21  organization, hugely called a think tank that prepares

22  studies about issues facing the U.S. foreign policy.

23      Q.    Does your work at the Washington Institute

24  encompass research involving the IRGC, Iran, the IRGC-QF and

25  Palestinian Islamic Jihad?

1    A.    Yes.

2    Q.    Has your work included studying Iran's relationship

3  with the Palestinian Islamic Jihad?

4    A.    Yes.

5    Q.    Has your work included studying Iran's material

6  support of Palestinian Islamic Jihad?

7    A.    Yes.

8    Q.    Have you testified in any federal, civil trials

9  relating to terrorism?

10    A.    Yes.

11    Q.    Have any of those federal trials encompassed the

12  issues we're talking about today, the IRGC, the IRGC-QF,

13  Iran, Iran's support of Palestinian Islamic Jihad?

14    A.    Yes.

15    Q.    Were you qualified as an expert in those trials?

16    A.    Yes.

17    Q.    Have you testified before Congress regarding

18  terrorism, including Iranian state sponsored terrorism?

19    A.    Yes.

20    MR. UNGAR:    At this time, Your Honor, plaintiffs

21  ask the Court to recognize Dr. Clawson as an expert witness

22  regarding Iran's role as a State Sponsor of Terrorism, Iran's

23  Islamic Revolutionary Guard Corps, Islamic Revolutionary

24  Guard Corps Qods Force, Palestinian Islamic Jihad and Iran's

25  and the IRGC's material support of Palestinian Islamic Jihad.

```
 1              THE COURT:  Okay, I will so qualify.

 2              MR. UNGAR:  Thank you, Your Honor.

 3   BY MR. UNGAR @@@

 4        Q.    Dr. Clawson, are you prepared to discuss your

 5   findings today?

 6        A.    Yes.

 7        Q.    We are here to discuss Iran's alleged and the

 8   IRGC's alleged responsibility for the November 4, 2001

 9   terrorist attack at French Hill.  Is that your understanding?

10        A.    Yes, sir.

11        Q.    Have you reached a conclusion about whether Iran

12   and the IRGC provided material support to Palestinian Jihad

13   before and contemporaneously with that attack?

14        A.    Yes.

15        Q.    What is your opinion?

16        A.    Iran provided substantial and the IRGC provided

17   substantial material support to the Palestinian Islamic Jihad

18   before and immediately after the attack.

19        Q.    And during the same time of the attack?

20        A.    And during the same time of the attack.

21        Q.    For contextualization purposes, can you briefly

22   describe the Islamic Republic of Iran?

23        A.    The Islamic Republic of Iran came to power in a

24   revolution in 1979, and quickly established the IRGC, which

25   is embodied, whose role is embodied in the Iranian
```

1    Constitution.  The Constitution creates the Office of Supreme

2    Leader, who empowered by the Constitution to override the

3    President, the Parliament and any law.  And it also provides

4    the creation of serious revolutionary institutions like the

5    IRGC, which are parallel to the conventional institutions of

6    government, with the revolutionary institutions being the

7    more powerful of the pair.

8          Then the Islamic Republic of Iran dedicated itself

9    to spreading the revolution.  And to oppose the interest of

10   the United States and Israel throughout the region and indeed

11   throughout the world.

12   Q.   We're going to be looking at today briefly a number

13   of U.S. designations of terrorism entities.  I want to ask in

14   your capacity as expert, if you place a high degree of

15   credibility on designations that the U.S. Government makes of

16   the entities as related to terrorism.

17   A.   Yes, the U.S. Government is very careful about

18   these designations.  And does not make a designation until

19   there is an extensive file of material that has been prepared

20   to justify these designations.  So it refrains from making

21   designations of some organizations and individuals in a

22   surprising manner until it has been able to assemble an

23   impressive file.

24   Q.   With that in mind, let's look at please Exhibit

25   One, labeled as PX1 in your binder.  I want to ask you if you

```
 1   recognize that to be a State Department list of state

 2   sponsors of terrorism?

 3        A.   Yes.

 4        Q.   Is Iran listed as a State Sponsor of Terrorism?

 5        A.   Yes.

 6        Q.   When was it first designated?

 7        A.   It was designated when the list was first created,

 8   which is January 1984.

 9        Q.   Has it been designated since that time?

10        A.   Yes.

11        Q.   You've mentioned a few things about the IRGC.  Can

12   you briefly expand a bit on its role in the super structure

13   of Iranian terrorism?

14        A.   The new revolutionary government, in 1979, did not

15   trust the military with good reason.  And therefore created

16   this parallel military organization to safeguard the

17   revolution.  And that its constitutional responsibility is

18   safeguarding, not only the country, but the revolution.  And

19   it reports to the supreme leader and only to the supreme

20   leader.

21        Q.   I want to direct your attention to what has been

22   preadmitted as Plaintiff Exhibit 7, PX 7.  If you could turn

23   to that, to PX 7 in your binder.  I just wanted you to please

24   take a look at that and let me know if you have seen that

25   before.
```

1    A.    Yes, sir.

2    Q.    Is that a Treasury Department press release dated

3    October 13, 2017?

4    A.    Correct.

5    Q.    Can you please read the first sentence of the

6    document?

7    A.    "The U.S. Government is taking several major

8    actions today to counter Iran's bid nuclear capabilities in

9    support for terrorism by exposing Iranian banks, companies

10   and individuals that have been involved in these dangerous

11   activities and by cutting them off from the U.S. financial

12   system."  That one?

13   Q.    PX 7.

14   A.    I thought that was 7.  No, I was reading 6.  No

15   wonder it is dated a month later.  Sorry.

16          "Today, the United States Department of Treasury's

17   Office of Foreign Assets Control (OFAC) designated Iran's

18   Islamic Revolutionary Guard Corps (IRGC) pursuant to the

19   global terrorism Executive Order (E.O.) 13224 and consistent

20   with the Countering America's Adversaries through Sanctions

21   Act."

22   Q.    And are designations pursuant to Executive Order

23   13224, do they result in designations as Specially Designated

24   Global Terrorists?

25   A.    Correct.

1    Q.   Has the IRGC retained that designation as a

2    specially designated global terrorist through the present?

3    A.   Yes.

4    Q.   Can you please read the first--

5    A.   No, this is about a IRGC Quds Force.  Later on, the

6    IRGC as a whole was designated as a Foreign Terrorist

7    Organization.

8    Q.   This is the IRGC in the first--

9    A.   I'm sorry, you are right.  This is the--

10   Q.   We're going to get to that next.

11        So just to clarify.  This reflects the designation

12   of the IRGC as a whole?

13   A.   Correct, sir.  My apologies.

14   Q.   No problem.  Can you please read the first

15   paragraph under the heading IRGC?

16   A.   "The IRGC was designated today for the activities

17   it undertakes to assist in sponsor or provide financial

18   material or technological support for, or financial or other

19   services to, or in support of the IRGC-Q F.  The IRGC, which

20   is the parent organization of the IRGC-QF, was previously

21   designated pursuant to E.O. 13382 on October on 25, 2007 in

22   connection with its support to Iran's ballistic missile and

23   nuclear programs and pursuant to E.O. 13553 on June 9, 2011

24   and the E.O. 13606 on April 11, 2012 in connection with

25   Iran's human rights abuses."

1      Q.   Is that language consistent with your own research

2  and findings about the IRGC?

3      A.   Yes, sir.

4      Q.   If you could turn please to PX 2 in your binder.

5  Let me know please if you have seen that document before?

6      A.   Yes, sir.

7      Q.   Is that a State Department list of Foreign

8  Terrorist Organizations?

9      A.   Yes.

10      Q.   Directing your attention to page four, five entries

11  from the top, does it say "Islamic Revolutionary Guard Corps

12  IRGC"?

13      A.   Correct.

14      Q.   Does that signify that the IRGC has been designated

15  a Foreign Terrorist Organization?

16      A.   Correct.

17      Q.   What is the date that it was designated such?

18      A.   April 15, 2019.

19      Q.   Has the IRGC retained that designation as a Foreign

20  Terrorist Organization since it was first designated as such?

21      A.   Yes, sir.

22      Q.   We've talked very briefly about the IRGC-QF, the

23  Quds Force Division of the IRGC.  Can you expand briefly on

24  its role in Iranian terrorism.

25      A.   The IRGC-QF is a component to the IRGC, which are

1    responsible for activities abroad, that is to say support for

2    terrorism abroad.

3        Q.   So let's turn to the document you previously looked

4    at before which is PX 6.

5        A.   Yes, sir.

6        Q.   So we looked at that a few moments ago.  I want to

7    ask you if that is a Treasury Department press release dated

8    October 25, 2007.

9        A.   Yes, sir.

10        Q.   Can you please read the third paragraph on page

11    one?

12        A.   "The Treasury Department also designated the

13    IRGC-Quds Force (IRGC-QF) under E.O. 13224 for providing

14    material support to the Taliban and other terrorist

15    organizations, and Iran's state-owned Bank Saderat as a

16    terrorist financier."

17        Q.   Does this signify the IRGC-QF being designated as a

18    specially designated global terrorist?

19        A.   Correct.

20        Q.   And has the IRGC-QF retained that designation as a

21    SDGT, or a specially designated global terrorist through the

22    present?

23        A.   Correct.

24        Q.   I want to direct your attention to the paragraph on

25    page three beginning IRGC Quds Force, and ask you to read

1    that paragraph.

2        A.    "IRGC Quds Force (IRGC-QF):  The Quds Force, a

3    branch of the Islamic Revolutionary Guard Corps (IRGC aka

4    Iranian Revolutionary Guard Corps), provides material support

5    to the Taliban, Lebanese Hezbollah, Hamas, Palestinian

6    Islamic Jihad, and the Popular Front for the Liberation of

7    Palestine-General Command (PFLP-GC).

8        Q.    Is that language consistent with your own research

9    and finding about IRGC-QF and the material support that it

10   has provided to Palestinian Islamic Jihad?

11       A.    Yes.

12       Q.    What is Palestinian Islamic Jihad?

13       A.    It's an organization primarily in the Gaza Strip,

14   although somewhat in the West Bank, of people who admire the

15   Islamic Republic of Iran and its revolution, and who think

16   that arms struggle, including the use of terrorism, is the

17   only way to achieve their political objectives.

18       Q.    The arms struggle or terrorist attacks, that

19   includes attacks against Israeli civilians in Israel?

20       A.    Correct.  Indeed, the organization was founded in

21   part because it felt the other Palestinian organizations were

22   not carrying out enough such attacks and that it thought that

23   these attacks were essential for the political purposes they

24   had in mind.

25       Q.    Did the victims of those terrorist attacks include

1    American nationals?

2        A.    Yes, sir.

3        Q.    I want to show you what's been preadmitted as

4    Plaintiff's Exhibit 10, so PX 10 in your binder, and ask you

5    if you have seen this document before.

6        A.    PX 10?  That's the Executive Order 12947.

7        Q.    Correct.

8        A.    Yes, sir.

9        Q.    So is that Executive Order 12947.  Then if you turn

10   to page two, dated January 23, 1995, is that correct?

11       A.    I think January 25, 1995.  Oh, it's signed January

12   23.  Published the 25th.

13       Q.    Turning your attention to the annex on the last

14   page, is Palestinian Islamic Jihad listed?

15       A.    The words listed is Palestinian Islamic Jihad

16   Shaqaqi faction.

17       Q.    And behind that is "PIJ"?

18       A.    Shaqaqi was the leader of the organization at the

19   time.

20       Q.    Does this reflect Palestinian Islamic Jihad's

21   designation as a Specially Designated Terrorist or SDT?

22       A.    Yes, sir.

23       Q.    I want to direct your attention back to Plaintiff's

24   Exhibit Two, which we looked at a few moments ago.  That was

25   the State Department list of Foreign Terrorist Organizations.

1    And ask you to please read the third to the last entry on

2    page one.

3          A.    Palestinian Islamic Jihad (PIJ).

4          Q.    Does that reflect the fact that Palestinian Islamic

5    Jihad was itself designated a Foreign Terrorist Organization?

6          A.    Yes, sir.

7          Q.    What date was it designated?

8          A.    On October 8, 1997.

9          Q.    Has it retained that designation through the

10   present day?

11         A.    Yes, sir.

12         Q.    I want to show you what's been preadmitted as

13   Plaintiff's Exhibit 5.  So PX five in your binder.  Please

14   let me know if you have seen that before.

15         A.    Yes, sir.

16         Q.    Is that a Treasury Department designation dated

17   November 2, 2001?

18         A.    Correct, sir.

19         Q.    Can you please read the second entry from the top

20   of page 8?

21         A.    "Palestinian Islamic Jihad (aka Palestinian Islamic

22   Jihad Shaqaqi Faction.)"

23         Q.    And that's fine.  And the last few words beginning

24   with "SDT"?

25         A.    Also listed as SDGT on, yeah, October 31, 2001.

1     Q.   Does this reflect the fact that PIJ was designated

2  a Specially Designated Global Terrorist on October 31, 2001?

3     A.   Yes, sir.

4     Q.   And has it retained that designation of a SDGT or

5  Specially Designated Global Terrorist through the present

6  day?

7     A.   Yes, sir.

8     Q.   Changing gears a bit, I want to ask you if, in

9  February 2006, Iranian Vice President Hassan Habibi met with

10  PIJ leader Ramadan Abdallah Shallah.

11     A.   Yes, sir.

12     Q.   And what was the significance of that meeting?

13     A.   Mr. Shallah had just taken over the Palestinian

14  Islamic Jihad.  And the purpose of the meeting was to

15  reassure him that Iran continued to provide the material

16  support that it had under the previous minister, Mr. Shaqaqi,

17  who had been killed by the Israelis.

18     Q.   Did that meeting occur after a major terrorist

19  attack in Israel?

20     A.   Correct, sir.

21     Q.   Do you believe that any reasonable inference can be

22  drawn about the topics of discussion that might have occurred

23  at that meeting?

24     A.   Well, they said that they were discussing the

25  importance of Palestinian resistance.  And that's the phrase

1    which was typically used by both organizations to describe

2    terrorist attacks.

3        Q.    Did Palestinian Islamic Jihad perpetrate any

4    attacks between 2000 and 2002?

5        A.    In that term period, yes.  In that time period

6    beforehand, they tried but did not always succeed.

7        Q.    During that time period, where was Palestinian

8    Islamic Jihad active?

9        A.    This was the only time period in which Palestinian

10   Islamic Jihad was successful at having a substantial presence

11   in the West Bank.  They had before and during and after this,

12   they had a substantial presence in the Gaza Strip.  But this

13   was the only time that they were also present substantially

14   in the West Bank and East Jerusalem.

15       Q.    Which would make it more likely for them to

16   perpetrate an attack such as the one in question today?

17       A.    Correct, as to say they were responsible, they

18   claimed responsibility for a number of attacks in the West

19   Bank and East Jerusalem.

20       Q.    Did Iran instruct Palestinian Islamic Jihad to

21   perpetrate terrorist attacks?

22       A.    We know that that is what reporters say that they

23   were told by intelligence officials.  We know that's what the

24   Israelis say.  We know that's what the Palestinian authority

25   says.  And I would say that those are all credible sources.

1    Q.   What is your expert opinion on whether Iran

2    provided material support to Palestinian Islamic Jihad

3    between 1988 through the period of 2001?

4    A.   The leader of Palestinian Islamic Jihad at the

5    time, Mr. Shaqaqi, claimed to a reporter in 1994 that Iran

6    support was only $3 million a year at a time when he had

7    every reason to underestimate the support because he wanted

8    to say that the organization had other forms of support, not

9    just from Iran.

10            Other accounts are substantially more.  By the time

11   we come to the 2000, 2002 period, there are certainly

12   statements by journalists who say they were briefed by

13   intelligence agencies and by the Israelis and by the

14   Palestinian authorities, saying that the amount that Iran

15   provided in the aftermath of each major terrorist attack was

16   substantial.  By some accounts, a million dollars or more.

17   Q.   That information again speaks to the idea that Iran

18   was providing potentially millions of dollars per terrorist

19   attack?

20   A.   Certainly that would be very consistent with Iran's

21   practice in other conflicts, other situations, Afghanistan,

22   Iraq and Syria.

23   Q.   And you find it credible that the support during

24   this time period, the time period of the attack, in your

25   words, $3 million seems on the modest, conservative side of

1    the support that Islamic Jihad was being provided by Iran?

2        A.    Correct.  And please bear in mind that the

3    Palestinian Islamic Jihad had no substantial activity other

4    than its terrorist activities.  So it did not have some large

5    budget.  It was not running schools or hospitals or radio

6    stations.  And so, $3 million a year is quite a bit of money

7    for carrying out terrorist attacks.

8        Q.    Was Iran the major patron of Palestinian Islamic

9    Jihad?

10        A.    Certainly.  Everyone commenting on the fact in the

11    Palestinian press and the Israeli sources all describe

12    Palestinian Islamic Jihad as I think had very few other

13    sources of income except in that 2000 to 2002 period where

14    they did raise some local money. But they were at that point

15    a much larger organization than they were beforehand or

16    afterwards.

17        Q.    Did the U.S. Government reach any formal

18    conclusions about Iran's support for the PIJ during this

19    period?

20        A.    Yes, sir.

21        Q.    So, I would like to direct you to Plaintiffs

22    Exhibit 11, PX 11, and ask if you have seen this document

23    before?

24        A.    Yes, sir.

25        Q.    Is this the U.S. State Department's patterns of

1    global terrorism, also known as the country reports on

2    terrorism for 2001?

3        A.   Covering the activities during 2001.  So it would

4    be issued in 2002, yes, sir.

5        Q.   So if we could turn to page, where it says 65 on

6    the bottom.  If I could ask you to read the first paragraph

7    on the page, page 65, it starts "During 2001".

8        A.   "During 2001, Iran sought a high profile role in

9    encouraging anti-Israeli activity by way of increasing its

10   support for anti-Israeli terrorist groups.  Supreme Leader

11   Khamenei continued to refer to Israel as a "cancerous tumor"

12   that must be removed.  Matching this rhetoric with action,

13   Iran continued to provide Lebanese Hezbollah and the

14   Palestinian rejectionist groups, notably Hamas, the

15   Palestinian Islamic Jihad, and the PFLP-GC with varying

16   amounts of funding, safe haven, training and weapons.  It

17   also encouraged Hezbollah and the rejectionist Palestinian

18   groups to coordinate their planning and to escalate their

19   activities."

20       Q.   Is that consistent with your own research and

21   findings about the types of support that Iran provided PIJ,

22   namely funding, safe haven, training and weapons?

23       A.   Yes, sir.

24       Q.   Directing your attention to page 54 of the same

25   document, can you please read the first full paragraph on the

page beginning with the words "attacks by the Palestinian

Islamic Jihad (PIJ)".

A.    "Attacks by Palestinian Islamic Jihad (PIJ) against

Israel were similar to those of Hamas.  They included car

bombings, shooting attacks and suicide bombs.  In general,

PIJ operations were significantly less lethal than those of

Hamas.  The PIJ claimed several shootings during the year

including an attack on 4 November in which a PIJ member

ambushed an Israeli bus carrying school children in the

French Hill section of East Jerusalem.  The attack killed two

children including one dual U.S.-Israeli national and wounded

at least 35 other persons.

Q.    Does that language refer to the terrorist attack

implicated in this case?

A.    I know of no other terrorist attack on 4 November

in the French Hill section of Jerusalem.

Q.    Did PIJ Secretary General Ramadan Abdullah Shallah

meet with Iran's Supreme Leader Ali Khamenei in June 2002?

A.    Yes, sir.

Q.    What was the significance of that meeting?

A.    The account in the Iranian press afterwards and

also in the Arab press afterwards suggest that -- said that

Khamenei pledged a 70 percent increase in Iran's financial

support to the PIJ.  I don't know if that pledge was carried

out or not but certainly the meeting was an important symbol

1    of Iran's support for PIJ.

2         Q.   I believe you testified a few moments ago, but to

3    make sure it is on the record.  Is it your expert contention

4    that Iran also provided weapons to the PIJ members in the

5    period 2000 to 2002?

6         A.   Yes, sir.

7         Q.   And is it your expert opinion that the IRGC was

8    involved in training PIJ members or Palestinian Islamic Jihad

9    members between 2000 and 2002?

10        A.   Yeah, that would have been in Lebanon and in

11   conjunction with Hezbollah.

12        Q.   In conclusion, is it your expert opinion that Iran

13   and the IRGC provided material support to Palestinian Islamic

14   Jihad leading up to, and at the time of the terrorist attack

15   implicated in this case on November 4, 2001?

16        A.   Yes, sir.

17             MR. UNGAR:  Your Honor, I have no further

18   questions.

19             THE COURT:  Thank you.

20             Dr. Clawson, just a few questions if that's all

21   right.

22             Would Iran ever claim that one of its

23   terrorist-funded organizations had carried out terrorist

24   activity?  I don't know mean claimed publicly, but claimed

25   privately among other state sponsors of terrorism for

1    example?

2           THE WITNESS:  The usual technique is to have

3    newspaper editors or columnists who are known to be very

4    close to the Supreme Leader to write columns saying what a

5    wonderful thing this terrorist attack had been and how useful

6    this was for the people of the region.  And that is widely

7    interpreted as an Iranian state claim but then Iran could say

8    we didn't officially claim.

9           THE COURT:  Are you aware of whether that occurred

10   in this case?

11          THE WITNESS:  I did not look into that, sir.

12          THE COURT:  Would the terrorist organization such

13   as PIJ or Hamas ever trumpet their support from Iran?

14          THE WITNESS:  Yes, sir.  They not only trumpet

15   support from Iran, but they're usual careful to hedge their

16   statements about what is the character of that support and to

17   frequently to imply that it extends towards political

18   support.  But actually, it's relatively rare for someone to

19   make a flat statement that there were, there was financial or

20   arms supports.  That is why it is particularly interesting

21   that Mr. Shaqaqi referred to that $4 million figure in that

22   one interview.

23          THE COURT:  And the funding, do you have any sense

24   of the budget, the annual budget of the PIJ during the

25   relevant time period?  So we have a sense of how much the

```
1    three or four million dollars, what percentage that made up?

2           THE WITNESS:  Well, at about that time, the

3    Israelis were estimating that Hamas' budget might have been

4    something on the order of $10 million.  And that PIJ was

5    always described as being a substantially smaller

6    organization.

7           THE COURT:  Because they didn't have any charitable

8    work, schools, hospitals.

9           THE WITNESS:  Exactly, exactly.  Although before at

10   that time, Hamas was just starting its network of charitable

11   organizations, and later became a vast larger organization.

12   PIJ has usually has usually been described as a shoe string

13   operation.

14          THE COURT:  But your understanding is Iran would

15   actually pay what I will call bounties -- you haven't used

16   that term -- but something like bounties for two terrorist

17   organizations for particular terrorist acts?

18          THE WITNESS:  During the Syrian civil war, it

19   became known that you could watch these on YouTube.  And the

20   YouTube will say, see, we did carry out this attack, and

21   therefore, Iran, you should pay us for it, as you promised.

22          THE COURT:  So that was obviously substantially

23   later.  But what was your sense of whether this was going on

24   around the time of this attack?

25          THE WITNESS:  Well, there are also allegations
```

1   that, at the time of this attack, that's what Iran was saying

2   in Balkan civil wars.  So to say that the newspaper reports

3   in the New York Times it said that that is what Iran was

4   doing precisely in this 2001, 2002 time period.

5           THE COURT:  Okay.  I just want to go back through a

6   couple of general, more general questions.  You've testified

7   in other FSIA default judgment cases with regard to Iran

8   before?

9           THE WITNESS:  About 30 of them.

10          THE COURT:  And what is your expert witness fee per

11  hour?

12          THE WITNESS:  $150 per hour.

13          THE COURT:  And approximately, do you have a sense

14  of the number of hours you will expect to expend in this?

15          THE WITNESS:  I spent about, I billed for 16 hours

16  preparing this report which, to be quite frank, bears a

17  familiar resemblance to a lot of other reports.  So it would

18  take a lot more than 16 hours to prepare a report from

19  scratch.  I think for today, in preparation for today, it

20  will probably be another five hours.

21          THE COURT:  One other question.  In terms of the

22  way -- if you know, how the funds or the judgments against

23  Iran are actually then paid out.  I don't understand if there

24  is a fund that, because there are no further Iranian assets

25  to be seized here.  I've learned some about this but is this

```
 1   something you could shed some light on?

 2           THE WITNESS:  I've spent 20 years helping people

 3   collect funds.  So I can tell you about various creative

 4   approaches that lawyers use to try to track down funds.  But

 5   in this day and age, it is almost all of the money we're

 6   talking about, not all but almost all, comes from that

 7   proportion of the fines that banks paid for their sanctions

 8   violations, which Congress has mandated be set aside for this

 9   purpose.  Although as I say, I'm helping one set of lawyers

10   try and seize a life insurance fund of some Hezbollah

11   operative.  And there are various miscellaneous small

12   amounts.

13           THE COURT:  But there is a fund that Congress has

14   created.  Are banks or other companies continuing to pay into

15   that fund as far as you know?

16           THE WITNESS:  So far as they're found responsible

17   for sanctions violations and therefore have to pay the fines,

18   then the proportion of that money goes into that fund.

19           THE COURT:  That fund then pays out on a

20   regularized basis or intermittent basis?

21           THE WITNESS:  I'm not as familiar with that.  I

22   prepare expert reports as to --

23           THE COURT:  Right.

24           THE WITNESS:  But I don't follow that.  I assume

25   there is substantial expectations.  I mean, I'm going to be
```

1    an expert witness in cases with some 3,000 U.S. soldiers who

2    were injured or killed in Iraq who are hoping to get money

3    out of the fund.

4         THE COURT:  Okay.  Thank you so much.  Appreciate

5    your time.

6         (Witness excused).

7         THE COURT:  All right.  So thank you, gentlemen.

8    That was again, you struck the right balance between economy

9    and thoroughness in your presentation.  So I certainly

10   appreciate that.

11        Just a couple of questions and maybe you want to

12   submit a short brief on a couple of these issues.  The first

13   is how widely solatium, forgive the Latin pronunciation, do

14   you pronounce it solatium or --

15        MR. UNGAR:  Yes, but that sounds more august.

16        THE COURT:  That's what I aspire to throughout my

17   judicial career.

18        So, how widely this should be paid, in other words,

19   if you had a man who is the subject of a terrorist attack and

20   the man has, or woman, who has 8 or 10 siblings and 8 or 10

21   children, the idea that every one of those 16 to 20 people

22   gets a portion?  And again, it is not, certainly not

23   diminished by their number.  It's not a pro rata, they each

24   get a full share, no matter how many direct relatives.  Is

25   that right, is that your position?

1          MR. UNGAR:  Yes, Your Honor.  I mean, if someone

2     fits within the sort of a properly situated relative under

3     FSIA, they would be eligible assuming that they have actual

4     damages, emotional damages that they would be able to

5     recover, again, presumably someone may be more closely

6     related to the injury, they might recover more.  But they

7     would all be entitled to recovery.

8          THE COURT:  Even if someone suffers no physical

9     injuries and some modest psychological injuries, all these

10    people get a full share because their relative happened to be

11    present at the time?

12         MR. UNGAR:  I think our position would be that, so

13    long as there is the directly injured person, whether

14    physical, emotional or both, then their closely enough

15    related relative would be eligible.  And I think what we

16    would submit is that the sort of scope of their recovery

17    might be much larger, much smaller.  But that they would be

18    in the universe of someone who entitled to recover, subject

19    to how much in your view they're entitled to recover.

20         THE COURT:  Right.  But it certainly doesn't, it

21    just so happens there would be 20 times the recovery than

22    there would be if the person had one sibling and no children,

23    for example.

24         MR. UNGAR:  I think that's right.  That is sort of,

25    you know, when the attack happens, that's sort of a

1   foreseeable consequence, that those relatives are also

2   thereby injured and they're also thereby entitled to recover.

3            THE COURT:  So on the solatium here, it's sort of

4   an interesting question.  I have not looked at this and maybe

5   there aren't cases that say this.  But let's take the current

6   facts but exaggerate it a little so I can make my point,

7   which is, if you have a relative who doesn't suffer any

8   physical injury and let's say has fairly minimal -- doesn't

9   suffer any physical injury.  And you, the sibling, were not

10  terribly affected by the fact that your sibling was involved

11  in the event because you heard fairly early on your sibling

12  was okay.  But you have connections with a number of other

13  people on the bus who are not your siblings who actually got

14  killed or gravely injured and that greatly disturbed you.

15           Do you get recovery for that?

16           MR. UNGAR:  I think it's a good question.  I don't

17  know if it's improper to also invite my colleague up who I

18  think has looked at that in particular.

19           THE COURT:  Of course.

20           MR. UNGAR:  Because I have my thoughts but I think

21  he would be able to articulate that specific position.

22           THE COURT:  Sure.  In other words, the point is,

23  once you get the camel's nose inside the tent, do you get

24  everything?

25           MR. UNGAR:  Sure.

1          MR. RADINE:  Just to give a couple of thoughts on

2    that.  Of course, from a standing perspective and the

3    definition of the solatium,  the basis has to be a family

4    member as we have here.  However, much in the way of an

5    eggshell plaintiff, I think that any foreseeable exacerbating

6    circumstances that are proximately caused by the defendant

7    would be included within the scope of harm that they caused.

8          THE COURT:  But it is not harm to the sibling,

9    right?

10          MR. RADINE:  It is in the sense, Your Honor, that

11    it is foreseeable that the anguish that comes from the

12    terrorist attack rooted in the relative is both exacerbated,

13    both for the family member who had his or her own

14    relationship with the decedent, and the sharing of the

15    anguish of the injured family member.

16          THE COURT:  But let me extend my hypothetical a

17    little bit more.  So let's say it's a bunch of school kids on

18    the bus, a bunch of third graders and one 9th grader is there

19    as an aide.  And the 9th grader is fine.  But the 9th

20    grader's brother, who is not on the bus, is in third grade.

21    And all of his best friends are injured or killed.  He gets

22    to recover for all that?

23          In other words, my point is that the 9th grader

24    does not suffer any particular distress from the third

25    grader's injuries.  The 9th grader is particularly close.

1    But the question is, does the fact that the outside third

2    grader gets to open the door because of the 9th grader and

3    then gets to recover for all of those third graders, which is

4    enormous because they're all his best friends.  How does that

5    seem right if solatium is based on injury to your family

6    member?

7            MR. RADINE:  Not to say you were suggesting this.

8    But we would not suggest in that case, that would be a

9    solatium claim per third grader, you know, stacking across

10    the bus.  It would be an exacerbating circumstance of the

11    injury that would relate to however amount of injury that

12    person has, as opposed to saying each one of the friends

13    represents an individual solatium claim.  It speaks to the

14    anguish of the attack, which I think is hard to separate.

15            If the relative was truly uninjured such that it

16    seems improbable that the family member would have any

17    reaction to it, it may by a clearer cut case.  But I think

18    trying to define the sort of proportion of the anguish that

19    is attributable to what happened to the relative versus what

20    happened to the friend, when that comes from the same event,

21    and I don't think they're even separable in and of

22    themselves, as in, again, the relationship with their

23    relative itself, hampered by the death of a friend.

24            THE COURT:  But it strikes me as perhaps broadening

25    the concept beyond where it should be if people here are

1    really broken up by Shoshana's death, as they have every

2    right to be, when they're not related to Shoshana, beside of

3    course, from Ilana who is there and witnesses Shoshana's

4    death.

5              MR. RADINE:  Again, when the Courts are looking at

6    from our brief, Oveissi v. Iran, but of course, we'll brief

7    this further and submit it to Your Honor, the circumstances

8    surrounding the terrorist attack I think can account for

9    that.  For instance, particularly gruesome attacks have been

10   grounds for upward departures, the knowledge that someone was

11   held in fear of death or held hostage could be an

12   exacerbating effect.  While that may relate in some part to

13   the relatives on suffering, it also may just relate to the

14   enormity of the attack and the effect it has had on the

15   person, whether that is because X. Y. Z. more people were

16   killed, or someone they knew was killed or because the way of

17   killing was particularly egregious and so on.  But on account

18   of within the foreseeable causes of their injuries which are

19   difficult to parse out from the amount of anguish that is

20   experienced as a result of the relation connection.

21             THE COURT:  All right.  It would be helpful for me

22   if you could just submit something.  It could be fairly

23   brief, that summarizes your arguments and authorities if you

24   have any just on this point of why Shoshana's death, to the

25   extent that independently substantially affected Ilana's

1    parents and siblings, why it is proper for them to recover

2    for that.

3            MR. RADINE:  Not to ask for my homework.  But did

4    you have a separate question about the size of the family,

5    getting back to your earlier --

6            THE COURT:  No, I think that your colleague's

7    response legally is the one you have to take and is very well

8    the statutorily correct one.  So I don't need further

9    authority on that.

10           Again, I don't need other briefing.  I think you,

11   as I said, I think you folks have done a very good job at

12   being comprehensive and touched on all the bases.  The

13   Statute of Limitations issue is now resolved in your favor.

14           I mean, as I've said from the beginning, I have

15   serious concerns about the amounts here.  I haven't had any

16   of these cases.  So when I read some more of the others,

17   maybe that will change.  But for some of the siblings,

18   particularly who seem to have a pretty attenuated role here,

19   the amounts seem way out of line with what is appropriate.

20   But I'll think about that some more and issue an opinion.

21           MR. RADINE:  Great, Your Honor.  Is three weeks

22   okay for a brief?

23           THE COURT:  I would prefer it sooner just because I

24   would like to go ahead and issue this.

25           MR. RADINE:  Whenever you want.

1          THE COURT:  Two weeks would be great.  This could

2    easily be 8 or 10 pages is all.  Maybe the answer is there is

3    nothing out there and you just want to give me your logical

4    reasons, which is what you've been doing here.  And I'll

5    think about those.  But if there is any authority that you

6    think is even analogous, I think that would be really helpful

7    to me.

8          MR. RADINE:  Sure.

9          THE COURT:  But again, I haven't seen these cases.

10   Maybe this is slapdash compared to others.  I doubt it.  I

11   seems to me you folks have done a very good and thorough job.

12   And I'll move forward.

13         MR. RADINE:  Thank you, Your Honor.

14         THE COURT:  Thank you.  Thanks for organizing the

15   hearing today.

16              (Whereupon, at 4:20 p.m., the hearing adjourned.)

17                        ooOoo

18

19                 CERTIFICATE OF REPORTER

20         I, Lisa Walker Griffith, certify that the foregoing

21   is a correct transcript from the record of proceedings in the

22   above-entitled matter.

23

24

25   _____        6-9-19
     Lisa Walker Griffith, RPR              Date

Case 1:17-cv-01214-JEB   Document 40   Filed 12/01/20   Page 169 of 276

**MR. RADINE:**
**[43]  3/6 3/12 3/20**
**4/6 4/17 4/23 5/8**
**5/13 5/16 5/21**
**20/22 20/25 23/10**
**23/15 32/16 34/14**
**40/24 49/9 51/1**
**57/3 59/14 67/4**
**108/5 108/10**
**108/15 110/12**
**111/20 118/13**
**123/10 124/21**
**126/8 129/11**
**131/13 132/4**
**163/25 164/9 165/6**
**166/4 167/2 167/20**
**167/24 168/7**
**168/12**
**MR. UNGAR: [27]**
 **68/8 74/21 75/13**
**90/15 91/25 92/6**
**92/8 92/10 92/14**
**100/21 100/25**
**106/17 106/25**
**107/3 107/5 136/2**
**137/22 139/19**
**140/1 156/16**
**161/14 161/25**
**162/11 162/23**
**163/15 163/19**
**163/24**

**THE COURT:**
**[142]  3/9 3/17 3/21**
**4/14 4/18 4/24 5/11**
**5/14 5/20 20/23**
**21/3 21/5 21/8**
**21/11 21/13 21/15**
**21/18 21/24 22/2**
**22/5 22/15 22/19**
**22/23 23/3 23/6**
**23/8 23/13 32/17**
**32/20 33/9 34/2**
**34/11 40/25 41/4**
**41/15 42/2 42/11**
**42/15 49/10 49/16**
**49/18 49/20 50/2**
**50/5 50/10 50/13**
**50/22 57/4 57/8**
**57/19 57/22 57/24**
**58/5 58/8 58/12**
**59/1 59/3 59/9 67/5**
**67/9 67/14 67/16**
**67/20 67/23 68/4**
**74/23 75/1 75/6**
**75/10 90/17 91/5**
**91/7 91/13 91/20**
**91/23 92/4 92/7**
**92/13 100/23**
**106/19 106/22**
**107/1 107/4 108/1**
**108/9 108/14**
**108/18 110/15**
**111/23 118/15**

**123/13 124/22**
**126/10 129/13**
**131/15 132/5**
**132/13 132/19**
**133/10 133/23**
**134/6 134/19 135/7**
**135/10 135/13**
**135/16 135/21**
**135/24 136/5**
**137/24 139/25**
**156/18 157/8**
**157/11 157/22**
**158/6 158/13**
**158/21 159/4 159/9**
**159/12 159/20**
**160/12 160/18**
**160/22 161/3 161/6**
**161/15 162/7**
**162/19 163/2**
**163/18 163/21**
**164/7 164/15**
**165/23 166/20**
**167/5 167/22**
**167/25 168/8**
**168/13**
**THE DEPUTY**
**CLERK: [1]  3/1**
**THE WITNESS:**
**[89]  21/2 21/4 21/6**
**21/10 21/12 21/14**
**21/17 21/19 22/1**
**22/3 22/8 22/18**

**THE WITNESS:...**
**[77]** 22/22 22/24
23/5 23/7 23/12
32/19 32/25 33/11
34/4 34/12 41/3
41/11 41/18 42/4
42/13 49/15 49/17
49/19 49/23 50/4
50/7 50/12 50/16
50/24 57/7 57/14
57/21 57/23 58/1
58/7 58/9 58/16
59/2 59/5 59/12
67/8 67/13 67/15
67/18 67/21 68/1
68/6 74/25 75/5
75/8 90/21 91/6
91/9 91/16 108/19
132/9 132/15
132/23 133/13
133/25 134/8
134/21 135/9
135/12 135/15
135/19 135/22
136/6 157/1 157/10
157/13 158/1 158/8
158/17 158/24
159/8 159/11
159/14 160/1
160/15 160/20
160/23

**$**

$10 [1]  158/4
$150 [1]  159/12
$3 [3]  152/6 152/25
 153/6
$300 [1]  135/15
$4 [1]  157/21

---

**-**

---------------------------

----X [1]  1/8

---------------------------

---X [1]  1/2

**0**

07601 [1]  1/17

**1**

10 [11]  20/18 22/4
 42/16 92/5 135/25
 148/4 148/4 148/6
 161/20 161/20
 168/2
100 [1]  80/2
10:00 [1]  1/10
10th [1]  6/18
11 [5]  60/14 126/16
 144/24 153/22
 153/22
12 [4]  84/17 85/19
 91/6 91/14
1214 [2]  1/5 3/2
12947 [2]  148/6

13 [3]  110/1 110/7
 143/3
13224 [3]  143/19
 143/23 146/13
13382 [1]  144/21
13553 [1]  144/23
13606 [1]  144/24
14 [6]  65/6 65/11
 125/6 130/22
 137/17 137/23
15 [7]  3/23 6/16
 14/15 15/11 58/7
 115/25 145/18
16 [9]  56/6 118/13
 118/18 119/1 120/1
 123/12 159/15
 159/18 161/21
17 [9]  25/20 25/21
 43/13 43/14 43/15
 118/18 118/25
 121/3 123/12
17-1214 [2]  1/5 3/2
18 [4]  22/18 98/8
 123/15 138/9
19 [6]  21/13 52/3
 54/25 101/9 126/10
 168/25
1979 [2]  140/24
 142/14
1981 [1]  112/3
1982 [1]  112/4

Case 1:17-cv-01214-JEB   Document 159-4   Filed 12/01/20   Page 171 of 276

**1**

1984 [1]  142/8
1988 [1]  152/3
1994 [1]  152/5
1995 [3]  122/17
 148/10 148/11
1997 [1]  149/8

**2**

20 [5]  126/13
 129/12 160/2
 161/21 162/21
2000 [7]  113/1
 125/19 151/4
 152/11 153/13
 156/5 156/9
20001 [1]  1/23
2001 [29]  6/14
 24/16 35/6 35/25
 43/12 52/1 60/13
 69/9 70/12 76/17
 78/6 93/19 101/22
 109/19 112/21
 121/7 124/14
 125/25 140/8
 149/17 149/25
 150/2 152/3 154/2
 154/3 154/7 154/8
 156/15 159/4
2002 [8]  151/4
 152/11 153/13
 154/4 155/18 156/5

2003 [3]  49/20
 125/6 130/7
2004 [3]  89/20 90/4
 113/1
2005 [1]  113/1
2006 [2]  49/20
 150/9
2007 [2]  144/21
 146/8
2008 [1]  67/16
201 [1]  1/17
2011 [2]  67/16
 144/23
2012 [1]  144/24
2016 [1]  135/6
2017 [1]  143/3
2019 [2]  1/9 145/18
202 [1]  1/23
21 [4]  129/16
 129/17 131/11
 131/14
22 [7]  21/15 73/18
 73/19 129/16 130/1
 131/11 131/15
23 [6]  21/15 92/25
 109/23 110/14
 148/10 148/12
24 [3]  91/14 117/8
 124/12
25 [7]  78/13 94/5
 125/25 138/17

 148/11
25th [1]  148/12
26 [1]  68/19
265-6400 [1]  1/17
28 [1]  18/21
2:30 [2]  106/23
 107/5

**3**

3,000 [1]  161/1
30 [2]  91/15 159/9
31 [2]  149/25 150/2
3247 [1]  1/23
35 [1]  155/12
354-3247 [1]  1/23

**4**

40 [2]  116/25
 135/20
402 [1]  1/16
45 [1]  92/3
48 [1]  126/2
4:20 [1]  168/16

**5**

50 [3]  130/13 131/4
 135/20
501 [1]  138/20
52 [1]  75/24
54 [1]  154/24
5:00 [1]  4/15

Case 1:17-cv-01214-JEB    Document 49    Filed 12/01/20    Page 172 of 276

**6**

60 [1]  42/7
6400 [1]  1/17
65 [2]  154/5 154/7
6507 [1]  1/22
6th [1]  60/14

**7**

70 [2]  42/7 155/23
7th [1]  64/22

**8**

80 [1]  91/15

**9**

9th [8]  6/20 6/21
164/18 164/19
164/19 164/23
164/25 165/2

**A**

a-h-a-m [1]  59/25
a-Shaqaqi [3]
122/11 122/13
122/20
a-Shiqaqi [1]  122/4
A-v-r-a [1]  59/24
A.M [1]  1/10
abandoned [1]  40/1
Abdallah [1]
150/10
Abdullah [1]
155/17
Abed [2]  122/5

ability [2]  38/22
91/9
able [24]  18/12
18/16 33/21 37/25
46/8 48/7 49/3 55/5
63/24 64/16 72/20
80/4 80/7 80/9 87/4
91/15 96/21 97/5
97/17 97/20 99/3
141/22 162/4
163/21
about [130]  3/22
5/7 5/7 6/13 6/23
7/3 7/9 7/14 8/17
12/21 14/10 14/23
16/1 16/1 16/5 16/7
17/3 17/23 17/24
18/21 18/25 19/6
20/14 20/15 21/15
21/21 22/4 25/9
26/19 27/25 28/12
28/14 29/19 30/6
30/24 31/6 32/12
32/16 33/17 35/14
35/14 36/6 36/7
36/8 36/10 37/19
39/22 40/22 42/2
43/11 44/11 46/22
48/12 49/7 49/21
50/14 52/1 52/4
52/19 52/20 54/5

54/5 59/9 61/2 62/8
63/4 63/13 64/15
66/6 67/1 67/2
67/17 70/2 71/18
73/9 73/11 76/20
80/2 84/14 84/20
85/3 86/23 87/21
90/24 90/25 92/3
94/2 95/23 96/2
97/13 99/10 100/17
102/5 102/18 104/3
105/1 105/3 106/14
108/4 113/10
113/13 119/2
121/20 132/9 134/9
134/16 138/9
138/22 139/12
140/11 141/17
142/11 144/5 145/2
145/22 147/9
150/22 153/18
154/21 157/16
158/2 159/9 159/15
159/25 160/3 160/6
167/4 167/15
167/20 168/5
above [5]  124/4
124/7 129/6 133/21
168/22
above-entitled [1]
168/22
Abraham [6]  24/9

**Abraham... [5]**
31/1 59/15 59/16
59/19 59/22
**abroad [2]** 146/1
146/2
**absolutely [7]** 4/7
28/2 32/10 111/11
113/17 114/6
118/21
**abuses [1]** 144/25
**academic [3]** 39/6
39/10 40/2
**accept [2]** 27/1
114/13
**accepted [1]** 64/25
**account [3]** 155/21
166/8 166/17
**accounts [2]** 152/10
152/16
**accurate [4]** 110/9
110/10 115/23
115/24
**achieve [1]** 147/17
**achieving [1]** 114/1
**acknowledge [1]**
17/9
**across [13]** 9/10
9/25 10/8 14/5
78/18 78/20 78/23
79/20 82/13 83/6
94/15 94/25 165/9

143/21
**acted [2]** 33/3
35/11
**acting [1]** 38/20
**action [4]** 1/5 3/2
36/6 154/12
**actions [1]** 143/8
**active [3]** 50/3
77/17 151/8
**actively [1]** 112/20
**activities [7]** 77/17
143/11 144/16
146/1 153/4 154/3
154/19
**activity [8]** 112/3
112/18 112/19
125/21 128/4 153/3
154/9 156/24
**acts [2]** 68/1 158/17
**actual [1]** 162/3
**actually [34]** 12/4
13/7 13/17 15/4
18/2 20/4 21/8
25/23 29/24 30/6
31/18 35/18 38/5
42/1 47/12 48/13
48/14 48/19 50/17
55/21 62/19 62/20
63/21 63/22 63/24
77/22 87/18 122/14
128/12 133/18

157/18 158/10
159/23 163/13
**addition [2]** 111/19
118/6
**additional [1]**
108/13
**adjourned [1]**
168/16
**adjust [1]** 105/15
**Administration [1]**
77/3
**admire [1]** 147/14
**admission [2]** 65/9
130/23
**admitted [10]**
110/16 116/25
118/16 121/14
123/13 124/23
126/11 129/14
131/16 137/25
**adopt [4]** 108/9
110/4 137/13
137/20
**adopted [2]** 27/6
112/3
**adopting [1]**
128/14
**adult [1]** 98/7
**advance [1]** 78/8
**advanced [1]**
121/10
**Adversaries [1]**

**A**

**Adversaries...** [1] 143/20

**advised** [1] 106/11

**adviser** [1] 111/12

**affairs** [3] 109/17 125/3 126/7

**affect** [8] 20/18 30/20 32/15 54/12 54/22 56/17 62/18 65/20

**affected** [34] 20/9 22/16 29/3 32/2 32/23 33/4 38/8 38/13 48/10 55/18 59/4 72/14 73/19 74/7 74/11 83/25 86/8 87/8 96/3 96/19 97/14 97/21 97/22 97/23 98/5 98/12 102/8 103/1 103/13 103/20 104/11 104/16 163/10 166/25

**affecting** [1] 56/1

**affects** [6] 28/15 37/18 55/19 56/16 65/22 103/18

**affirmed** [10] 5/24 23/17 34/16 42/19 51/4 59/16 68/12 75/15 92/18 101/2

**Afghanistan** [1] 152/21

**afraid** [4] 18/2 27/17 73/24 73/25

**after** [78] 8/17 8/18 13/3 13/9 15/12 15/24 15/24 17/7 18/12 27/14 28/10 30/4 30/14 30/18 31/14 33/5 36/7 37/19 38/1 38/4 38/16 38/22 39/3 39/11 39/23 42/10 46/15 46/17 48/8 53/18 54/5 54/16 55/1 64/9 71/1 71/9 72/5 72/9 72/24 84/14 85/21 85/24 86/3 88/8 89/13 91/5 94/15 94/19 96/7 97/6 97/7 97/7 97/14 97/17 98/4 98/21 99/23 100/14 102/5 102/11 103/3 103/6 104/24 112/4 113/21 113/23 116/5 116/14 121/16 125/18 125/19 132/1 132/15 134/17 134/18 140/18 150/18 151/11

**aftermath** [2] 38/10 152/15

**afternoon** [18] 3/16 5/18 23/20 23/22 34/19 41/5 42/22 49/12 51/7 59/19 68/15 92/21 101/5 108/1 108/19 108/20 136/6 136/7

**afternoons** [1] 77/15

**afterwards** [8] 71/18 83/16 85/2 91/11 96/5 153/16 155/21 155/22

**again** [23] 4/15 8/22 23/25 30/1 42/12 49/25 55/10 68/5 73/13 102/15 122/21 124/12 129/9 129/10 129/19 152/17 161/8 161/22 162/5 165/22 166/5 167/10 168/9

**against** [8] 116/21 120/11 120/11 120/25 121/1 147/19 155/3 159/22

**age** [6] 21/13 21/13 54/25 65/11 124/12

**A**

age... [1]  160/5
agencies [1]  152/13
ago [8]  18/11 19/17
 47/12 48/12 58/17
 146/6 148/24 156/2
ahead [5]  5/20 65/3
 73/17 111/8 167/24
aide [1]  164/19
Aidel [15]  68/25
 69/1 69/3 74/8
 78/22 79/16 79/19
 80/15 81/8 82/9
 83/3 83/11 92/15
 92/17 92/23
airport [1]  37/9
aisle [7]  73/22
 78/18 78/20 79/11
 79/20 80/6 81/14
aka [2]  147/3
 149/21
al [41]  1/3 1/6
 111/5 111/10
 112/14 114/11
 114/12 114/13
 116/7 116/15
 116/19 117/5 117/8
 119/17 119/19
 120/3 120/6 120/9
 120/18 122/5
 122/20 123/23
 124/7 124/11

 127/7 127/8 127/10
 127/13 127/13
 127/17 127/21
 128/24 128/25
 128/25 129/3 129/4
 129/7 130/22
Al-Aqsa [1]  129/7
Al-Istiqlal [2]
 114/13 116/7
Al-Mujahid [1]
 114/12
al-Nasara [1]
 130/22
al-Qud [1]  124/7
al-Quds [10]
 112/14 114/11
 116/15 116/19
 117/5 119/17
 119/19 120/6 120/9
 126/22
al-Shweiki [21]
 111/5 111/10 117/8
 120/3 120/18 122/5
 122/20 123/23
 124/11 127/3 127/4
 127/7 127/8 127/10
 127/13 127/13
 127/17 127/21
 128/24 129/3 129/4
Ali [1]  155/18
alive [3]  10/16 17/2

all [92]  3/24 4/5
 4/25 5/8 12/14
 13/20 14/14 15/9
 15/9 15/17 18/3
 19/11 19/14 21/4
 21/10 21/17 22/10
 22/11 22/12 22/13
 23/1 23/9 23/10
 23/14 26/8 27/7
 29/5 29/16 33/7
 38/6 38/7 40/12
 41/1 44/1 44/4 49/1
 54/7 55/25 57/9
 59/1 59/6 59/10
 62/13 63/18 64/11
 66/2 70/13 74/8
 74/13 75/12 79/5
 79/24 86/7 86/11
 88/17 90/6 90/8
 92/5 95/17 96/5
 98/9 100/21 102/10
 103/20 105/24
 106/21 115/24
 120/22 121/9
 126/11 129/14
 132/5 133/4 133/4
 135/18 135/22
 151/25 153/11
 156/20 160/5 160/6
 160/6 161/7 162/7
 162/9 164/21

A Case 1:17-cv-01214-JEB Document 29-1 Filed 12/01/20 Page 176 of 258 9 160/9

**all... [6]** 164/22 165/3 165/4 166/21 167/12 168/2

**Allah [2]** 116/22 121/8

**allegations [1]** 158/25

**alleged [3]** 127/21 140/7 140/8

**allow [1]** 98/6

**allowed [3]** 105/2 105/6 105/6

**allowing [1]** 98/11

**ally [1]** 111/6

**almost [12]** 38/9 40/5 40/12 40/17 40/19 47/16 48/14 55/22 72/13 102/25 160/5 160/6

**alone [8]** 13/20 14/14 15/17 18/12 28/24 30/5 35/21 62/11

**along [3]** 110/19 128/1 128/12

**already [5]** 4/11 100/8 102/10 110/11 132/17

**also [87]** 3/9 7/13 19/3 19/5 20/1 24/5 25/12 26/14 27/10 29/7 29/9 30/1 30/1 31/5 33/4 33/8 35/18 39/8 39/16 41/13 43/20 48/24 51/12 57/2 58/22 58/23 60/22 69/1 69/6 72/24 73/14 73/18 74/9 79/18 87/3 89/9 89/24 93/13 93/16 96/23 97/3 97/9 97/14 97/21 97/22 97/25 98/9 101/18 102/24 103/1 103/10 103/13 103/13 103/18 103/20 104/1 104/11 104/11 104/14 104/17 104/24 105/7 106/5 111/12 112/11 114/23 118/10 120/13 121/22 126/20 127/5 127/6 127/9 130/23 138/18 141/3 146/12 149/25 151/13 154/1 154/17 155/22 156/4 158/25 163/1 163/2 163/17 166/13

**although [4]** 26/17 29/1 74/4 76/5

**always [32]** 7/16 19/5 31/2 40/20 49/5 55/5 55/20 55/25 57/16 63/6 63/8 63/19 64/13 65/23 65/25 66/8 66/8 69/25 72/11 74/14 85/8 86/22 91/11 96/25 97/11 97/18 98/3 99/7 99/8 99/12 151/6 158/5

**am [10]** 5/7 37/22 43/2 43/8 76/3 76/22 102/4 105/5 109/10 111/16

**ambulance [6]** 13/17 13/21 13/23 14/3 24/21 24/25

**ambushed [1]** 155/9

**America [2]** 25/2 62/11

**America's [1]** 143/20

**American [9]** 6/5 7/13 24/7 34/23 43/1 43/2 51/24 60/1 148/1

**among [4]** 38/20 123/4 132/18

**among...** [1] 156/25
**amount** [3] 152/14 165/11 166/19
**amounts** [4] 154/16 160/12 167/15 167/19
**analogous** [1] 168/6
**anarchy** [3] 132/12 133/15 134/16
**and/or** [1] 99/4
**anesthesiologist** [3] 35/1 40/6 42/1
**Anfal** [2] 128/25 128/25
**angry** [3] 31/4 31/4 31/17
**anguish** [5] 164/11 164/15 165/14 165/18 166/19
**annex** [1] 148/13
**anniversaries** [1] 119/6
**anniversary** [2] 119/5 128/21
**annual** [1] 157/24
**another** [21] 11/16 25/12 28/17 29/14 32/14 46/24 47/10 47/24 61/18 74/7 109/17 114/3

120/23 121/18 123/2 123/9 123/16 129/23 130/2 134/8 159/20
**answer** [1] 168/2
**anti** [3] 135/1 154/9 154/10
**anti-establishment** [1] 135/1
**anti-Israeli** [2] 154/9 154/10
**anticipate** [1] 28/14
**antidepressants** [1] 57/3
**anxiety** [17] 30/4 54/15 54/23 55/1 57/3 57/19 58/3 59/5 59/6 59/8 59/11 87/9 87/10 87/11 89/8 90/2 100/6
**anxious** [5] 30/2 30/6 86/11 88/17 98/4
**anxiousness** [1] 31/6
**any** [80] 4/22 7/1 12/7 20/11 22/6 22/7 22/16 22/20 22/22 23/5 24/12 31/21 37/13 39/1 40/16 41/9 41/16

41/17 42/3 47/6 47/7 48/4 49/22 50/11 50/14 50/21 50/21 58/13 58/14 60/16 60/25 61/6 62/13 64/8 64/22 66/7 66/10 67/24 74/4 74/16 76/11 84/22 88/4 88/9 95/10 98/6 98/16 98/20 99/4 99/19 100/4 100/10 100/12 100/19 102/2 106/9 106/10 109/1 109/5 117/21 128/6 131/22 132/14 133/11 139/8 139/11 141/3 150/21 151/3 153/17 157/23 158/7 163/7 163/9 164/5 164/24 165/16 166/24 167/15 168/5
**anybody** [2] 63/10 88/2
**anymore** [4] 47/7 62/22 65/12 88/12
**anyone** [10] 23/4 23/7 37/23 37/24 45/18 47/23 89/14 89/16 102/12 104/6

**anything [19]** 5/15
16/17 27/16 31/15
33/25 46/9 62/7
63/20 66/15 67/23
68/4 69/21 83/17
88/18 97/5 100/17
102/18 102/18
104/2
**anywhere [5]** 40/19
41/9 41/11 85/3
88/18
**apartment [1]**
65/25
**apiece [1]** 4/17
**apologies [1]**
144/13
**apologize [1]** 78/8
**appeals [1]** 77/3
**appearance [1]** 7/3
**APPEARANCES**
**[1]** 1/14
**appeared [1]** 8/1
**appears [3]** 114/14
125/23 130/1
**appellate [1]** 77/3
**appreciate [13]**
3/24 4/5 4/7 5/14
42/13 50/24 59/12
67/11 68/5 78/12
91/21 161/4 161/10
**approach [1]** 3/5

**approached [1]**
121/12
**approaches [1]**
160/4
**appropriate [1]**
167/19
**approximately [4]**
77/8 100/1 138/17
159/13
**April [2]** 144/24
145/18
**Aqsa [1]** 129/7
**Arab [3]** 63/22
73/21 155/22
**Arabic [12]** 111/17
119/19 122/23
122/23 122/24
122/24 124/5 124/7
126/20 127/19
127/19 131/2
**Arabs [2]** 58/25
73/20
**are [118]** 4/21 6/5
6/9 6/13 19/7 21/19
22/6 23/1 24/7 24/9
27/11 33/1 34/23
35/4 41/9 43/1 43/4
43/7 45/17 51/17
51/20 51/24 55/16
56/7 60/1 60/5 60/8
63/11 63/13 68/18
68/22 68/24 69/6

69/7 70/2 73/8
75/23 76/2 76/9
76/13 76/21 82/11
83/24 86/23 86/25
91/8 91/15 92/24
93/3 93/5 93/7 93/9
93/11 93/16 93/18
98/14 101/8 101/12
101/14 101/18
102/7 102/19
102/20 104/9 105/7
106/2 109/8 109/13
109/18 113/14
114/7 114/10
114/13 115/6
115/17 115/24
118/7 118/19
127/13 128/9
128/11 128/14
131/11 131/13
131/22 132/5
133/18 133/19
133/24 133/24
134/10 135/4
135/14 136/12
140/4 140/7 141/5
143/22 144/9
145/25 151/25
152/10 152/11
157/3 157/9 158/25
159/23 159/24
160/11 160/14

**are...** [8]  161/2 163/1 163/13 164/6 164/21 165/25 166/5 166/18

**area** [11]  14/17 26/5 37/22 37/24 40/15 45/6 111/2 116/23 121/11 125/21 138/6

**aren't** [2]  12/5 163/5

**argue** [1]  73/25

**arguments** [2]  77/25 166/23

**Ari** [3]  1/15 3/8 68/9

**Ariella** [6]  24/9 29/7 31/5 51/2 51/4 51/11

**Arielle** [1]  51/12

**arm** [2]  45/11 80/8

**arms** [3]  147/16 147/18 157/20

**army** [1]  67/20

**around** [27]  7/1 22/11 22/13 26/20 26/21 27/21 28/19 34/6 39/24 41/24 43/13 43/23 44/16 59/7 63/7 69/25 71/25 84/19 84/22

88/3 90/3 92/7 96/25 98/3 112/21 135/20 158/24

**arrange** [1]  65/8

**arrest** [4]  115/4 115/5 125/5 125/14

**arrive** [2]  14/25 15/23

**arrived** [3]  15/24 16/18 121/10

**article** [2]  116/12 127/2

**articulate** [1] 163/21

**arts** [2]  77/17 138/4

**as** [166]  4/4 4/9 4/10 11/15 12/24 16/3 17/11 17/11 18/7 18/9 19/15 20/5 20/5 27/2 27/6 27/8 27/10 28/17 29/2 30/22 31/9 33/8 33/17 35/11 35/11 35/16 36/2 37/2 37/8 39/25 39/25 40/5 41/17 46/12 46/12 56/8 64/21 65/1 65/15 69/16 69/20 69/20 70/9 71/21 72/14 74/5 77/25 78/16 79/17 80/3 80/13

81/7 81/13 83/1 85/8 85/8 85/16 85/17 86/20 87/4 87/12 89/12 91/11 98/5 98/5 98/12 98/16 98/19 98/22 98/23 99/21 104/25 105/10 105/17 106/10 108/14 110/14 111/12 111/22 113/4 113/4 113/5 113/25 114/12 114/12 114/13 114/15 116/25 117/2 117/9 117/23 120/8 121/14 121/15 121/21 124/16 126/19 126/19 126/20 127/1 127/1 128/8 128/24 129/22 132/4 132/16 132/16 132/21 133/21 134/17 134/17 135/21 135/21 136/14 136/19 137/17 138/13 138/13 139/15 139/21 139/22 141/14 141/16 141/25 142/4

as... [41] 142/22
143/23 144/1 144/6
144/6 144/12
145/19 145/20
146/15 146/17
146/20 148/3
148/21 149/12
149/25 151/16
151/17 153/12
154/1 154/11 157/7
157/13 158/5
158/12 158/21
160/9 160/15
160/15 160/16
160/21 160/22
162/13 164/4
164/19 165/12
165/22 165/24
166/1 166/20
167/11 167/14
ascended [1]
121/15
aside [1] 160/8
ask [31] 4/12 21/1
21/9 25/4 49/14
67/12 70/12 73/10
82/15 83/22 83/24
94/2 95/6 96/2
100/10 102/1 102/7
109/22 111/21
116/10 139/21

146/7 146/25 148/4
149/1 150/8 153/22
154/6 167/3
asked [9] 11/2 15/9
15/12 17/9 25/2
27/18 63/17 97/13
136/15
asking [5] 14/23
15/8 30/25 76/19
106/7
aspirations [1]
38/24
aspire [1] 161/16
assassinate [1]
115/10
assassinated [2]
122/15 130/6
assassination [1]
125/4
assault [2] 113/5
120/3
assemble [1]
141/22
asset [2] 132/25
133/1
assets [2] 143/17
159/24
assignment [4]
35/8 35/24 37/9
42/10
assignments [1]

assist [1] 144/17
assistant [1] 77/2
associate [1]
121/23
associated [1]
121/24
associating [1]
122/19
assume [2] 79/12
160/24
assuming [1] 162/3
assurance [1] 106/5
assure [1] 128/3
atmosphere [3]
29/5 29/8 77/18
attack [223]
attacked [1] 68/2
attacking [1] 118/6
attacks [48] 7/22
20/16 22/17 22/17
22/22 40/15 41/9
41/10 41/10 41/13
41/14 41/15 41/23
41/24 50/16 50/16
55/4 58/15 58/15
68/1 85/9 86/2
87/18 89/11 97/4
112/20 113/3 113/5
114/24 115/2 115/3
117/25 125/22
125/24 147/18

**A**

attacks... [13] 147/19 147/22 147/23 147/25 151/2 151/4 151/18 151/21 153/7 155/1 155/3 155/5 166/9
attempt [4] 114/4 115/5 115/9 125/5
attempts [1] 115/4
attend [2] 28/10 76/4
attended [1] 44/6
attention [15] 19/19 28/22 62/14 64/19 70/11 71/23 74/2 74/10 78/5 142/21 145/10 146/24 148/13 148/23 154/24
attenuated [1] 167/18
attorney [1] 76/21
attributable [1] 165/19
attribute [1] 100/13
attributed [3] 130/18 130/20 130/24
attribution [1] 109/18
attributions [1] 125/1
august [3] 125/6 125/6 161/15
author [2] 127/1 127/3
authorities [4] 130/18 130/20 152/14 166/23
authority [3] 151/24 167/9 168/5
autism [1] 55/16
automatically [2] 81/20 81/23
available [2] 40/13 42/13
average [3] 38/21 84/17 91/7
Aviv [2] 41/14 109/10
avoid [2] 85/8 85/25
Avraham [2] 59/23 59/24
aware [10] 13/2 41/9 54/18 63/8 66/8 84/12 90/14 104/3 131/22 157/9
away [13] 10/5 17/5 22/4 33/12 33/16 46/11 53/16 54/25 56/10 56/13 87/6 96/9 96/10
Ayyash [1] 124/11
Azzam [1] 127/3

**B**

B.A [1] 76/7
baby [2] 19/19 19/20
bachelor [1] 138/4
back [37] 3/19 6/14 9/9 10/11 12/12 12/13 12/16 13/13 15/21 24/16 35/6 35/14 36/7 42/4 42/10 44/12 45/23 46/3 52/24 55/10 56/25 58/25 59/1 60/12 61/1 62/15 63/14 67/3 79/7 80/2 81/16 92/12 97/20 107/5 148/23 159/5 167/5
background [4] 7/12 43/3 120/16 138/3
backgrounds [1] 120/18
backyard [1] 63/9
bad [7] 18/3 19/15 19/15 22/10 25/9 84/25 90/23
badly [1] 12/17
balance [1] 161/8

Case 1:17-cv-01214-JEB   Document 40/3   40/19   02/01/20   88/25 89/12 89/11 Page 182 of 276

Balkan [1]  159/2
ballistic [1]  144/22
ballpark [1]  135/17
bandages [1]  15/21
bandanna [5]
 120/6 120/10
 120/14 120/24
 120/24
Bank [7]  117/22
 138/11 146/15
 147/14 151/11
 151/14 151/19
banks [3]  143/9
 160/7 160/14
banner [3]  119/14
 119/19 124/6
barely [2]  39/1
 103/7
base [1]  50/9
based [1]  165/5
bases [2]  35/2
 167/12
basic [2]  39/17 42/8
basically [41]  7/17
 7/24 8/21 8/21 8/22
 9/24 12/12 12/15
 15/20 16/18 18/4
 19/13 35/9 36/2
 36/8 36/22 36/24
 37/6 38/18 38/21
 39/12 39/20 39/21

40/20 41/13 42/9
52/7 98/8 98/8
 103/2 103/6 112/4
 116/4 117/21 119/4
 120/6 122/24
 127/18
basis [3]  160/20
 160/20 164/3
be [144]  3/15 4/14
 4/18 4/20 4/23 5/3
 5/4 5/18 11/3 11/5
 12/5 16/2 22/14
 24/1 26/22 27/6
 27/9 27/10 28/23
 28/25 31/2 31/3
 31/17 31/17 31/22
 33/20 34/20 37/6
 37/11 39/10 39/12
 39/19 39/23 40/4
 40/4 40/15 42/23
 47/25 48/14 48/25
 52/8 55/4 55/24
 56/6 56/10 56/21
 58/3 63/7 63/8
 64/11 65/7 65/8
 66/25 73/24 73/25
 74/2 77/24 78/9
 79/16 83/2 83/5
 84/1 84/5 84/6 84/9
 84/11 85/21 88/1
 88/12 88/14 88/15

88/25 89/12 89/11 91/1
91/2 91/3 91/5 92/3
98/3 104/3 107/2
 107/3 107/5 109/5
 110/19 113/11
 113/23 114/4
 114/15 114/18
 114/20 115/1 115/2
 115/7 118/7 120/11
 125/23 126/7
 127/10 130/1
 132/24 133/22
 133/22 134/18
 134/25 135/5
 137/17 141/12
 142/1 150/21
 152/20 154/4
 154/12 157/3
 159/16 159/20
 159/25 160/8
 160/25 161/18
 162/3 162/4 162/5
 162/7 162/10
 162/12 162/15
 162/17 162/17
 162/21 162/22
 163/21 164/3 164/7
 165/8 165/10
 165/25 166/2
 166/11 166/21
 166/22 168/1 168/2
 168/6

bear [2]  47/10
 153/2
bears [1]  159/16
became [19]  7/15
 7/17 31/1 31/4
 46/23 47/1 47/4
 63/3 63/6 83/16
 86/10 88/24 88/25
 103/21 105/9
 105/12 134/24
 158/11 158/19
because [97]  4/20
 10/22 11/1 12/14
 15/6 17/10 19/3
 19/4 19/18 20/2
 20/2 25/23 26/10
 26/15 27/17 28/8
 28/16 28/23 29/10
 29/25 30/2 31/6
 31/22 32/2 33/2
 33/3 33/20 34/8
 38/10 40/15 44/25
 45/22 48/14 49/8
 50/15 53/17 53/24
 54/23 55/2 55/5
 55/25 56/1 57/17
 59/6 61/20 62/25
 64/13 66/18 66/25
 69/16 78/8 78/24
 79/16 80/8 81/2
 81/4 81/6 83/12

83/12 84/19 84/23
 87/3 87/25 88/2
 91/2 91/12 94/22
 97/24 98/6 99/9
 100/20 102/4
 103/15 104/15
 105/10 113/9
 113/25 115/6
 118/25 120/4 128/9
 128/14 132/21
 133/17 134/3
 147/21 152/7 158/7
 159/24 162/10
 163/11 163/20
 165/2 165/4 166/15
 166/16 167/23
become [1]  15/18
becomes [1]  18/9
bed [2]  14/5 14/15
been [55]  3/25 5/2
 5/2 19/8 22/16 23/4
 25/15 32/6 32/24
 36/17 37/24 40/20
 41/17 41/23 41/24
 42/10 48/22 48/24
 49/3 50/19 53/8
 58/1 58/2 58/5
 58/14 70/25 71/5
 71/12 71/14 75/8
 79/18 81/6 82/5
 87/5 87/18 87/20
 89/10 96/18 132/17

132/16 133/4 137/19
 141/22 142/9
 142/21 143/10
 145/14 148/3
 149/12 150/17
 156/10 157/5 158/3
 158/12 166/9 168/4
before [61]  1/11
 6/24 6/25 7/7 7/11
 8/9 9/15 20/2 27/16
 30/6 36/21 38/11
 38/21 39/7 39/24
 40/21 46/12 48/9
 49/2 52/19 55/12
 58/20 61/7 64/7
 64/14 69/17 69/19
 69/23 71/16 72/10
 76/20 77/1 77/5
 77/12 77/23 80/16
 83/4 84/12 85/14
 88/7 95/4 102/10
 103/6 106/7 119/8
 120/21 121/21
 126/14 130/3
 139/17 140/13
 140/18 142/25
 145/5 146/4 148/5
 149/14 151/11
 153/23 158/9 159/8
beforehand [3]
 97/20 151/6 153/15
beg [1]  11/15

**began** [3]  24/17 82/19 125/20
**beginning** [14] 15/16 15/22 33/20 45/23 49/24 89/25 96/3 102/1 122/2 125/17 146/25 149/23 155/1 167/14
**behavior** [6]  38/13 38/16 62/18 72/8 74/5 100/12
**Behavioral** [1]  93/8
**behind** [8]  8/20 10/10 78/17 110/7 117/25 123/16 124/6 148/17
**being** [29]  7/16 33/21 37/13 38/18 40/4 41/6 45/7 49/12 50/1 54/7 54/21 62/6 67/10 68/2 74/12 80/9 81/25 87/4 90/19 95/12 95/21 95/24 122/25 135/15 141/6 146/17 153/1 158/5 167/12
**Beitar** [2]  21/25 68/21
**belief** [1]  28/3

**believe** [19]  20/6 25/1 26/24 26/24 31/13 36/3 36/12 46/7 80/3 96/3 102/8 117/16 123/19 124/19 126/16 150/21 156/2
**below** [3]  83/13 119/21 124/9
**Ben** [8]  7/5 16/5 26/19 37/4 43/19 52/12 60/21 71/14
**Ben-Yishai** [8]  7/5 16/5 26/19 37/4 43/19 52/12 60/21 71/14
**benefit** [1]  108/13
**beside** [1]  166/2
**best** [7]  24/23 26/22 36/5 36/9 36/18 164/21 165/4
**Bethlehem** [1] 134/11
**betray** [1]  128/15
**better** [4]  21/7 31/25 48/4 91/12
**between** [9]  38/6 49/20 85/3 113/1 133/6 151/4 152/3 156/9 161/8
**beyond** [4]  28/3

165/25
**bid** [1]  143/8
**big** [7]  10/12 14/6 39/16 61/6 62/12 63/15 88/11
**bike** [1]  60/17
**billed** [1]  159/15
**binder** [11]  3/25 5/18 108/11 109/22 137/16 137/18 141/25 142/23 145/4 148/4 149/13
**binoculars** [2]  31/3 63/18
**birth** [2]  19/17 19/19
**bit** [16]  10/11 15/15 17/24 23/24 34/8 34/9 45/22 49/21 50/18 54/15 58/12 131/10 142/12 150/8 153/6 164/17
**black** [8]  10/1 119/14 120/11 120/12 120/14 129/5 129/8 129/10
**black bandanna** [1] 120/14
**blacked** [1]  53/2
**blame** [1]  88/12
**blessing** [3]  81/21

Case 1:17-cv-01214-JEB Document 140-3 Filed 03/5/20 Page 185 of 172/5

blessing... [2] 81/23 81/24
blond [1] 82/6
blood [25] 12/13 12/19 12/19 12/24 12/25 12/25 13/11 13/12 26/7 26/9 33/6 45/14 53/23 81/5 81/10 82/5 82/7 83/12 95/5 95/15 95/18 102/24 102/25 121/12 121/22
bloody [2] 12/14 54/3
blow [3] 80/22 104/7 120/1
blow-up [1] 120/1
blue [1] 124/6
blur [1] 54/21
blurb [1] 118/10
blurry [1] 54/7
board [1] 8/6
boarding [1] 65/15
BOASBERG [8] 1/11 32/19 41/2 49/12 57/6 67/7 74/25 90/19
body [4] 17/17 46/6 54/3 134/14
bombings [4] 22/17

bombs [1] 155/5
book [6] 16/24 58/11 58/11 110/10 128/11 135/9
books [1] 138/9
both [19] 4/2 33/1 44/15 44/16 71/12 108/11 109/11 112/7 114/9 117/19 119/19 127/3 127/15 133/9 138/6 151/1 162/14 164/12 164/13
bother [1] 16/1
bottom [6] 118/9 119/12 119/13 121/5 122/2 154/6
bought [2] 63/17 66/12
bounties [2] 158/15 158/16
bowl [1] 15/9
boy [1] 10/7
boys [1] 60/11
bragging [1] 133/20
brain [2] 19/14 19/14
branch [1] 147/3
brand [2] 120/10 129/10

brave [1] 172/5
break [5] 3/22 27/23 56/13 80/21 105/21
breaking [3] 79/7 80/19 82/23
breaks [1] 49/1
breeze [2] 9/11 9/12
brief [10] 42/18 76/19 92/10 110/19 136/2 161/12 166/6 166/6 166/23 167/22
briefed [1] 152/12
briefing [1] 167/10
briefly [18] 6/23 67/18 69/17 73/9 112/1 119/3 121/5 122/11 128/16 129/16 130/1 138/2 138/7 140/21 141/12 142/12 145/22 145/23
briefs [1] 91/19
Brigade [5] 116/15 119/11 119/17 119/18 119/20
Brigades [4] 112/15 116/19 116/23 117/5
bring [3] 13/14

B Case 1:17-cv-01214-JEB Document 121 Filed 12/01/20 Page 198 of 236 98/24

## B

bring... [2] 29/16
108/8
bringing [2] 29/17
104/14
broad [1] 83/22
broadening [1]
165/24
broke [1] 46/11
broken [2] 13/11
166/1
Brooklyn [1] 39/9
brother [2] 127/4
164/20
brothers [2] 127/14
127/15
brought [1] 15/21
bruised [1] 89/2
Bryn [1] 76/7
budget [4] 153/5
157/24 157/24
158/3
build [1] 132/22
building [2] 66/1
77/16
built [3] 63/9 63/14
63/15
bullet [8] 9/9 9/18
10/25 11/5 14/6
22/11 45/7 45/12
bullets [7] 9/10
9/14 9/17 12/12

121/17
bunch [2] 164/17
164/18
buried [1] 47/18
bury [2] 17/10
134/14
bus [93] 8/7 8/9
8/10 8/12 8/15 8/16
8/18 10/17 11/25
12/8 12/18 12/18
12/19 12/20 13/3
13/5 13/6 13/8
13/12 14/5 18/15
30/5 37/1 40/17
61/19 62/25 64/14
64/15 74/19 78/13
78/16 78/24 78/25
79/3 79/5 79/7 80/2
80/13 80/14 80/21
80/22 80/23 80/24
81/4 81/4 81/7 81/9
81/12 81/13 81/16
81/18 81/22 81/25
82/2 82/18 82/25
83/6 86/1 86/3
86/17 86/18 94/5
94/8 94/11 94/12
94/16 94/16 94/20
94/21 95/5 95/6
95/11 95/14 95/17
97/2 97/2 98/15

98/16 98/23 98/24
103/22 103/25
104/8 116/24
120/16 121/12
123/23 125/25
155/9 163/13
164/18 164/20
165/10
buses [7] 7/24
10/15 66/23 85/24
85/25 98/20 98/22
Buspar [1] 30/10
byline [1] 127/1

## C

C-H-O-R-E-V [1]
108/25
C.V [2] 110/7
110/19
cafeteria [1] 92/13
calculate [1] 104/6
call [29] 5/22 23/16
24/18 31/20 34/15
36/15 48/1 51/2
52/25 53/3 53/6
53/13 58/19 59/15
59/22 63/24 68/11
75/14 86/17 86/17
86/18 92/15 98/13
101/1 103/24
103/25 108/16
136/3 158/15
called [19] 8/22

**called... [18]** 14/17 15/4 16/21 19/9 22/12 25/1 28/5 36/7 44/12 53/1 90/6 112/7 112/11 112/25 122/23 124/4 134/10 138/21

**calling [1]** 117/22

**calls [6]** 33/23 36/4 36/5 44/3 44/9 98/13

**calm [6]** 20/18 21/24 28/8 29/15 31/23 56/23

**calming [1]** 13/15

**came [13]** 11/19 11/25 26/23 27/4 28/6 44/4 53/22 63/23 72/1 79/3 81/19 83/7 140/23

**camel's [1]** 163/23

**camera [1]** 13/24

**campus [1]** 65/13

**can [64]** 10/9 20/10 20/24 21/4 21/7 23/12 25/4 32/18 32/25 36/9 39/1 41/2 41/9 46/12 48/19 48/25 49/5 49/8 49/21 56/22

69/16 74/25 75/18 75/20 84/13 85/5 85/6 85/17 86/9 87/15 91/18 91/19 92/14 92/21 94/19 97/12 97/12 98/23 106/3 113/22 120/11 120/17 121/3 125/1 126/19 134/18 138/2 138/7 140/21 142/11 143/5 144/4 144/14 145/23 146/10 149/19 150/21 154/25 160/3 163/6 166/8

**can't [22]** 18/14 18/15 19/21 21/9 33/2 33/24 33/25 34/1 66/13 73/7 82/11 82/11 82/12 84/18 84/22 85/11 86/4 86/22 87/10 88/12 103/14 109/5

**cancerous [1]** 154/11

**cannot [1]** 33/24

**capabilities [1]** 143/8

**capacity [3]** 109/9 136/12 141/14

113/15 114/1 114/1 134/6

**capture [1]** 124/2

**captures [1]** 118/19

**car [13]** 20/16 30/5 50/19 52/24 53/16 58/18 58/20 58/25 73/21 74/14 74/15 74/17 155/4

**care [10]** 14/13 15/11 15/25 16/4 32/8 57/21 57/24 74/9 88/2 88/3

**career [4]** 39/25 40/8 54/22 161/17

**carefree [1]** 88/25

**careful [4]** 56/21 89/1 141/17 157/15

**carefully [1]** 10/11

**carried [6]** 117/7 123/7 125/22 135/6 155/24 156/23

**carries [1]** 122/9

**carry [2]** 41/8 158/20

**carrying [5]** 121/10 121/12 147/22 153/7 155/9

**cars [1]** 58/23

**case [29]** 29/13 40/17 66/7 69/1

**case...** [25] 69/6
74/3 76/13 93/14
93/17 101/19 102/4
109/24 111/4 113/5
113/12 114/10
118/2 118/3 119/5
130/5 131/21 132/4
135/19 136/16
155/14 156/15
157/10 165/8
165/17
**cases** [14] 91/19
113/20 115/9
133/11 133/24
133/24 134/13
135/3 135/12 159/7
161/1 163/5 167/16
168/9
**CAT** [2] 14/17
26/10
**caught** [1] 63/25
**cause** [1] 89/3
**caused** [8] 73/23
87/9 97/15 97/19
98/3 104/3 164/6
164/7
**causes** [1] 166/18
**cautious** [1] 64/11
**cell** [5] 15/3 44/2
86/15 86/16 103/23
**certain** [3] 98/1

**certainly** [19] 3/25
4/5 4/21 5/3 5/12
33/3 33/7 34/9
59/11 67/11 108/7
134/18 152/11
152/20 153/10
155/25 161/9
161/22 162/20
**certainty** [1]
131/19
**CERTIFICATE** [1]
168/19
**certified** [1] 115/20
**certify** [1] 168/20
**chairs** [2] 8/17
12/21
**Chana** [34] 68/25
69/1 69/3 73/12
73/13 73/14 74/5
74/8 74/12 76/13
77/7 78/13 78/22
78/25 79/15 79/19
80/15 81/8 82/9
83/3 83/11 86/8
86/16 88/21 89/23
89/24 92/15 92/17
92/21 92/23 95/6
100/22 101/18
105/23
**Chana's** [1] 74/4
**chance** [1] 17/20

**change** [6] 15/14
15/18 17/20 33/15
38/16 167/17
**changed** [2] 61/3
61/9
**Changing** [1] 150/8
**chaos** [2] 53/20
54/3
**chaotic** [1] 26/2
**chapter** [2] 129/1
129/1
**character** [1]
157/16
**charge** [1] 127/5
**charitable** [3]
138/20 158/7
158/10
**check** [3] 10/22
10/25 11/6
**checked** [4] 11/9
12/6 12/6 83/11
**checking** [4] 10/16
11/7 11/9 14/17
**checkups** [1] 95/25
**cheek** [1] 80/8
**chest** [2] 81/6 97/4
**Chicago** [1] 76/8
**chief** [1] 138/15
**child** [10] 6/25
19/22 19/23 21/14
30/23 55/1 55/1
56/5 83/13 88/25

childhood [2] 60/18 64/5

children [32] 6/11 14/4 20/9 21/16 24/10 24/12 29/4 32/6 35/4 43/9 48/10 51/22 51/23 55/13 55/13 55/16 56/1 59/9 59/11 60/10 76/11 83/2 83/5 83/14 84/4 99/19 103/9 104/16 155/9 155/11 161/21 162/22

chores [1] 52/17

Chorev [4] 108/17 108/18 108/23 108/25

chronic [1] 30/3

circuit [2] 77/4 77/25

circumstance [1] 165/10

circumstances [2] 164/6 166/7

cited [1] 133/22

citizen [12] 6/5 7/13 24/7 34/23 43/1 43/2 51/24 60/1 68/22 76/2 93/3 101/12

city [3] 124/11 124/12 125/14

civil [5] 1/5 3/2 139/8 158/18 159/2

civilians [3] 8/13 118/6 147/19

claim [26] 113/8 113/18 113/24 114/14 114/15 114/16 114/21 116/4 117/10 119/6 119/24 120/8 121/18 122/17 123/9 129/23 132/10 132/14 132/20 134/17 135/4 156/22 157/7 157/8 165/9 165/13

claimed [9] 114/2 117/6 124/17 133/12 151/18 152/5 155/7 156/24 156/24

claiming [5] 132/21 132/23 133/5 133/21 134/8

claims [5] 114/7 131/12 131/22 132/8 133/25

clammy [1] 83/17

clan [4] 110/25 111/10 127/18

clarified [1] 36/14

clarify [4] 65/8 90/10 127/8 144/11

class [1] 86/14

Clawson [9] 109/3 136/4 136/5 136/11 137/19 138/2 139/21 140/4 156/20

clear [4] 4/3 70/5 123/9 131/21

clearcut [1] 117/12

clearer [1] 165/17

clearly [7] 3/25 23/25 34/20 42/23 51/8 59/20 95/18

climb [1] 80/13

clinical [1] 39/10

close [28] 7/10 7/17 21/13 23/4 29/7 31/20 38/6 39/19 43/17 43/19 52/10 52/12 56/15 60/19 60/21 62/6 63/10 63/22 63/23 69/22 70/6 71/13 102/20 104/18 105/10 105/13 157/4 164/25

closed [6] 73/22 90/9 100/16 100/20

closed... [2] 102/17 105/18

closely [2] 162/5 162/14

closer [2] 79/13 94/13

closest [2] 23/6 102/21

closing [2] 73/11 100/10

clothes [7] 12/25 17/20 26/6 26/8 33/5 53/23 54/3

club [1] 59/10

coast [1] 32/22

coat [1] 80/5

cognizant [1] 4/14

COHEN [6] 1/3 3/3 5/23 5/24 6/4 20/25

coincidence [1] 75/7

cold [1] 83/17

colleague [2] 3/8 163/17

colleague's [1] 167/6

colleagues [4] 41/16 50/11 58/14 67/25

collect [1] 160/3

collected [1] 115/12

128/11

college [6] 52/6 52/21 76/7 93/6 101/15 138/5

colored [1] 129/8

colors [2] 120/10 129/10

COLUMBIA [1] 1/1

columnists [1] 157/3

columns [1] 157/4

combat [6] 49/25 50/2 50/3 50/4 67/19 67/21

come [23] 3/16 10/21 15/13 25/3 28/5 29/14 29/15 30/20 31/22 39/19 40/16 46/10 52/15 64/9 64/10 65/17 66/13 66/14 72/5 77/16 90/22 92/14 152/11

comes [5] 67/3 133/21 160/6 164/11 165/20

comfort [1] 28/22

comfortable [1] 74/16

comforting [1]

coming [16] 13/1 13/12 28/24 30/14 48/15 52/23 57/9 61/1 63/10 70/15 70/16 75/2 79/13 79/20 96/16 133/17

Command [1] 147/7

commander [2] 128/24 130/5

commemorate [1] 124/8

commenting [1] 153/10

commission [1] 85/20

commit [2] 113/19 127/11

committed [3] 111/9 113/8 114/3

committing [2] 112/20 116/22

common [4] 4/21 120/20 123/4 132/12

communicated [2] 125/10 126/6

communication [1] 21/5

Communications [1] 18/22

Case 1:17-cv-01214-JEB    Document 41-3    Filed 12/01/20    Page 191 of 256

**C**

community [1]
 54/24
companies [2]
 143/9 160/14
compared [1]
 168/10
compete [1]  113/14
completely [3]
 38/11 39/13 42/9
completing [1]
 108/5
component [1]
 145/25
comprehending [1]
 90/1
comprehensive [1]
 167/12
concentrate [8]
 38/23 39/1 55/5
 55/7 57/18 85/22
 91/12 97/5
concept [2]  122/22
 165/25
concerned [2]  7/3
 40/1
concerns [1]
 167/15
conclusion [2]
 140/11 156/12
conclusions [4]
 110/5 137/13

137/20 153/18
condition [7]  16/3
 36/11 53/10 53/13
 61/11 61/15 62/5
condolences [1]
 72/6
conduct [1]  72/5
confidence [1]
 128/3
confident [3]  77/24
 77/25 78/3
confirmation [1]
 26/25
confirmed [1]
 27/15
confirming [1]
 117/7
conflicts [1]  152/21
confused [1]  85/21
confusion [1]
 113/22
Congress [3]
 139/17 160/8
 160/13
conjunction [1]
 156/11
connect [1]  102/20
connected [1]
 134/25
connection [5]  8/16
 16/12 144/22
 144/24 166/20

connections [1]
 163/12
conscious [1]  19/14
consequence [1]
 163/1
conservative [1]
 152/25
considered [1]  37/6
consistent [6]  123/1
 143/19 145/1 147/8
 152/20 154/20
consists [1]  87/16
conspicuous [1]
 116/8
constant [1]  86/19
Constitution [3]
 141/1 141/1 141/2
constitutional [1]
 142/17
contain [2]  118/20
 137/10
contemporaneously
 [1]  140/13
contention [1]
 156/3
context [1]  127/24
contextualization
 [1]  140/21
continue [2]  5/3
 39/3
continued [9]  31/18
 39/5 42/5 54/13

Case 1:17-cv-01214-JEB Document 48-10 Filed 09/01/20 Page 127 of 166

**continued... [5]**
54/13 83/1 150/15
154/11 154/13
**continues [2]** 73/4
128/23
**continuing [1]**
160/14
**contract [1]** 37/21
**Control [1]** 143/17
**controlled [3]**
26/15 26/18 114/17
**conventional [1]**
141/5
**convoy [1]** 122/23
**cool [1]** 45/1
**cooperation [1]**
128/3
**coordinate [2]** 7/24
154/18
**coordinated [1]**
133/19
**coordinates [2]**
133/8 133/8
**cope [5]** 47/5 47/24
48/18 49/6 64/16
**copy [2]** 109/23
118/21
**copy/paste [1]**
118/21
**Corev [1]** 111/22
**corner [4]** 34/7

**Corps [8]** 136/21
136/23 139/23
139/24 143/18
145/11 147/3 147/4
**correct [45]** 8/7
35/5 35/13 38/2
39/25 40/10 43/5
44/7 47/3 51/15
60/9 71/3 71/4 73/5
76/17 91/9 93/17
95/8 109/20 110/22
110/23 114/5
115/18 115/19
116/1 116/2 118/23
119/22 120/14
143/4 143/25
144/13 145/13
145/16 146/19
146/23 147/20
148/7 148/10
149/18 150/20
151/17 153/2 167/8
168/21
**correspond [1]**
118/22
**corresponds [4]**
115/25 123/19
125/7 134/23
**could [69]** 6/23
16/23 20/16 20/17
21/6 21/8 23/21

34/20 40/2 40/15
40/16 40/19 42/8
42/22 43/18 51/7
56/10 63/9 68/15
71/17 80/7 80/8
81/1 89/4 92/12
95/6 97/3 99/7
99/12 101/5 106/16
108/13 108/23
109/22 110/1
116/10 116/11
116/17 117/4
118/13 118/18
119/14 119/25
121/3 121/5 122/1
122/3 123/5 124/10
125/9 125/15
126/25 128/17
129/2 130/8 142/22
145/4 154/5 154/6
157/7 158/19 160/1
166/11 166/22
166/22 168/1
**couldn't [30]** 12/3
12/7 13/15 15/6
17/16 18/13 26/2
26/11 26/24 27/1
28/23 35/20 39/13
46/7 46/11 46/21
47/5 47/10 47/16
47/18 47/24 58/20

Case 1:17-cv-01214-JEB Document 438 Filed 08/8/20 Page 193 of 276

couldn't... [8] 79/23 80/9 81/2 81/4 84/4 94/23 96/9 99/11
counsel [3] 3/5 77/2 136/15
counseling [1] 29/20
count [1] 20/18
counter [1] 143/8
Countering [1] 143/20
counting [1] 113/2
country [4] 22/25 37/14 142/18 154/1
couple [11] 41/6 49/14 67/12 75/3 88/20 90/20 110/20 159/6 161/11 161/12 164/1
course [14] 4/8 6/13 15/3 21/22 32/2 35/2 43/11 114/25 115/3 132/19 163/19 164/2 166/3 166/6
court [19] 1/1 1/22 3/23 5/19 77/4 77/25 83/23 87/15 94/19 108/6 108/11 108/12 110/18 111/22 135/12

139/21
Courthouse [1] 1/22
courtroom [2] 3/20 107/5
Courts [1] 166/5
cousin [1] 58/19
cover [4] 35/2 37/24 42/8 79/10
covered [3] 26/8 83/12 95/17
Covering [1] 154/3
cracked [1] 12/20
crafts [1] 77/17
crash [1] 20/16
crazy [4] 13/13 32/3 45/15 86/20
creams [1] 15/20
create [1] 133/5
created [4] 97/9 142/7 142/15 160/14
creates [1] 141/1
creation [1] 141/4
creative [1] 160/3
credibility [2] 114/21 141/15
credible [9] 114/7 114/18 117/10 126/7 129/23 129/25 131/12

credit [5] 132/21 132/21 132/23 133/12 134/8
cried [1] 62/24
crimes [1] 128/14
cross [1] 104/9
crossing [1] 84/10
crowded [4] 8/10 8/11 89/10 97/3
cry [3] 31/11 64/19 105/19
crying [10] 26/6 26/14 31/13 31/13 31/18 31/22 62/13 80/9 83/16 105/16
current [2] 109/16 163/5
currently [3] 93/5 109/8 109/11
cut [2] 131/21 165/17
cute [1] 34/5
cuts [1] 68/3
cutting [1] 143/11

**D**

D.C [2] 1/9 1/23
daily [2] 52/15 54/13
damage [1] 48/19
damages [2] 162/4 162/4

**Damelin** [2]  19/2 28/6

**dangerous** [1] 143/10

**Daniel** [11]  24/9 25/2 25/10 25/18 26/20 27/12 30/13 30/16 42/19 42/22 42/25

**dark** [3]  10/13 18/2 46/23

**dark-skinned** [1] 10/13

**date** [4]  124/13 145/17 149/7 168/25

**dated** [5]  143/2 143/15 146/7 148/10 149/16

**dating** [1]  100/21

**daughter** [12] 24/19 26/3 26/7 27/17 28/22 33/24 34/2 36/17 39/1 41/21 47/17 79/21

**daughters** [2] 43/10 76/12

**davening** [2]  90/10 90/13

**day** [72]  4/13 7/19 7/19 7/22 7/25 7/25

24/17 27/4 27/7 29/15 31/21 35/7 35/25 36/1 36/2 36/3 36/25 37/11 40/23 43/21 43/22 47/1 52/19 52/21 52/22 52/22 54/10 54/10 60/23 60/24 60/25 61/21 61/22 70/11 70/13 70/14 74/19 78/2 78/6 78/6 78/14 81/23 83/20 85/18 85/21 85/21 86/17 90/7 91/8 91/11 93/25 94/8 96/12 102/2 102/17 103/6 103/12 104/5 104/10 108/4 131/23 131/25 132/11 132/15 133/13 149/10 150/6 160/5

**day-to-day** [1] 54/10

**days** [6]  62/21 85/13 90/21 116/5 134/4 134/18

**daze** [1]  28/19

**de** [4]  29/24 117/21 117/24 118/5

**de-legitimization** [2]  117/24 118/5

**de-legitimize** [1] 117/21

**de-sensitizing** [1] 29/24

**dead** [10]  10/1 11/16 12/5 12/9 13/10 16/17 26/22 30/18 62/6 81/15

**deadlines** [1]  85/6

**deal** [6]  31/5 56/3 56/10 56/23 61/6 85/1

**dealing** [7]  47/12 48/2 48/3 48/18 50/1 57/18 89/7

**deals** [1]  128/12

**dealt** [1]  111/7

**death** [11]  29/12 29/12 32/24 47/5 72/5 117/2 165/23 166/1 166/4 166/11 166/24

**decedent** [1] 164/14

**decided** [6]  10/23 10/24 11/14 27/5 97/8 113/24

**declaration** [15] 109/23 110/19 115/18 116/1

**D**

declaration... [11]
118/23 123/20
125/7 126/16
135/14 137/7
137/10 137/14
137/16 137/19
137/21
declarations [1]
108/9
dedicated [2] 124/8
141/8
deeper [1] 41/22
default [2] 135/11
159/7
defendant [1]
164/6
Defendants [1] 1/7
defense [2] 22/21
138/12
Defense's [1]
138/12
define [1] 165/18
definitely [8] 20/1
28/18 32/14 87/8
87/11 88/19 113/9
118/3
definition [1] 164/3
Defying [1] 121/9
degree [5] 18/22
114/20 131/19
138/4 141/14

Department... [9]
138/12 142/1 143/2
143/16 145/7 146/7
146/12 148/25
149/16
Department's [1]
153/25
departures [1]
166/10
depended [1] 19/4
dependent [1] 98/2
depends [1] 113/2
depressed [1] 30/16
depressing [1] 29/8
depression [1]
100/6
deputy [2] 127/4
127/9
describe [11] 45/2
77/11 77/23 87/15
129/20 138/2 138/7
138/19 140/22
151/1 153/11
described [5] 40/3
100/8 102/6 158/5
158/12
describes [2] 5/11
134/10
describing [3] 5/10
72/10 134/11
description [1]
117/13

designat... [1] 149/16
designated [23]
137/1 142/6 142/7
142/9 143/17
143/23 144/2 144/6
144/16 144/21
145/14 145/17
145/20 146/12
146/17 146/18
146/21 148/21
149/5 149/7 150/1
150/2 150/5
designation [9]
141/18 144/1
144/11 145/19
146/20 148/21
149/9 149/16 150/4
designations [7]
141/13 141/15
141/18 141/20
141/21 143/22
143/23
destination [1] 86/3
destined [1] 121/7
destroyed [1] 12/20
detail [1] 129/22
details [2] 36/7
37/2
devastated [1]
37/15
devastating [1]
38/25

develop [1] 125/20
developed [1] 31/6
developments [1]
 134/23
Dhiyab [6] 127/4
 127/8 127/13
 128/21 129/3 129/4
diagnose [2] 88/4
 100/4
Diagnosed [1] 88/6
did [143] 7/3 7/4
 9/14 10/3 10/3
 10/20 11/6 12/8
 14/25 15/20 15/23
 16/7 16/9 17/3
 17/18 17/20 18/18
 18/23 19/17 21/12
 25/4 25/5 25/21
 25/24 26/19 27/2
 27/9 27/13 28/2
 28/10 28/11 29/3
 29/16 29/20 29/21
 29/23 29/23 30/12
 32/7 32/13 32/14
 33/3 37/4 37/13
 37/19 38/3 38/16
 39/3 39/12 44/4
 44/11 44/21 45/19
 46/15 46/18 47/20
 48/17 48/19 49/15
 49/16 49/23 50/11

50/19 52/7 52/12
53/10 53/15 54/12
54/17 54/21 54/23
57/1 57/12 57/13
61/4 61/11 61/12
62/1 62/18 63/20
63/21 66/11 67/12
67/14 67/21 69/3
69/4 69/22 70/5
70/8 70/10 70/19
71/6 71/11 72/21
74/12 75/3 76/4
76/5 83/1 85/14
85/23 87/12 87/14
88/4 88/9 88/21
88/23 89/22 94/5
98/16 98/20 99/21
100/1 100/4 105/16
106/9 111/4 111/6
113/3 113/4 113/9
113/19 115/15
115/22 115/23
115/24 135/13
136/18 137/7
142/14 147/25
150/18 151/3 151/6
151/20 153/4
153/14 153/17
155/17 157/11
158/20 167/3
didn't [82] 9/7 10/4
 10/18 11/8 14/13

14/14 14/17 14/20
16/1 16/11 16/17
17/8 19/4 26/10
26/11 26/15 26/16
26/23 27/18 28/14
29/17 30/17 30/17
30/23 30/24 32/10
32/12 33/13 33/25
36/16 38/15 38/22
44/14 44/17 47/14
48/4 48/6 53/12
54/18 61/5 61/17
61/19 62/4 62/5
62/6 62/7 62/11
62/13 62/23 63/25
64/10 64/15 64/21
66/25 71/16 72/18
72/25 73/1 73/13
74/17 75/6 79/7
80/21 81/18 85/15
87/24 87/25 88/2
89/15 89/19 94/16
95/7 95/20 97/21
97/22 103/22
105/11 106/16
108/2 132/11 157/8
158/7
die [7] 10/18 10/19
 11/2 11/4 80/16
 83/4 95/4
died [3] 17/7 26/17
 27/12

Case 1:17-cv-01214-JEB Document 87 Filed 12/01/20 Page 197 of 276

**difference [2]** 3/14 39/16
**different [23]** 16/13 22/12 30/23 38/11 44/6 63/12 66/24 72/9 73/22 84/24 95/25 97/13 98/11 100/19 118/19 119/7 119/8 120/18 133/10 134/3 134/4 134/20 134/21
**differs [1]** 120/23
**difficult [6]** 30/4 31/5 32/12 78/11 104/15 166/19
**difficulties [1]** 100/7
**difficulty [1]** 100/18
**dignity [1]** 122/9
**diligent [1]** 31/2
**diminished [1]** 161/23
**diploma [1]** 18/19
**direct [20]** 5/25 23/18 34/17 42/20 51/5 59/17 68/13 70/11 75/16 78/5 92/19 101/3 108/21 136/8 138/17 142/21 146/24

161/24
**Directing [2]** 145/10 154/24
**direction [1]** 40/16
**directly [2]** 65/22 162/13
**Director [1]** 136/14
**disability [1]** 55/15
**disabled [3]** 74/7 103/9 104/16
**disconnected [1]** 96/20
**discuss [9]** 69/8 76/16 78/10 78/12 93/19 101/21 109/18 140/4 140/7
**discussed [2]** 78/9 137/8
**discussing [2]** 134/5 150/24
**discussion [1]** 150/22
**dishes [1]** 84/9
**disorder [3]** 88/5 88/6 100/5
**disorders [1]** 100/5
**dispatch [1]** 127/10
**disrespect [1]** 4/22
**dissuade [1]** 33/14
**distant [2]** 96/18 104/18

distress [1] 164/24
**DISTRICT [4]** 1/1 1/1 1/12 1/22
**disturbances [1]** 89/25
**disturbed [1]** 163/14
**Division [1]** 145/23
**divorce [3]** 88/10 97/7 103/3
**divorced [9]** 16/14 48/14 51/21 55/12 74/6 76/10 88/7 96/17 97/15
**do [121]** 6/7 6/11 10/20 19/16 19/21 19/25 20/1 20/4 20/10 20/20 21/16 22/13 24/12 24/17 25/18 27/20 28/20 28/20 30/3 30/9 30/13 30/13 31/18 32/13 32/13 32/23 33/24 33/25 34/8 34/25 34/25 35/25 36/10 39/1 40/11 40/22 43/9 44/23 47/16 47/18 48/19 48/20 49/3 49/7 51/12 51/22 53/1 53/5 53/17 54/10 55/8 55/13 55/18

**do... [68]** 56/16
60/10 60/23 62/12
64/11 66/16 66/23
67/1 67/2 68/20
70/13 70/14 74/4
75/25 76/11 77/17
77/25 78/6 78/7
85/6 86/4 86/7 88/1
88/18 91/18 91/18
91/19 91/24 92/6
93/1 93/25 95/10
95/20 95/23 99/19
101/10 101/16
102/1 105/20 106/1
106/6 106/16 109/1
109/15 110/4 110/6
111/12 111/14
111/17 111/18
117/9 118/5 118/19
126/5 127/18
130/17 131/18
133/3 135/25
137/13 137/20
143/23 150/21
157/23 159/13
161/13 163/15
163/23
**doctor [8]** 15/7
15/8 15/17 15/25
26/4 28/7 35/11
35/16

**doctors [2]** 14/15
96/9
**document [14]**
116/3 116/6 119/3
119/4 123/15
129/20 137/17
137/21 143/6 145/5
146/3 148/5 153/22
154/25
**does [34]** 19/10
22/6 32/15 32/16
43/16 56/16 65/19
77/8 90/10 90/13
100/18 112/9
112/13 112/14
112/16 112/18
114/23 127/20
128/6 129/20 131/5
137/10 138/23
141/18 145/11
145/14 146/17
148/20 149/4 150/1
155/13 164/24
165/1 165/4
**doesn't [10]** 74/15
85/6 90/7 100/17
100/20 104/13
126/21 162/20
163/7 163/8
**doing [17]** 10/23
14/20 14/22 21/19
26/13 34/10 39/17

43/15 43/23 54/8
78/12 84/6 86/20
95/25 133/3 159/4
168/4
**dollars [3]** 152/16
152/18 158/1
**domino [1]** 32/3
**don't [64]** 4/15 4/17
4/25 5/3 5/8 5/12
5/13 12/14 15/19
16/22 19/12 21/21
22/11 25/22 36/3
47/1 47/22 50/20
53/19 54/10 55/19
58/3 58/4 64/10
65/22 69/20 69/21
70/21 70/24 71/18
72/24 74/10 80/17
84/6 85/9 85/10
85/12 85/13 85/16
85/19 90/1 91/20
92/2 95/9 95/12
96/15 97/2 98/18
98/22 105/5 106/15
106/20 106/24
109/4 118/14
128/15 155/24
156/24 159/23
160/24 163/16
165/21 167/8
167/10
**Donald [5]** 24/14

**D**

**Donald...** [4]  34/15 34/16 34/19 34/22
**done** [6]  3/19 10/8 26/10 42/3 167/11 168/11
**door** [8]  8/17 8/18 37/10 73/21 80/21 81/9 81/14 165/2
**doors** [2]  63/11 65/23
**dorm** [2]  56/9 65/6
**doubt** [3]  121/20 129/25 168/10
**dove** [1]  79/10
**down** [33]  9/13 11/15 13/15 20/18 21/24 23/12 28/5 28/5 28/8 29/16 31/23 46/9 53/25 54/15 56/23 75/2 79/11 79/15 79/17 79/19 79/19 80/4 80/5 80/6 80/7 80/21 81/10 83/14 83/15 95/1 102/16 132/23 160/4
**Downstate** [1]  39/9
**dozens** [3]  116/16 121/12 121/14
**Dr** [6]  108/23 122/4 122/11 138/2 140/4

**Dr.** [6]  28/6 108/16 109/3 111/22 136/3 139/21
**Dr. Clawson** [2] 109/3 139/21
**Dr. Harel** [2] 108/16 111/22
**Dr. Patrick** [1] 136/3
**Dr. Vivian** [1]  28/6
**dramatic** [1]  71/24
**dramatically** [1] 71/24
**drawn** [1]  150/22
**dream** [1]  84/10
**dreams** [1]  18/4
**drive** [5]  19/4 22/4 25/21 25/24 44/21
**driver** [7]  14/5 78/17 78/18 80/13 80/14 81/5 94/13
**driver's** [3]  44/19 44/25 78/20
**driving** [4]  44/23 52/23 58/18 58/24
**dropping** [1]  94/25
**drove** [3]  44/19 44/22 44/24
**dual** [1]  155/11
**duck** [1]  59/1
**during** [31]  7/23

35/10 35/12 41/14 47/15 50/12 83/15 104/1 112/25 113/7 125/5 125/13 132/12 133/15 134/1 134/2 134/4 135/6 135/10 140/19 140/20 151/7 151/11 152/23 153/18 154/3 154/7 154/8 155/7 157/24 158/18
**duties** [1]  64/4
**dwell** [1]  121/16
**dynamic** [2]  38/8 97/10
**dynamics** [1]  98/9
**dyslexia** [1]  65/4

**E**

**E.O** [5]  143/19 144/21 144/23 144/24 146/13
**each** [8]  78/19 105/11 106/24 107/1 108/3 152/15 161/23 165/12
**earlier** [3]  63/3 93/13 167/5
**earliest** [1]  96/4
**early** [6]  33/13 54/24 54/25 103/5

Case 1:17-cv-01214-JEB   Document 56   Filed 12/01/20   Page 200 of 276

early... [2]  104/14
 163/11
ears [1]  84/21
earth [2]  121/11
 121/22
easier [3]  4/20 4/23
 65/7
easiest [1]  102/22
easily [3]  48/25
 99/8 168/2
east [8]  32/21
 127/23 128/10
 136/14 138/13
 151/14 151/19
 155/10
Eastern [1]  109/14
easy [6]  17/13 62/4
 62/16 62/17 99/14
 128/13
eater [1]  20/4
economics [1]
 138/6
economy [1]  161/8
edited [1]  138/9
editors [1]  157/3
education [1]  54/12
educational [3]
 58/11 77/18 138/3
effect [10]  32/4
 37/13 38/3 73/4
 73/11 74/4 88/9

99/17 166/11
 166/14
effective [2]  30/11
 55/24
effects [8]  71/20
 73/9 84/25 88/21
 99/4 100/9 100/11
 105/22
efficiently [1]  4/10
egg [1]  56/21
eggshell [1]  164/5
egregious [1]
 166/17
eight [2]  69/15
 130/25
either [6]  22/21
 36/13 64/24 67/2
 67/25 106/20
electronic [1]  110/2
elements [1]  119/2
elevator [1]  66/1
eligible [2]  162/3
 162/15
else [12]  5/15 23/7
 27/14 54/14 59/8
 75/8 78/23 81/7
 88/2 89/16 89/18
 95/1
embodied [2]
 140/25 140/25
embraces [1]  122/6
EMDR [1]  29/23

emergencies [1]
 66/7
emotional [8]  34/9
 71/20 72/20 73/4
 88/5 100/5 162/4
 162/14
emotionally [1]
 50/1
emotions [1]
 102/18
emphasize [1]
 134/3
emphasized [2]
 119/6 122/25
employed [4]  109/8
 136/12 136/13
 138/10
empowered [1]
 141/2
enables [2]  132/21
 132/22
encompass [1]
 138/24
encompassed [1]
 139/11
encouraged [4]
 39/19 74/12 74/14
 154/17
encouraging [1]
 154/9
end [6]  3/15 4/13
 8/18 51/13 62/25

end... [1] 120/1
ended [3] 46/9
 47/11 50/1
ends [1] 8/6
enemy [1] 116/25
enemy's [1] 130/23
engineering [1]
 101/17
English [7] 18/22
 22/12 58/11 111/19
 112/14 119/19
 124/6
enjoying [1] 77/14
enormity [1]
 166/14
enormous [1] 165/4
enough [3] 105/15
 147/22 162/14
enters [1] 122/5
entire [3] 14/17
 16/16 16/21
entirely [1] 71/2
entities [2] 141/13
 141/16
entitled [5] 162/7
 162/18 162/19
 163/2 168/22
entrance [1] 45/4
entries [1] 145/10
entry [2] 149/1
 149/19

environment [1]
 29/1
equivalent [1]
 18/19
ER [1] 15/22
escalate [1] 154/18
especially [8] 7/23
 31/10 45/10 86/23
 103/1 105/10
 105/25 128/3
Esq [2] 1/15 1/15
essential [2] 113/10
 147/23
essentially [1]
 65/15
establish [1] 122/15
established [5] 4/3
 112/3 132/18
 132/18 140/24
establishment [1]
 135/1
esteem [1] 106/4
estimating [1]
 158/3
estimation [1]
 38/23
et [2] 1/3 1/6
et.al [2] 3/3 3/4
Etzion [1] 58/24
even [54] 12/22
 13/2 15/6 15/25
 16/1 16/11 17/16

 18/14 20/5 20/16
 25/22 26/2 26/11
 26/11 26/23 30/17
 31/18 39/15 41/22
 48/1 52/17 56/9
 64/12 66/6 66/22
 72/1 73/20 81/2
 84/6 84/11 84/18
 85/15 86/16 86/20
 86/22 89/3 90/14
 102/9 102/13
 102/19 102/23
 104/13 104/20
 104/20 104/21
 104/25 105/6
 105/14 105/18
 106/1 106/5 162/8
 165/21 168/6
evening [2] 28/12
 53/18
event [5] 5/10
 37/18 96/19 163/11
 165/20
events [6] 19/10
 84/8 93/25 94/2
 95/11 102/2
eventually [14]
 11/11 16/7 18/18
 62/1 62/2 83/19
 84/17 88/9 89/6
 89/9 96/10 96/16
 100/15 103/8

Case 1:17-cv-01214-JEB Document 140 Filed 12/01/20 Page 202 of 276

ever [11]  50/22
 63/20 66/16 71/16
 75/4 102/16 103/12
 103/21 133/24
 156/22 157/13
every [21]  3/23
 7/22 27/4 27/7
 29/15 40/23 43/15
 65/17 66/3 66/3
 67/2 67/3 73/19
 81/23 81/24 102/25
 104/18 112/12
 152/7 161/21 166/1
everybody [7]
 29/15 62/12 65/24
 80/25 89/18 95/1
 118/7
everyone [7]  16/23
 32/2 33/4 38/7 54/4
 90/2 153/10
everything [28]  4/1
 5/1 5/5 8/1 12/15
 12/15 12/20 12/21
 13/11 21/21 36/24
 46/14 46/23 47/1
 47/1 47/7 53/19
 54/14 61/1 61/2
 61/9 62/14 64/7
 66/2 69/19 74/2
 105/25 163/24
evidence [11]  33/19

109/6 110/15
 115/12 118/15
 123/12 124/22
 126/10 129/13
 131/15 137/24
EVIDENTIARY
 [1]  1/11
ex [2]  55/14 88/13
ex-husband [1]
 88/13
exacerbated [1]
 164/12
exacerbating [3]
 164/5 165/10
 166/12
exact [1]  74/3
exactly [11]  53/12
 61/25 86/19 120/19
 123/24 126/24
 132/3 134/10
 135/10 158/9 158/9
exaggerate [2]
 131/10 163/6
EXAMINATION
 [12]  5/25 23/18
 34/17 42/20 51/5
 59/17 68/13 75/16
 92/19 101/3 108/21
 136/8
example [7]  73/19
 97/2 114/11 117/19
 127/25 157/1

excellent [1]  21/20
except [3]  5/10
 89/14 153/13
excessive [1]
 105/13
excessively [1]
 105/17
exclusive [4]
 126/21 126/23
 126/23 126/24
Excuse [1]  6/20
excused [12]  23/15
 34/14 42/15 51/1
 59/14 68/8 75/13
 91/23 100/25
 106/22 135/24
 161/6
Executive [4]
 143/19 143/22
 148/6 148/9
Exhibit [19]  109/23
 115/25 116/1
 118/13 118/25
 119/1 120/1 121/3
 123/19 125/7 126/9
 126/13 126/16
 141/24 142/22
 148/4 148/24
 149/13 153/22
exhibits [4]  5/19
 118/22 123/12

Case 1:17-cv-01214-JEB    Document 40-7    Filed 12/01/20    Page 84 of 276

**E**

exhibits... [1] 131/11
expand [2] 142/12 145/23
expect [2] 107/2 159/14
expectation [1] 135/17
expectations [1] 160/25
expected [1] 133/3
expeditions [1] 78/2
expend [1] 159/14
expenses [2] 42/8 42/8
experience [7] 14/4 45/18 59/2 86/7 98/16 98/20 138/8
experienced [3] 71/21 102/8 166/20
experiences [2] 59/4 78/1
experiencing [1] 64/17
expert [28] 3/16 87/17 92/11 106/25 107/1 108/3 109/2 109/23 111/22 126/15 131/18 136/16 137/7

137/10 137/10 137/14 137/16 137/21 139/15 139/21 141/14 152/1 156/3 156/7 156/12 159/10 160/22 161/1
expertise [2] 109/17 110/21
experts [3] 4/4 4/15 5/18
explain [2] 5/8 19/13
exposing [1] 143/9
express [3] 72/6 72/18 73/7
extend [1] 164/16
extended [2] 76/25 77/6
extends [1] 157/17
extensive [1] 141/19
extensively [1] 111/7
extent [2] 5/10 166/25
extremely [6] 35/19 102/24 103/13 103/20 104/2 120/24
eye [2] 14/6 34/7
eyes [4] 9/11 9/25

**F**

face [5] 13/24 20/15 33/6 47/5 78/19
facing [4] 78/21 79/9 79/12 138/22
fact [12] 28/7 29/16 32/24 41/9 41/25 119/25 135/5 149/4 150/1 153/10 163/10 165/1
faction [2] 148/16 149/22
facts [5] 4/2 110/4 137/13 137/20 163/6
faculty [2] 109/10 109/11
failing [1] 47/8
faint [1] 102/25
fair [4] 72/8 82/19 99/15 127/10
fairly [3] 163/8 163/11 166/22
falsely [7] 113/18 114/2 132/20 132/23 133/5 133/12 134/8
familial [1] 127/16
familiar [2] 159/17 160/21
families [3] 7/17

**families...** [2] 110/25 127/24

**family** [56] 6/7 7/18 13/19 20/19 22/6 22/14 22/20 27/3 27/6 28/16 32/2 32/23 33/2 34/3 35/20 36/4 37/6 37/17 37/25 38/4 38/5 38/8 39/12 39/21 39/24 40/9 52/16 59/5 62/15 65/19 65/20 65/21 69/5 72/6 72/21 72/24 96/20 97/9 97/10 98/9 99/2 103/5 111/5 111/6 127/20 128/1 128/6 128/12 128/14 128/15 164/3 164/13 164/15 165/5 165/16 167/4

**far** [8] 39/25 56/10 107/3 132/16 134/17 135/21 160/15 160/16

**fast** [4] 17/11 20/3 46/12 54/24

**Fatah** [2] 117/20 128/1

**father** [9] 15/1

96/18 102/13 104/17 105/8 106/12

**Fathi** [4] 122/4 122/11 122/13 122/20

**favor** [1] 167/13

**fear** [3] 74/18 83/1 166/11

**featured** [1] 130/4

**February** [2] 90/5 150/9

**federal** [2] 139/8 139/11

**fee** [1] 159/10

**feel** [28] 12/7 30/19 32/7 49/3 49/8 55/18 55/19 56/8 58/2 59/11 71/11 74/16 85/13 85/23 86/4 87/3 91/12 97/1 97/2 97/4 102/17 103/9 104/19 104/22 105/4 105/5 105/24 106/13

**feeling** [1] 11/7

**feelings** [1] 106/14

**feels** [3] 91/3 103/14 103/17

**feet** [1] 12/2

**felt** [26] 9/11 9/12 11/11 11/12 11/16 11/17 11/19 31/7 33/16 37/15 37/15 39/21 39/23 42/2 46/7 46/23 71/18 78/3 87/10 90/2 97/25 99/6 99/9 99/10 103/9 147/21

**fence** [1] 63/24

**few** [38] 7/11 11/8 12/6 20/24 21/1 32/22 33/11 33/19 54/5 57/10 58/19 62/10 62/16 62/21 63/1 65/5 76/19 94/15 99/10 99/25 106/12 113/21 116/5 126/25 131/25 132/1 132/6 132/9 132/11 134/17 134/18 142/11 146/6 148/24 149/23 153/12 156/2 156/20

**field** [2] 133/17 133/18

**figure** [2] 96/9 157/21

**figured** [2] 16/13

figured... [1] 16/14
file [2] 141/19 141/23
filling [1] 35/9
finally [5] 26/4 28/1 80/4 111/17 123/5
financial [7] 103/18 114/1 143/11 144/17 144/18 155/23 157/19
financially [3] 97/21 97/24 103/10
financier [1] 146/16
find [14] 26/2 45/19 48/15 62/1 64/25 89/4 103/15 105/16 113/20 115/23 117/9 126/5 129/23 152/23
finding [1] 147/9
findings [3] 140/5 145/2 154/21
fine [9] 3/18 5/12 5/17 21/6 108/7 108/10 123/10 149/23 164/19
fines [2] 160/7 160/17
finish [4] 18/16 18/18 48/7 96/1

18/20
finishing [1] 18/22
fire [1] 117/1
fired [1] 116/24
first [75] 3/14 3/24 4/20 9/6 21/14 26/2 27/15 27/24 29/5 29/8 33/22 35/21 36/12 37/10 37/15 40/1 61/5 61/10 61/19 62/10 62/19 62/23 63/1 66/7 70/12 79/18 81/1 81/1 83/11 85/15 86/14 86/16 87/19 90/5 94/13 94/22 95/7 97/24 98/18 99/4 102/10 103/21 103/24 105/11 105/14 105/24 108/12 114/5 121/6 122/3 122/13 125/9 125/10 128/16 128/17 128/19 128/22 130/17 131/23 131/25 132/9 132/15 133/12 133/20 137/17 142/6 142/7 143/5 144/4 144/8 144/14 145/20

161/12
Fisher [4] 51/3 51/4 51/11 57/6
fit [2] 7/3 7/4
fits [1] 162/2
five [10] 6/12 19/17 21/16 34/3 77/8 93/24 116/1 145/10 149/13 159/20
flag [3] 122/8 129/5 129/5
flashback [5] 84/7 90/23 90/24 91/4 91/5
flashbacks [5] 84/5 84/15 84/16 85/18 85/19
flashing [1] 9/25
flat [1] 157/19
floor [8] 9/13 9/21 10/10 31/12 31/13 94/25 95/1 95/2
fly [1] 35/23
flying [1] 9/10
focus [3] 5/9 64/18 91/13
focused [1] 62/14
fog [2] 32/9 32/10
folks [2] 167/11 168/11
follow [3] 83/23

Case 1:17-cv-01214-JEB    Document 49    Filed 12/01/20    Page 206 of 276

follow... [2]  123/2
160/24
following [10]
17/23 28/13 30/14
32/5 32/8 46/22
62/8 64/6 64/22
133/1
follows [1]  125/23
foot [2]  11/12 11/12
Force [8]  136/23
139/24 144/5
145/23 146/13
146/25 147/2 147/2
forced [1]  13/17
forces [1]  22/22
fore [1]  44/15
foregoing [1]
168/20
Forehead [2]  124/4
124/7
foreign [11]  125/3
126/7 138/11
138/22 143/17
144/6 145/7 145/15
145/19 148/25
149/5
foreseeable [4]
163/1 164/5 164/11
166/18
forever [1]  80/18
forget [2]  67/4

104/2
forgive [1]  161/13
form [1]  117/24
formal [8]  114/9
114/13 116/7 116/8
122/17 125/2
131/22 153/17
formed [1]  112/2
forms [2]  113/4
152/8
forth [6]  62/15
121/2 123/3 128/5
137/13 137/20
Fortunately [1]
31/24
forward [2]  78/21
168/12
found [11]  26/7
42/7 45/20 62/2
62/3 63/16 70/21
70/22 103/10
114/15 160/16
foundation [1]
108/14
founded [1]  147/20
four [9]  8/17 33/11
43/10 51/23 55/13
82/22 130/25
145/10 158/1
fragments [1]  26/9
frank [1]  159/16
free [1]  55/20

freedom [2]  56/2
56/11
freelance [1]  91/18
French [18]  66/16
76/17 93/20 101/22
109/19 116/23
121/11 124/15
126/1 127/6 128/23
128/23 130/12
131/3 131/6 140/9
155/10 155/16
frequently [2]
66/13 157/17
frictions [1]  134/12
friend [21]  7/6 12/9
24/22 25/13 26/16
26/17 26/22 27/8
49/1 58/18 61/15
64/13 69/24 70/15
71/14 85/11 97/23
98/2 103/8 165/20
165/23
friend's [4]  25/14
52/23 70/17 70/22
friendly [1]  73/6
friends [21]  7/5
7/12 13/21 16/10
22/20 41/16 41/19
50/11 50/15 50/21
52/8 58/14 60/17
64/9 67/24 102/14
104/13 104/14

**F**

friends... [3] 164/21 165/4 165/12

frightening [1] 61/14

front [9] 8/25 9/14 13/24 54/4 79/9 79/10 81/4 120/25 147/6

FSIA [2] 159/7 162/3

full [18] 12/18 26/6 29/6 33/5 42/6 45/11 53/23 55/8 66/5 78/24 78/25 82/3 116/9 125/17 138/17 154/25 161/24 162/10

fully [2] 90/1 102/23

fun [4] 45/24 46/2 77/13 88/15

function [2] 30/21 34/1

functioning [1] 36/25

functions [1] 54/9

fund [8] 138/11 159/24 160/10 160/13 160/15 160/18 160/19 161/3

funded [1] 156/23

funding [3] 154/16 154/22 157/23

funds [4] 113/12 159/22 160/3 160/4

funeral [9] 17/9 17/14 17/18 17/21 28/10 46/18 53/17 53/17 53/22

further [11] 74/22 80/6 90/17 100/23 100/24 106/18 132/14 156/17 159/24 166/7 167/8

future [1] 115/2

**G**

gained [1] 20/3

gathering [1] 98/7

gave [3] 19/17 19/18 95/16

Gaza [3] 41/14 147/13 151/12

GC [2] 147/7 154/15

gears [1] 150/8

general [8] 37/15 105/8 106/14 147/7 155/5 155/17 159/6 159/6

generally [3] 8/12 113/20 127/23

gentleman [1]

gentlemen [1] 161/7

genuine [4] 114/14 117/13 133/22 134/19

get [81] 7/24 9/16 10/5 10/9 10/25 12/3 16/2 17/12 18/18 20/10 20/11 21/12 23/1 23/3 27/15 27/16 30/5 32/3 33/13 33/16 36/4 39/9 40/2 45/2 48/17 48/19 50/19 54/24 56/22 58/23 62/13 62/25 63/25 64/14 64/14 64/23 64/25 66/24 66/25 71/17 79/21 79/23 80/4 80/13 80/14 80/14 81/1 81/1 81/2 81/11 85/11 86/3 86/5 86/14 86/17 86/18 86/18 86/25 87/6 96/23 97/2 97/4 97/6 98/15 98/15 98/24 99/7 104/2 104/8 111/8 113/12 119/8 126/14 132/22 144/10 161/2

**get...** [5]  161/24 162/10 163/15 163/23 163/23
**gets** [8]  32/2 56/20 89/2 90/8 161/22 164/21 165/2 165/3
**getting** [23]  10/15 19/6 30/2 31/25 33/14 33/22 45/15 47/13 48/16 53/3 54/15 54/19 55/2 55/10 55/15 56/3 68/3 80/22 81/7 81/13 95/4 97/15 167/5
**girl** [11]  7/2 14/15 15/12 15/17 18/6 24/20 25/6 30/18 45/11 47/17 81/16
**girls** [4]  77/12 82/1 82/4 105/10
**give** [5]  3/17 56/1 92/7 164/1 168/3
**given** [6]  3/14 16/5 22/7 38/23 41/25 78/23
**gives** [1]  16/24
**giving** [7]  28/1 28/21 54/2 56/7 56/12 109/6 115/7
**glad** [1]  74/15

**glasses** [5]  26/9 79/7 79/14 80/18 82/23
**global** [8]  143/19 143/24 144/2 146/18 146/21 150/2 150/5 154/1
**gloomy** [1]  29/1
**glory** [1]  122/8
**go** [72]  3/13 4/9 5/20 13/13 15/10 15/19 17/14 17/18 18/2 18/9 18/13 18/14 19/11 19/12 19/17 20/16 20/17 24/5 25/14 30/5 35/14 39/5 44/14 45/5 45/13 46/18 51/12 54/14 55/22 56/4 57/2 64/8 64/8 64/12 64/13 64/15 64/24 65/3 66/4 66/4 66/4 73/17 73/19 77/14 80/18 81/4 85/3 85/9 85/10 85/12 85/13 86/1 86/5 86/12 86/13 87/22 88/18 91/11 96/9 97/20 98/11 103/15 103/22 104/12 104/18 106/11 108/14 121/7 123/2

**good** [60]  26/16 27/7 30/8 38/5 53/25 167/24
**goal** [4]  39/9 123/1 123/1 133/9
**God** [3]  11/2 17/1 34/11
**God's** [2]  27/25 121/15
**goes** [6]  65/25 73/22 85/19 128/1 133/1 160/18
**going** [69]  4/17 9/9 9/20 10/18 10/21 10/21 10/25 11/2 11/13 11/14 11/15 11/15 13/10 13/13 16/2 17/16 18/13 19/6 19/20 20/6 20/13 21/1 25/15 26/11 26/21 27/21 32/11 33/20 35/6 36/25 44/16 45/21 46/9 47/9 47/24 48/5 54/13 55/10 59/7 62/15 62/24 69/20 72/23 74/3 80/16 80/22 81/10 85/8 85/25 86/23 87/19 87/20 87/21 88/1 90/3 95/9 95/11 96/10 98/6 99/25 102/4 106/2 106/15 106/24

Case 1:17-cv-01214-JEB   Document 43-18   Filed 06/01/20   Page 209 of 276

going... [5]  128/12
141/12 144/10
158/23 160/25
good [42]  3/7 3/10
6/2 7/12 16/10 18/5
21/5 21/24 23/20
23/20 23/22 28/21
32/21 33/23 34/19
38/21 42/22 49/12
51/7 55/24 59/19
63/17 68/9 68/15
75/18 77/13 77/22
86/21 92/21 96/21
97/19 101/5 103/15
108/15 108/19
108/20 136/6 136/7
142/15 163/16
167/11 168/11
got [58]  10/4 10/17
12/12 12/18 14/12
15/4 24/18 24/24
25/25 26/9 27/7
33/10 33/13 42/4
44/2 44/18 44/25
45/9 46/12 47/9
48/14 50/17 50/21
52/24 53/13 53/16
53/21 54/25 57/12
57/12 58/4 58/18
61/16 63/25 65/5
71/7 71/8 71/9

74/16 74/18 74/6
74/15 76/7 76/7
80/24 81/18 84/17
86/16 94/16 94/16
94/17 95/14 96/16
103/23 103/25
104/1 105/13
163/13
gotten [2]  7/2 44/19
government [8]
111/13 114/23
141/6 141/15
141/17 142/14
143/7 153/17
grabbed [1]  80/6
grade [9]  6/17 6/21
60/14 64/22 86/15
86/17 103/22
103/24 164/20
grader [7]  164/18
164/19 164/23
164/25 165/2 165/2
165/9
grader's [2]  164/20
164/25
graders [2]  164/18
165/3
gradually [2]  39/14
56/13
grandparents [3]
97/12 104/25 105/7
grasp [1]  80/4

gravely [1]  163/14
great [7]  33/8 34/21
44/15 67/10 103/19
167/21 168/1
greatly [1]  163/14
green [3]  15/8
112/7 120/25
grew [2]  98/9
105/17
grief [5]  17/16 29/2
29/6 32/11 33/9
Griffith [3]  1/22
168/20 168/25
groceries [1]  85/10
grounds [1]  166/10
group [7]  82/1
114/2 114/4 114/4
121/24 134/7 134/8
groups [6]  120/21
121/23 131/24
154/10 154/14
154/18
grow [1]  97/21
growing [3]  98/12
99/6 99/11
grown [1]  87/5
gruesome [1]  166/9
guard [11]  63/9
63/14 64/4 136/21
136/23 139/23
139/24 143/18
145/11 147/3 147/4

**G**

guess [10]  33/11 41/5 54/11 56/2 62/20 71/25 97/25 113/11 132/24 135/20

guidance [1]  125/22

guilt [2]  87/4 99/9

guilty [1]  99/10

gun [7]  40/11 40/12 40/13 41/8 55/21 65/24 122/10

gunman [1]  82/18

guns [1]  22/15

Gush [1]  58/24

gushing [1]  12/13

guy [2]  12/11 55/21

**H**

H-A-R-E-L [1]  108/25

Habibi [1]  150/9

habits [1]  19/15

Hackensack [1]  1/17

had [134]  6/25 7/2 7/12 7/13 10/22 11/4 13/23 14/21 16/13 22/20 25/15 26/9 26/12 26/24 27/12 27/15 27/16 31/3 31/8 31/10 31/21 32/13 32/13 32/24 36/17 37/21 37/21 37/23 38/24 39/5 39/5 39/11 39/24 40/8 40/8 41/12 41/16 41/19 41/23 44/18 45/10 46/4 46/5 47/6 47/16 47/25 47/25 48/12 53/8 54/9 54/16 54/25 55/1 57/14 57/15 57/16 58/13 58/20 60/16 60/17 61/21 61/23 63/13 63/16 63/18 64/5 64/13 64/20 64/21 64/25 65/4 65/8 66/15 66/24 71/5 71/12 71/14 75/8 77/1 77/5 77/5 77/13 78/23 79/17 81/6 81/8 81/8 81/11 82/3 82/5 82/6 83/14 86/1 86/19 87/18 88/1 88/11 88/24 89/1 89/24 90/20 96/7 96/8 102/10 103/4 103/9 103/22 103/24 103/25 105/10 105/15 118/25 127/9 133/11 147/24 150/13 150/16 150/17 151/11 151/12 152/6 152/8 153/3 153/12 156/23 157/5 161/19 162/22 164/13 166/14 167/15

Hadera [1]  116/15

hail [1]  121/13

hair [1]  82/7

half [9]  31/23 46/25 77/8 85/2 89/12 92/4 92/7 100/3 101/25

Hamas [13]  117/19 118/1 120/24 128/1 132/10 132/14 133/5 147/5 154/14 155/4 155/7 157/13 158/10

Hamas' [1]  158/3

hampered [1]  165/23

hand [7]  87/5 87/6 99/4 120/5 122/9 122/10 132/25

handicap [1]  34/9

handle [1]  26/11

# H

handled [1]  77/3
handles [1]  34/10
hang [1]  52/7
Hani [2]  122/4
122/11
happen [10]  15/12
31/15 40/19 41/9
55/3 59/7 63/20
74/3 85/7 134/15
happened [35]  9/23
10/6 16/10 24/22
25/13 26/16 26/22
26/25 27/9 28/16
29/13 29/14 33/22
37/14 39/11 40/18
41/20 42/5 47/4
61/7 61/21 62/20
63/21 66/21 79/2
79/13 83/10 90/2
95/13 117/13 132/3
133/14 162/10
165/19 165/20
happening [8]
25/17 63/19 66/9
79/8 82/20 82/22
85/16 102/19
happens [7]  91/6
95/14 97/1 132/1
134/2 162/21
162/25
happy [11]  8/1 27/4

27/5 27/8 31/11
12/01/20
60/17 77/18 78/3
99/7 99/13 105/14
hard [25]  4/13 19/6
19/7 20/5 30/21
31/9 48/25 55/6
55/24 57/17 62/23
63/1 78/11 85/21
91/12 91/13 99/14
102/17 102/20
104/19 104/21
105/14 106/13
128/9 165/14
hardly [1]  100/17
Harel [4]  108/16
108/18 108/25
111/22
harm [2]  164/7
164/8
harmed [1]  5/3
harms [1]  5/2
Harsina [2]  131/1
131/1
Harvard [1]  39/8
has [58]  4/13 12/15
19/22 20/8 20/23
21/23 23/4 34/3
34/8 48/10 48/22
48/24 55/18 73/1
74/17 78/18 83/25
86/8 87/5 89/9
89/11 96/3 96/18

99/17 100/18 102/8
106/1 106/3 110/18
114/9 116/11
123/15 132/25
137/16 139/2 139/5
141/19 141/22
142/9 142/21 144/1
145/14 145/19
146/20 147/10
149/9 150/4 158/12
158/12 160/8
160/13 161/20
161/20 163/8
163/18 164/3
165/12 166/14
hasn't [1]  50/19
Hassan [1]  150/9
Hatem [16]  117/7
120/3 120/18 121/7
121/15 122/5
122/19 123/7
123/23 124/11
127/7 127/10
127/13 127/16
127/21 128/24
hatred [1]  121/17
have [220]
haven [2]  154/16
154/22
haven't [7]  42/10
47/23 50/19 118/14
158/15 167/15

Case 1:17-cv-01214-JEB Document 104 Filed 04/21/20 Page 104 of 104/21/20 38/15 42/13 44/11

**haven't...** [1] 168/9
**having** [22] 18/3
18/8 27/8 36/25
55/3 84/2 84/5
84/15 84/15 86/12
89/8 90/24 91/1
91/3 97/21 98/10
98/18 98/19 99/24
102/8 103/11
151/10
**haywire** [1] 47/9
**he** [81] 10/8 10/17
10/17 10/21 10/21
10/25 11/9 11/9
11/13 12/5 12/11
12/15 14/16 14/18
14/18 14/19 14/19
14/20 14/21 14/22
15/1 15/5 15/9
15/10 15/13 15/20
15/20 15/21 15/25
18/5 25/18 25/21
25/22 25/22 25/24
26/21 26/22 27/12
30/18 30/19 30/22
30/22 31/2 31/3
31/4 72/1 79/12
79/12 79/15 80/11
81/6 87/22 87/22
92/12 92/12 92/14
93/13 96/15 96/18

104/22 116/24
120/4 120/15
121/10 121/12
122/8 122/14
122/15 125/14
125/19 127/5 127/6
128/24 132/25
152/6 152/7 163/21
164/21
**head** [12] 9/2 9/9
9/15 9/17 10/11
10/25 14/18 63/8
81/17 104/7 125/4
125/12
**headaches** [2]
84/20 85/14
**heading** [2] 5/18
144/15
**headline** [3] 116/12
116/14 125/10
**health** [11] 18/23
19/16 29/20 48/20
54/17 56/25 66/11
75/4 87/12 99/21
106/9
**healthy** [2] 20/4
86/21
**hear** [19] 20/15
20/25 21/4 21/6
21/7 21/8 21/9
26/19 28/14 32/18

38/15 42/13 44/11
55/23 57/7 61/4
67/8 74/25 75/18
**heard** [23] 10/9
10/22 11/18 11/19
24/24 26/9 37/2
52/20 61/2 61/5
61/6 61/7 61/10
61/16 61/17 71/7
71/10 79/6 82/22
93/13 94/23 95/7
163/11
**hearing** [8] 1/11
4/3 5/7 9/5 37/19
94/21 168/15
168/16
**heart** [2] 17/1
123/7
**hearts** [1] 122/6
**Heaven** [1] 121/8
**Hebrew** [4] 11/18
11/19 111/19 131/2
**Hebron** [8] 111/2
111/5 117/8 124/13
125/5 125/12
125/21 130/6
**hedge** [1] 157/15
**heels** [3] 84/16
90/23 91/4
**held** [3] 46/10
166/11 166/11
**hell** [1] 49/1

**help [18]** 28/5 30/12 31/22 34/7 34/8 47/13 52/17 54/20 56/3 56/11 64/16 64/21 65/4 65/5 72/22 85/1 88/3 98/3

**helped [5]** 27/10 28/6 29/24 66/15 97/24

**helpful [5]** 4/1 24/1 113/16 166/21 168/6

**helping [4]** 62/14 127/10 160/2 160/9

**helps [1]** 55/17

**her [145]** 7/10 7/10 7/11 8/24 9/2 13/9 13/14 13/14 15/4 16/19 17/1 24/22 26/8 26/8 26/12 26/13 26/16 26/17 26/22 27/4 27/6 27/7 27/8 27/17 27/18 27/19 27/24 28/1 28/1 28/5 28/5 28/8 28/25 31/16 31/19 31/22 31/23 33/4 33/5 33/6 33/13 33/14 33/16 33/18 33/23 34/3

34/10 36/10 37/5 44/19 45/11 45/22 46/5 46/10 46/10 46/12 47/9 48/13 48/25 52/16 53/23 53/24 53/24 54/2 55/21 55/22 55/22 56/7 56/9 56/11 56/11 56/12 56/16 56/23 58/19 62/14 69/4 69/24 72/1 72/2 72/12 73/1 73/1 73/16 73/18 73/21 73/24 73/24 74/1 74/6 74/7 74/8 74/8 75/10 78/23 79/17 79/23 79/25 80/1 80/4 80/5 80/5 80/6 80/7 80/8 80/10 82/6 82/7 86/16 87/4 87/6 89/2 89/3 89/3 89/4 89/14 89/17 89/22 90/3 90/5 94/14 95/16 95/17 96/1 97/19 97/23 97/24 97/25 98/2 98/3 99/11 99/13 99/24 100/17 103/13 103/17 103/18 103/25 105/14

**here [39]** 6/13 11/9 17/15 23/20 32/21 37/21 41/6 43/11 49/12 52/1 55/14 59/22 65/16 67/10 69/8 76/16 82/12 90/19 92/11 93/19 101/21 109/18 110/4 117/9 117/11 117/15 117/16 119/2 121/22 124/2 130/11 140/7 159/25 163/3 164/4 165/25 167/15 167/18 168/4

**hero [1]** 124/11

**hers [1]** 103/8

**herself [5]** 79/18 95/20 97/16 106/4 106/7

**Hezbollah [6]** 124/18 147/5 154/13 154/17 156/11 160/10

**hiding [1]** 125/14

**high [25]** 6/19 6/21 6/22 7/8 7/21 7/25 18/16 18/18 18/20 18/21 43/15 48/7 64/23 64/24 65/1 65/9 65/13 82/2

Case 1:17-cv-01214-JEB Document 142 Filed 22/9/20 Page 214 of 276

**high...** [7]  82/3 99/24 114/20 131/19 131/19 141/14 154/8
**higher** [1]  40/21
**Hill** [18]  66/16 76/17 93/20 101/22 109/19 116/23 121/11 124/15 126/1 127/6 128/23 128/23 130/12 131/3 131/6 140/9 155/10 155/16
**him** [29]  11/2 11/8 11/11 12/12 15/9 15/12 15/19 18/4 20/14 25/14 25/14 30/19 30/20 30/21 72/3 79/16 87/19 93/13 96/16 96/21 104/20 104/21 104/22 108/8 121/17 125/5 125/14 130/24 150/15
**hinting** [1]  27/24
**his** [28]  12/12 12/13 12/13 12/16 14/6 25/14 25/16 30/21 88/13 117/2 120/5 121/10 121/12

122/9 122/9 122/9 122/10 123/7 124/12 125/19 128/25 130/11 130/11 130/17 132/25 164/13 164/21 165/4
**history** [2]  109/14 109/16
**hit** [4]  9/18 50/17 50/19 68/3
**hobbies** [1]  7/14
**holding** [4]  54/1 81/8 120/3 120/4
**hole** [1]  10/2
**holes** [2]  45/8 45/12
**holiday** [2]  31/10 31/11
**home** [31]  15/2 21/17 29/11 29/14 29/17 31/8 44/12 44/18 45/23 46/13 46/17 52/23 52/23 53/4 53/14 53/16 53/21 57/13 57/18 57/20 57/21 58/24 59/22 64/10 65/11 65/17 83/19 83/20 103/14 103/17 104/14
**homework** [2]  27/9 167/3

**Honor** [44]  3/7 4/7 4/13 4/18 5/10 5/14 5/17 20/23 23/11 23/22 23/23 32/17 32/20 34/13 40/25 42/14 49/10 57/4 67/5 67/9 68/4 68/9 74/23 75/1 106/19 110/13 111/21 118/15 123/11 126/9 129/12 131/14 132/5 135/23 136/3 137/23 139/20 140/2 156/17 162/1 164/10 166/7 167/21 168/13
**HONORABLE** [1]  1/11
**hoping** [2]  33/15 161/2
**horror** [1]  12/9
**hospital** [35]  13/16 13/18 13/22 14/8 14/11 14/12 15/4 15/17 17/4 17/5 17/12 25/3 25/10 25/15 25/25 26/20 28/7 30/14 35/9 37/24 44/14 44/20 45/2 45/4 45/6 46/4 46/15 53/23 82/14

Case 1:17-cv-01214-JEB Document 34-2 Filed 12/01/20 Page 215 of 276

hospital... [6]  82/17
83/7 83/10 95/21
95/23 96/16
hospitals [2]  153/5
158/8
hostage [1]  166/11
hotel [1]  58/10
hour [14]  3/23 4/16
31/21 31/23 85/2
90/24 92/4 92/7
106/24 107/1 108/3
135/15 159/11
159/12
hours [17]  30/6
31/13 42/7 85/3
103/4 103/16
113/21 131/25
132/1 132/9 132/11
133/20 135/18
159/14 159/15
159/18 159/20
house [43]  7/16
7/17 15/4 24/18
25/14 27/4 27/5
27/7 28/8 28/24
29/18 33/8 42/8
45/5 47/18 52/15
63/11 63/13 65/24
69/25 70/16 70/17
70/18 70/20 70/22
70/24 71/25 72/2

74/10 84/22 85/8
85/13 86/24 88/16
97/17 97/18 103/15
103/16 104/12
125/14
how [85]  5/2 5/3
6/14 7/10 7/19 7/24
9/4 10/20 16/22
19/12 20/8 20/15
21/19 22/13 24/17
25/5 25/18 26/13
26/19 27/11 27/18
28/15 29/3 30/13
33/4 33/6 34/3
34/10 36/1 38/13
38/16 43/12 43/21
44/11 45/7 46/7
47/3 48/18 48/19
48/22 50/14 52/2
55/13 55/18 56/5
56/14 58/3 58/4
60/13 60/24 62/18
66/13 66/23 68/18
69/11 69/14 71/11
71/18 72/18 73/8
75/23 77/11 77/23
80/17 84/12 86/7
89/19 92/24 93/23
100/1 101/8 101/24
103/1 104/8 106/2
127/20 138/19

159/22 161/13
161/18 161/24
162/19 165/4
however [2]  164/4
165/11
huge [2]  81/5 81/12
hugely [1]  138/21
huh [1]  56/19
human [1]  144/25
hurried [1]  82/13
hurt [4]  18/7 18/8
45/17 71/25
hurting [1]  96/12
husband [6]  20/9
20/12 20/12 24/14
25/1 88/13
hypervigilant [5]
31/3 63/4 88/17
96/23 98/24
hypothetical [1]
164/16
hysteria [2]  26/3
26/7
hysterical [10]
26/17 28/3 29/6
31/9 32/3 53/25
56/20 56/22 59/9
95/19
hysterically [2]
31/12 31/22

Case 1:17-cv-01214-JEB   Document 44-5   Filed 12/01/20   Page 216 of 276

**I'll [15]**  10/25 56/10
83/23 84/7 84/9
84/9 85/2 86/5
90/24 91/4 94/2
130/10 167/20
168/4 168/12
**I'm [93]**  4/3 5/6
9/11 11/14 11/15
11/15 11/15 12/21
15/11 15/16 15/16
15/17 17/15 18/2
18/21 19/6 20/4
20/6 20/13 23/23
25/7 25/15 34/1
35/1 38/15 41/25
45/22 47/3 48/11
51/21 55/5 55/9
55/10 55/11 55/15
55/19 56/3 56/11
56/12 56/12 57/13
59/8 65/22 66/8
66/8 68/17 73/6
76/10 78/10 80/2
81/17 81/17 84/1
84/19 86/22 88/14
90/12 90/15 90/25
91/1 91/17 93/6
96/11 96/23 96/24
96/24 97/5 98/23
98/23 102/17
102/21 102/23

105/18 105/18
105/19 106/6
106/24 109/11
117/15 130/10
130/14 133/1 133/2
133/3 133/3 134/9
136/13 144/9 160/9
160/21 160/25
**I've [9]**  4/25 19/8
41/19 58/12 87/5
87/20 159/25 160/2
167/14
**idea [7]**  29/11
36/22 37/17 38/25
40/1 152/17 161/21
**ideas [1]**  73/24
**identification [1]**
127/25
**identified [2]**
114/10 134/25
**identify [2]**  3/5
46/10
**identity [1]**  128/14
**ideology [1]**  123/7
**IDF [6]**  41/18 49/15
50/12 67/13 67/25
125/5
**ignore [1]**  30/8
**ILANA [63]**  1/3 3/3
5/4 5/22 5/24 6/4
16/22 16/25 23/12

24/9 24/19 25/4
26/13 27/8 27/10
27/13 29/6 31/8
32/24 33/3 33/12
34/6 36/13 36/14
38/18 43/3 43/17
44/1 44/6 44/13
45/5 45/19 45/20
48/22 51/15 52/10
53/15 56/14 56/18
60/3 60/19 61/8
61/10 61/19 61/22
62/2 62/12 62/14
64/18 69/23 70/4
70/6 70/23 71/8
71/12 71/15 71/17
71/18 71/19 71/23
72/25 73/10 166/3
**Ilana's [5]**  36/10
38/13 38/16 72/8
166/25
**Ilit [2]**  21/25 68/21
**imagined [1]**
128/14
**immediately [7]**
40/13 79/8 79/15
82/20 82/21 99/3
140/18
**impact [1]**  88/11
**impacted [2]**  87/11
88/19
**impartial [1]**  109/5

# I

**implicated [2]**
155/14 156/15
**imply [2]** 108/3
157/17
**importance [1]**
150/25
**important [4]**
117/24 120/24
128/2 155/25
**importantly [1]**
120/5
**impossible [2]** 11/1
115/6
**impressive [1]**
141/23
**improbable [1]**
165/16
**improper [1]**
163/17
**improving [1]** 34/9
**incident [1]** 29/19
**incidents [1]** 23/5
**include [3]** 113/3
136/18 147/25
**included [4]** 139/2
139/5 155/4 164/7
**includes [3]** 110/25
126/13 147/19
**including [9]** 89/22
110/21 111/15
113/5 130/22

155/8 155/11
**income [1]** 153/13
**increase [1]** 155/23
**increasing [1]**
154/9
**indeed [9]** 109/21
109/25 118/12
119/23 120/15
120/15 129/4
141/10 147/20
**independence [3]**
56/2 56/8 56/12
**independent [2]**
102/2 111/4
**independently [1]**
166/25
**indicate [1]** 70/19
**indicating [1]**
129/8
**indicative [1]**
117/25
**individual [4]** 4/4
4/22 128/10 165/13
**individuals [3]** 5/2
141/21 143/10
**Industrial [1]**
101/17
**inference [1]**
150/21
**infiltrated [1]**
116/23

**inform [1]** 45/21
**information [3]**
19/11 19/12 152/17
**infrastructure [1]**
125/20
**initially [6]** 28/25
29/10 36/16 83/24
84/2 88/24
**injured [19]** 12/17
22/21 23/4 29/13
32/24 41/17 50/12
62/2 62/7 67/25
71/8 71/13 73/14
161/2 162/13 163/2
163/14 164/15
164/21
**injuries [7]** 5/7
5/11 14/10 162/9
162/9 164/25
166/18
**injuring [4]** 56/3
116/16 116/25
121/14
**injury [7]** 16/1
162/6 163/8 163/9
165/5 165/11
165/11
**inquisitive [1]**
89/18
**inside [7]** 12/15
12/16 26/12 65/24
84/22 97/18 163/23

**I**

instance [1] 166/9
institute [7] 136/13
 138/12 138/13
 138/16 138/19
 138/20 138/23
institutions [4]
 112/17 141/4 141/5
 141/6
instruct [1] 151/20
insurance [1]
 160/10
intelligence [3]
 115/5 151/23
 152/13
intensive [1] 31/25
interest [2] 130/10
 141/9
interested [3] 4/3
 5/6 100/21
interesting [3]
 75/11 157/20 163/4
intermittent [1]
 160/20
International [1]
 138/10
interpreted [1]
 157/7
intersection [1]
 79/4
intervening [1]
 50/14

interview [1]
 157/22
Intifada [2] 113/1
 132/13
intifadas [1] 41/12
introduced [2]
 29/11 75/9
introverted [1]
 54/8
investigate [1]
 114/23
investment [1]
 133/2
invite [1] 163/17
involve [2] 72/25
 73/2
involved [10] 36/23
 39/8 42/1 49/22
 58/14 75/8 96/15
 143/10 156/8
 163/10
involving [1]
 138/24
IRAN [41] 1/6 3/3
 113/13 133/1 137/4
 138/10 138/18
 138/24 139/13
 140/11 140/16
 140/22 140/23
 141/8 142/4 147/15
 150/15 151/20
 152/1 152/5 152/9

152/12 152/17
 153/1 153/8 154/8
 154/13 154/21
 156/4 156/12
 156/22 157/7
 157/13 157/15
 158/14 158/21
 159/1 159/3 159/7
 159/23 166/6
Iran's [19] 136/18
 136/21 139/2 139/5
 139/13 139/22
 139/22 139/24
 140/7 143/8 143/17
 144/22 144/25
 146/15 152/20
 153/18 155/18
 155/23 156/1
Iranian [10] 139/18
 140/25 142/13
 143/9 145/24 147/4
 150/9 155/21 157/7
 159/24
Iraq [2] 152/22
 161/2
IRGC [41] 136/21
 136/24 138/24
 138/24 139/12
 139/12 140/12
 140/16 140/24
 141/5 142/11
 143/18 144/1 144/5

Case 1:17-cv-01214-JEB Document 49-2 Filed 12/01/20 Page 42 of 42 50/16

IRGC... [27]  144/6
144/8 144/12
144/15 144/16
144/19 144/19
144/20 145/2
145/12 145/14
145/19 145/22
145/23 145/25
145/25 146/13
146/13 146/17
146/20 146/25
147/2 147/2 147/3
147/9 156/7 156/13
IRGC's [3]  137/4
139/25 140/8
IRGC-Q [1]  144/19
IRGC-QF [11]
136/24 138/24
139/12 144/20
145/22 145/25
146/13 146/17
146/20 147/2 147/9
IRGC-Quds [1]
146/13
is [369]
ISLAMIC [68]  1/6
3/3 112/5 112/10
112/11 116/19
117/18 117/19
118/1 118/3 119/22
121/9 122/14

122/22 122/23
123/3 123/8 123/8
125/4 125/12
125/20 129/11
136/21 136/23
137/2 137/5 138/25
139/3 139/6 139/13
139/23 139/23
139/24 139/25
140/17 140/22
140/23 141/8
143/18 145/11
147/3 147/6 147/10
147/12 147/15
148/14 148/15
148/20 149/3 149/4
149/21 149/21
150/14 151/3 151/8
151/10 151/20
152/2 152/4 153/1
153/3 153/8 153/12
154/15 155/2 155/3
156/8 156/13
isn't [4]  21/5 22/10
45/10 45/16
isolated [1]  37/22
Israel [49]  3/14 8/4
15/2 22/11 23/2
24/5 34/19 35/14
35/17 35/18 35/20
37/19 39/7 39/15
39/19 40/3 41/5

42/6 42/22 50/16
51/7 51/12 53/17
59/19 64/24 68/17
76/1 77/1 77/5 93/2
101/11 112/6 112/7
112/7 112/24 115/4
115/9 117/21
117/22 117/23
122/16 122/16
125/2 130/6 141/10
147/19 150/19
154/11 155/4
Israeli [15]  111/12
114/23 115/13
116/24 117/1
117/21 124/25
126/6 126/6 147/19
153/11 154/9
154/10 155/9
155/11
Israelis [4]  150/17
151/24 152/13
158/3
issue [12]  20/1
117/11 121/19
126/3 127/11
129/21 131/5
131/12 131/20
167/13 167/20
167/24
issued [2]  117/5
154/4

**issues [9]** 48/1
48/18 98/10 98/11
111/13 111/15
138/22 139/12
161/12
**Istiqlal [2]** 114/13
116/7
**istishhad [1]** 117/2
**istishhadi [2]**
116/21 117/2
**it [426]**
**it's [77]** 11/1 18/5
19/9 19/10 19/13
20/5 20/6 22/12
25/24 30/4 30/7
30/8 32/9 32/10
32/11 45/17 48/25
49/5 53/2 54/7
55/22 56/2 56/3
56/23 78/11 84/23
86/20 86/21 86/21
86/21 91/4 91/12
91/13 92/14 99/15
100/18 102/17
102/20 104/21
105/20 105/21
106/13 112/4
114/11 115/6 116/4
116/7 117/25
118/21 119/4 119/5
119/20 123/18

124/8 126/25 128/2
128/13 132/17
132/18 133/16
133/17 133/20
134/5 134/6 134/14
134/19 147/13
148/11 157/18
161/23 163/3
163/16 163/17
164/17
**item [2]** 125/1
126/14
**items [2]** 115/16
115/17
**its [16]** 114/9
114/17 114/25
117/20 121/11
121/22 129/17
142/12 142/17
144/22 145/24
147/15 153/4 154/9
156/22 158/10
**itself [7]** 5/11 12/19
60/23 102/6 141/8
149/5 165/23

## J

**J.D [2]** 76/8 76/21
**Jabari [1]** 111/6
**JAMES [1]** 1/11
**January [4]** 142/8
148/10 148/11

**Jerusalem [19]**
7/23 7/23 22/5 64/3
76/1 93/20 101/11
109/20 112/15
116/15 116/24
119/11 119/18
121/11 126/1
151/14 151/19
155/10 155/16
**Jewish [2]** 17/10
31/10
**Jews [1]** 72/4
**Jihad [48]** 112/10
112/11 116/20
117/19 118/1 118/4
119/22 122/14
123/8 125/4 125/12
125/20 129/11
137/2 137/5 138/25
139/3 139/6 139/13
139/24 139/25
140/12 140/17
147/6 147/10
147/12 148/14
148/15 149/3 149/5
149/21 149/22
150/14 151/3 151/8
151/10 151/20
152/2 152/4 153/1
153/3 153/9 153/12
154/15 155/2 155/3

**J**

Jihad... [2]  156/8
 156/14
Jihad's [1]  148/20
job [6]  66/19 84/18
 97/19 103/15
 167/11 168/11
jobs [2]  55/14 58/9
Join [1]  59/10
joined [1]  66/6
joining [1]  6/2
joke [2]  45/10
 45/16
jolt [1]  24/24
journalists [1]
 152/12
judge [11]  1/12
 21/1 23/23 32/19
 41/2 49/11 57/6
 67/7 74/24 78/11
 90/18
judgment [2]
 135/12 159/7
judgments [1]
 159/22
judicial [1]  161/17
junction [1]  126/1
June [5]  1/9 56/6
 125/19 144/23
 155/18
just [184]
justify [1]  141/20

**K**

justifying [1]  133/20

keep [7]  34/7 40/11
 40/12 72/23 73/1
 73/7 97/8
keeping [2]  39/21
 122/25
kept [7]  62/15
 79/13 79/20 79/23
 79/24 83/18 104/24
Khamenei [3]
 154/11 155/18
 155/23
kid [14]  12/22
 12/22 18/7 27/8
 30/17 31/1 47/10
 47/24 58/22 60/16
 61/18 64/8 98/5
 98/13
kidnap [1]  134/14
kids [39]  7/16 8/14
 20/12 21/24 27/7
 28/20 29/9 29/17
 30/23 32/3 34/4
 34/10 36/23 45/7
 48/11 54/16 55/2
 55/6 55/25 57/13
 57/14 57/15 57/21
 57/24 57/25 59/7
 74/7 74/9 77/16
 78/2 82/11 86/11
 86/12 86/14 87/24

88/1 104/15 105/1
 164/17
kill [4]  10/18 27/17
 55/22 115/8
killed [37]  22/21
 23/5 36/13 36/14
 36/17 41/17 41/19
 45/24 45/25 46/1
 47/17 50/12 50/21
 53/7 61/16 62/3
 67/25 71/7 71/14
 71/16 71/17 83/2
 125/5 125/13
 130/13 130/23
 130/25 131/3 131/4
 131/7 150/17
 155/10 161/2
 163/14 164/21
 166/16 166/16
killing [5]  116/16
 116/24 121/13
 126/1 166/17
kind [44]  7/15
 10/12 18/6 20/11
 22/13 29/1 30/9
 38/7 39/1 39/6 40/3
 45/6 45/9 45/14
 46/2 46/6 46/11
 46/23 46/25 47/4
 47/6 47/7 47/8
 47/11 48/17 48/18
 49/23 50/21 53/2

**kind...** [15] 54/7 54/8 54/14 58/9 61/8 62/22 62/24 76/6 76/23 79/11 82/9 82/12 83/15 85/1 113/6

**kindergarten** [1] 102/14

**kinds** [4] 18/3 22/11 22/12 27/25

**knee** [6] 89/2 89/3 89/4 96/8 96/8 96/12

**knew** [16] 9/9 10/14 11/1 11/4 13/10 13/10 30/18 37/5 47/22 47/24 47/25 53/12 62/7 66/14 105/2 166/16

**knife** [1] 104/7

**knocked** [1] 79/19

**know** [106] 4/22 10/21 10/24 11/8 12/14 14/14 14/16 14/20 16/11 16/22 16/22 19/12 21/10 21/21 21/21 21/22 21/23 22/12 23/1 23/3 26/12 27/2 27/7 27/18 32/10 32/12 33/25 34/8

41/25 47/1 48/4 52/7 52/17 53/10 53/12 54/3 54/10 56/2 58/3 58/4 58/4 61/11 61/12 61/17 61/19 62/5 62/5 62/6 62/7 62/11 62/13 65/22 65/25 66/21 68/2 69/3 69/4 72/18 73/13 78/2 78/11 79/25 80/17 80/21 84/6 85/6 85/15 86/15 86/19 86/19 86/24 86/25 87/2 87/3 87/6 87/25 88/14 89/9 89/19 91/13 95/7 95/20 97/12 98/14 99/10 100/11 106/15 132/16 134/13 142/24 145/5 149/14 151/22 151/23 151/24 155/15 155/24 156/24 159/22 160/15 162/25 163/17 165/9

**knowing** [3] 61/14 61/22 61/23

**knowledge** [1]

**known** [4] 114/9 154/1 157/3 158/19

## L

**labeled** [1] 141/25

**lack** [1] 91/3

**lady** [2] 12/17 74/7

**laid** [2] 31/12 79/11

**lane** [1] 79/5

**language** [5] 121/23 121/24 145/1 147/8 155/13

**lap** [4] 78/22 78/24 79/16 94/18

**large** [2] 79/3 153/4

**largely** [1] 115/17

**larger** [4] 131/9 153/15 158/11 162/17

**last** [22] 4/21 8/17 8/18 16/14 19/8 22/17 37/7 41/14 58/7 78/10 87/20 92/2 93/6 115/7 116/21 125/24 132/11 133/15 136/1 148/13 149/1 149/23

**lasted** [1] 131/22

**lasts** [1] 84/12

**late** [4] 61/12 64/10 103/4 104/13

# L

**lately** [1]  54/19
**later** [12]  18/20
33/11 33/11 61/7
62/3 62/21 62/21
90/24 143/15 144/5
158/11 158/23
**Latin** [1]  161/13
**laughed** [1]  46/3
**laughing** [1]  44/16
**law** [3]  4/2 76/23
141/3
**lawyer** [1]  91/19
**lawyers** [2]  160/4
160/9
**lay** [1]  11/15
**leader** [10]  122/13
141/2 142/19
142/20 148/18
150/10 152/4
154/10 155/18
157/4
**leading** [1]  156/14
**leads** [1]  122/8
**leaning** [2]  9/2 54/1
**learn** [6]  33/21
33/24 38/23 49/6
71/6 78/2
**learned** [7]  20/17
71/5 71/7 71/8 71/8
71/11 159/25
**learning** [3]  18/8

48/2 55/11
**least** [5]  31/23
32/21 66/4 80/14
155/12
**leave** [8]  17/4 74/10
77/1 77/6 82/11
85/13 88/16 97/17
**leaving** [2]  37/8
97/18
**Lebanese** [2]  147/5
154/13
**Lebanon** [1]
156/10
**led** [3]  88/9 103/2
117/2
**left** [11]  10/7 14/23
16/3 37/10 37/11
37/23 38/12 63/12
118/9 120/13
122/10
**legally** [1]  167/7
**legend** [1]  128/21
**legitimate** [1]
117/23
**legitimization** [2]
117/24 118/5
**legitimize** [1]
117/21
**legitimizes** [1]
118/6
**Leslie** [4]  23/16
23/17 24/4 35/2

less [4]  92/3 123/4
134/24 155/6
**let** [16]  16/3 21/10
42/16 55/2 56/4
82/3 86/12 86/13
87/6 96/2 104/12
123/2 142/24 145/5
149/14 164/16
**let's** [15]  17/3 17/23
92/5 106/23 106/23
115/16 115/25
117/20 133/4
135/25 141/24
146/3 163/5 163/8
164/17
**lethal** [1]  155/6
**level** [4]  35/19
39/17 40/21 41/22
**liable** [1]  118/7
**Liberation** [2]
121/1 147/6
**license** [2]  44/19
44/25
**lie** [1]  97/13
**life** [31]  6/24 7/1
9/25 11/5 17/23
17/24 20/8 31/16
33/18 43/14 48/3
52/4 52/9 54/5
55/18 60/15 60/17
69/17 74/8 77/21
98/5 98/12 100/17

life... [8] 102/19
103/1 103/13
104/11 104/16
104/19 104/20
160/10
lifted [1] 9/15
light [4] 79/3 79/4
94/22 160/1
like [160] 4/14 6/24
7/1 7/15 8/1 8/21
9/12 10/1 10/11
10/12 11/17 14/6
15/3 17/15 17/25
19/10 19/15 20/15
24/20 24/22 25/4
25/6 26/14 27/3
31/15 31/16 31/21
32/9 32/11 34/6
38/9 38/9 38/18
38/19 39/17 40/5
40/16 41/21 41/22
44/13 45/8 45/12
46/2 46/6 46/24
49/2 52/4 52/16
53/2 53/3 53/4
53/14 53/17 53/18
54/2 54/9 54/14
54/18 55/2 55/3
55/19 55/20 55/21
55/21 55/21 55/22
56/21 56/21 57/16

58/19 58/22 58/22
58/22 59/2 59/4
59/7 59/8 59/8
60/15 60/16 60/25
63/1 64/7 64/8 65/4
67/23 68/3 69/17
70/25 71/16 71/17
71/19 72/1 73/20
73/24 74/2 74/10
78/3 79/6 79/24
81/10 81/11 82/10
82/22 84/8 84/12
84/13 85/3 85/5
85/13 85/16 85/25
86/4 86/21 86/22
87/10 88/25 90/7
91/3 92/3 95/7
96/12 96/20 97/16
98/14 98/22 98/23
99/6 99/11 102/18
103/9 103/10
103/10 103/14
103/17 104/19
104/22 104/25
105/1 105/4 105/5
105/24 106/1
106/13 117/17
119/1 121/23
123/22 126/5
132/24 134/5
135/12 135/20

158/16 167/24
liked [5] 7/14 7/14
7/16 43/23 78/1
likelihood [1] 28/21
likely [5] 62/6
114/4 114/18 131/5
151/15
limit [1] 107/3
Limitations [1]
167/13
limited [1] 91/17
line [4] 112/8
124/10 132/2
167/19
lines [1] 128/2
Linguistic [1] 19/9
Lisa [3] 1/22
168/20 168/25
list [5] 125/23
142/1 142/7 145/7
148/25
listed [5] 127/1
142/4 148/14
148/15 149/25
literally [1] 27/15
little [35] 6/23 8/14
10/11 15/15 15/16
17/24 18/6 18/7
18/25 19/19 24/20
25/6 27/20 27/24
31/16 31/17 34/9

**little...** [18] 45/15
45/15 45/22 46/24
49/21 50/18 52/4
54/15 56/22 68/3
86/20 87/24 90/1
105/13 131/9
131/10 163/6
164/17
**live** [16] 3/16 3/20
10/24 21/17 21/25
22/8 22/9 22/25
47/17 68/20 75/25
76/1 93/1 101/10
103/12 103/22
**lived** [4] 7/6 7/16
58/24 63/22
**lives** [1] 31/20
**living** [7] 34/25
35/22 39/18 54/9
65/11 65/13 117/21
**LLC** [1] 1/16
**local** [1] 153/14
**lock** [1] 65/23
**locked** [2] 46/14
63/11
**locks** [1] 73/21
**logical** [1] 168/3
**logo** [3] 119/17
119/17 126/19
**lone** [3] 110/12
135/8 135/10

**long** [16] 8/16
27/23 30/17 30/20
61/12 61/17 72/12
73/23 80/17 84/12
100/1 104/1 105/15
133/16 134/22
162/13
**look** [15] 33/5 33/6
45/5 63/7 63/10
63/19 66/5 109/22
118/18 119/14
121/4 133/1 141/24
142/24 157/11
**look-out** [2] 63/7
63/19
**looked** [11] 10/7
10/10 12/5 13/10
33/5 48/5 146/3
146/6 148/24 163/4
163/18
**looking** [15] 20/8
26/20 31/2 45/12
81/22 82/11 96/25
124/9 128/16 129/2
129/17 130/1
130/10 141/12
166/5
**looks** [2] 104/6
123/22
**loose** [1] 49/1
**lose** [1] 20/3
**losing** [1] 33/8

**lost** [6] 23/25 46/24
46/24 46/25 55/22
89/15
**lot** [93] 4/9 7/1
12/12 12/18 14/4
14/23 18/8 20/21
22/10 22/23 26/3
28/23 28/23 28/24
29/1 29/6 29/7 31/6
39/20 43/23 47/25
48/12 49/25 50/1
52/18 53/19 54/3
55/6 55/7 55/17
56/15 58/23 60/17
62/24 62/24 64/8
64/9 64/12 64/18
64/19 64/19 64/20
66/14 66/14 69/21
69/24 71/23 71/25
72/11 72/25 73/7
74/2 74/9 74/11
74/17 77/13 77/15
79/4 81/3 84/15
84/24 87/6 87/9
87/10 88/15 89/1
89/8 90/25 95/5
95/15 96/11 97/21
97/22 98/10 98/24
99/9 99/13 104/9
104/11 104/16
104/19 104/21
104/22 105/4

# L

lot... [9]  105/16
105/19 106/1 106/5
133/7 135/1 135/7
159/17 159/18
loud [2]  9/6 9/6
loudly [4]  34/20
42/23 51/8 59/20
love [1]  28/16
loved [4]  17/11
23/2 28/17 30/19
loving [1]  20/12
low [2]  35/20 106/3
lucky [1]  34/1
luncheon [2]  91/24
107/7
lying [7]  10/7 14/5
26/22 45/11 80/11
80/12 81/5

# M

M16 [2]  120/4
121/10
machine [2]  14/16
122/10
mad [1]  45/5
made [16]  4/2 4/6
16/12 29/8 34/6
37/2 61/9 63/11
64/5 65/1 86/3
91/13 97/10 132/14
133/2 158/1

mafian [1]  128/7
main [3]  35/19 45/6
116/11
mainly [2]  8/13
115/5
major [9]  46/6
104/20 114/2 114/3
133/6 143/7 150/18
152/15 153/8
make [25]  5/4 5/13
30/19 44/3 51/7
59/19 61/6 63/19
65/23 66/2 70/5
77/18 97/11 99/7
99/9 99/12 102/21
118/9 125/16
129/17 141/18
151/15 156/3
157/19 163/6
makes [2]  74/16
141/15
making [7]  42/13
44/9 45/24 46/2
96/25 124/20
141/20
mall [1]  86/13
Malta [1]  122/18
man [2]  161/19
161/20
managed [1]  117/1
mandated [1]
160/8

manifested [1]
54/16
manner [2]  124/14
141/22
many [12]  4/21
7/22 30/20 41/13
85/16 87/19 103/16
106/4 106/7 132/17
135/3 161/24
Marital [1]  124/13
marked [2]  110/14
137/17
marriage [2]  31/19
88/9
married [22]  6/9
21/12 33/10 33/13
33/14 33/14 43/7
43/8 51/20 54/24
54/25 57/12 60/8
68/24 73/18 75/8
75/9 76/9 88/15
93/9 93/11 105/13
martyr [9]  117/3
121/10 121/15
122/5 123/7 124/11
128/24 130/19
130/21
martyrdom [4]
118/12 124/13
124/14 124/14
martyrs [3]  121/8
121/16 122/24

**Matching [1]** 154/12

**material [13]** 137/4 139/5 139/25 140/12 140/17 141/19 144/18 146/14 147/4 147/9 150/15 152/2 156/13

**materials [2]** 3/24 4/25

**maternity [2]** 77/1 77/6

**matter [5]** 11/14 104/13 126/21 161/24 168/22

**Mawr [1]** 76/7

**may [10]** 23/23 24/16 31/17 32/6 82/16 113/20 162/5 165/17 166/12 166/13

**maybe [17]** 3/18 16/14 39/6 47/12 61/20 62/6 62/21 63/12 83/23 85/17 86/16 91/19 161/11 163/4 167/17 168/2 168/10

**me [191]**

**mean [18]** 4/21 45/22 47/18 48/3 50/18 90/11 90/13 91/2 103/16 108/2 118/5 128/3 132/18 156/24 160/25 162/1 167/14

**meaning [4]** 45/16 47/7 117/16 133/8

**means [2]** 30/4 114/1

**measures [1]** 121/9

**media [4]** 14/1 14/2 126/22 126/22

**medical [2]** 19/22 39/8

**medication [4]** 30/9 84/25 87/23 87/25

**medications [1]** 84/24

**medicine [3]** 30/2 39/10 85/2

**meet [1]** 155/18

**meeting [6]** 150/12 150/14 150/18 150/23 155/20 155/25

**member [12]** 7/18 27/3 27/6 37/6 109/10 127/22 155/8 164/4 164/13 164/15 165/6

**members [10]** 22/21 41/17 69/5 72/21 97/8 99/2 127/15 156/4 156/8 156/9

**memorial [4]** 66/20 119/4 124/3 130/2

**memories [1]** 19/15

**memory [1]** 19/15

**men [2]** 22/14 80/25

**mental [14]** 18/23 19/16 29/20 48/1 48/20 54/17 56/25 66/11 75/4 87/12 88/4 99/21 100/5 106/9

**mentioned [14]** 18/11 32/5 36/21 41/8 54/21 55/12 76/21 88/7 119/24 127/5 128/8 134/20 135/9 142/11

**mentions [1]** 130/11

**mercy [1]** 11/3

**met [6]** 7/7 7/11 28/4 73/16 73/18 150/9

**method [2]** 19/13 40/8

Case 1:17-cv-01214-JEB

**Michael [2]** 1/15 3/7

**middle [8]** 8/17 40/17 84/5 84/11 98/25 109/14 127/23 128/10

**midst [1]** 26/8

**might [15]** 4/23 15/18 15/18 25/22 25/22 49/15 62/25 70/25 84/6 85/19 114/15 150/22 158/3 162/6 162/17

**migraine [5]** 85/7 85/14 90/21 90/25 91/2

**migraines [6]** 84/16 84/19 84/20 85/18 85/20 90/22

**mild [1]** 100/6

**military [10]** 58/16 112/13 112/16 112/18 116/19 119/21 126/6 126/21 142/15 142/16

**Miller [11]** 5/4 75/14 75/15 75/22 90/18 92/15 92/17 101/1 101/2 101/7 106/21

152/16 152/25 153/6 157/21 158/1 158/4

**millions [1]** 152/18

**mind [7]** 55/20 84/9 88/8 104/9 141/24 147/24 153/2

**mine [3]** 27/5 56/10 109/17

**minimal [1]** 163/8

**minimally [1]** 70/25

**minimizing [1]** 39/14

**minister [2]** 72/1 150/16

**Ministry [2]** 125/3 126/7

**minute [3]** 13/7 22/4 42/16

**minutes [6]** 3/23 58/19 92/3 92/5 94/15 135/25

**miscellaneous [1]** 160/11

**missile [2]** 41/13 144/22

**mistakes [1]** 91/13

**mixing [1]** 45/22

**mobilize [1]** 113/13

**modest [2]** 152/25

**Mohammed [7]** 125/4 125/13 127/4 127/9 130/5 130/19 130/21

**mom [3]** 87/24 100/18 102/23

**mom's [1]** 99/4

**moment [8]** 9/15 18/11 55/9 55/11 61/9 71/11 108/8 118/19

**moments [5]** 96/4 99/10 146/6 148/24 156/2

**mommy [2]** 21/23 25/7

**Monetary [1]** 138/11

**money [8]** 97/22 113/12 132/22 153/6 153/14 160/5 160/18 161/2

**month [9]** 35/14 66/13 84/14 84/18 85/20 87/21 91/6 91/20 143/15

**months [6]** 17/23 19/17 38/4 62/8 99/25 134/18

**moral [1]** 25/3

**more [63]** 4/16 4/16

more... [61] 5/6
5/13 13/21 18/10
22/14 25/3 31/4
31/5 32/9 32/23
36/7 37/2 39/15
39/15 39/24 41/22
54/7 54/8 56/1 56/2
56/11 56/12 58/3
67/23 71/9 74/16
83/22 85/23 88/20
88/24 89/1 89/8
91/20 97/16 99/8
99/14 104/3 106/24
114/7 114/14
114/18 116/25
117/24 130/13
130/25 131/4
132/11 134/12
141/7 151/15
152/10 152/16
159/6 159/18
161/15 162/5 162/6
164/17 166/15
167/16 167/20
morning [14] 3/7
3/10 5/16 6/2 23/20
32/21 43/24 44/3
44/4 44/9 68/9
75/18 103/5 125/13
Mosque [1] 129/7
most [11] 19/23

84/24 86/12 94/1
103/20 112/19
116/7 120/5
mostly [5] 38/20
67/22 72/23 74/1
96/19
mother [51] 15/2
15/23 15/24 16/1
16/7 16/18 16/21
16/24 17/7 31/9
33/17 44/12 44/18
44/23 45/5 45/21
55/24 62/11 63/3
70/16 70/19 71/1
74/6 78/1 93/16
94/7 94/10 94/14
95/1 95/19 95/21
95/24 96/19 97/14
97/15 98/4 98/11
99/2 100/9 100/15
101/18 102/12
103/3 103/7 103/9
103/13 103/20
103/24 104/12
104/24 105/11
mother's [2] 74/4
94/17
mothering [1] 87/8
mount [1] 129/6
move [5] 3/19
11/17 19/14 108/14

moved [11] 9/9
9/16 12/13 21/8
74/6 77/1 77/4
80/20 80/24 97/23
103/8
movement [4]
116/20 119/22
123/8 123/9
movie [2] 12/9
134/9
moving [3] 81/3
81/14 94/21
Mr [1] 3/12
Mr. [10] 21/6 41/2
49/11 67/7 74/24
108/2 150/13
150/16 152/5
157/21
Mr. Radine [2]
21/6 108/2
Mr. Schertzman [4]
41/2 49/11 67/7
74/24
Mr. Shallah [1]
150/13
Mr. Shaqaqi [3]
150/16 152/5
157/21
Mrs [1] 32/18
Ms [1] 20/25
Ms. [3] 57/6 90/18

**Ms.... [1] 106/21**
**Ms. Miller [2]**
**90/18 106/21**
**Ms. Schertzman [1]**
**57/6**
**much [61] 4/6 4/16**
**13/1 14/13 17/15**
**20/5 23/9 23/13**
**26/10 34/12 34/13**
**37/3 40/20 41/6**
**41/22 41/22 42/12**
**44/14 44/17 49/12**
**50/23 54/8 55/15**
**57/9 59/12 59/13**
**62/12 64/15 67/10**
**67/22 68/5 68/7**
**69/20 72/25 73/6**
**74/8 75/11 85/8**
**87/3 87/3 88/24**
**90/16 90/19 91/10**
**91/21 96/12 96/20**
**98/5 98/12 98/23**
**100/22 106/21**
**117/20 135/22**
**153/15 157/25**
**161/4 162/17**
**162/17 162/19**
**164/4**
**Mujahid [1] 114/12**
**multiple [1] 81/6**
**must [2] 79/16**

**my [261]**
**Myriam [9] 5/4**
**75/14 75/15 75/18**
**75/22 82/15 88/20**
**94/7 101/18**
**myself [21] 10/19**
**11/4 16/4 20/17**
**27/16 42/2 44/1**
**54/8 72/18 72/23**
**72/25 73/7 73/7**
**83/4 84/13 86/22**
**87/2 89/15 97/1**
**97/3 105/20**

**N**

**N.L.P [1] 19/9**
**Nablus [1] 111/3**
**name [17] 4/20 6/3**
**24/3 34/21 42/24**
**42/25 51/10 59/20**
**59/22 68/16 75/20**
**92/21 101/6 108/23**
**124/4 124/12**
**136/10**
**named [1] 19/2**
**namely [2] 126/22**
**154/22**
**names [4] 4/11 4/21**
**16/14 66/20**
**Nasara [1] 130/22**
**Nation [1] 121/9**
**national [2] 138/12**

**nationals [1] 148/1**
**nature [3] 36/23**
**37/1 40/15**
**near [5] 8/19 65/25**
**122/1 136/13**
**138/13**
**necessarily [1]**
**133/19**
**necessary [1] 5/13**
**neck [16] 8/21 8/22**
**9/10 9/18 11/9**
**11/12 13/1 14/18**
**14/20 15/10 15/14**
**15/20 18/9 82/5**
**82/6 82/7**
**need [12] 15/11**
**16/25 39/23 73/25**
**74/16 78/10 86/19**
**105/4 106/24 128/4**
**167/8 167/10**
**needed [15] 19/19**
**28/22 28/23 30/2**
**32/8 47/11 47/21**
**54/10 65/2 65/4**
**65/5 71/23 97/24**
**106/5 108/3**
**needing [1] 4/16**
**needs [6] 19/22**
**56/8 74/2 74/2**
**103/17 108/6**
**negatively [1]**

Case 1:17-cv-01214-JEB Document 64-9 Filed 12/01/20 Page 101 of 116

negatively... [1] 37/18

neglected [2] 29/9 32/6

neighborhood [4] 7/7 22/7 66/17 109/19

neighboring [1] 125/21

neither [1] 83/11

nervous [2] 86/22 90/8

network [1] 158/10

networks [5] 110/21 110/24 111/23 128/2 128/12

Neuro [1] 19/9

Neuro-Linguistic [1] 19/9

never [22] 7/3 7/4 16/12 18/5 46/25 48/24 49/5 63/11 65/1 65/5 66/5 66/14 66/22 67/4 86/2 88/17 106/17 123/2 123/3 132/14 134/1 134/1

new [8] 39/18 44/2 78/1 78/2 109/11 138/5 142/14 159/3

news [6] 10/23 20/16 27/13 27/17 27/24 126/23

newspaper [4] 64/1 64/2 157/3 159/2

newspapers [2] 114/12 114/17

next [29] 9/8 9/23 10/6 12/11 12/17 13/16 15/25 18/21 53/15 54/5 73/19 78/21 78/21 79/2 79/5 79/18 91/9 91/10 94/14 95/4 95/21 116/10 117/4 117/5 122/7 123/5 128/22 129/2 144/10

nice [1] 13/25

night [9] 53/18 61/13 65/24 66/3 66/3 66/4 66/6 83/21 88/16

nightmare [1] 14/7

nightmares [13] 18/3 18/11 84/2 85/17 88/24 89/5 89/8 89/24 91/3 98/16 98/18 98/19 99/24

NJ [1] 1/17

no [69] 4/18 4/21 5/17 10/4 11/14 12/22 13/20 15/19 16/6 16/23 17/11 17/14 17/14 17/22 17/22 18/13 18/13 18/17 23/8 24/13 27/19 34/1 37/21 46/16 46/19 47/16 48/8 50/5 50/13 51/21 53/12 61/12 64/19 74/22 75/6 76/10 77/20 77/22 77/22 77/22 85/15 85/15 89/24 90/17 99/20 100/22 102/3 106/11 106/17 106/18 109/7 121/20 122/16 129/25 131/25 131/25 135/13 143/14 143/14 144/5 144/14 153/3 155/15 156/17 159/24 161/24 162/8 162/22 167/6

nobody [6] 27/21 80/20 80/24 122/6 122/16 133/25

noise [3] 9/6 72/11 84/23

noises [5] 9/6 94/23 94/24 95/7 95/8

Case 1:17-cv-01214-JEB Document 100/20 Filed 12/01/20 Page 232 of 24

non [1] 112/16
non-military [1] 112/16
normal [11] 8/2 31/16 33/18 33/20 48/14 60/16 61/1 64/5 64/7 69/19 104/9
normally [2] 36/4 97/5
nose [1] 163/23
not [114] 8/22 9/11 11/14 11/15 11/23 12/22 13/24 15/1 16/16 21/24 22/23 23/23 27/4 37/25 39/16 41/15 45/17 46/20 47/12 49/8 54/8 55/9 61/12 61/14 61/23 61/24 63/13 64/9 64/18 66/4 67/22 67/23 68/4 69/4 73/6 74/12 80/2 80/9 83/5 83/17 83/17 84/1 84/2 84/19 85/7 85/18 86/21 86/21 87/4 88/15 89/19 90/4 91/15 94/21 96/14 97/5 98/11 98/22 99/2

102/23 103/18 104/9 105/1 105/5 105/6 105/7 106/2 106/4 106/7 106/11 107/2 111/8 113/19 113/20 115/7 117/19 120/7 124/5 124/5 125/9 132/16 133/8 133/15 133/19 134/1 135/13 141/18 142/14 142/18 147/22 151/6 152/8 153/4 153/5 155/25 157/11 157/14 160/6 160/21 161/22 161/22 161/23 163/4 163/9 163/13 164/8 164/20 164/24 165/7 165/8 166/2 167/3
notably [1] 154/14
nothing [9] 8/1 47/6 48/8 59/8 63/19 89/3 100/24 134/12 168/3
noticed [2] 30/16 30/23
notion [1] 123/3
notwithstanding [1] 99/16

6/13 24/16 35/6 35/25 43/12 52/1 60/13 69/9 70/12 76/17 78/5 93/19 101/22 109/19 112/21 116/5 121/7 124/14 125/25 140/8 149/17 155/8 155/15 156/15
now [27] 5/20 8/3 10/8 15/11 15/16 16/21 16/25 19/20 20/4 20/8 21/4 21/7 21/16 31/24 34/3 44/15 55/8 56/14 65/19 65/21 66/10 84/25 91/25 112/12 115/17 115/25 167/13
nuclear [2] 143/8 144/23
number [9] 50/18 125/25 131/7 135/18 141/12 151/18 159/14 161/23 163/12
numbing [1] 14/21
nuts [3] 13/11 20/17 20/17

Case 1:17-cv-01214-JEB   Document 49   Filed 12/01/20   Page 233 of 276

objectives [1] 147/17

observant [1] 72/4

observe [6] 30/13 74/4 74/12 88/21 88/23 100/13

observed [5] 71/23 99/3 100/9 100/10 105/22

observing [1] 71/9

obviously [5] 5/6 78/8 103/18 104/3 158/22

occasion [1] 86/1

occasions [1] 105/19

Occupation [5] 116/21 117/15 121/14 130/18 130/20

occupied [3] 112/8 116/15 116/23

occur [3] 30/18 94/5 150/18

occurred [8] 15/2 19/10 41/10 66/17 69/9 134/24 150/22 157/9

October [8] 112/3 113/1 143/3 144/21 146/8 149/8 149/25

OFAC [1] 143/17

off [31] 13/3 13/5 13/8 19/3 36/2 37/15 44/10 47/2 47/7 48/25 57/16 58/6 60/25 79/16 81/11 81/13 81/18 81/25 85/22 86/3 86/18 95/4 95/14 95/16 97/2 98/15 98/24 104/1 104/8 105/18 143/11

offer [9] 47/20 110/14 118/15 123/11 124/22 126/9 129/12 131/14 137/23

offered [2] 81/20 118/14

office [3] 84/18 141/1 143/17

officers [1] 50/10

official [7] 115/13 119/9 119/10 119/20 123/16 126/18 129/18

officially [1] 157/8

officials [1] 151/23

offline [1] 114/9

often [6] 30/22 31/8 35/24 115/6 127/25

oh [3] 74/1 79/12 148/11

Ohio [3] 35/8 37/22 42/4

okay [62] 3/18 3/21 4/24 5/9 5/21 7/9 7/19 8/6 8/19 9/4 12/1 20/22 21/3 21/7 21/11 23/9 24/2 24/21 25/7 25/16 40/24 42/12 43/17 44/15 49/9 49/11 50/23 50/25 51/9 53/12 57/5 57/7 58/13 59/13 59/24 66/2 67/6 74/24 74/25 75/20 90/18 91/21 92/1 92/8 92/12 92/14 94/3 94/4 96/7 107/4 108/2 110/16 111/24 118/16 123/13 132/6 137/25 140/1 159/5 161/4 163/12 167/22

old [21] 6/14 14/15 15/11 25/18 43/12 43/15 52/2 52/3 56/5 60/13 68/18 69/11 69/14 75/23

# O

old... [7]  92/24
93/23 93/24 101/8
101/24 101/25
124/12
older [2]  74/11
105/17
oldest [1]  56/5
once [13]  3/18 18/2
58/23 65/17 66/4
66/18 67/3 84/10
85/17 87/20 87/21
89/5 163/23
one [60]  4/1 7/5
7/15 9/9 12/4 12/22
14/15 16/23 17/11
30/1 31/1 31/11
38/8 39/12 41/15
45/11 45/20 45/23
46/16 49/1 61/18
61/18 82/5 82/15
87/5 92/11 95/6
113/24 114/5
114/16 114/17
116/7 119/5 120/4
120/23 122/14
123/2 123/25
125/24 130/2 130/4
130/6 132/2 134/7
141/25 143/12
146/11 149/2
151/16 155/11

159/21 160/9
161/21 162/22
164/18 165/12
167/7 167/8
ones [4]  18/3 23/2
108/13 115/17
ongoing [1]  29/25
online [1]  114/9
only [21]  4/12
39/16 61/20 62/20
85/5 89/20 91/18
100/15 105/10
113/20 113/24
120/7 131/25 132/2
142/18 142/19
147/17 151/9
151/13 152/6
157/14
ooOoo [1]  168/17
open [6]  96/24
102/22 104/22
106/13 117/1 165/2
opened [4]  12/4
13/23 102/23
116/20
opening [2]  100/18
106/15
operation [14]
116/14 117/7
118/12 120/21
124/15 125/13

125/16 130/10
130/22 130/24
131/1 131/3 135/6
158/13
operations [5]
49/22 116/20
130/19 130/21
155/6
operative [2]  133/8
160/11
operatives [2]
117/20 133/17
opinion [14]  111/9
114/17 114/20
126/5 127/20
127/21 131/11
131/18 133/12
140/15 152/1 156/7
156/12 167/20
opinions [1]  137/11
oppose [1]  141/9
opposed [3]  40/5
114/15 165/12
oral [1]  77/25
order [8]  3/11
66/24 85/10 143/19
143/22 148/6 148/9
158/4
orders [1]  133/2
ordinary [4]  6/25
7/25 60/18 77/20
organization [27]

**O**

organization... [27]
112/2 112/4 114/10
120/8 120/10
122/15 122/22
132/2 134/25 135/1
135/3 137/1 138/21
142/16 144/7
144/20 145/15
145/20 147/13
147/20 148/18
149/5 152/8 153/15
157/12 158/6
158/11
organization's [1]
112/19
organizations [18]
110/22 113/14
113/22 120/8
120/23 123/4
132/19 133/6
134/13 141/21
145/8 146/15
147/21 148/25
151/1 156/23
158/11 158/17
organized [2] 3/25
128/13
organizing [1]
168/14
original [1] 123/25
OSEN [1] 1/16

other [70] 7/11
10/23 11/16 14/19
22/16 24/12 27/21
29/3 32/3 38/9
38/19 41/10 43/4
44/15 47/17 51/17
58/13 58/23 60/5
60/16 60/25 64/8
65/5 68/1 69/5
78/19 79/12 79/17
79/19 79/21 87/6
89/21 96/14 99/1
102/5 104/18 105/6
105/8 105/11
105/21 109/2 113/4
113/6 113/14 120/5
120/7 131/23 132/8
135/11 144/18
146/14 147/21
152/8 152/10
152/21 152/21
153/3 153/12
155/12 155/15
156/25 159/7
159/17 159/21
160/14 161/18
163/12 163/22
164/23 167/10
others [3] 114/7
167/16 168/10
otherwise [1] 68/1
Otniel [1] 130/24

our [243] 3/13 7/17
16/14 17/11 35/2
37/6 40/15 52/15
52/17 54/24 59/11
69/24 74/1 88/19
92/11 96/17 97/9
97/10 97/12 104/12
108/8 138/18
162/12 166/6
ourselves [1] 111/8
out [82] 4/5 9/24
13/1 13/12 14/3
14/18 14/20 15/10
15/13 26/23 28/7
31/3 37/9 37/13
38/20 46/14 47/23
48/15 50/2 52/8
53/2 55/2 61/6 62/1
62/2 62/3 62/15
63/7 63/7 63/10
63/10 63/19 64/8
64/22 66/4 66/4
70/17 70/20 70/21
70/22 73/23 78/2
81/1 81/1 81/4 81/7
82/3 82/6 82/7
82/10 84/13 85/8
85/20 86/24 91/8
91/14 96/10 97/6
103/2 103/15
103/15 103/16
104/7 104/12

## O

out... [18] 105/11
105/21 106/3 117/7
125/22 130/10
135/6 147/22 153/7
155/25 156/23
158/20 159/23
160/19 161/3
166/19 167/19
168/3
outer [1] 107/3
outside [7] 13/6
45/6 60/17 66/5
77/20 98/7 165/1
Oveissi [1] 166/6
over [23] 7/16 11/9
17/16 27/15 27/16
34/19 41/11 47/4
47/6 48/19 56/20
56/22 58/7 66/13
66/20 71/21 77/16
79/24 81/8 86/11
86/12 91/11 150/13
overall [2] 54/23
117/9
overly [1] 48/11
override [1] 141/2
overwhelming [1]
62/16
own [21] 6/7 12/3
17/16 26/7 27/5
64/11 64/13 64/25
73/1 85/7 104/13
105/20 114/9
114/25 145/1 147/8
154/20 164/13
owned [1] 146/15

## P

p.m [1] 168/16
P.X [1] 110/14
pace [1] 85/7
packed [2] 8/11
82/2
page [39] 2/2 110/1
110/7 114/11
116/10 116/12
119/2 119/4 119/12
119/15 119/25
121/3 121/4 121/6
122/1 124/8 124/20
125/2 125/6 125/15
126/20 126/21
128/16 129/2 130/9
130/15 130/16
145/10 146/10
146/25 148/10
148/14 149/2
149/20 154/5 154/7
154/7 154/24 155/1
pages [3] 127/1
130/2 168/2
paid [4] 135/15
159/23 160/7
pain [7] 18/8 18/9
84/21 85/1 89/3
96/8 96/10
painful [5] 5/13
11/3 18/10 83/5
84/23
pair [1] 141/7
pale [1] 83/17
Palestine [3]
119/22 121/1 147/7
Palestine-General
[1] 147/7
Palestinian [58]
109/16 110/21
110/22 110/24
110/25 111/13
111/22 112/5
112/10 118/1 118/3
120/22 122/14
127/24 129/11
134/24 137/1 137/5
138/25 139/3 139/6
139/13 139/24
139/25 140/12
140/17 147/5
147/10 147/12
147/21 148/14
148/15 148/20
149/3 149/4 149/21
149/21 150/13
150/25 151/3 151/7

**P**

**Palestinian... [17]** 151/9 151/20 151/24 152/2 152/4 152/14 153/3 153/8 153/11 153/12 154/14 154/15 154/17 155/1 155/3 156/8 156/13

**panic [6]** 55/3 85/9 85/18 86/2 89/11 97/4

**panicking [5]** 70/16 71/1 71/3 71/19 84/4

**paragraph [15]** 116/17 121/5 122/2 123/5 125/17 128/17 128/19 128/22 130/9 144/15 146/10 146/24 147/1 154/6 154/25

**parallel [2]** 141/5 142/16

**paramedic's [1]** 15/5

**paramedics [1]** 11/24

**paranoid [4]** 103/21 104/3 105/25 106/3

**parent [2]** 63/17 144/20

**parents [26]** 14/25 16/14 35/22 39/18 43/5 46/10 46/12 47/9 47/10 47/14 47/20 51/17 59/1 60/5 64/10 64/16 65/6 66/12 69/6 72/21 96/16 97/7 97/8 97/15 103/3 167/1

**Parliament [1]** 141/3

**parse [1]** 166/19

**part [9]** 20/6 39/9 52/16 55/14 58/6 96/19 124/16 147/21 166/12

**particular [6]** 37/9 41/20 126/13 158/17 163/18 164/24

**particularly [8]** 90/23 111/2 127/24 157/20 164/25 166/9 166/17 167/18

**parts [1]** 104/20

**party [1]** 114/16

**pass [4]** 9/15 66/19 66/19 67/3

**passage [1]** 99/16

**passed [2]** 9/14 9/24

**past [3]** 19/8 41/23 82/2

**paste [1]** 118/21

**patched [2]** 45/8 45/12

**patches [1]** 45/14

**Patrick [4]** 136/3 136/5 136/11 137/19

**patron [3]** 113/12 132/23 153/8

**pattern [3]** 120/7 122/21 129/9

**patterns [1]** 153/25

**pause [1]** 69/12

**pay [6]** 35/19 39/16 158/15 158/21 160/14 160/17

**pays [1]** 160/19

**people [56]** 4/20 11/7 11/8 11/25 12/6 12/21 16/12 19/4 23/1 23/1 26/3 45/17 48/2 61/16 72/5 79/14 79/20 79/20 79/24 80/18 80/24 81/2 81/3 81/9 81/14 81/25 87/18 89/19 89/21

Case 1:17-cv-01214-JEB   Document 49-34   Filed 12/01/20   Page 238 of 276

people... [27] 90/9 95/2 95/2 95/3 96/23 100/19 102/5 102/19 102/21 102/21 102/22 105/8 105/21 106/14 113/13 121/16 133/11 133/17 134/24 147/14 157/6 160/2 161/21 162/10 163/13 165/25 166/15

per [4] 152/18 159/10 159/12 165/9

percent [3] 80/2 91/15 155/23

percentage [1] 158/1

perfect [1] 11/18

perform [1] 49/23

performance [1] 72/14

perhaps [1] 165/24

period [30] 35/10 38/1 38/14 71/1 72/4 76/20 89/7 112/21 112/23 113/7 113/9 132/12 133/15 134/4 135/10 151/5 151/5 151/7 151/9 152/3 152/11 152/24 152/24 153/13 153/19 156/5 157/25 159/4

periodic [1] 42/6

periodically [1] 35/23

perpetrate [3] 151/3 151/16 151/21

perpetrator [2] 127/7 127/22

perpetrators [2] 115/3 133/23

persists [1] 87/1

person [23] 10/12 11/10 12/24 28/16 28/17 29/14 31/17 32/11 33/8 73/6 77/24 78/4 84/1 88/12 88/14 100/16 102/17 105/19 116/22 162/13 162/22 165/12 166/15

personally [1] 28/15

persons [1] 155/12

perspective [2]

PFLP [2] 147/7 154/15

PFLP-GC [2] 147/7 154/15

Ph.D [1] 138/5

phone [13] 15/5 15/6 24/20 25/4 36/4 36/5 44/2 44/3 44/9 53/13 58/19 86/15 86/16

phones [3] 15/3 63/8 103/23

photo [4] 119/25 120/2 120/13 129/3

photograph [5] 120/2 120/20 123/22 124/10 129/3

photoshop [1] 123/24

photoshopped [1] 120/17

phrase [2] 121/22 150/25

Phrases [1] 121/21

physical [5] 96/13 162/8 162/14 163/8 163/9

physically [2] 84/23 89/4

physician [1] 35/1

**pick [1]**  82/16
**picked [2]**  12/1
87/9
**picture [5]**  46/5
55/20 117/9 120/16
120/17
**pictures [2]**  14/2
21/23
**pieces [1]**  63/16
**PIJ [48]**  112/1
112/2 112/9 112/20
113/3 113/7 113/18
114/7 114/8 114/10
114/17 115/13
116/8 117/10 119/9
120/7 121/23
123/16 126/18
127/15 127/22
128/1 129/5 129/18
130/6 131/19
132/18 137/2
148/17 149/3 150/1
150/10 153/18
154/21 155/2 155/3
155/6 155/7 155/8
155/17 155/24
156/1 156/4 156/8
157/13 157/24
158/4 158/12
**pills [1]**  57/3
**pinpoint [1]**  30/24

**place [12]**
66/25 94/17 96/25
97/6 103/10 103/17
113/1 124/12
134/12 141/14
**places [8]**  23/2 55/6
85/12 86/12 89/10
96/24 97/4 98/12
**plague [1]**  85/25
**plaintiff [16]**  5/24
23/17 34/16 42/19
51/4 59/16 68/12
69/1 75/15 92/17
93/13 101/2 108/18
136/5 142/22 164/5
**Plaintiff's [3]**  148/4
148/23 149/13
**plaintiffs [38]**  1/4
1/15 3/8 3/9 3/14
4/4 5/22 23/16
34/15 35/4 43/4
49/10 51/2 57/4
59/15 60/5 67/5
68/10 68/11 69/6
75/14 76/13 90/16
92/15 93/16 101/1
101/19 108/16
109/2 110/14
123/11 124/22
129/12 131/14
136/3 137/23
139/20 153/21

**plaintiffs' [16]**
136/15
**plan [3]**  3/13 27/25
108/8
**planet [1]**  32/14
**planning [2]**  70/15
154/18
**plans [2]**  39/5 40/8
**platforms [2]**  114/9
116/8
**play [3]**  43/23
70/15 135/4
**played [2]**  7/1
60/17
**playing [2]**  7/14
69/24
**Plaza [1]**  1/16
**pleadings [1]**  4/2
**please [35]**  3/5 6/3
28/5 34/21 42/24
45/2 51/10 52/19
59/20 68/15 73/17
75/20 101/5 110/1
116/3 122/7 123/15
124/25 125/15
126/13 136/10
138/7 141/24
142/23 143/5 144/4
144/14 145/4 145/5
146/10 149/1
149/13 149/19
153/2 154/25

Case 1:17-cv-01214-JEB Document 52 Filed 01/20 Page 240 of 276

pledge [1] 155/24
pledged [1] 155/23
podium [1] 3/5
point [32] 10/10
11/22 12/1 13/19
26/15 26/18 28/4
30/1 31/11 45/20
45/23 47/7 55/23
58/1 66/11 66/22
70/19 80/8 84/17
87/22 87/23 95/10
98/1 106/10 108/3
110/13 130/10
153/14 163/6
163/22 164/23
166/24
pointing [1] 55/21
points [1] 110/20
police [1] 63/24
policeman [2]
14/22 15/7
policy [4] 136/14
138/11 138/14
138/22
political [8] 113/10
113/15 114/1
127/25 134/6
147/17 147/23
157/17
pool [1] 81/5
pop [6] 79/6 79/6

79/6 82/22 82/22
82/22
popping [2] 79/6
79/13
Popular [2] 120/25
147/6
porcelain [1] 131/2
portion [2] 3/15
161/22
position [6] 35/9
39/10 120/19
161/25 162/12
163/21
possible [5] 4/10
17/11 25/24 74/13
85/8
post [9] 20/6 20/14
38/19 63/9 63/14
64/3 64/4 88/6
124/3
potentially [1]
152/18
power [1] 140/23
powerful [1] 141/7
practice [1] 152/21
practices [1] 135/9
practicing [1]
76/24
prank [2] 44/3 44/9
prayer [4] 16/24
80/16 83/3 95/3
prayers [1] 16/25

praying [5] 11/2
17/1 83/5 90/11
90/13
preadmitted [4]
108/12 142/22
148/3 149/12
precautions [1]
22/7
precisely [1] 159/4
prefer [1] 167/23
pregnant [1] 19/18
preliminary [1]
5/15
preparation [3]
28/1 78/9 159/19
prepare [3] 137/7
159/18 160/22
prepared [3] 50/20
140/4 141/19
prepares [1]
138/21
preparing [4]
10/19 11/4 115/13
159/16
presence [2] 151/10
151/12
present [11] 4/8
73/5 87/1 96/6
99/17 144/2 146/22
149/10 150/5
151/13 162/11
presentation [1]

Case 1:17-cv-01214-JEB   Document 49   Filed 12/01/20   Page 241 of 276

presentation... [1] 161/9

President [2] 141/3 150/9

press [6] 26/4 143/2 146/7 153/11 155/21 155/22

pressing [1] 11/12

pressure [1] 96/11

presumably [1] 162/5

pretty [7] 54/24 54/24 69/16 91/1 91/5 91/10 167/18

prevailed [1] 132/12

prevent [1] 20/11

previous [2] 115/3 150/16

previously [3] 138/10 144/20 146/3

primarily [1] 147/13

principal [1] 106/12

prior [1] 111/5

prison [1] 125/19

privately [1] 156/25

prize [1] 110/11

probably [23] 3/19 4/19 14/21 15/13 25/14 29/6 30/19 32/13 48/3 62/21 64/8 65/1 66/18 94/22 97/24 118/1 120/4 122/16 122/17 123/24 124/18 133/14 159/20

problem [7] 4/17 4/18 35/18 35/19 37/21 108/5 144/14

problems [9] 47/25 48/2 48/12 64/20 64/21 72/19 73/1 77/20 77/21

proceed [1] 35/24

proceedings [2] 69/12 168/21

process [1] 42/9

professional [5] 48/20 54/20 106/10 110/20 138/7

professor [1] 109/13

profile [2] 15/14 154/8

program [2] 39/7 138/18

Programming [1]

programs [1] 144/23

progress [1] 54/22

promised [2] 121/8 158/21

pronounce [1] 161/14

pronunciation [1] 161/13

proof [2] 22/11 50/20

proper [1] 167/1

properly [1] 162/2

proportion [3] 160/7 160/18 165/18

protect [4] 87/4 88/1 97/1 97/3

protection [1] 22/13

protective [8] 40/20 47/4 47/6 48/11 63/6 65/23 86/10 87/5

protesting [1] 67/22

provide [8] 5/19 32/7 115/13 136/15 137/8 144/17 150/15 154/13

provided [13] 4/11

**P**

provided... [12]
108/11 115/16
140/12 140/16
140/16 147/10
152/2 152/15 153/1
154/21 156/4
156/13
provides [2] 141/3
147/4
providing [3] 35/21
146/13 152/18
proximately [1]
164/6
psychiatric [1]
87/25
psychiatrist [5]
27/19 28/4 66/12
83/14 87/23
psychological [2]
28/18 162/9
psychologist [9]
16/21 19/2 20/14
29/23 87/17 88/4
99/25 100/2 100/4
psychologists [1]
29/18
public [10] 18/14
19/4 74/13 74/18
85/9 85/24 89/10
90/8 96/24 104/5
publicly [1] 156/24

published [3]
110/11 125/2
148/12
publishes [1] 58/11
puddle [1] 81/12
pull [1] 99/3
pulled [2] 80/5 80/7
pulse [6] 10/22
10/24 11/1 11/6
11/7 12/7
punish [2] 115/3
134/7
pure [4] 121/11
121/12 121/22
121/22
Purim [1] 31/10
purpose [3] 117/20
150/14 160/9
purposes [2]
140/21 147/23
pursuant [4]
143/18 143/22
144/21 144/23
pursuing [4] 112/4
122/25 123/1 133/9
pushed [2] 9/12
53/24
put [13] 12/1 14/16
14/21 15/20 16/22
22/11 47/3 47/7
47/10 49/24 63/16
95/17 135/18

puts [1] 85/20
PX [19] 123/12
123/15 126/9
129/12 129/16
129/17 130/1
131/14 137/17
137/23 142/22
142/23 143/13
145/4 146/4 148/4
148/6 149/13
153/22
PX1 [1] 141/25
PX15 [1] 118/15
PX18 [1] 124/22
PX19 [1] 124/25

**Q**

QF [11] 136/24
138/24 139/12
144/20 145/22
145/25 146/13
146/17 146/20
147/2 147/9
Qods [2] 136/23
139/24
qualifications [1]
110/18
qualified [2]
111/24 139/15
qualify [2] 111/22
140/1
quality [1] 39/16
Qud [1] 124/7

Case 1:17-cv-01214-JEB    Document 49    Filed 12/01/20    Page 243 of 611

**Q**

Quds [16]  112/14
114/11 116/15
116/19 117/5
119/17 119/19
120/6 120/9 126/22
144/5 145/23
146/13 146/25
147/2 147/2
question [14]  30/25
70/12 73/11 74/20
82/15 83/22 95/6
111/10 151/16
159/21 163/4
163/16 165/1 167/4
questions [23]  15/8
20/24 21/2 32/22
41/7 49/14 57/10
67/12 74/22 75/3
76/20 83/23 88/20
90/17 90/20 100/23
106/19 132/5 132/6
156/18 156/20
159/6 161/11
quick [3]  32/22
57/10 75/3
quickly [3]  4/10
25/1 140/24
quiet [3]  46/23
80/20 83/16
quite [5]  29/9 34/8
129/22 153/6

Quran [3]  120/5
122/9 128/25

**R**

radical [1]  112/5
Radine [5]  1/15 3/8
3/12 21/6 108/2
radio [1]  153/5
raise [3]  5/16
113/12 153/14
Ramadan [2]
150/10 155/17
ran [2]  17/5 46/11
rare [5]  86/1
105/21 134/2
134/15 157/18
rata [1]  161/23
rather [1]  51/13
re [1]  30/1
re-trigger [1]  30/1
reach [7]  79/21
79/23 79/25 80/1
80/10 99/11 153/17
reached [1]  140/11
reacted [1]  41/22
reacting [4]  30/13
83/17 83/18 83/19
reaction [2]  82/24
165/17
reactions [2]  31/9
88/13
read [23]  4/25

116/17 117/4 118/9
121/5 122/3 123/6
124/10 125/9
128/17 129/17
143/5 144/4 144/14
146/10 146/25
149/1 149/19 154/6
154/25 167/16
reading [1]  143/14
reads [1]  130/18
ready [1]  5/20
real [2]  55/3 62/14
realize [7]  14/13
26/15 26/17 32/1
62/20 79/7 86/20
realized [7]  24/25
25/9 39/11 45/10
62/22 82/10 82/24
realizing [1]  45/16
really [57]  4/16
12/21 19/12 25/6
26/24 26/24 27/18
37/23 39/11 45/1
45/9 45/17 46/11
47/6 47/23 48/24
50/20 50/23 53/25
55/23 55/23 59/12
61/6 62/5 63/12
64/15 64/18 65/5
66/9 66/15 66/22
71/24 71/24 73/25

Case 1:17-cv-01214-JEB Document 49 Filed 01/20 Page 244 of 276

really... [23]  74/15
77/14 77/18 84/12
84/20 84/25 85/12
85/12 86/10 86/10
87/2 87/5 89/1
89/25 91/20 103/14
104/9 104/12
118/21 128/2 134/5
166/1 168/6
reason [9]  19/5
35/22 64/20 71/2
82/1 109/5 133/16
142/15 152/7
reasonable [1]
150/21
reasonably [1]
131/19
reasons [5]  114/25
115/1 115/2 115/6
168/4
reassurance [1]
105/5
reassure [1]  150/15
recall [6]  5/5 69/16
78/16 94/3 94/10
135/21
receive [7]  19/16
57/1 72/20 87/12
99/21 100/19 106/9
received [2]  36/5
76/21

recently [2]  31/24
106/11
recess [7]  42/16
42/18 91/24 92/10
106/23 107/7 136/2
reciting [1]  128/25
recognize [2]
139/21 142/1
recollection [4]
24/23 36/5 36/19
96/4
recollections [1]
102/2
record [15]  3/6 6/3
24/3 34/21 42/24
51/10 59/21 68/16
75/21 92/22 101/6
108/24 136/10
156/3 168/21
recover [11]  10/3
49/3 49/5 162/5
162/6 162/18
162/19 163/2
164/22 165/3 167/1
recovered [2]  10/4
46/25
recovery [4]  162/7
162/16 162/21
163/15
recruitment [2]
113/16 132/22

reel [1]  84/8
refer [3]  131/5
154/11 155/13
reference [1]
125/16
referred [1]  157/21
referring [3]  4/19
117/15 125/3
reflect [3]  148/20
149/4 150/1
reflects [1]  144/11
refrains [1]  141/20
regard [1]  159/7
regarding [3]
132/16 139/17
139/22
region [2]  141/10
157/6
regional [1]  77/2
regular [6]  52/6
52/9 52/21 61/1
84/18 132/1
regularized [1]
160/20
regularly [1]  35/11
rejectionist [2]
154/14 154/17
relate [6]  19/25
86/8 127/21 165/11
166/12 166/13
related [6]  105/7

127/23 457/25 Document 41-7 Filed 12/01/20 95/10 295/12 Page 245 of 276 95/12

related... [5] 111/15
141/16 162/6
162/15 166/2
relating [1] 139/9
relation [1] 166/20
relations [1] 50/15
relationship [28]
7/9 20/9 38/6 39/6
40/2 48/10 48/22
56/14 56/17 65/20
69/22 70/6 77/11
88/19 96/17 96/18
96/21 98/1 98/10
98/10 100/7 104/17
105/9 109/1 127/16
139/2 164/14
165/22
relationships [1]
102/21
relative [9] 127/6
162/2 162/10
162/15 163/7
164/12 165/15
165/19 165/23
relatively [2] 37/22
157/18
relatives [3] 161/24
163/1 166/13
release [3] 125/19
143/2 146/7
relevant [3] 113/7

relied [1] 126/15
relieve [1] 37/23
religion [1] 17/10
religious [2] 27/25
52/7
relive [1] 20/20
reliving [1] 84/7
reluctance [1]
98/20
reluctant [2] 85/23
85/23
remaining [2] 35/3
108/13
remark [1] 41/20
remember [62]
9/24 9/25 14/3
24/17 25/17 25/18
25/22 25/23 30/9
30/13 31/10 31/11
36/1 36/9 36/10
44/24 45/14 46/7
53/1 53/2 53/4 53/5
54/2 54/7 58/25
60/23 63/25 66/13
69/20 69/20 69/21
70/13 70/14 70/14
70/21 70/24 71/18
71/19 72/2 78/6
82/6 90/5 93/25
94/19 94/21 94/24
95/2 95/4 95/9

95/10 95/12 95/12
95/15 95/15 95/18
95/19 95/21 95/23
95/24 95/25 96/15
98/18
removed [1] 154/12
repeat [1] 35/15
repeated [1] 5/1
report [6] 110/5
126/5 126/15 128/8
159/16 159/18
reported [2] 64/1
64/2
reporter [5] 1/22
3/23 4/11 152/5
168/19
reporters [1]
151/22
reports [5] 142/19
154/1 159/2 159/17
160/22
represents [1]
165/13
REPUBLIC [6] 1/6
3/3 140/22 140/23
141/8 147/15
require [1] 5/8
rescue [2] 11/20
11/25
research [12]
110/11 110/24
110/25 111/4 111/5

Case 1:17-cv-01214-JEB Document 41-6 Filed 12/01/20 Page 246 of 276

research... [7]
136/14 138/5
138/11 138/24
145/1 147/8 154/20
researchers [1]
138/18
resemblance [1]
159/17
resemble [1] 128/6
residence [1]
124/12
resident [2] 40/5
117/8
resistance [1]
150/25
resolved [1] 167/13
resort [1] 115/7
respectfully [1]
111/21
respective [1]
44/10
response [3] 39/20
66/7 167/7
responsibilities [1]
138/16
responsibility [38]
37/16 113/8 113/18
113/23 113/25
114/3 114/14
114/24 116/4 116/9
117/6 117/10

119/24 120/9
121/18 122/17
123/9 124/17 127/9
129/20 129/24
130/12 130/19
130/21 131/12
131/23 132/3 133/5
133/21 133/25
134/17 135/5
138/15 140/8
142/17 151/18
responsible [4]
131/20 146/1
151/17 160/16
rest [3] 17/3 20/19
53/3
result [10] 65/1
71/21 72/14 74/5
87/12 98/16 99/21
106/10 143/23
166/20
results [1] 75/4
resume [1] 42/17
retained [5] 144/1
145/19 146/20
149/9 150/4
return [2] 37/19
46/15
returned [2] 38/3
46/16
reverted [1] 18/6

reviewed [2]
110/18 115/12
115/21
revolution [5]
140/24 141/9
142/17 142/18
147/15
revolutionary [11]
136/21 136/23
139/23 139/23
141/4 141/6 142/14
143/18 145/11
147/3 147/4
rhetoric [1] 154/12
ride [4] 85/11 86/5
98/20 98/25
riding [2] 78/13
94/7
rife [1] 120/3
rifle [2] 121/10
128/25
rifles [1] 113/5
rift [1] 133/6
right [66] 8/20 8/25
9/19 9/20 10/5 13/3
16/25 19/20 21/4
21/10 22/1 23/7
23/9 23/14 25/12
41/1 53/16 53/18
54/25 55/1 57/9
69/6 70/3 73/15
73/16 74/20 77/7

Case 1:17-cv-01214-JEB Document 42-45 Filed 12/01/20 Page 247 of 276

**R**

right... [39]  77/9
77/10 78/22 83/8
92/5 93/14 94/12
96/7 96/8 101/22
102/1 102/11
103/23 106/21
110/7 113/11
116/12 119/15
119/18 122/9 124/6
124/9 126/11 129/6
129/14 133/22
135/22 144/9
156/21 160/23
161/7 161/8 161/25
162/20 162/24
164/9 165/5 166/2
166/21
righteous [1]
121/15
rights [1]  144/25
Riva [1]  24/5
river [1]  81/10
rivers [1]  13/11
road [1]  22/13
rock [1]  50/20
rocket [5]  22/17
41/10 50/16 58/14
68/1
rocks [1]  50/17
role [7]  136/19
139/22 140/25

154/8 167/18
roof [1]  63/15
room [9]  1/22
14/19 16/20 16/23
20/18 26/21 27/20
46/4 46/13
rooted [1]  164/12
routes [1]  66/24
routine [2]  36/2
36/25
row [3]  78/17 78/18
78/20
rows [2]  78/19
122/8
RPR [2]  1/22
168/25
ruined [1]  40/7
run [3]  33/12 104/8
138/18
running [5]  26/23
70/17 113/15
133/18 153/5
runs [1]  84/8
rushed [2]  53/19
53/21
rushing [1]  70/20

**S**

sad [3]  30/22 30/22
31/6
Saderat [1]  146/15
safe [7]  37/11 97/25

105/5 154/16
154/22
safeguard [1]
142/16
safeguarding [1]
142/18
safety [3]  22/14
59/7 99/3
said [43]  10/8 12/5
12/7 13/13 15/9
15/10 15/13 16/22
16/25 17/1 17/9
17/10 17/11 17/14
24/20 24/23 27/19
33/24 37/10 44/13
46/3 81/20 81/20
81/22 81/22 82/9
83/4 87/22 90/6
90/10 90/13 90/14
98/23 100/6 108/16
113/25 127/8
132/21 150/24
155/22 159/3
167/11 167/14
sake [1]  116/22
same [29]  7/7 7/7
7/15 28/12 47/1
47/11 48/24 50/9
53/18 53/18 83/20
84/1 88/12 88/14
113/15 118/20

Case 1:17-cv-01214-JEB Document 63/21 Filed 01/20 Page 248/86 163/5 164/17

**same...** [13]  118/21
119/1 120/18
123/22 127/18
127/18 127/19
130/3 133/9 140/19
140/20 154/24
165/20
**sanctions** [3]
143/20 160/7
160/17
**Saraya** [7]  112/14
114/11 119/17
120/6 120/9 124/6
126/22
**Saraya.ps** [3]
114/11 119/10
129/19
**sarayaalquds.org**
[1]  123/18
**sat** [1]  94/17
**satisfied** [1]  135/5
**save** [4]  4/10 13/13
13/14 84/4
**saw** [36]  9/9 9/10
9/20 9/25 10/1 10/7
10/12 12/9 12/10
12/12 12/14 12/15
12/15 13/9 13/9
26/5 26/8 26/13
27/12 38/20 45/3
45/9 46/5 52/15

53/22 68/21 68/2
71/1 79/12 80/13
80/14 82/23 99/24
130/3 134/9 135/6
**say** [76]  11/18 15/5
16/17 16/24 22/13
27/16 27/21 29/8
33/7 33/25 34/5
43/18 48/1 49/1
57/14 64/5 65/15
66/23 71/21 72/8
73/24 73/25 80/15
80/16 81/21 81/23
81/24 82/19 83/3
83/4 88/18 95/3
99/15 99/15 105/6
105/6 106/3 106/23
112/18 113/10
113/24 114/8 114/8
116/8 117/20
122/21 123/4
127/10 128/2
131/21 133/1 133/4
133/6 133/7 133/7
133/14 134/1
134/12 134/23
134/25 145/11
146/1 151/17
151/22 151/24
151/25 152/8
152/12 157/7
158/20 159/2 160/9

163/5 164/3/8
165/7
**saying** [6]  105/5
105/18 152/14
157/4 159/1 165/12
**says** [10]  119/12
119/13 119/19
119/21 120/9 124/7
130/17 135/14
151/25 154/5
**scan** [2]  14/17
26/10
**scar** [1]  15/14
**scared** [6]  45/9
55/2 95/10 95/12
98/6 106/14
**scares** [1]  106/1
**scary** [6]  13/7
50/18 55/23 59/3
59/3 62/24
**scene** [6]  8/9 13/5
13/22 25/25 121/17
134/10
**schedule** [1]  3/11
**SCHERTZMAN**
[41]  1/3 3/3 5/4
5/22 5/24 6/4 20/25
23/16 23/17 24/4
24/10 24/14 32/18
34/15 34/16 34/22
35/3 35/3 41/2
42/19 42/25 43/3

Case 1:17-cv-01214-JEB   Document 40-5   Filed 12/01/20   Page 249 of 276

**SCHERTZMAN...**
**[19]** 43/4 49/11
51/2 51/4 51/11
57/6 59/15 59/16
59/23 60/5 67/7
68/11 68/12 68/17
74/24 92/16 92/17
92/23 93/12
**Schertzmans [1]**
51/17
**school [68]** 6/19
6/21 6/22 7/5 7/6
7/8 7/21 7/25 8/3
8/6 13/21 16/11
18/13 18/14 18/16
18/18 18/20 18/21
25/13 30/21 33/21
33/23 36/25 38/24
39/2 39/8 43/15
44/5 44/6 47/8 48/7
52/7 52/22 54/13
54/14 55/4 55/10
61/1 61/2 62/25
64/12 64/14 64/20
64/23 64/24 65/1
65/9 65/13 65/15
69/20 70/15 72/14
82/2 82/3 86/18
93/5 98/7 99/23
99/24 101/14 103/6
103/6 103/22

138/5 155/9 164/17
**schooling [2]** 65/4
76/6
**schools [4]** 44/10
64/25 153/5 158/8
**sciences [1]** 93/8
**scoop [2]** 126/23
126/24
**scope [2]** 162/16
164/7
**scratch [1]** 159/19
**scream [2]** 11/14
64/19
**screaming [10]**
10/9 13/8 17/8 26/6
72/2 79/14 80/18
82/8 83/15 88/16
**SDGT [3]** 146/21
149/25 150/4
**SDT [2]** 148/21
149/24
**seat [4]** 52/24 59/1
78/23 95/16
**seated [4]** 8/15 8/17
8/19 8/20
**seats [3]** 78/19
78/25 94/20
**second [17]** 13/23
35/21 36/15 39/18
78/17 78/18 86/15
112/25 114/4

125/15 125/17
125/17 126/21
132/13 149/19
**secrecy [1]** 128/4
**secret [3]** 97/8
104/25 105/2
**Secretary [1]**
155/17
**section [5]** 124/3
124/4 130/3 155/10
155/16
**secular [1]** 123/4
**secure [1]** 39/21
**security [4]** 22/7
77/2 111/13 121/9
**see [45]** 4/16 4/17
9/18 10/16 10/22
12/8 12/22 12/23
15/8 18/4 26/21
28/16 29/3 33/4
33/4 33/19 37/25
38/3 38/16 45/18
45/18 48/20 53/15
56/16 57/2 63/10
63/20 67/21 74/1
74/17 81/24 99/12
100/1 103/7 104/5
113/22 120/17
120/25 121/1
124/16 126/19
127/25 130/17

see... [2] 135/3 158/20
seeing [8] 9/25 13/9 45/14 82/12 95/5 95/15 95/16 99/23
seek [5] 18/23 29/20 54/17 66/11 75/4
seem [3] 165/5 167/18 167/19
seemed [2] 38/6 80/18
seems [5] 41/21 89/2 152/25 165/16 168/11
seen [7] 67/24 142/24 145/5 148/5 149/14 153/22 168/9
sees [1] 104/21
segregate [1] 32/25
seize [1] 160/10
seized [1] 159/25
self [1] 106/4
semi [1] 45/8
semi-patched [1] 45/8
senior [2] 40/5 109/10
sense [10] 4/1 37/16 40/7 49/22 128/7

157/23 157/25 158/23 159/13 164/10
sensitive [1] 105/19
sensitizing [1] 29/24
sent [6] 56/9 65/6 70/17 83/13 83/19 83/20
sentence [10] 117/4 117/5 122/7 125/9 125/11 125/17 128/17 128/22 130/18 143/5
sentences [2] 122/3 123/6
sentiment [1] 135/2
separable [1] 165/21
separate [2] 165/14 167/4
sergeant [1] 67/20
series [2] 116/20 125/22
serious [5] 25/1 50/19 102/18 141/4 167/15
seriously [2] 68/4 71/13
serve [3] 49/15 67/13 111/12
service [4] 49/22

services [2] 111/13 144/19
serving [2] 22/21 58/15
SESSION [1] 108/1
set [8] 4/5 43/3 63/17 112/16 137/13 137/20 160/8 160/9
settlement [2] 58/24 130/24
settler [1] 121/16
settlers [5] 117/16 117/23 117/23 117/23 121/21
several [12] 30/6 35/14 35/15 41/15 41/19 42/10 96/9 108/12 130/19 130/21 143/7 155/7
severe [1] 84/20
Sh'ma [1] 95/3
Shahids [2] 123/2 124/8
Shahids' [1] 123/1
shaking [4] 53/4 53/14 58/21 81/18
Shallah [3] 150/10 150/13 155/17
Shaqaqi [9] 122/11 122/13 122/20

Shaqaqi... [6] 148/16 148/18 149/22 150/16 152/5 157/21

share [7] 72/24 97/12 104/19 104/20 127/16 161/24 162/10

shared [1] 47/23

shares [1] 100/17

sharing [2] 127/20 164/14

she [265]

she's [2] 90/6 99/8

shed [1] 160/1

sheet [1] 54/4

shells [1] 56/21

Shiqaqi [1] 122/4

shirt [1] 12/13

shiva [3] 72/2 72/4 72/7

shock [13] 13/1 14/13 17/15 28/9 28/18 28/18 36/8 36/20 46/6 46/6 54/11 54/21 62/12

shocked [4] 12/4 25/23 71/15 71/15

shocking [1] 14/4

shoe [1] 158/12

shooting [10] 58/25

82/18 82/19 82/25 83/1 104/8 155/5

shootings [1] 155/7

short [2] 85/6 161/12

shortly [1] 54/23

Shoshana [40] 7/5 8/19 8/20 9/18 12/10 12/11 16/5 16/7 26/19 27/2 27/3 27/12 28/10 29/7 32/24 36/17 37/4 37/5 37/7 37/8 43/19 44/1 44/2 44/7 46/1 52/12 53/8 60/21 61/8 61/10 61/20 61/22 69/25 70/2 70/4 70/9 71/7 71/14 71/15 166/2

Shoshana's [5] 46/18 72/2 166/1 166/3 166/24

Shoshi [17] 7/11 7/15 7/17 13/9 13/14 16/17 16/25 21/22 23/6 36/13 36/14 41/21 53/23 53/24 61/18 62/3 62/22

Shoshi's [4] 8/22

shot [12] 37/2 53/7 53/8 53/24 58/19 80/12 80/12 80/14 81/6 81/16 83/2 121/17

should [20] 12/23 15/10 16/2 16/2 16/19 17/12 17/12 17/13 37/11 45/18 45/18 48/3 57/14 114/13 133/22 133/22 137/17 158/21 161/18 165/25

shoulder [4] 8/23 8/24 9/2 11/17

shouldn't [1] 12/22

shouting [1] 95/3

shoving [1] 95/1

show [3] 133/18 148/3 149/12

showed [1] 21/22

showered [1] 121/13

shown [1] 120/2

shrapnel [1] 26/12

shut [5] 20/17 47/11 47/23 83/15 102/16

Shweiki [21] 111/5 111/10 117/8 120/3

Shweiki... [17]
120/18 122/5
122/20 123/23
124/11 127/3 127/4
127/7 127/8 127/10
127/13 127/13
127/17 127/21
128/24 129/3 129/4
sibling [5] 162/22
163/9 163/10
163/11 164/8
siblings [8] 43/5
51/18 60/6 69/5
161/20 163/13
167/1 167/17
sick [1] 102/24
side [11] 11/16
14/23 78/20 80/1
84/25 94/12 94/13
116/12 119/18
132/23 152/25
Sider [1] 130/21
sidewalk [3] 79/5
81/12 95/17
Sidr [6] 125/4
125/13 127/5 127/9
130/5 130/19
Sidr's [1] 125/22
sight [2] 12/22
102/24
signature [1] 110/2

significance [5]
117/14 122/19
124/1 150/12
155/20
significant [3] 33/1
112/16 112/23
significantly [1]
155/6
signified [1] 95/8
signify [2] 145/14
146/17
silent [1] 16/23
similar [6] 7/12
7/13 40/4 116/14
131/8 155/4
simpler [1] 4/6
simplicity [1] 4/23
since [22] 5/5 23/7
40/11 42/3 42/11
48/22 50/22 66/3
72/12 91/13 96/12
96/17 96/18 102/16
103/2 103/12
103/21 103/23
108/4 111/6 142/9
145/20
single [5] 7/22 27/7
66/3 87/24 124/13
sip [2] 81/21 81/24
sir [28] 140/10
143/1 144/13 145/3

146/9 148/2 148/8
148/22 149/6
149/11 149/15
149/18 150/3 150/7
150/11 150/20
153/20 153/24
154/4 154/23
155/19 156/6
156/16 157/11
157/14
sister [38] 25/16
29/13 43/4 43/17
46/24 46/24 46/25
47/8 48/5 51/15
52/10 53/10 53/22
53/25 54/1 55/21
60/3 61/15 69/22
70/6 71/12 73/10
74/8 89/14 89/17
93/16 94/13 95/22
96/1 97/10 100/11
100/12 101/18
102/12 102/22
105/9 105/23 106/6
sisters [1] 16/13
sit [3] 44/16 57/17
94/17
site [3] 114/16
117/1 119/11
sites [1] 114/16
sits [1] 92/12

sitting [16] 8/25 78/16 78/21 78/22 78/24 79/10 79/18 79/22 81/16 94/11 94/12 94/14 94/14 94/15 94/25 110/4

situated [1] 162/2

situation [8] 14/14 22/10 31/21 38/10 38/11 62/4 103/18 104/15

situations [3] 106/4 106/8 152/21

six [2] 130/12 131/3

size [1] 167/4

skills [2] 18/7 18/8

skinned [1] 10/13

slapdash [1] 168/10

sleep [8] 18/2 18/12 28/25 62/24 66/5 85/3 89/25 91/3

sleeping [2] 18/1 84/3

slingshot [1] 63/18

slowed [1] 54/15

slowly [1] 83/19

small [5] 16/23 22/25 56/20 110/10 160/11

smaller [2] 158/5 162/17

smart [2] 27/9 27/10

snap [1] 84/13

snapped [1] 82/10

so [242]

so-called [2] 112/7 112/25

soccer [1] 7/14

social [13] 7/1 18/7 45/21 77/2 98/5 98/7 98/12 100/7 104/11 104/16 110/21 110/24 138/5

society [3] 128/10 128/11 134/24

solatium [7] 161/13 161/14 163/3 164/3 165/5 165/9 165/13

soldier [6] 79/10 79/17 79/18 80/11 80/12 95/16

soldier's [1] 82/24

soldiers [12] 8/14 11/25 22/10 79/9 83/13 94/16 94/24 117/1 118/6 130/23 130/25 161/1

solicit [1] 72/21

some [49] 4/10 14/19 14/21 15/20 15/21 19/18 19/22 22/24 23/3 27/21 29/17 30/2 38/7 39/6 40/7 53/16 54/11 59/11 61/6 71/20 72/4 81/20 83/23 83/24 87/22 87/23 88/7 96/2 102/5 102/7 113/21 114/7 115/9 117/14 119/2 135/8 141/21 152/16 153/4 153/14 159/25 160/1 160/10 161/1 162/9 166/12 167/16 167/17 167/20

somebody [6] 65/25 80/5 80/20 81/7 86/5 88/15

somehow [4] 39/9 41/21 41/25 96/25

someone [24] 10/9 11/6 11/11 11/17 11/18 11/19 27/14 30/24 71/17 73/24 75/8 75/9 78/23 106/15 132/20 132/25 134/6 157/18 162/1 162/5 162/8 162/18 166/10 166/16

someone's [1]

someone's... [1]
48/25

something [39]
14/22 15/21 16/15
24/22 24/22 25/1
25/9 26/16 26/25
27/20 30/7 30/8
32/1 33/2 33/16
44/13 45/13 45/17
55/3 56/23 59/7
62/20 63/21 73/25
74/3 82/9 84/6 97/1
97/9 105/2 126/15
132/25 133/20
134/5 135/20 158/4
158/16 160/1
166/22

sometimes [12]
21/23 56/20 56/22
86/2 91/2 104/1
105/20 128/9
133/10 133/19
135/4 135/5

somewhat [6]
26/18 29/9 29/24
32/7 48/1 147/14

somewhere [2]
85/11 86/5

son [4] 25/2 25/10
25/12 26/20

soon [3] 37/19 91/1

sooner [1] 167/23

sorry [12] 38/15
43/25 57/13 78/10
81/17 81/17 90/12
90/15 125/16
130/14 143/15
144/9

sort [14] 29/22
54/11 71/20 73/11
74/18 100/8 113/22
120/20 162/2
162/16 162/24
162/25 163/3
165/18

sorts [1] 23/1

sought [1] 154/8

sound [4] 25/4 25/5
77/9 79/6

sounded [3] 24/19
25/6 25/6

sounds [7] 3/18
70/25 79/13 95/7
96/24 108/15
161/15

source [2] 33/9
116/6

sources [4] 115/13
151/25 153/11
153/13

speak [13] 23/21
23/23 23/25 23/25

34/20 42/23 51/8
56/15 59/20 83/14
87/10 89/19 89/22

speaking [5] 8/12
89/20 90/4 122/24
124/7

speaks [2] 152/17
165/13

specialist [1] 57/2

specialization [2]
109/15 109/16

specially [7] 143/23
144/2 146/18
146/21 148/21
150/2 150/5

specific [2] 125/16
163/21

specifically [1]
134/3

spectrum [1] 55/16

spell [1] 108/23

spellings [1] 4/11

spend [1] 52/14

spent [4] 52/22
61/22 159/15 160/2

spoke [5] 20/14
25/8 27/14 37/7
37/8

spoken [1] 23/3

sponsor [4] 136/19
139/22 142/4
144/17

Case 1:17-cv-01214-JEB   Document 41-1   Filed 12/01/20   Page 255 of 276

sponsored [1] 139/18
sponsors [2] 142/2 156/25
sports [1] 20/5
spot [1] 117/3
spraying [2] 82/6 82/7
spreading [1] 141/9
square [1] 122/6
stabbing [1] 113/6
stabilizing [1] 55/11
stable [1] 33/18
stacking [1] 165/9
staff [8] 14/3 16/16 16/21 17/13 26/10 27/14 27/18 138/17
stage [2] 7/2 134/4
stand [2] 80/9 112/9
standing [6] 81/19 82/4 82/7 82/12 117/25 164/2
stands [1] 131/1
stared [1] 47/5
Stars [2] 124/4 124/7
start [9] 18/3 31/18 76/19 90/24 90/25 102/24 104/7

started [54] 7/2 7/20 8/10 9/4 9/5 10/18 11/2 11/7 11/9 13/8 13/10 13/12 13/13 14/2 14/19 14/19 17/1 17/8 18/6 18/8 31/11 32/1 36/1 36/2 43/22 45/15 45/16 47/8 47/13 48/15 54/15 54/19 55/9 57/16 60/24 60/25 79/14 80/25 82/18 83/19 84/2 84/4 84/15 87/20 89/7 89/8 89/20 98/19 99/23 99/23 99/25 100/15 102/11 102/15
starting [2] 58/17 158/10
starts [2] 96/12 154/7
state [23] 28/18 34/21 36/8 38/18 68/15 75/20 92/21 101/5 112/5 112/5 136/10 136/19 139/18 139/22 142/1 142/1 142/4 145/7 146/15

156/25 157/7
state-owned [1] 146/15
statement [2] 117/6 157/19
statements [2] 152/12 157/16
STATES [13] 1/1 1/12 15/1 35/12 35/16 39/3 68/22 76/2 76/4 93/3 101/12 141/10 143/16
station [1] 103/25
stations [1] 153/6
status [1] 124/13
Statute [1] 167/13
statutorily [1] 167/8
stay [5] 4/12 17/12 57/13 103/5 113/24
staying [1] 17/15
steal [2] 132/25 134/5
stemming [1] 74/19
step [4] 11/13 23/12 81/8 81/11
steps [1] 81/10
stick [1] 104/7
still [17] 10/10 19/16 19/20 20/20

**still...** [13]  32/15
40/22 46/7 49/7
49/8 67/1 73/4
99/17 103/3 103/14
105/4 128/11
134/15
**stone** [1]  66/20
**stoned** [1]  58/23
**stones** [1]  68/3
**stood** [2]  12/8 45/6
**stop** [11]  4/13
10/24 11/1 39/13
57/17 58/20 58/20
66/22 84/9 86/4
86/22
**stopped** [16]  15/7
18/1 18/13 19/18
33/20 42/9 80/19
84/11 86/11 89/12
89/13 89/14 97/18
100/14 102/11
102/13
**store** [1]  58/11
**stores** [1]  10/15
**story** [4]  21/21
45/22 126/23
134/22
**straightened** [1]
132/2
**strange** [2]  24/19
25/8

**street** [6]  63/8
82/13 83/6 84/10
84/11 130/22
**stress** [3]  31/15
31/16 88/6
**stressed** [2]  89/2
96/11
**stretch** [1]  80/8
**stretcher** [1]  45/11
**strikes** [2]  116/15
165/24
**string** [1]  158/12
**Strip** [2]  147/13
151/12
**strong** [6]  9/11 9/12
37/16 47/25 96/8
99/17
**stronger** [1]  18/9
**strongly** [2]  39/21
42/2
**struck** [1]  161/8
**structure** [2]  128/6
142/12
**structures** [1]
111/1
**struggle** [5]  20/4
130/11 130/17
147/16 147/18
**struggling** [1]  56/7
**student** [4]  27/10
33/23 38/22 52/6
**students** [1]  8/13

**studies** [4]  27/6
138/9 138/18
138/22
**study** [1]  101/16
**studying** [4]  52/8
93/7 139/2 139/5
**stuff** [8]  14/20
14/21 67/22 68/3
71/19 73/20 74/10
87/7
**stupor** [1]  82/10
**subject** [2]  161/19
162/18
**subjects** [2]  7/15
136/18
**submit** [4]  161/12
162/16 166/7
166/22
**submitted** [2]
109/24 116/1
**subsided** [1]  89/6
**substantial** [7]
140/16 140/17
151/10 151/12
152/16 153/3
160/25
**substantially** [6]
72/9 151/13 152/10
158/5 158/22
166/25
**succeed** [1]  151/6
**successful** [2]

successful... [2] 116/20 151/10

such [12] 16/10 28/9 114/21 117/25 118/7 121/24 145/17 145/20 147/22 151/16 157/12 165/15

sudden [5] 40/16 79/6 90/6 133/4 133/4

suddenly [5] 9/5 33/23 38/25 61/9 89/20

suffer [4] 30/3 163/7 163/9 164/24

suffered [4] 38/7 38/7 50/15 58/15

suffering [1] 166/13

suffers [1] 162/8

suggest [2] 155/22 165/8

suggested [1] 106/12

suggesting [1] 165/7

suggests [1] 87/22

suicide [4] 113/3 113/4 116/22 155/5

Suite [1] 1/16

summer [3] 40/7 64/4 131/18

summarizes [1] 166/23

Sunday [3] 8/3 8/3 116/21

sunglasses [1] 84/22

super [1] 142/12

supermarket [1] 73/22

supervision [1] 56/12

support [39] 25/3 35/20 40/8 47/14 47/20 54/2 55/13 72/20 137/4 139/6 139/13 139/25 140/12 140/17 143/9 144/18 144/19 144/22 146/1 146/14 147/4 147/9 150/16 152/2 152/6 152/7 152/8 152/23 153/1 153/18 154/10 154/21 155/24 156/1 156/13 157/13 157/15 157/16 157/18

supports [2] 20/13 157/20

supposed [2] 12/5 19/10 73/8

supreme [6] 141/1 142/19 142/19 154/10 155/18 157/4

sure [32] 3/13 9/11 11/13 34/6 51/8 59/19 63/11 63/19 65/23 66/2 70/5 71/2 80/2 81/15 82/20 82/21 88/15 91/1 96/25 97/11 99/7 99/12 106/2 106/4 106/7 108/6 125/12 134/19 156/3 163/22 163/25 168/8

surgery [5] 15/11 15/13 15/20 16/2 45/13

surprised [1] 42/2

surprising [1] 141/22

surprisingly [1] 84/3

surrender [1] 123/3

surrounded [1] 74/9

surrounding [3] 72/12 72/24 166/8

Case 1:17-cv-01214-JEB   Document 49-2 Filed 12/01/20   Page 258 of 276

surroundings [1] 63/9
survived [1] 61/23
suspected [2] 115/4 115/10
suspects [1] 115/6
suspicious [1] 104/6
sweat [1] 84/3
switched [2] 78/25 94/20
sworn [3] 108/18 109/23 136/5
symbol [1] 155/25
Syria [1] 152/22
Syrian [1] 158/18
system [1] 143/12

**T**

T.V [2] 46/5 46/5
take [45] 3/22 6/14 11/3 14/3 15/11 16/3 17/13 18/15 19/10 22/6 24/16 36/20 42/16 57/2 60/12 66/5 66/23 78/1 81/21 81/24 85/1 85/2 85/5 86/6 86/9 87/25 88/2 88/3 91/20 91/24 92/5 92/7 98/22

102/25 103/22 106/23 119/25 122/1 126/25 129/20 135/25 142/24 159/18 163/5 167/7
taken [12] 13/3 13/5 13/16 13/18 15/25 42/18 81/25 92/10 107/7 120/20 136/2 150/13
takes [2] 62/19 112/19
taking [18] 4/8 14/2 14/13 14/19 14/20 14/24 19/8 39/15 57/20 57/24 74/9 77/5 96/5 113/22 116/8 118/10 132/3 143/7
Taliban [2] 146/14 147/5
talk [17] 6/13 17/3 17/23 18/4 19/6 29/18 29/18 43/11 52/1 89/16 97/5 100/15 102/4 102/18 105/1 105/2 119/2
talkative [1] 89/18
talked [4] 66/14 73/9 121/21 145/22

talking [24] 7/14 8/23 8/24 9/5 12/21 18/7 63/13 70/2 84/19 89/13 89/14 90/6 90/25 100/14 100/16 102/11 102/12 102/13 102/15 113/10 113/13 134/15 139/12 160/6
talks [1] 18/5
tank [1] 138/21
tasks [1] 135/18
taught [1] 58/12
taxi [1] 86/6
teacher [2] 52/8 90/5
teachers [1] 106/12
teaching [1] 52/7
team [1] 66/7
technically [2] 50/9 78/19
technique [2] 124/20 157/2
technological [1] 144/18
teenage [1] 7/1
teenaged [2] 82/1 82/4
teenager [7] 45/18 56/8 89/5 89/6 98/5 98/13 98/19

teenagers [3] 82/4
86/13 126/1
Tel [2] 41/14
109/10
telephone [5] 24/18
36/15 52/25 53/3
53/5
tell [47] 6/3 6/23
7/9 7/19 8/9 9/4
15/19 16/7 16/9
16/16 16/19 16/22
17/24 18/25 24/3
26/10 26/23 27/13
27/18 27/19 27/24
28/12 29/17 42/24
43/21 46/22 49/21
51/10 52/4 52/19
54/5 59/20 62/8
63/4 64/10 67/17
69/17 80/15 90/20
94/19 97/12 108/23
116/3 125/1 132/8
132/9 160/3
telling [5] 15/18
16/1 17/13 36/10
80/25
temple [1] 129/6
tense [1] 90/9
tent [1] 163/23
tentative [1] 90/9
term [4] 63/4

158/16
terminology [1]
117/18
terms [10] 3/11
59/5 91/9 112/23
117/14 117/15
117/17 121/21
128/4 159/21
terrible [2] 26/16
30/19
terribly [1] 163/10
territories [2]
112/8 112/8
territory [1] 112/6
terror [5] 26/5 87/4
90/2 112/4 113/8
terrorism [25]
29/12 29/25 109/17
110/12 111/15
112/3 112/23
136/19 139/9
139/18 139/18
139/22 141/13
141/16 142/2 142/4
142/13 143/9
143/19 145/24
146/2 147/16 154/1
154/2 156/25
terrorist [96] 7/22
9/7 10/8 10/14
10/17 11/23 11/24

18/4
19/25 20/2 20/2
20/16 22/17 24/21
24/25 25/7 25/16
28/15 31/14 36/6
41/10 41/13 50/15
50/21 58/15 68/1
69/9 70/23 71/5
71/13 71/22 72/15
73/3 73/10 73/12
74/5 76/16 80/1
87/18 88/8 93/20
94/5 96/3 98/17
98/21 101/22
110/22 111/9
111/23 112/2
112/20 114/2 114/4
120/21 125/20
131/23 137/1 140/9
144/2 144/6 145/8
145/15 145/20
146/14 146/16
146/18 146/21
147/18 147/25
148/21 148/25
149/5 150/2 150/5
150/18 151/2
151/21 152/15
152/18 153/4 153/7
154/10 155/13
155/15 156/14
156/23 156/23

**T**

terrorist... [7]
157/5 157/12
158/16 158/17
161/19 164/12
166/8
terrorist-funded [1]
156/23
terrorists [8]  10/15
10/23 31/2 63/23
80/22 115/4 115/10
143/24
test [2]  33/25
102/25
testified [8]  48/9
63/3 73/13 135/11
139/8 139/17 156/2
159/6
testify [3]  57/10
75/2 94/2
testifying [7]  34/12
49/13 50/24 65/10
67/11 90/19 109/2
testimony [7]  3/17
14/24 73/3 99/1
115/14 136/16
136/18
text [3]  118/20
118/21 119/1
than [30]  4/16 4/16
5/7 5/13 38/11
39/24 40/21 44/6

44/15 54/13 67/23
72/9 72/10 85/23
91/20 92/3 99/8
106/24 114/7
116/25 130/13
130/25 131/4
132/11 134/12
153/4 153/15 155/6
159/18 162/21
thank [35]  6/2 17/1
23/9 23/11 23/12
23/13 23/14 24/5
34/10 34/12 34/13
41/6 42/12 42/14
50/25 59/13 68/5
68/7 75/11 90/16
92/9 100/22 106/18
106/21 107/4 107/6
123/10 135/22
135/23 140/2
156/19 161/4 161/7
168/13 168/14
thanks [11]  20/10
42/12 49/12 50/23
57/9 59/11 67/10
75/2 90/19 91/21
168/14
that [707]
that's [65]  5/12
5/17 10/22 23/10
25/16 27/10 32/17
33/17 35/5 35/13

36/8 36/18 39/25
40/10 40/25 49/10
52/22 52/24 53/4
57/4 59/8 61/2
61/20 62/7 64/23
67/5 71/8 71/9 72/7
73/16 74/1 74/1
75/12 77/10 82/13
82/24 91/14 96/12
102/4 102/20
102/23 104/10
105/15 105/16
108/10 110/23
116/2 116/12
117/18 119/12
119/13 123/10
126/3 130/15
134/22 148/6
149/23 150/25
151/23 151/24
156/20 159/1
161/16 162/24
162/25
their [27]  3/17 4/20
5/2 5/7 23/2 26/6
29/13 47/17 61/11
62/15 70/23 72/6
72/22 86/14 108/9
147/17 154/18
154/18 157/13
157/15 160/7
161/23 162/10

**T**

their... [4]  162/14
162/16 165/22
166/18
them [68]  5/8 5/13
12/4 13/9 21/22
22/15 28/21 29/18
32/7 33/2 34/1 34/1
35/23 35/24 39/19
47/16 47/19 47/23
48/4 48/5 48/10
55/3 56/1 58/4 58/5
61/18 63/1 63/16
63/24 65/7 65/22
73/2 77/15 77/19
78/3 82/5 82/12
82/13 84/18 84/25
86/12 86/13 86/21
86/23 87/10 88/2
88/3 94/1 94/15
95/25 96/1 102/23
108/9 114/13 115/8
115/20 115/23
115/24 117/22
120/23 121/13
121/14 122/6
134/14 143/11
151/15 159/9 167/1
themselves [3]
86/14 115/7 165/22
then [97]  3/14 3/15
3/18 3/22 4/4 6/15

6/19 8/6 9/1 9/21
10/9 11/12 11/16
11/18 14/18 15/7
15/21 15/24 16/18
17/25 25/2 33/10
33/10 35/15 35/24
36/3 36/6 36/7
36/13 38/8 38/9
42/16 44/10 46/24
50/6 50/22 54/23
56/22 57/16 58/3
58/25 60/13 61/7
64/7 64/14 72/12
73/18 80/5 80/15
80/19 80/20 82/16
83/6 83/13 83/16
83/21 84/14 85/2
87/19 90/24 91/1
91/8 92/6 94/21
94/23 94/24 94/25
95/14 95/14 95/19
96/17 99/25 102/15
102/16 103/3 103/8
103/12 106/24
112/12 115/7
116/17 119/21
125/23 128/23
130/1 131/11
131/18 133/20
135/25 141/8 148/9
157/7 159/23
160/18 160/19

therapist [1]  99/23
therapists [2]  27/21
29/16
therapy [2]  31/25
89/9
there [148]  4/20
7/22 8/13 12/11
12/14 12/19 12/24
12/25 12/25 13/11
14/3 14/22 15/3
17/14 22/6 22/14
23/1 23/20 25/7
25/12 25/15 26/1
26/3 26/3 26/4 26/4
26/7 26/22 27/20
28/21 28/25 29/25
31/12 31/12 31/15
32/3 35/21 36/22
36/25 37/17 37/23
37/24 38/8 39/15
41/15 41/23 44/13
45/15 46/10 46/12
46/13 47/2 49/6
52/16 53/19 53/22
53/25 54/1 54/4
55/14 61/5 62/22
63/22 65/6 66/8
66/18 66/19 66/19
66/20 66/20 66/22
66/22 66/23 69/12
70/1 70/21 70/25

T

**there... [71]** 71/5
72/11 77/15 77/20
79/4 79/14 79/16
79/23 80/20 81/2
81/5 81/9 81/12
81/14 81/15 81/19
82/1 82/4 82/4 82/8
82/25 83/7 83/18
84/9 86/1 86/25
88/1 89/3 91/5
94/22 94/22 97/3
100/12 104/18
109/5 113/21
114/14 118/10
119/16 122/16
124/5 126/19
126/19 129/6 130/9
132/2 132/8 132/10
133/24 133/24
134/13 134/14
141/19 152/11
157/19 157/19
158/25 159/23
159/24 160/11
160/13 160/25
162/13 162/21
162/22 163/5
164/18 166/3 168/2
168/3 168/5
**thereby [2]** 163/2
163/2

**therefore [6]**
117/22 133/19
135/3 142/15
158/21 160/17
**these [28]** 9/14
41/17 48/18 61/6
64/22 66/1 66/6
84/5 84/15 86/11
90/21 95/11 114/13
115/17 117/17
118/19 118/22
129/17 134/4
141/18 141/20
143/10 147/23
158/19 161/12
162/9 167/16 168/9
**they [140]** 5/3 5/5
8/13 9/14 12/3 12/6
12/7 12/7 12/8 13/7
13/7 13/15 13/15
13/15 13/20 13/23
14/2 14/13 14/17
16/2 16/3 16/13
16/14 16/17 16/18
16/19 16/20 16/22
17/10 17/11 21/16
21/19 21/21 21/21
21/22 21/23 26/6
26/9 26/10 27/8
28/22 32/8 33/24
36/24 37/1 37/2
38/7 44/15 44/16

45/8 45/21 45/24
46/2 47/16 47/20
47/22 47/22 47/24
53/17 53/18 53/21
58/7 59/22 61/23
63/25 63/25 64/21
65/6 66/20 67/15
69/7 76/13 77/16
80/22 80/24 80/25
81/3 82/13 83/11
83/13 83/18 83/19
84/16 86/13 86/14
86/19 86/23 86/25
86/25 87/9 87/11
88/13 93/18 94/16
95/4 95/16 113/8
113/9 115/5 117/6
118/20 118/25
123/2 123/2 124/18
127/16 127/18
130/23 131/10
131/11 131/13
133/19 143/23
147/23 150/24
150/24 151/6
151/11 151/12
151/13 151/17
151/17 151/22
152/12 153/14
153/14 153/15
155/4 157/14 158/7
161/23 162/3 162/3

they... [7]  162/4
162/6 162/6 162/17
164/7 166/1 166/16
they're [16]  21/20
21/20 21/24 21/24
34/5 34/10 44/16
86/24 133/9 157/15
160/16 162/19
163/2 165/4 165/21
166/2
they've [1]  5/2
thing [14]  9/8 29/24
33/5 33/22 47/11
61/20 71/16 84/8
84/12 95/4 95/21
96/14 134/3 157/5
things [32]  27/25
30/23 33/19 38/20
39/12 44/2 50/1
54/19 56/20 56/22
61/7 64/22 65/5
66/1 66/6 68/3
71/12 78/3 83/18
97/13 99/13 102/19
104/4 104/9 104/23
105/4 105/6 106/1
106/2 106/6 128/11
142/11
think [95]  3/24 4/2
4/19 4/22 5/1 5/17
15/6 15/10 20/1

30/6 30/24 32/9
32/10 32/12 32/16
32/23 33/2 33/12
33/15 37/5 38/5
38/10 38/20 39/20
40/22 43/13 44/14
44/17 45/13 47/3
47/22 49/7 49/25
59/10 60/14 62/25
63/4 63/23 64/2
64/15 67/1 67/2
71/16 72/16 73/23
86/7 86/15 86/16
87/9 88/11 90/1
90/7 91/15 92/1
92/2 92/3 99/8
100/8 102/14 103/1
104/17 105/15
106/5 106/16
106/24 107/2
117/12 118/15
125/10 128/8
128/13 135/14
138/21 147/15
148/11 153/12
159/19 162/12
162/15 162/24
163/16 163/18
163/20 164/5
165/14 165/17
165/21 166/8 167/6
167/10 167/11

167/20 168/5 168/6
168/6
thinking [3]  55/5
66/6 134/9
thinks [1]  73/20
third [16]  78/20
80/3 80/3 114/16
121/4 130/9 130/15
130/16 146/10
149/1 164/18
164/20 164/24
165/1 165/3 165/9
this [213]
thorough [1]
168/11
thoroughness [1]
161/9
those [25]  23/5
32/25 58/9 64/25
71/12 81/3 86/9
94/24 99/10 115/1
115/21 130/2 132/5
137/8 137/11
139/11 139/15
147/25 151/25
155/4 155/6 161/21
163/1 165/3 168/5
though [9]  39/15
41/23 66/22 89/3
102/9 104/21
105/18 106/6
122/16

thought [17]  9/8
10/1 10/16 10/17
10/17 11/8 16/12
28/2 32/6 45/1
45/24 46/2 61/20
89/19 106/15
143/14 147/22
thoughts [2]  163/20
164/1
three [13]  9/10 9/17
44/1 52/14 82/4
82/22 89/15 116/25
119/7 131/2 146/25
158/1 167/21
threw [3]  79/15
79/17 79/18
throne [1]  121/15
through [35]  3/13
4/9 5/5 12/13 15/4
19/6 19/11 19/12
19/20 20/6 20/13
29/12 32/11 46/6
47/10 47/24 48/5
65/1 66/16 73/4
81/11 84/8 89/7
90/3 96/5 99/17
115/16 119/7
143/20 144/2
146/21 149/9 150/5
152/3 159/5
throughout [3]

161/16
Thursday [1]  116/5
thwart [1]  115/2
tie [1]  127/20
tightness [1]  97/4
time [128]  3/14 4/8
4/10 6/14 6/24 7/21
10/14 19/18 23/3
24/24 25/2 25/19
27/23 30/17 30/20
32/1 35/10 35/17
35/22 37/7 39/10
39/14 40/12 42/4
42/6 43/12 44/3
44/4 46/16 47/15
47/21 48/7 48/8
50/12 52/2 52/5
52/9 52/14 53/11
54/18 55/8 55/14
55/25 57/12 57/14
57/15 57/18 58/6
60/12 60/15 60/16
61/12 61/17 62/12
62/13 62/19 64/1
64/11 64/17 65/7
66/2 66/10 67/2
69/3 69/11 69/14
70/6 71/1 71/6
71/21 72/12 73/14
73/19 73/23 76/20
76/23 76/25 77/4

77/22 78/10 79/25
80/3 80/3 81/23
81/24 83/7 85/16
86/2 88/7 88/17
89/23 91/15 93/23
94/11 96/4 98/14
99/16 101/24
105/15 130/10
134/2 138/17
139/20 140/19
140/20 142/9
148/19 151/5 151/7
151/9 151/13 152/5
152/6 152/10
152/24 152/24
156/14 157/25
158/2 158/10
158/24 159/1 159/4
161/5 162/11
times [13]  35/15
50/18 63/18 64/12
81/6 91/6 91/14
98/24 105/17 106/5
120/11 159/3
162/21
timing [1]  108/4
title [2]  119/18
120/6
today [39]  4/8 15/3
18/1 18/14 19/16
22/9 32/15 34/12

**T**

today... [31]  37/18
40/22 57/10 63/12
72/13 72/18 73/7
75/3 94/2 96/11
96/22 97/11 98/13
100/16 109/6 110/4
122/5 132/17 134/2
134/21 134/21
139/12 140/5
141/12 143/8
143/16 144/16
151/16 159/19
159/19 168/15
together [8]  27/9
36/24 44/10 52/14
52/18 63/16 77/13
118/18
told [27]  12/6 13/9
14/10 15/5 16/16
16/18 16/19 17/7
25/13 25/14 27/12
28/1 28/5 34/1 36/6
36/12 45/23 45/25
46/1 53/5 59/1 71/9
83/3 89/10 102/14
105/1 151/23
tonight [1]  17/10
tons [1]  12/19
too [7]  30/2 44/4
44/14 64/15 72/25
97/16 122/7

took [29]  13/8
13/20 14/15 14/18
14/18 15/9 16/20
25/10 25/18 26/4
27/23 28/7 28/7
29/15 30/9 33/19
40/2 40/20 42/6
53/16 61/17 63/15
64/18 66/24 82/13
95/16 105/14 113/1
124/18
tools [2]  19/6 20/11
top [13]  63/15
79/19 80/11 80/12
81/2 83/13 119/14
119/15 123/6
126/20 129/3
145/11 149/19
topics [3]  137/8
137/11 150/22
torn [1]  12/14
torture [1]  11/13
totally [2]  64/5
102/16
touch [6]  11/16
33/2 80/8 110/20
111/5 129/16
touched [1]  167/12
tough [2]  62/4
62/10
Tova [25]  76/14
77/5 77/8 78/13

78/2 79/22 80/14
81/8 83/14 86/9
87/3 89/12 93/16
94/7 94/10 99/3
99/4 99/7 99/12
99/14 100/11 101/1
101/2 101/5 101/7
towards [4]  8/18
37/16 81/13 157/17
track [2]  4/12
160/4
traffic [3]  79/4
94/22 94/23
training [3]  154/16
154/22 156/8
trains [1]  50/10
transcript [2]  1/11
168/21
transferred [3]
50/2 50/6 50/8
translated [4]
115/20 118/25
122/23 124/5
translation [11]
116/11 121/4
123/16 124/9
126/14 126/14
126/25 129/18
130/8 130/9 130/15
translations [1]
115/21
translator [1]

T

translator... [1]
115/21
transportation [8]
18/15 19/5 74/13
74/18 85/10 89/10
90/8 104/5
trauma [9] 20/7
20/11 20/15 33/9
37/3 38/8 38/19
42/1 87/17
traumatic [3] 5/6
33/7 88/6
travel [4] 64/13
66/16 66/18 66/19
traveling [2] 40/17
86/24
Treasury [4] 143/2
146/7 146/12
149/16
Treasury's [1]
143/16
treated [3] 14/8
14/9 17/12
treatment [22]
18/23 18/25 19/7
19/8 19/16 19/20
20/10 47/9 48/16
48/17 54/17 55/10
56/25 57/1 66/11
75/4 87/12 87/15
99/4 99/21 100/19

treatments [2] 19/3
54/19
tree [1] 63/13
tremendous [1]
24/24
trials [3] 139/8
139/11 139/15
tried [11] 13/15
13/15 27/24 27/24
28/20 30/7 33/14
77/18 84/24 86/5
151/6
tries [1] 19/14
trigger [1] 30/1
triggered [2] 36/20
79/11
triggering [1] 84/7
triggers [1] 90/20
trip [1] 48/25
trips [2] 77/14 78/2
trouble [3] 49/25
84/3 103/11
truly [1] 165/15
trumpet [2] 157/13
157/14
trust [1] 142/15
truth [1] 40/18
try [12] 4/9 5/9
49/8 74/14 87/2
91/10 91/17 98/22
99/7 134/7 160/4

trying [21] 11/17
28/22 33/12 33/15
47/3 48/13 56/11
56/13 79/21 79/23
79/24 79/24 79/25
80/4 80/13 80/15
80/20 99/9 134/13
135/4 165/18
Tuesday [1] 1/9
tumor [1] 154/11
turn [19] 47/14
56/25 86/9 106/2
110/1 116/10
118/13 120/1 121/3
123/15 124/25
125/15 129/2 130/8
142/22 145/4 146/3
148/9 154/5
turned [7] 10/11
37/10 48/2 48/4
98/1 98/2 103/2
turning [4] 7/19
43/21 124/25
148/13
twice [2] 80/15
87/19
two [55] 3/16 13/21
28/9 31/14 36/5
39/12 41/12 47/12
48/12 55/16 60/11
60/11 61/16 62/21

Case 1:17-cv-01214-JEB Document 49-7 Filed 12/01/20 Page 267 of 276

**T**

two... [41]  63/23
65/17 73/11 74/7
76/12 77/8 78/18
79/9 79/22 83/13
85/3 86/4 87/20
89/12 90/24 91/14
91/19 92/2 94/16
94/24 101/25
102/14 103/9
104/15 105/12
113/22 114/12
116/16 116/24
118/19 121/14
122/3 123/6 126/1
133/6 133/13
148/10 148/24
155/10 158/16
168/1
type [1]  124/1
types [1]  154/21
typical [4]  52/21
117/18 122/21
124/16
typically [3]  113/7
113/18 151/1

**U**

U.S [16]  1/22 35/22
37/12 39/14 40/4
42/3 135/12 138/22
141/13 141/15
143/11 153/17
153/25 161/1
U.S. [1]  155/11
U.S.-Israeli [1]
155/11
uglier [1]  15/18
Uh [1]  56/19
Uh-huh [1]  56/19
un [1]  117/23
un-legitimate [1]
117/23
unable [1]  32/7
unavoidable [1]
85/12
uncontrollable [2]
38/10 38/19
under [11]  9/7 9/8
118/7 125/22 128/3
130/11 134/14
144/15 146/13
150/16 162/2
underestimate [1]
152/7
underground [1]
128/4
undersell [1]  92/2
understand [11]
5/6 9/7 17/16 19/22
30/17 94/23 101/21
104/22 128/9
128/13 159/23
understanding [8]
36/18 69/8 93/21
95/9 99/1 133/9
140/9 158/14
understands [2]
20/13 78/11
understood [4]
47/22 70/22 79/16
82/24
undertakes [1]
144/17
underwent [1]  19/1
unfortunately [2]
30/3 124/5
Ungar [3]  1/15 3/8
68/9
uniform [1]  80/25
uninjured [1]
165/15
unit [6]  50/2 50/4
50/6 50/9 67/19
67/21
UNITED [12]  1/1
1/12 35/11 35/16
39/3 68/22 76/2
76/4 93/3 101/12
141/10 143/16
units [1]  49/25
universe [1]  162/18
university [8]  1/16
39/7 76/4 76/8
109/11 109/12

U Case 1:17-cv-01214-JEB Document 39-15 Filed 01/20/20 Page 268 of 256

**university...** [2] 109/12 138/13

**unknown** [1] 105/25

**unless** [2] 20/23 85/12

**unlikely** [1] 134/15

**unpredictable** [1] 31/8

**unsafe** [1] 97/1

**until** [44] 16/11 18/1 18/14 26/7 28/1 30/24 37/18 47/12 48/12 48/15 48/15 60/16 61/12 61/17 62/19 63/12 66/10 67/16 72/12 72/12 72/18 73/7 74/10 80/4 80/24 83/18 85/22 86/13 90/4 96/11 96/21 97/6 97/11 98/7 98/8 98/13 99/11 100/16 102/17 103/12 104/10 106/11 141/18 141/22

**unusual** [1] 69/21

**up** [64] 9/15 10/3 10/4 10/5 10/9 12/1 12/3 12/8 23/21 23/25 39/15 40/20 43/3 43/14 45/8 45/13 45/22 46/9 47/11 47/11 50/1 54/1 62/25 64/4 66/1 66/4 78/23 79/21 79/23 80/1 80/14 80/22 81/2 81/19 82/16 83/23 84/3 85/17 87/5 87/9 88/16 90/6 94/17 97/11 97/21 98/9 99/6 99/9 99/12 100/19 102/22 102/23 104/7 104/22 106/13 106/15 108/8 112/19 120/1 131/18 156/14 158/1 163/17 166/1

**upcoming** [1] 106/2

**update** [2] 16/5 110/10

**upper** [2] 119/15 119/18

**upset** [5] 17/8 29/7 31/17 99/13 104/2

**upward** [1] 166/10

**us** [73] 4/8 4/14 4/16 6/2 6/3 6/14 6/23 7/9 7/25 8/9 9/4 14/3 16/18 17/24 18/25 24/3 27/3 28/6 28/6 28/7 28/8 28/8 28/9 28/25 33/7 33/9 34/20 38/6 39/20 42/23 42/24 44/1 51/10 52/4 59/1 59/20 59/20 63/4 66/12 66/15 69/17 79/9 79/9 81/2 81/19 81/20 82/14 83/13 83/18 83/19 94/25 95/20 96/20 97/22 98/3 98/11 98/13 98/14 103/24 104/12 105/12 108/7 108/23 115/17 116/3 116/13 116/18 121/5 122/3 124/10 125/1 128/18 158/21

**use** [7] 19/4 74/12 74/14 74/16 85/24 147/16 160/4

**used** [34] 7/23 39/17 47/17 52/15 52/17 56/24 58/23 63/4 63/6 64/8 64/9 64/19 65/17 66/12 66/14 66/23 77/14 77/24 77/24 84/1

Case 1:17-cv-01214-JEB    Document 198    Filed 09/01/20    Page 269 of 276

used... [14]  85/17 86/11 88/12 88/14 88/25 97/19 99/6 113/6 117/14 117/16 117/18 120/4 151/1 158/15
useful [1]  157/5
using [4]  113/5 117/17 120/10 122/22
usual [2]  157/2 157/15
usually [10]  85/1 85/20 90/22 91/4 105/20 113/23 133/7 133/16 158/12 158/12

**V**

vacant [1]  35/9
valuable [2]  113/25 134/6
values [1]  122/25
various [2]  160/3 160/11
varying [1]  154/15
vast [1]  158/11
versus [3]  3/3 35/16 165/19
very [163]  3/25 6/23 7/3 7/12 7/13 7/17 8/19 8/15 9/16 9/6 9/6 9/11 9/12 10/11 10/12 12/17 13/24 13/24 14/4 17/7 18/2 18/3 19/5 19/7 19/7 20/3 20/4 20/5 20/12 23/9 23/13 24/19 25/8 25/9 25/23 27/8 27/9 27/23 29/5 29/8 30/4 30/5 30/16 30/22 30/22 31/1 31/4 31/6 31/9 31/10 32/12 33/1 33/6 33/13 34/5 34/13 37/5 37/16 38/25 39/21 48/25 49/12 53/19 54/10 54/25 55/24 56/15 59/13 61/12 62/10 62/16 62/23 62/23 63/1 63/6 63/22 65/23 68/7 74/8 77/17 78/11 78/24 79/3 83/16 83/16 83/17 85/25 86/10 88/11 88/25 90/7 90/8 90/9 90/16 91/12 91/17 96/12 96/18 96/23 98/2 98/2 98/4 98/4 98/12 98/23 99/10 100/12 100/16 100/20 100/22 102/9 102/17 102/20 103/21 104/17 104/21 105/9 105/10 105/12 105/12 105/13 105/18 105/19 105/25 105/25 106/3 106/13 106/21 113/10 113/21 113/25 115/6 117/12 117/12 117/18 119/2 119/12 119/13 122/11 122/21 123/3 123/9 125/16 127/23 128/16 131/21 132/1 132/11 134/2 134/6 134/11 134/14 134/15 135/22 138/2 141/17 145/22 152/20 153/12 157/3 167/7 167/11 168/11
Vice [1]  150/9
vicinity [1]  41/11
victim [1]  11/19
victims [2]  26/5 147/25

Case 1:17-cv-01214-JEB Document 49 Filed 12/01/20 Page 270 of 276

**video [4]** 3/15 3/19
6/2 84/8
**view [2]** 46/8
162/19
**vigilance [1]** 59/5
**village [1]** 63/22
**villages [1]** 125/21
**violations [2]** 160/8
160/17
**violent [1]** 29/12
**visit [3]** 35/23
35/24 72/1
**visiting [1]** 109/11
**Vivian [2]** 19/2
28/6
**voice [1]** 55/23
**volunteers [1]**
28/24
**vomiting [1]** 84/21

**W**

**Wadi [1]** 130/22
**wait [2]** 53/19
92/12
**waiting [4]** 45/13
46/4 46/4 96/1
**wake [5]** 10/3 66/1
66/4 84/3 85/17
**wakes [1]** 88/16
**walk [5]** 25/13 63/7
84/21 103/24

**walked [3]** 26/21
28/19 80/1
**Walker [3]** 1/22
168/20 168/25
**walking [4]** 10/15
37/9 56/21 81/13
**walks [1]** 65/25
**wandered [1]** 26/20
**want [48]** 5/1 5/4
5/13 5/16 10/18
10/24 13/13 13/14
15/19 17/8 33/13
41/20 49/14 66/25
67/12 70/5 70/11
70/12 72/25 73/2
73/10 76/19 78/5
82/15 83/24 86/24
86/25 87/24 91/24
92/2 100/20 102/1
102/7 129/16
134/25 141/13
141/25 142/21
146/6 146/24 148/3
148/23 149/12
150/8 159/5 161/11
167/25 168/3
**wanted [13]** 26/25
33/18 35/23 46/9
56/11 63/8 63/17
73/1 83/22 99/12
100/10 142/23

**wanting [1]** 55/22
**wants [3]** 88/17
98/14 99/8
**war [2]** 41/15
158/18
**warn [1]** 63/24
**wars [1]** 159/2
**was [607]**
**washing [1]** 84/9
**Washington [8]** 1/9
1/23 136/13 138/13
138/16 138/19
138/20 138/23
**wasn't [32]** 7/6
11/11 11/24 13/2
15/1 15/25 28/21
36/3 37/17 37/23
44/17 48/13 49/2
54/18 55/15 62/4
62/16 62/17 62/22
65/11 74/17 81/15
82/21 82/21 88/11
88/14 90/14 96/15
96/19 97/17 97/20
105/14
**watch [4]** 55/25
63/6 63/10 158/19
**watching [1]** 45/7
**water [3]** 81/20
81/21 81/24
**watered [2]** 121/11

watered... [1] 121/22
waterfall [1] 81/11
waving [1] 122/8
way [35] 4/5 13/9
17/15 25/8 33/3
33/16 44/12 53/4
53/14 55/19 63/12
65/20 72/17 79/12
86/8 96/5 97/3
97/23 104/18
113/11 113/13
113/14 117/12
120/7 120/22 128/6
128/13 133/16
134/11 147/17
154/9 159/22 164/4
166/16 167/19
ways [8] 30/20
83/24 96/2 102/7
119/7 119/8 123/8
133/10
we [171]
we'll [12] 3/19 4/9
5/18 5/19 42/17
92/6 107/5 108/8
108/14 110/19
135/25 166/6
we're [25] 3/19
4/17 5/20 19/19
43/11 52/1 56/15

56/24 69/8 73/21
73/21 76/16 80/16
81/7 93/19 101/21
113/9 113/12 134/4
134/5 134/15
139/12 141/12
144/10 160/5
we've [9] 41/12
41/23 41/23 73/9
78/9 110/14 115/20
118/25 145/22
weapons [4] 113/6
154/16 154/22
156/4
wearing [2] 120/5
120/14
wears [1] 85/22
web [1] 124/20
website [9] 114/12
118/19 119/9
119/20 123/17
124/1 124/16
126/18 129/18
week [10] 42/8
62/21 66/18 85/17
87/19 87/20 90/5
104/18 106/2
116/14
weeks [15] 28/13
30/14 32/5 32/8
35/14 46/22 54/5
62/8 62/10 62/16

63/2 65/1 134/18
167/21 168/1
weight [3] 20/1
20/3 95/2
weird [3] 94/23
97/9 97/10
welcome [2] 128/19
128/21
welfare [1] 55/6
well [53] 4/3 4/4
7/11 7/21 12/24
14/12 15/12 15/13
19/17 20/10 22/9
22/25 27/2 27/10
28/14 28/17 29/2
29/5 30/16 30/22
33/1 33/8 34/5
34/10 35/18 36/2
36/12 37/5 38/5
39/5 50/8 60/25
64/21 70/9 77/24
80/3 113/4 114/8
114/12 120/8 124/3
125/6 126/20 127/3
129/22 132/4 134/1
134/11 138/13
150/24 158/2
158/25 167/7
went [44] 5/5 7/7
7/21 7/25 13/8 19/2
27/20 29/23 31/24
39/7 44/5 44/10

**went...** [32]  44/18
44/19 45/4 45/5
45/14 45/23 46/3
46/6 46/13 46/13
46/16 46/17 47/2
52/6 52/22 53/21
53/21 60/25 70/22
79/15 80/17 82/2
82/16 83/7 87/17
87/19 89/6 89/9
90/4 96/9 96/10
106/17
**were** [186]
**weren't** [9]  15/3
57/25 65/6 71/2
81/3 81/14 82/19
96/21 105/2
**West** [5]  117/22
147/14 151/11
151/14 151/18
**westerners** [1]
128/9
**what** [186]
**what's** [3]  15/9
148/3 149/12
**whatever** [6]  66/8
72/23 88/13 104/14
108/6 128/1
**wheelchair** [1]
95/25
**wheeled** [2]  45/7

**when** [108]  11/19
12/8 14/12 15/2
15/7 16/18 17/3
17/9 18/21 19/18
20/10 20/15 21/8
21/12 21/14 21/15
24/24 25/25 26/13
28/2 28/14 30/5
31/24 32/14 32/16
37/7 37/14 38/3
43/14 44/4 45/2
45/9 45/10 47/12
49/1 49/17 49/19
50/3 52/23 52/24
52/24 53/15 53/24
55/1 57/12 57/21
58/22 61/2 61/2
61/10 64/23 65/6
66/19 70/16 71/5
71/9 72/1 73/18
74/1 74/15 74/16
78/25 79/15 81/1
81/21 81/21 82/16
82/18 82/19 82/24
83/7 84/10 84/14
84/20 85/7 86/15
86/17 86/18 86/18
86/24 86/25 89/6
89/9 89/17 90/10
90/13 91/12 95/7
96/11 96/24 98/14

98/15 98/23 99/6
99/11 99/24 103/25
103/25 105/13
116/21 142/6 142/7
152/6 162/25
165/20 166/2 166/5
167/16
**whenever** [3]  65/18
89/2 167/25
**where** [48]  7/2 8/15
9/15 15/22 22/3
22/9 26/5 35/6 39/7
46/9 48/15 52/22
55/24 63/22 66/17
66/22 66/24 68/20
71/24 72/5 75/25
78/16 82/13 84/5
84/17 85/13 86/1
86/19 86/23 86/25
89/7 93/1 94/10
98/14 101/10 104/8
109/8 121/15
125/14 130/17
133/11 133/25
134/12 136/12
151/7 153/13 154/5
165/25
**Whereupon** [1]
168/16
**whether** [7]  117/21
140/11 152/1 157/9
158/23 162/13

**whether... [1]**
166/15
**which [66]** 4/6 22/7
29/24 30/4 35/9
40/3 41/12 44/2
54/15 64/24 64/24
66/7 79/11 91/3
91/18 97/10 97/15
97/19 97/20 97/22
98/2 98/4 103/13
103/17 103/18
104/2 104/9 108/13
111/7 116/11 117/2
117/6 119/10 120/6
120/10 121/4 121/8
122/24 123/15
125/10 125/21
126/13 130/12
130/22 130/25
131/2 131/3 133/6
140/24 141/5 142/8
144/19 145/25
146/4 148/24 151/1
151/9 151/15 155/8
159/16 160/8 163/7
165/3 165/14
166/18 168/4
**while [17]** 14/22
19/3 28/8 29/1 29/9
29/15 58/7 58/15
58/18 67/3 67/25

96/8 113/23 166/12
**white [3]** 54/4
120/25 121/1
**who [71]** 8/12
10/16 21/22 25/1
25/12 26/4 29/7
29/23 31/1 31/4
32/11 41/17 43/25
45/11 45/25 46/25
47/10 47/17 50/12
50/15 50/21 53/1
55/16 57/20 58/14
61/17 75/8 79/17
79/22 80/6 80/23
80/25 81/14 81/15
87/17 87/18 88/15
95/16 102/19 103/9
104/6 111/9 113/14
117/1 117/25 120/2
121/16 122/11
127/1 127/3 130/4
133/17 141/2
147/14 147/15
150/17 152/12
157/3 161/1 161/2
161/19 161/20
162/18 163/7
163/13 163/13
163/17 164/13
164/20 166/3
167/18

**whole [21]** 9/8
16/16 16/20 28/15
29/5 33/5 33/16
36/23 37/17 38/11
53/14 61/21 62/4
80/1 84/7 84/8
84/12 86/2 103/6
144/6 144/12
**Whom [1]** 93/11
**whose [1]** 140/25
**why [16]** 17/6 34/6
35/16 40/14 44/24
46/20 70/19 74/17
91/18 102/20 109/5
132/20 134/21
157/20 166/24
167/1
**widely [3]** 157/6
161/13 161/18
**wife [5]** 35/3 36/6
48/9 48/13 73/12
**wild [2]** 13/8 46/8
**will [31]** 3/15 3/16
4/18 4/20 5/9 15/12
15/14 33/7 56/6
78/9 83/23 84/5
84/21 85/13 85/21
91/1 91/2 91/5 92/3
97/2 114/22 115/9
120/25 133/5
135/18 140/1

Case 1:17-cv-01214-JEB

will... [5] 158/15
158/20 159/14
159/20 167/17
window [4] 66/5
78/22 79/22 94/14
windows [2] 12/20
50/20
wing [3] 112/13
116/19 119/21
wish [1] 84/1
within [3] 162/2
164/7 166/18
without [5] 58/5
66/6 106/7 123/22
123/24
witness [20] 2/2
23/15 34/14 42/15
51/1 59/14 68/8
75/13 91/23 100/25
106/22 108/18
109/2 135/24 136/1
136/5 139/21
159/10 161/1 161/6
witnessed [1]
128/24
witnesses [9] 3/12
3/16 3/19 3/20 4/9
92/2 92/11 108/12
166/3
witnessing [1]
30/18

135/8 135/10
woman [3] 80/6
81/19 161/20
won [1] 110/11
won't [4] 4/22
88/16 118/9 129/17
wonder [1] 143/15
wonderful [3]
21/20 42/24 157/5
wood [1] 63/16
word [5] 16/24
49/1 89/19 125/18
127/19
words [10] 38/19
47/3 71/2 148/15
149/23 152/25
155/1 161/18
163/22 164/23
work [38] 20/5
30/21 35/10 35/13
39/2 39/15 39/17
40/2 40/4 42/3 42/6
42/6 42/6 42/7 42/7
55/4 55/8 57/13
57/16 57/17 84/18
84/19 85/5 85/7
87/2 91/9 91/11
91/16 91/17 91/18
97/16 97/16 103/4
103/16 138/23
139/2 139/5 158/8

58/10 58/10
worker [1] 45/21
working [18] 35/8
36/3 37/22 39/3
39/13 41/14 55/9
55/14 55/15 57/16
58/1 58/2 58/6
103/4 103/4 105/12
128/11 133/18
works [3] 19/13
103/14 133/7
world [5] 9/8 27/25
29/25 138/11
141/11
worrying [1] 108/4
worse [4] 37/3
54/16 55/2 58/4
would [153] 4/12
4/13 7/24 9/16 11/4
18/25 20/3 21/14
22/14 23/3 24/1
24/3 27/6 27/17
27/19 29/8 29/14
30/1 30/19 31/2
31/3 31/15 31/17
31/20 31/21 31/22
31/23 33/16 34/5
34/20 35/13 35/23
36/4 40/4 40/4
42/23 44/3 48/1
55/3 57/25 58/2

Case 1:17-cv-01214-JEB   Document 52-20   Filed 12/01/20   Page 275 of 276

**W**

would... [112]  58/3
58/5 64/5 64/11
64/13 64/14 65/7
65/15 71/21 73/24
73/25 77/11 77/16
77/16 77/23 78/1
83/2 83/5 84/3 85/9
86/3 88/18 89/3
89/4 89/17 91/3
98/13 99/15 100/14
103/5 103/7 103/15
103/16 103/24
104/1 104/2 104/6
104/7 104/8 104/8
107/2 107/3 110/14
112/18 113/7
113/10 113/11
113/18 113/23
113/24 113/24
114/4 114/8 114/8
114/20 115/1 115/2
115/7 116/8 118/15
119/1 122/21 123/4
123/11 124/16
126/9 127/10 128/2
131/21 132/24
132/24 133/6 133/7
133/7 133/14 134/7
134/12 134/23
134/24 136/10
138/19 151/15

151/25 152/20
153/21 154/3
156/10 156/22
157/12 158/14
159/17 162/3 162/4
162/7 162/12
162/15 162/16
162/17 162/21
162/22 163/21
164/7 165/8 165/8
165/10 165/11
165/16 166/21
167/23 167/24
168/1 168/6
wouldn't [22]  9/16
11/3 20/18 31/16
37/24 55/4 63/7
64/12 84/11 86/12
86/13 96/8 97/17
98/6 100/19 104/12
104/20 104/22
106/6 108/5 132/20
133/15
wounded [10]  14/5
36/14 81/3 81/25
82/5 83/12 130/13
131/1 131/4 155/11
wounding [1]  126/2
wrapped [1]  54/4
write [2]  91/19
157/4
writing [1]  126/15

written [1]  138/9
wrong [2]  49/1 89/4

**Y**

Yaqin [2]  117/7
124/11
yard [1]  63/14
yeah [73]  3/21 8/5
9/1 9/3 9/16 9/16
9/22 12/3 12/11
13/4 15/24 16/8
17/19 18/24 19/24
20/21 21/18 22/19
30/12 43/18 43/18
46/3 46/3 48/21
48/21 51/19 52/13
52/13 52/15 52/17
53/7 53/9 56/9 56/9
56/15 57/8 57/22
57/22 58/8 58/17
59/3 59/6 63/15
64/2 64/7 65/14
65/17 67/2 70/4
71/4 72/7 72/11
75/10 83/21 83/21
87/8 88/18 90/14
91/7 91/10 93/4
93/15 114/6 114/8
114/19 114/25
121/25 126/20
130/3 130/16
131/10 149/25
156/10

# Y

year [16]  14/15
15/11 18/21 19/8
35/15 43/15 52/3
56/9 58/17 64/22
64/23 93/6 100/3
152/6 153/6 155/7
years [25]  7/11
18/9 18/20 22/18
31/14 33/11 33/11
33/19 41/11 42/10
47/12 48/12 50/14
58/7 67/15 87/19
87/20 89/15 93/24
101/25 102/14
124/12 132/17
134/18 160/2
Yehuda [8]  24/9
25/12 31/4 68/11
68/12 68/15 68/17
93/12
yelling [7]  10/9
10/13 13/12 17/8
71/19 71/25 95/3
yellow [6]  120/11
120/11 120/14
129/5 129/8 129/10
yes [183]
Yeshiva [2]  64/24
109/12
yesterday [2]  122/2
122/4

Yishai [8]  7/5 16/5
26/19 37/4 43/19
52/12 60/21 71/14
Yisrael [1]  95/3
York [3]  39/19
109/11 159/3
you [661]
you'll [2]  15/13
82/16
you're [1]  65/9
you've [7]  4/2 4/5
49/3 125/10 142/11
159/6 168/4
young [8]  33/15
69/16 77/12 77/16
81/16 100/12 102/9
105/10
younger [2]  58/22
106/6
your [269]
yourself [7]  13/19
38/4 42/13 67/13
75/4 77/23 105/16
yourselves [1]  3/6
YouTube [2]
158/19 158/20

# Z

Zionist [2]  121/9
130/25
Zionists [7]  116/16
116/24 117/15
121/12 130/7 130/13
131/2 131/4
zoo [1]  77/14