

**United States Department of State**

*Washington, D.C.  20520*

July 27, 2022

Ms. Angela D. Caesar
United States District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington, DC 20001

      **Re: *Ilana Schertzman Cohen, et al. v. Islamic Republic of Iran, et al.*,
1:17-cv-1214(JEB)**

Dear Ms. Caesar:

      I am writing regarding the Court's request for transmittal of an Order, Memorandum Opinion, and Notice of Default Judgment to the Islamic Republic of pursuant to 28 U.S.C. Section 1608(a)(4) and (e) as a defendant in the above referenced lawsuit.

      Because the United States does not maintain diplomatic relations with the Government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerland in Tehran in delivering these documents to the Iranian Ministry of Foreign Affairs.  The documents were delivered to the Iranian Ministry of Foreign Affairs under cover of diplomatic note No. 1049-IE dated June 6, 2022 and delivered on June 15, 2022.  A certified copy of the diplomatic note is enclosed.

                            Sincerely,

                              Jared N. Hess
                            Attorney Adviser
                         Office of the Legal Adviser
                            L/CA/POG/GC

RECEIVED
Mail Room

AUG -8 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Cc: Aaron Schlanger
Osen LLC
1441 Broadway, Suite 6022
New York, NY 10018

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland           )
Bern, Canton of Bern                   ) SS:
Embassy of the United States of America )



I certify that the annexed document bears the genuine seal of the Swiss Federal Department of Foreign Affairs.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
(Signature of Consular Officer)

_____
Hayward M. ALTO
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

July 5, 2022
(Date)

## SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland            )
Bern, Canton of Bern                    ) SS:
Embassy of the United States of America )



I, Hayward M. Alto, a consular officer at the Embassy of the United States at Bern, Switzerland, certify that this is a true copy of Embassy note number 27717 dated April 12, 2022, which was transmitted to the Swiss Ministry of Foreign Affairs on April 13, 2022, for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran.

_____
(Signature of Consular Officer)

_____Hayward M. ALTO_____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

July 5, 2022
(Date)

SPECIFIC AUTHENTICATION CERTIFICATE

Confederation of Switzerland )
Bern, Canton of Bern ) SS:
Embassy of the United States of America )

I certify that the annexed document is executed by the genuine signature and seal of the following named official who, in an official capacity, is empowered by the laws of Switzerland to execute that document.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____Alessandra MANOIERO_____
(Typed name of Official who executed the annexed document)

_____[signature]_____
(Signature of Consular Officer)

_____Hayward M. ALTO_____
(Typed name of Consular Officer)

Consul of the United States of America
(Title of Consular Officer)

July 5, 2022
(Date)